**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF OREGON

Case number (if known) _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Van's Aircraft, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 93-0937693 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**14401 Keil Road NE**<br>**Aurora, OR 97002**<br>Number, Street, City, State & ZIP Code<br><br>**Marion**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.vansaircraft.com | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

| Debtor | Van's Aircraft, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3364__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | Van's Aircraft, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
        Contact name
        Phone

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☒ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 3
Case 23-62260-dwh11    Doc 1    Filed 12/04/23

Debtor **Van's Aircraft, Inc.**                    Case number (*if known*)
       Name

☐ $50,001 - $100,000            ■ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | Van's Aircraft, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 4, 2023**
MM / DD / YYYY

X **/s/ Donald L. Eisele**
Signature of authorized representative of debtor

**Donald L. Eisele**
Printed name

Title **Interim CFO**

**18. Signature of attorney**

X **/s/ Timothy J. Conway**
Signature of attorney for debtor

Date **December 4, 2023**
MM / DD / YYYY

**Timothy J. Conway 851752**
Printed name

**Tonkon Torp LLP**
Firm name

**1600 Pioneer Tower**
**888 SW Fifth Ave**
**Portland, OR 97204-2099**
Number, Street, City, State & ZIP Code

Contact phone **503-221-1440**   Email address

**851752 OR**
Bar number and State

Timothy J. Conway, OSB No. 851752
 Direct Dial: (503) 802-2027
 Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
 Direct Dial: (503) 802-2169
 E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
 Direct Dial: (503) 802-2143
 Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

 Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

Van's Aircraft, Inc.,

 Debtor.

Case No.

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR PURSUANT TO RULE 2016(b)**

Tonkon Torp LLP ("Tonkon"), pursuant to Bankruptcy Rule 2016(b), states that:

1. Tonkon has been engaged by Debtor herein to act as its general bankruptcy counsel in this case.

2. In the 12 months preceding the filing of this Chapter 11 case, Tonkon received a $200,000 retainer on November 10, 2023, from which $68,421.50 was applied on November 13, 2023 to fees and costs. Tonkon received an additional $100,000 retainer on December 4, 2023, and, immediately prior to filing the Petition, $161,941.10 was applied from the retainer to current fees and costs incurred prior to the Petition, which includes the bankruptcy filing fee of $1,738. The remaining retainer balance of $67,899.40 is held in Tonkon's trust account. All payments were made to Tonkon by Debtor.

Page 1 of 2 – DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR PURSUANT TO RULE 2016(b)

3. The filing fee for commencing this Chapter 11 case will be paid in full.

4. The source of payments to be made by Debtor to Tonkon for legal services, filing fees, and costs incurred in or in connection with this case will be from Debtor and from property of the bankruptcy estate. Tonkon has not shared or agreed to share with any person, other than its members, any compensation paid or to be paid.

DATED: December 4, 2023.

TONKON TORP LLP

By */s/ Timothy J. Conway*
Timothy J. Conway, OSB No. 851752
Michael W. Fletcher, OSB No. 010448
Ava Schoen, OSB No. 044072
Attorneys for Debtor

043989\00001\16644744v1

Page 2 of 2 – DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR PURSUANT TO RULE 2016(b)

Fill in this information to identify the case:
Debtor name: **Van's Aircraft, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF OREGON**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Lycoming A Textron Company<br>26135 Network Place<br>Chicago, IL 60673-1261 | Telephone: 570-327-7003<br>Email: cgayman@lycoming.com | Vendor/trade services. | | | | $598,323.00 |
| Pacific Metal Co.<br>10700 SW Manhasset Dr.<br>Tualatin, OR 97062 | Telephone: 503-454-1080 | Vendor/trade services. | | | | $219,640.62 |
| Hartzell Propeller Inc.<br>8345 Solutions Center<br>Chicago, IL 60677-8003 | Telephone: 937-778-4391 | Vendor/trade services. | | | | $130,056.34 |
| Dale Cynthia Patruska<br>c/o Slack David Sanger LLP<br>3500 Maple Ave., Ste. 1250<br>Dallas, OR 75219 | Telephone: (214) 528-8686 | Settlement Agreement | | | | $87,500.02 |
| Boeing Distribution, Inc<br>2755 Regent Blvd<br>Dallas, TX 75261 | Telephone: 903.457.4705 | Vendor/trade services. | | | | $63,889.28 |
| Bandy Manufacturing LLC<br>3420 N San Fernando Blvd<br>PO Box 7716<br>Burbank, CA 91510 | Telephone: 818-846-9020 | Vendor/trade services. | | | | $63,166.00 |
| Stein Air<br>3401 MN21 W. Hangar 500<br>FARIBAULT, MN 55021 | Telephone: 651 460-6955<br>Email: info@steinair.com | Vendor/Trade Creditor | | | | $61,850.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

| Debtor | Van's Aircraft, Inc. | | | Case number (if known) | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Usher Precision Manufacturing 3863 24th Avenue Forest Grove, OR 97116 | Telephone: 503-992-0015 Email; briane@usherprecision.com | Vendor/trade services. | | | | $58,143.91 |
| Matco Mfg. 2361 S. 1560 West Woods Cross, UT 84087 | Telephone: Email: tech@matcoals.com | Vendor/trade services. | | | | $54,901.42 |
| Hartzell Engine Technologies 2900 Selma Highway Montgomery, AL 36108 | Telephone: (334) 386-5400 | Vendor/trade services. | | | | $50,226.00 |
| Andair Ltd Unit 6, Fishers Grove Fulflood Road, Portsmouth, Hampshire PO6 1EF UNITED KINGDOM | Telephone: 44(0)23 9247 3945 Email: andair@andair.co.uk | Vendor/trade services. | | | | $49,054.46 |
| Baron Metalcrafters Limited 20 Luard Road Wanchai HONG KONG CHINA | Telephone: 63-49-887-6039 | Vendor/trade services. | | | | $45,888.09 |
| Flightline Interiors, LLC 7919 S. Loomis Road Wind Lake, WI 53185 | Telephone: 262-364-6166 | Vendor/trade services. | | | | $40,950.00 |
| Aircraft Spruce 225 Airport Circle Corona, CA 92880 | Telephone: 877-477-7823 | Vendor/trade services. | | | | $36,620.62 |
| Alpine Fastener & Hardware 2566 Business Parkway Suite F Minden, NV 89423 | Telephone: Email: accounting@alpinefastener.com | Vendor/trade services. | | | | $35,648.88 |
| Warren Kemper Machine 41455 NW Wilkesboro Road BANKS, OR 97106 | Telephone: (503) 349-0419 | Vendor/Trade Creditor | | | | $35,428.90 |

| Debtor | **Van's Aircraft, Inc.** | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Timken Aurora Bearing Co<br>901 Aucutt Road<br>MONTGOMERY, IL 60538-1338** | **Telephone: (630) 859-2030** | **Vendor/Trade Creditor** | | | | **$34,824.06** |
| **Loos & Co., Inc.<br>16B Mashamoquet Rd<br>Pomfret, CT 06258** | **Telephone: (860) 928-7981<br>Email: sales@loosco.com** | **Vendor/trade services.** | | | | **$29,648.50** |
| **Cronin Wood Products<br>P.O. Box 2267<br>Lake Grove, OR 97035-0071** | **Telephone: (503) 692-6249** | **Vendor/trade services.** | | | | **$26,955.04** |
| **Bild Industries, Inc.<br>800 Clearwater Loop<br>Post Falls, ID 83854** | **Telephone: 208-773-0630<br>Email: sales@bildindustries.com** | **Vendor/trade services.** | | | | **$26,951.00** |

**Fill in this information to identify the case:**

Debtor name: **Van's Aircraft, Inc.**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 4, 2023**     X **/s/ Donald L. Eisele**
                                     Signature of individual signing on behalf of debtor

                                     **Donald L. Eisele**
                                     Printed name

                                     **Interim CFO**
                                     Position or relationship to debtor

Official Form 202     Declaration Under Penalty of Perjury for Non-Individual Debtors

| | |
|---|---|
| 1 | Timothy J. Conway, OSB No. 851752 |
| |    Direct Dial: (503) 802-2027 |
| 2 |    Email: tim.conway@tonkon.com |
| 3 | Michael W. Fletcher, OSB No. 010448 |
| |    Direct Dial: (503) 802-2169 |
| 4 |    E-Mail: michael.fletcher@tonkon.com |
| | Ava Schoen, OSB No. 044072 |
| 5 |    Direct Dial: (503) 802-2143 |
| |    Email: ava.schoen@tonkon.com |
| 6 | Tonkon Torp LLP |
| 7 | 888 SW Fifth Ave., Suite 1600 |
| | Portland, OR 97204 |
| 8 | Main: 503.221.1440 |
| | Facsimile: 503.274.8779 |
| 9 |    Attorneys for Debtor |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. |
| Van's Aircraft, Inc., | **CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON THE U.S. TRUSTEE** |
| Debtor. | |

I hereby certify that I served (1) a copy of the List of Creditors Holding 20 Largest Unsecured Claims; (2) address mailing labels for Debtor, Debtor's attorney, and a contact person for each creditor on the list; and (3) this Certificate of Service, on the U.S. Trustee at the Office of the United States Trustee, Wayne L. Morse Courthouse, 405 East 8th Avenue, Suite 1100, Eugene, OR 97401, by mailing copies thereof to the address set forth and depositing in the U.S. mail at Portland, Oregon on December 4, 2023.

DATED: December 4, 2023.

TONKON TORP LLP

By */s/ Timothy J. Conway*
   Timothy J. Conway, OSB No. 851752
   Attorneys for Debtor

Page 1 of 1 – CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON THE U.S. TRUSTEE