# United States Bankruptcy Court
## District of Oregon

In re  **Van's Aircraft, Inc.**  
Debtor(s)

Case No. **23-62260**  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Van's Aircraft, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Richard and Diane Van Grunsven Trust**  
**c/o Garrett Ledgerwood**  
**Miller Nash LLP**  
**111 SW Fifth Ave, Ste 3400**  
**Portland, OR 97204**

**Van's Aircraft, Inc. ESOP**  
**Employee Stock Ownership Plan and Trust**  
**14401 Keil Road NE**  
**Aurora, OR 97002**

☐ None [*Check if applicable*]

**December 4, 2023**  
Date

**/s/ Timothy J. Conway**  
Timothy J. Conway 851752  
Signature of Attorney or Litigant  
Counsel for **Van's Aircraft, Inc.**  
**Tonkon Torp LLP**  
**1600 Pioneer Tower**  
**888 SW Fifth Ave**  
**Portland, OR 97204-2099**  
**503-221-1440 Fax:503-274-8779**