UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON
EUGENE DIVISION


IN RE:                                                )        CASE NO. 23-62260-dwh11
                                                      )
Van's Aircraft, Inc.,                                 )
                          Debtor(s)                   )        CHAPTER 11


NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

        Pursuant to 11 U.S.C. § 1183(a), the United States Trustee, Gregory M. Garvin, has
appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

KENNETH S. EILER
515 NW SALTZMAN RD., PMB 810
PORTLAND, OR   97201
PH. 503-292-6020
EMAIL: kenneth.eiler7@gmail.com

        The trustee's verified statement of disinterestedness and anticipated rate of compensation

is attached to this notice.




Date:   12/5/23                                       GREGORY M. GARVIN
                                                      Acting United States Trustee
                                                      Region 18, Judicial District
                                                      Of Oregon

                                                      By: */s/ Stephen P. Arnot*
                                                      STEPHEN ARNOT OSB # 070765
                                                      Assistant United States Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re                             )    Case No.:  23-62260-tmr11

VAN'S AIRCRAFT, INC.      )    **VERIFIED STATEMENT OF**
                                  )    **SUBCHAPTER V TRUSTEE**

                Debtor    )

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)    am not a creditor, equity security holder or insider of the debtor;

(b)    am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c)    do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

I anticipate seeking compensation for my service in this case at a minimum hourly rate of $450.00. However, hourly rates will increase based upon the complexity of the case and the length of administration by the Trustee. In addition, I will seek reimbursement for any actual and necessary expenses that I incur. All compensation and expenses sought by me will be subject to court approval pursuant to 11 U.S.C. § 330.

I hereby accept my appointment as Subchapter V trustee in this case pursuant to FRBP 2008.

Dated: 12-5-23                          /s/ Kenneth S. Eiler
                                          Kenneth S. Eiler