| | | |
|---|---|---|
| 01:30 23-62260-dwh11 | Van's Aircraft, Inc. - db | TIMOTHY CONWAY |
| | Richard E. and Diane E. Van Grunsven -cr | GARRETT LEDGERWOOD |
| | Kenneth S Eiler -tr | |
| | US Trustee, Eugene -ust | CHRISTIAN TORIMINO & STEPHEN ARNOT |

**Matter: Debtor's Precautionary Motion for Authority to Hold Customer Post-Petition Deposits in Trust Account Filed by Debtor Vans Aircraft, Inc. (CONWAY, TIMOTHY) Doc# 8**

**Matter: Motion to Reject Debtors Omnibus Motion to Reject Customer Contracts Unless Otherwise Agreed and Establish Procedures Therefore Filed by Debtor Vans Aircraft, Inc. (CONWAY, TIMOTHY) Doc# 9**

**Matter: Debto'rs Motion for Order Authorizing Supplemental Notice of Claims Bar Date Filed by Debtor Vans Aircraft, Inc. (CONWAY, TIMOTHY) Doc# 10**

**Matter: Notice of Preliminary Hearing and Motion For Authority to Conditionally Use Cash Collateral Debtors Motion for Temporary and Final Authority to Use Cash Collateral. Filed by Debtor Vans Aircraft, Inc. Hearing Scheduled for 12/7/2023 at 01:30 PM in/by Video Hearing. Visit www.orb.uscourts.gov/video-hearings for connection information. (CONWAY, TIMOTHY) Doc# 11**

**Matter: Notice of Preliminary Hearing and Motion For Authority to Obtain Credit Debtor's Motion for Order Authorizing Debtor to Obtain Secured Credit. Filed by Debtor Vans Aircraft, Inc. Hearing Scheduled for 12/7/2023 at 01:30 PM in/by Video Hearing. Visit www.orb.uscourts.gov/video-hearings for connection information. (CONWAY, TIMOTHY) Doc# 12**

**Matter: Debtor's Motion for Order Authorizing Payment of Prepetition Wages, Salaries, Compensation, Expenses, Benefits, and Related Taxes; and to Continue Employee Benefits Postpetition Filed by Debtor Vans Aircraft, Inc. (CONWAY, TIMOTHY) Doc# 13**

**Matter: Application to Employ Debtors Application to Employ BMC Group, Inc. as Debtors Noticing and Claims Agent Filed by Debtor Vans Aircraft, Inc. (CONWAY, TIMOTHY) Doc# 14**

Additional Appearances: Many creditors appeared via Zoom

Summary of Proceedings

Argument heard regarding motions.

Tinamarie Feil from BMC Group, Inc answered questions regarding noticing and claims process.

Clyde Hamstreet sworn and questioned regarding cash collateral motion and budget.

The court will grant the motions with changes as discussed on the record. Mr. Conway to lodge orders.

Order to be prepared by:        _____ Clerk's Office        _____ Chambers        Other: Mr. Conway

Minute Order: