Below is an order of the court.

**In this order, "Customer Deposits" includes only those deposits that debtor segregated in accordance with the Deposit Practice described in Motion paragraph 5 or that debtor received in accordance with the New Deposit Practice described in Motion paragraph 8.**

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>           Debtor. | Case No. 23-62260-dwh11<br><br>**ORDER AUTHORIZING DEBTOR TO HOLD CUSTOMER POST-PETITION DEPOSITS IN TRUST ACCOUNT** |

THIS MATTER having come before the Court on Debtor's Motion to Hold Customer Deposits in Trust [ECF No. 8]; now therefore,

IT IS HEREBY ORDERED that:

1. Debtor is authorized to maintain a separate and segregated account in which it will deposit Customer Deposits (as defined in the Motion) to hold customer deposits in trust for the respective customer as set forth in the Motion.

2. Funds held in trust will only become property of Debtor's estate after such funds have been applied consistent with the New Deposit Practice (as defined in the Motion) as set forth on the new customer order agreements.

# # #

Page 1 of 2 – ORDER AUTHORIZING DEBTOR TO HOLD CUSTOMER POST-PETITION DEPOSITS IN TRUST ACCOUNT

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By  /s/ Ava Schoen
   Timothy J. Conway, OSB No. 851752
   Michael W. Fletcher, OSB No. 010448
   Ava Schoen, OSB No. 044072
   888 SW Fifth Avenue, Suite 1600
   Portland, OR 97204-2099
   Telephone:   (503) 221-1440
   Facsimile:   (503) 274-8779
   Email:   tim.conway@tonkon.com
   Attorneys for Debtor

**Page 2 of 2** – ORDER AUTHORIZING DEBTOR TO HOLD CUSTOMER POST-PETITION DEPOSITS IN TRUST ACCOUNT

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 31    Filed 12/08/23