Below is an order of the court.

**Debtor must add to the supplemental notice a statement that the supplemental notice has been prepared and given by debtor and not the court and that the court has authorized but not directed the giving of the notice. Debtor must also add a conspicuous statement that the supplemental notice should be read in conjunction with the Chapter 11 Notice. If given, the supplemental notice must be mailed in the same envelope as the Chapter11 Notice.**

_David W. Hercher_
_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

Van's Aircraft, Inc.,

　　　　　Debtor.

Case No. 23-62260-dwh11

**ORDER AUTHORIZING SUPPLEMENTAL NOTICE OF CLAIMS BAR DATE**

THIS MATTER having come before the Court on Debtor's Motion For Order Authorizing Supplemental Notice of Claims Bar Date [ECF No. 10], and it appearing to the Court that it is desirable to supplement the notice of claims bar date to certain potential creditors and parties in interest; now therefore,

IT IS HEREBY ORDERED that Debtor is authorized to mail or publish (in a physical or digital format) a supplemental notice of claims bar date in the form attached hereto as **Exhibit A**. Debtor shall file a certificate of service related to its mailing and publishing of the supplemental notice.

# # #

**Page 1 of 2** – ORDER AUTHORIZING SUPPLEMENTAL NOTICE OF CLAIMS BAR DATE

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP


By  /s/ Ava Schoen
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:    (503) 221-1440
    Facsimile:    (503) 274-8779
    Email:    tim.conway@tonkon.com
    Attorneys for Debtor

**Page 2 of 2** –   ORDER AUTHORIZING SUPPLEMENTAL NOTICE OF CLAIMS BAR DATE

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11   Doc 33   Filed 12/08/23

# EXHIBIT A

## Form of Supplemental Notice

In re

Van's Aircraft, Inc.,

                    Debtor.

Case No. 23-62260-dwh11

**SUPPLEMENTAL NOTICE OF CLAIMS BAR DATE**

# NOTICE

**THIS IS AN IMPORTANT NOTICE – YOUR RIGHTS MAY BE AFFECTED.**

**_____, 2024 IS THE LAST DATE TO FILE PROOF OF CLAIM.**

Please take notice that the United States Bankruptcy Court for the District of Oregon has issued a Notice of Chapter 11 Bankruptcy Case (the "Chapter 11 Notice") which sets a deadline for parties to file any Claims they may have against Van's Aircraft, Inc. (the "Debtor"). Pursuant to the Chapter 11 Notice, anyone who has a claim against the Debtor must file such claim by \_\_\_\_\_, **2024.**

**A "Claim" is defined, pursuant to 11 U.S.C. 101(5), as:**

> (A) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or

> (B) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**For purposes of clarity, the definition of "Claims" includes, but is not limited to, tort claims and contract claims.**

**YOU MAY HAVE A CLAIM AGAINST DEBTOR:**

Debtor has been producing aircraft components and kits since 1972.  Throughout this time, Debtor has issued a number of service bulletins, safety directives, safety alerts, notifications, service letters, and change notices that relate to a number of potential issues including, but not limited to, corrosion, coverage of primer, cracks in structural components and laser cut parts, leaking radiators and fuel tanks, flutter related events, fire and carbon monoxide protection, landing gear failures, pitot static systems, fatigue cracking in various components, canopy or door latch systems, rollover protection, and brake pedal design.  In addition, issues have been discussed on *vansairforce.net*

**Page 1 of 2** –    SUPPLEMENTAL NOTICE OF CLAIMS BAR DATE

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

about improper design or defect in Debtor's parts and components. You may also have experienced issues with other parts or devices or may do so in the future. The definition of Claim includes any and all claims of any kind or nature whatsoever that you may have with respect to the above or any other issues involving Debtor, either now existing or arising the future, related in any way to Debtor or its products, services, activities, or of any other kind and nature against Debtor even if presently unliquidated, contingent, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured.

### PROCEDURES FOR FILING A CLAIM:

A proof of claim form may be completed and filed at: *https://cases.creditorinfo.com/vansaircraft*

Prior to electronically filing your proof of claim, any supporting documentation must be scanned and saved as a pdf image. If you are unable to scan and save your supporting documents as pdf images, send copies of your supporting documents to BMC after you have filed your claim and received a claim number. When submitting supporting documents, please include a cover page requesting to have the supporting documents added to your filed claim, and include your name, the claim number, the case name, and the case number.

Send all copies of the documentation to:

| **If by Regular Mail:** | **If by Messenger or Overnight Delivery:** |
|---|---|
| BMC Group, Inc. | BMC Group, Inc. |
| Attn: Van's Aircraft | Attn: Van's Aircraft |
| PO Box 90100 | 3732 West 120th Street |
| Los Angeles, CA 90009 | Hawthorne, CA 90250 |

Please review the claim form to ensure all information entered is correctly displayed. The documents uploaded can also be reviewed and sorted according to relevance.

For questions or problems, please email info@bmcgroup.com, or call 1-888-909-0100.

**IF YOU HAVE ALREADY FILED A PROOF OF CLAIM, YOU DO NOT NEED TO FILE ANOTHER CLAIM.**

### EFFECT OF NOT FILING A CLAIM:

**The deadline for filing proof of claim is ___, 2024**. If you have a Claim and you do not file a Proof of Claim by that date, your Claim may be discharged. Failure to file a Claim may prevent you from voting on any plan of reorganization in this case. Furthermore, if your Claim is discharged, you will be forever prevented from asserting your Claim against the Debtor and you may not receive any payment or distribution on your Claim.

043989\00001\16767103v2

**Page 2 of 2** – SUPPLEMENTAL NOTICE OF CLAIMS BAR DATE

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

**Exhibit A - Page 2 of 2**
Case 23-62260-dwh11    Doc 33    Filed 12/08/23