Below is an order of the court.

DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 23-62260-dwh11 |
| Van's Aircraft, Inc., | **ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES; AND TO CONTINUE EMPLOYEE BENEFITS POSTPETITION** |
| Debtor. | |

THIS MATTER having come before the Court on Debtor's Motion for Order Authorizing Payment of Prepetition Wages, Salaries, Commissions, Expenses, Benefits, and Related Taxes; and to Continue Employee Benefits Postpetition (the "Motion") [ECF No. 13]; the Court having reviewed the Motion and the Declaration of Clyde A. Hamstreet in Support of Debtor's First Day Pleadings, and having considered the statements of counsel at a hearing before the Court (the "Hearing"); and the Court having found that (1) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (2) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (3) this is a core proceeding pursuant to 28 U.S.C.

**Page 1 of 3** – ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES; AND TO CONTINUE EMPLOYEE BENEFITS POSTPETITION

§ 157(b); and (4) notice of the Motion and the Hearing was sufficient under the circumstances; and after due deliberation the court having determined that the relief requested in the Motion is in the best interests of Debtor, its estate, and the creditors; and good and sufficient cause having been shown; now, therefore,

IT IS HEREBY ORDERED that:

1.      Debtor is authorized to (a) pay incurred prepetition wages, salaries, reimbursable employee business expenses, commissions, and other compensation, including the amounts set forth on **Exhibit A**, on the regularly-scheduled postpetition pay dates including, *nunc pro tunc*, the December 20, 2023 pay date; (b) pay any and all local, state, and federal withholding and payroll-related taxes relating to prepetition periods, including, but not limited to, all prepetition withholding taxes, social security taxes, Medicare taxes, and unemployment taxes; (c) pay all court-ordered wage garnishments, including, but not limited to, child support and tax garnishments; (d) make accrued prepetition contributions or payments directly on account of employee benefits; (e) continue to honor, and pay as and when appropriate, earned but unused vacation and other benefits accrued prepetition; (f) continue existing employee benefits postpetition; provided, however, that with respect to prepetition obligations, Debtor will not pay with respect to any individual more than the $15,150 priority amount provided by 11 U.S.C. §§ 507(a)(4) and (a)(5) other than PTO used in kind in the ordinary course of business.

2.      KeyBank, N.A. is hereby ordered and directed to honor all checks or electronic transfers issued for payment of the obligations described above.

3.      The requirements of Bankruptcy Rule 6003(b) have been satisfied with respect to the payments authorized by this Order.

4.      Pursuant to Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

# # #

**Page 2 of 3** –     ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES; AND TO CONTINUE EMPLOYEE BENEFITS POSTPETITION

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By    */s/ Ava Schoen*
     Timothy J. Conway, OSB No. 851752
     Michael W. Fletcher, OSB No. 010448
     Ava Schoen, OSB No. 044072
     888 SW Fifth Avenue, Suite 1600
     Portland, OR 97204-2099
     Telephone:    (503) 221-1440
     Facsimile:    (503) 274-8779
     Email:    tim.conway@tonkon.com
              michael.fletcher@tonkon.com
              ava.schoen@tonkon.com
     Attorneys for Debtor

**Page 3 of 3** –   ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING
PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION,
EXPENSES, BENEFITS, AND RELATED TAXES; AND TO CONTINUE
EMPLOYEE BENEFITS POSTPETITION

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
Case 23-62260-dwh11 Doc 35   Filed 12/08/23

# EXHIBIT A

**AMOUNTS OWED FOR**
**ACCRUED AND UNPAID PREPETITION**
**WAGES, SALARIES, EXPENSES, COMMISSIONS,**
**COMPENSATION, TAXES, AND BENEFITS**

| Employee Number | Estimated Accrued Wages: Dec. 1 – Dec. 4, 2023. | Employee Number | Estimated Accrued Wages: Dec. 1 – Dec. 4, 2023. |
|---|---|---|---|
| 5 | $723.80 | 113 | $389.66 |
| 12 | $589.87 | 114 | $1,322.29 |
| 13 | $275.18 | 120 | $456.00 |
| 15 | $473.89 | 128 | $593.03 |
| 16 | $800.31 | 130 | $550.00 |
| 24 | $728.39 | 131 | $544.00 |
| 28 | $720.00 | 132 | $344.57 |
| 32 | $613.11 | 135 | $1,495.56 |
| 33 | $575.21 | 136 | $330.89 |
| 36 | $1,081.95 | 138 | $293.04 |
| 40 | $431.90 | 139 | $447.98 |
| 43 | $1,576.38 | 140 | $600.55 |
| 52 | $647.51 | 142 | $299.32 |
| 55 | $804.16 | 144 | $695.77 |
| 60 | $698.69 | 148 | $414.34 |
| 61 | $375.22 | 150 | $271.08 |
| 63 | $231.25 | 151 | $520.00 |
| 70 | $557.08 | 155 | $435.38 |
| 72 | $355.65 | 158 | $378.56 |
| 73 | $936.79 | 163 | $309.70 |
| 77 | $435.45 | 166 | $425.94 |
| 78 | $1,017.09 | 168 | $347.44 |
| 81 | $568.80 | 169 | $374.84 |
| 83 | $678.78 | 170 | $318.37 |
| 85 | $1,155.35 | 172 | $321.57 |
| 87 | $358.84 | 173 | $404.14 |
| 94 | $513.93 | 174 | $520.96 |
| 95 | $360.62 | 177 | $308.41 |
| 102 | $537.40 | 178 | $357.08 |
| 105 | $382.58 | 182 | $315.95 |
| 109 | $339.06 | 185 | $330.17 |

**Exhibit A – Page 1 of 2**

| Employee Number | Estimated Accrued Wages: Dec. 1 – Dec. 4, 2023. |
| --- | --- |
| 187 | $253.20 |
| 188 | $430.23 |
| 189 | $254.42 |
| 191 | $312.11 |
| 193 | $351.60 |
| 194 | $399.58 |
| 195 | $315.06 |
| 197 | $325.95 |
| 200 | $254.76 |
| 202 | $594.82 |
| 203 | $487.34 |
| 204 | $657.71 |
| 205 | $269.87 |
| 206 | $1,128.53 |
| 209 | $232.40 |
| 212 | $242.76 |
| 213 | $372.45 |
| 214 | $282.56 |
| 215 | $412.02 |
| 217 | $601.25 |
| 218 | $340.87 |
| 221 | $252.59 |
| 222 | $451.36 |

| Employee Number | Estimated Accrued Wages: Dec. 1 – Dec. 4, 2023. |
| --- | --- |
| 223 | $1,633.38 |
| 225 | $286.00 |
| 228 | $270.40 |
| 229 | $237.25 |
| 230 | $203.94 |
| 231 | $407.25 |
| 232 | $214.50 |
| 233 | $2,257.03 |
| 234 | $2,604.17 |
| 235 | $1,154.89 |
| 1101 | $587.25 |
| 1102 | $430.77 |
| 1103 | $363.31 |
| 1104 | $378.16 |
| 1108 | $483.37 |
| 1109 | $1,258.58 |
| 1111 | $428.23 |
| 1112 | $760.36 |
| 1118 | $295.53 |
| 1119 | $522.08 |
| 1121 | $274.02 |
| **TOTAL:** | **$58,534.73** |

043989\00001\16767060v2

**Exhibit A – Page 2 of 2**