Below is an order of the court.

**See the court's added paragraphs 1-5 on page 2 of this order.**

_David W. Hercher_
_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 23-62260-dwh11 |
| Van's Aircraft, Inc., | **ORDER AUTHORIZING DEBTOR TO EMPLOY BMC GROUP, INC. AS DEBTOR'S NOTICING AND CLAIMS AGENT** |
| Debtor. | |

THIS MATTER having come before the Court on Debtor's Application to Employ BMC Group, Inc. as Noticing and Claims Agent (the "Application") [ECF No. 14]; now therefore,

IT IS HEREBY ORDERED that:

1.     Debtor is authorized to employ and compensate BMC Group, Inc. ("BMC") for such services as Debtor deems appropriate and at the rates as set forth in the Application without further notice or hearing, except that Section VIII (entitled "Arbitration") of BMC's Agreement for Services is stricken.

# # #

**Page 1 of 2** – ORDER AUTHORIZING DEBTOR TO EMPLOY BMC GROUP, INC. AS DEBTOR'S NOTICING AND CLAIMS AGENT

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By   /s/ Ava Schoen
     Timothy J. Conway, OSB No. 851752
     Michael W. Fletcher, OSB No. 010448
     Ava Schoen, OSB No. 044072
     888 SW Fifth Avenue, Suite 1600
     Portland, OR 97204-2099
     Telephone:   (503) 221-1440
     Facsimile:    (503) 274-8779
     Email:    tim.conway@tonkon.com
     Attorneys for Debtor

043989\00001\16767009v2

1.     Before BMC mails or otherwise gives a notice that the clerk would otherwise give, including the FRBP 2002(a)(1) notice, BMC must obtain the clerk's approval of the notice form.

2.     BMC must promptly file any notice it gives, with a certificate of service.

3.     BMC must maintain free public Internet access to a database of all documents and information that would be otherwise be available to the public from the clerk or on the court's electronic docket. The available information must include all components of and attachments to each proof of claim, all notices BMC generates with respect to claims, and all other records BMC maintains with respect to claims.

4.     This order does not change a claim transferee's obligation under FRBP 3001(e)(2) and (4) to file evidence of a claim transfer with the clerk. Neither does it change the transferee's obligation to pay the clerk any claim-transfer fee, which is currently $28 under part 20 of the Bankruptcy Court Miscellaneous Fee Schedule prescribed by the Judicial Conference of the United States under 28 U.S.C. § 1930(b).

5.     After the Agreement is terminated under part XIII.A., BMC must notify the court of termination, unless debtor has already done so. BMC must obtain court approval of the manner in which it transfers information under part VIII.C., and BMC may not destroy any information unless authorized by the court.

**Page 2 of 2** –   ORDER AUTHORIZING DEBTOR TO EMPLOY BMC GROUP, INC. AS DEBTOR'S NOTICING AND CLAIMS AGENT

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11   Doc 36   Filed 12/08/23