Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>　　　　　Debtor. | Case No. 23-62260-dwh11<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR EXPEDITED HEARING ON FIRST DAY MOTIONS** |

THIS MATTER having come before the Court on Debtor's Motion for Expedited Hearing on First Day Motions (the "Motion") [ECF No. 16], and the Court being duly advised in the premises and finding good cause; now, therefore,

IT IS HEREBY ORDERED that Debtor's Motion for Expedited Hearing on First Day Motions is GRANTED, and that the expedited hearing shall be held on December 7, 2023, at 1:30 pm by video at www.orb.uscourts.gov/video-hearings and at the U.S. Bankruptcy Court, 1050 SW Sixth Avenue, Courtroom 3, 1050 SW Sixth Avenue, Portland, OR 97204, before the Honorable Judge Hercher.

# # #

Page 1 of 2 –　ORDER GRANTING DEBTOR'S MOTION FOR EXPEDITED HEARING ON FIRST DAY MOTIONS

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By  /s/ Ava Schoen
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:   (503) 221-1440
    Facsimile:    (503) 274-8779
    Email:   tim.conway@tonkon.com
             michael.fletcher@tonkon.com
             ava.schoen@tonkon.com
    Attorneys for Debtor

043989\00001\16767039v2

**Page 2 of 2** – ORDER GRANTING DEBTOR'S MOTION FOR EXPEDITED HEARING ON FIRST DAY MOTIONS