## Van's Aircraft
## Income Statement
### November 30, 2023 Year-to-Date

| | YTD 11/31/2023 |
|---|---:|
| **Revenue** | 50,765,162 |
| **Cost of Materials** | 40,418,659 |
| **Direct Labor** | 2,943,566 |
| **Manufacturing Overhead** | 4,377,179 |
| Cost Transfers into Inventory | (2,796,599) |
| **Total Cost of Goods Sold** | 44,942,806 |
| **Gross Margin** | 5,822,356 |
| **Total SG&A** | 5,124,279 |
| **EBITDA** | $ 698,077 |
| Other (Income)/Expense | (437,516) |
| Laser Cut Parts Replacement Expense | 5,000,000 |
| Inventory Write-Off | 3,972,842 |
| **Net Income/(Loss)** | $ (7,837,249) |

**Van's Aircraft**
**Balance Sheets**
**As of November 30, 2023**

| | | Actual 11/30/2023 |
|---|---|---:|
| **ASSETS:** | | |
| **Current Assets:** | | |
| Cash & Cash Equivalents | $ | 3,657,296 |
| Accounts Receivable | $ | 1,112,460 |
| Inventory[1] | $ | 21,990,474 |
| **Total Current Assets** | **$** | **26,760,230** |
| **Fixed Assets:** | | |
| Buildings | $ | 9,000,625 |
| Storage Buildings | $ | 162,684 |
| Machinery & Equipment | $ | 3,551,107 |
| Office Equipment, Furniture & Fixtures | $ | 550,418 |
| Facility Improvements | $ | 446,895 |
| Aircraft | $ | 53,343 |
| Vehicles | $ | 65,366 |
| Accumulated Depreciation | $ | (4,754,161) |
| **Total Fixed Assets** | **$** | **9,076,278** |
| **Total Assets:** | **$** | **35,836,508** |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| Accounts Payable - Post Petition | $ | - |
| Accounts Payable - Pre Petition | $ | 3,599,483 |
| Payroll Taxes Payable | $ | 159,506 |
| PTO Payable | $ | 626,454 |
| State Taxes Payable | $ | (66,954) |
| **Total Current Liabilities** | **$** | **4,318,489** |
| **Insider Liabilities** | | |
| VanGrunsven Notes | $ | 3,500,000 |
| ESOP Note Guarantee | $ | 728,666 |
| VanGrunsven Trumpf Note | $ | 543,491 |
| Van's A/C Corp Office | $ | 6,157,835 |
| **Total Insider Liabilities** | **$** | **10,929,992** |
| **Contingent Liabilities** | | |
| Customer Deposits | $ | 23,971,888 |
| Laser Cut Parts Replacement Reserve | $ | 5,000,000 |
| **Total Contingent Liabilities** | **$** | **28,971,888** |
| **Total Liabilities** | **$** | **44,220,369** |
| **Equity** | | |
| Capital ( Common Stock) | $ | 60,000 |
| Retained Earnings | $ | 147,914 |
| ESOP Stock Repurchase | $ | (754,525) |
| Net Income | $ | (7,837,249) |
| **Total Equity** | **$** | **(8,383,861)** |
| **Total Liabilities & Equity** | **$** | **35,836,508** |

**Footnote:**
1 The estimated liquidation value of inventory is $2.5 Million

## Van's Aircraft
## Statement of Cash Flows
## November 30, 2023 Year-to-Date

|  | YTD 11/30/2023 |
|---|---:|
| **Net Income (Loss)** | $ (7,837,249) |
| **Non Cash items included in Net Income** | |
| **Changes in Operating Assets & Liabilities** | |
| (Increase) Decrease in Working Capital Accounts | 1,487,828 |
| Increase (Decrease) in Replacement Reserve - LCP | 5,000,000 |
| Increase (Decrease) in Customer Deposits | (4,503,595) |
| **Net Cash Provided (Used) by Operations** | **(5,853,016)** |
| **Cash Flows from Investing Activities** | |
| (Increase)/Decrease in Fixed Assets | 53,876 |
| **Net Cash Provided (Used) by Investing Activities** | **53,876** |
| **Cash Flows from Financing Activities** | |
| Net Borrowings (Paydowns) on Insider Liabilities | 3,223,125 |
| **Net cash flow provided by Financing Activities** | **3,223,125** |
| **Increase (Decrease) in Cash** | **(2,576,016)** |
| **Beginning Cash** | **6,233,312** |
| **Ending Cash** | $ **3,657,296** |