**Van's Aircraft**
**Income Statement**
**November 30, 2023 Year-to-Date**

|  | YTD 11/31/2023 |
|---|---:|
| **Revenue** | **50,765,162** |
| **Cost of Materials** | **40,418,659** |
| **Direct Labor** | **2,943,566** |
| **Manufacturing Overhead** | **4,377,179** |
| Cost Transfers into Inventory | (2,796,599) |
| **Total Cost of Goods Sold** | **44,942,806** |
| **Gross Margin** | **5,822,356** |
| **Total SG&A** | **5,124,279** |
| **EBITDA** | **$ 698,077** |
| Other (Income)/Expense | (437,516) |
| Laser Cut Parts Replacement Expense | 5,000,000 |
| Inventory Write-Off | 3,972,842 |
| **Net Income/(Loss)** | **$ (7,837,249)** |