**Van's Aircraft**
**Balance Sheets**
**As of November 30, 2023**

|  | Actual 11/30/2023 |
|---|---:|
| **ASSETS:** | |
| **Current Assets:** | |
| Cash & Cash Equivalents | $ 3,657,296 |
| Accounts Receivable | $ 1,112,460 |
| Inventory[1] | $ 21,990,474 |
| **Total Current Assets** | **$ 26,760,230** |
| **Fixed Assets:** | |
| Buildings | $ 9,000,625 |
| Storage Buildings | $ 162,684 |
| Machinery & Equipment | $ 3,551,107 |
| Office Equipment, Furniture & Fixtures | $ 550,418 |
| Facility Improvements | $ 446,895 |
| Aircraft | $ 53,343 |
| Vehicles | $ 65,366 |
| Accumulated Depreciation | $ (4,754,161) |
| **Total Fixed Assets** | **$ 9,076,278** |
| **Total Assets:** | **$ 35,836,508** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts Payable - Post Petition | $ - |
| Accounts Payable - Pre Petition | $ 3,599,483 |
| Payroll Taxes Payable | $ 159,506 |
| PTO Payable | $ 626,454 |
| State Taxes Payable | $ (66,954) |
| **Total Current Liabilities** | **$ 4,318,489** |
| **Insider Liabilities** | |
| VanGrunsven Notes | $ 3,500,000 |
| ESOP Note Guarantee | $ 728,666 |
| VanGrunsven Trumpf Note | $ 543,491 |
| Van's A/C Corp Office | $ 6,157,835 |
| **Total Insider Liabilities** | **$ 10,929,992** |
| **Contingent Liabilities** | |
| Customer Deposits | $ 23,971,888 |
| Laser Cut Parts Replacement Reserve | $ 5,000,000 |
| **Total Contingent Liabilities** | **$ 28,971,888** |
| **Total Liabilities** | **$ 44,220,369** |
| **Equity** | |
| Capital ( Common Stock) | $ 60,000 |
| Retained Earnings | $ 147,914 |
| ESOP Stock Repurchase | $ (754,525) |
| Net Income | $ (7,837,249) |
| **Total Equity** | **$ (8,383,861)** |
| **Total Liabilities & Equity** | **$ 35,836,508** |

**Footnote:**
 1 The estimated liquidation value of inventory is $2.5 Million