**Van's Aircraft**
**Statement of Cash Flows**
**November 30, 2023 Year-to-Date**

|  | YTD 11/30/2023 |
|---|---:|
| **Net Income (Loss)** | $ (7,837,249) |
| **Non Cash items included in Net Income** | |
| **Changes in Operating Assets & Liabilities** | |
| (Increase) Decrease in Working Capital Accounts | 1,487,828 |
| Increase (Decrease) in Replacement Reserve - LCP | 5,000,000 |
| Increase (Decrease) in Customer Deposits | (4,503,595) |
| **Net Cash Provided (Used) by Operations** | **(5,853,016)** |
| **Cash Flows from Investing Activities** | |
| (Increase)/Decrease in Fixed Assets | 53,876 |
| **Net Cash Provided (Used) by Investing Activities** | **53,876** |
| **Cash Flows from Financing Activities** | |
| Net Borrowings (Paydowns) on Insider Liabilities | 3,223,125 |
| **Net cash flow provided by Financing Activities** | **3,223,125** |
| **Increase (Decrease) in Cash** | **(2,576,016)** |
| **Beginning Cash** | **6,233,312** |
| **Ending Cash** | $ **3,657,296** |