Timothy J. Conway, OSB No. 851752
 Direct Dial: (503) 802-2027
 Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
 Direct Dial: (503) 802-2169
 E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
 Direct Dial: (503) 802-2143
 Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

    Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>    Debtor. | Case No. 23-62260-dwh11<br><br>**DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**<br><br>***EXPEDITED CONSIDERATION REQUESTED*** |

Van's Aircraft, Inc. ("Debtor") respectfully requests an extension of time within which to file its Schedules and Statement of Financial Affairs, and in support thereof states as follows:

1. On December 4, 2023 (the "Petition Date"), Debtor filed a voluntary petition for relief under Subchapter V of Chapter 11 of Title 11 of the United States Code.

2. Debtor has continued in possession of its property and is continuing to operate and manage its business as debtor-in-possession pursuant to Sections 1107(a) and 1108 of Title 11 of the United States Code.

3. No request has been made for the appointment of a trustee or examiner. A committee of unsecured creditors has not been appointed in Debtor's case. Debtor's case is a

Page 1 of 2 –  DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

1  Subchapter V case, and Kenneth S. Eiler was appointed as Subchapter V Trustee on December 5,
2  2023.

3      4.    Debtor's Schedules and Statement of Financial Affairs are currently due on
4  December 18, 2023.  Debtor has been and continues to work diligently on accurately completing
5  the Schedules and Statement of Financial Affairs.  Debtor requests a four-day extension to
6  December 22, 2023, to complete the Schedules and Statement of Financial Affairs.  This
7  extension should not cause any prejudice to any party.  A copy of Debtor's proposed Order is
8  attached as **Exhibit 1**.

9      WHEREFORE, Debtor respectfully requests that it be granted an extension of time
10 through December 22, 2023, within which to file its Schedules and Statement of Financial
11 Affairs.

12     DATED:  December 18, 2023.

13                            TONKON TORP LLP

15                            By */s/ Timothy J. Conway*
16                                 Timothy J. Conway, OSB No. 851752
                                Michael W. Fletcher, OSB No. 010448
17                                 Ava Schoen, OSB No. 044072
                                Attorneys for Debtor

Page 2 of 2 –   DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND
                    STATEMENT OF FINANCIAL AFFAIRS

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 46    Filed 12/18/23

# EXHIBIT 1

## Proposed Form of Order

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re | Case No. 23-62260-dwh11 |
|---|---|
| Van's Aircraft, Inc., <br><br> Debtor. | **ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS** |

THIS MATTER having come before the Court on Debtor's Motion for Extension of Time to File Schedules and Statement of Financial Affairs (ECF No. __) (the "Motion"), and the Court being duly advised in the premises and finding good cause; now, therefore,

IT IS HEREBY ORDERED that:

1. Debtor is granted an extension of time through December 22, 2023, within which to file its Schedules and Statement of Financial Affairs.

# # #

**Page 1 of 2** –  ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 46    Filed 12/18/23

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By _____
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:   (503) 221-1440
    Facsimile:    (503) 274-8779
    Email:   tim.conway@tonkon.com
    Attorneys for Debtor

043989\00001\16791031v1

**Page 2 of 2** – ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 46    Filed 12/18/23