| | | |
|---|---|---|
| 09:30 23-62260-dwh11 | Van's Aircraft, Inc. - db | TIMOTHY CONWAY |
| | Richard E. and Diane E. Van Grunsven -cr | GARRETT LEDGERWOOD |
| | Kenneth S Eiler -tr | |
| | US Trustee, Eugene -ust | CHRISTIAN TORIMINO & STEPHEN ARNOT |

**Matter: Notice of Final Hearing and Motion For Authority to Obtain Credit . Filed by Debtor Vans Aircraft, Inc. Hearing Scheduled for 12/19/2023 at 09:30 AM in/by Video Hearing. Visit www.orb.uscourts.gov/video-hearings for connection information. (CONWAY, TIMOTHY) Doc# 29**

**Matter: Notice of Final Hearing and Motion For Authority to Use Cash Collateral . Filed by Debtor Vans Aircraft, Inc. Hearing Scheduled for 12/19/2023 at 09:30 AM in/by Video Hearing. Visit www.orb.uscourts.gov/video-hearings for connection information. (CONWAY, TIMOTHY) Doc# 30**

Additional Appearances: Many creditors appeared via Zoom

Summary of Proceedings

Discussion held regarding motions and proposed orders.

No objections having been received, the court will grant the motions with changes discussed on the record. Mr. Conway to lodge orders.

Order to be prepared by:     _____ Clerk's Office     _____ Chambers     Other: Mr. Conway

Minute Order: