# United States Bankruptcy Court
## District of Oregon

In re **Van's Aircraft, Inc.**
Debtor(s)

Case No. **23-62260-dwh11**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cheryl VanGrunsven**<br>9899 NW 316th Place<br>Hillsboro, OR 97124 | | 36,668 (5.04%) | |
| **Gregory VanGrunsven**<br>9899 NW 316th Place<br>Hillsboro, OR 97124 | | 36,667 (5.04%) | |
| **Michele VanGrunsven**<br>9899 NW 316th Place<br>Hillsboro, OR 97124 | | 36,667 (5.04%) | |
| **Richard and Diane Van Grunsven Trust**<br>c/o Garrett Ledgerwood<br>Miller Nash LLP<br>111 SW Fifth Ave, Ste 3400<br>Portland, OR 97204 | | 340,000 (46.77%) | |
| **Van's Aircraft, Inc. ESOP**<br>Employee Stock Ownership Plan and Trust<br>14401 Keil Road NE<br>Aurora, OR 97002 | | 277,005 (38.10%) | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Interim CFO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **December 22, 2023**

Signature **/s/ Donald L. Eisele**
Donald L. Eisele

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders