Timothy J. Conway, OSB No. 851752
  Direct Dial: (503) 802-2027
  Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
  Direct Dial: (503) 802-2169
  E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
  Direct Dial: (503) 802-2143
  Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>        Debtor. | Case No. 23-62260-dwh11<br><br>**DEBTOR'S SUBCHAPTER V STATUS REPORT PURSUANT TO 11 § 1108** |

Pursuant to 11 § 1188 of the United States Bankruptcy Code and the Order Scheduling Case Management Conference dated December 20, 2023 [ECF No. 49], Van's Aircraft, Inc. ("Debtor"), as debtor and debtor-in-possession, states as follows:

**I.     The Debtor's Efforts to Obtain a Consensual Plan**

1.     The Debtor has developed a 36-month financial model with three parts: operating statement, balance sheet, and cash flow, in conformance with GAP. Many of the components of Debtor's financial projections, such as cost of operations, capital requirements, sales, and general administrative costs, are either generally known or can be reasonably estimated for next three years. However, there are two fundamentals needed before the financial model can become a realistic foundation of Debtor's plan of reorganization.

Page 1 of 4 –    DEBTOR'S SUBCHAPTER V STATUS REPORT PURSUANT TO 11 § 1108

TONKON TORP LLP
888 FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 61    Filed 01/02/24

2. The first fundamental is the determination of liabilities. This cannot be reliably estimated until the Debtor knows the number of customers that either accept the new contract pricing and terms for their aircraft kits and related components, or reject their contracts providing the customer with a claim. January 30, 2024, is the termination date of Debtor's offer to modify orders for its kits. Customers whose kit orders are not modified and are subsequently rejected will have 30 additional days to file a rejection claim.

3. The Debtor also has customer deposits on third party products used in completing the kits, including engines, props, and avionics. The Debtor will work with key suppliers this month to determine the timing of delivery and economics of the transaction in order to proceed with contract revisions for these customers.

4. By late February 2024, the Debtor should be able to make a realistic estimate of the amount of pre-petition claims that will need to be provided for under the plan.

5. The second fundamental component is revenue, which in Debtor's case depends on two important considerations: (a) The number of existing customers agreeing to modify their orders which in turn establishes its back log of business; (b) the number and value of new orders from new customers that can be expected going forward.

6. The revenues depend on two key factors: one, the impact of the price increase on existing and future demand, and two, the ability of Debtor to effectively mitigate the negative impact the laser cut parts has had on its business and reputation by replacing laser cut parts used in the most highly loaded structural locations both during its chapter 11 and post confirmation.[1]

---

[1] The following excerpts are taken from a recent email Dick VanGrunsven, founder, and lead engineer of Van's Aircraft sent to Clyde Hamstreet and others:

"In late 2022, Debtor first became aware of cracks forming around dimpled laser cut holes, and Debtor reacted with caution by offering to replace the laser manufactured parts it had supplied with many kits. It ceased shipping kits with laser manufactured parts. Shipment of kits could not be resumed until Debtor was able to produce replacement parts produced by its own CNC

Page 2 of 4 – DEBTOR'S SUBCHAPTER V STATUS REPORT PURSUANT TO 11 § 1108

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204

Case 23-62260-dwh11 Doc 61 Filed 01/02/24

## II. Cash Flow, Financial Data, Expenses, and Budget for Professional Services

7. Debtor's financial projections for the upcoming 120 days are attached as **Exhibit 1.**

8. Debtor's financial statements for the years ended December 31, 2020, December 31, 2021, and December 31, 2022, are attached as **Exhibit 2.**

9. Debtor's revenue from December 5, 2023 to December 27, 2023 was $1,403,592, and total post-petition expenses, excluding bankruptcy-related professional fees, were $1,744,622, of which, as of December 27, 2023, all were paid and $0.00 were unpaid.

10. Debtor anticipates incurring professional fees for (a) their bankruptcy attorneys, Tonkon Torp LLP ("Tonkon Torp"); (b) their chief restructuring officer, Clyde A. Hamstreet & Associates, LLC ("Hamstreet & Associates"); and (c) their claims and noticing agent, BMC

---

punches. Because of the volume of parts affected, months passed before normal shipping could be resumed.

Debtor also initiated aggressive accelerated life testing of riveted joints that used laser cut holes. This process is known as Fatigue testing and consists of applying simulated flight level loads, repeated thousands of times, to test coupons (samples of metal riveted through laser cut holes in various configurations) until they eventually fail. From these test results, Debtor's engineers made airframe service life projections. Debtor tested literally hundreds of coupons (samples) by applying loads in all foreseeable cases and repeatedly tested for each case.

Testing soon revealed that there were different kinds of cracks, generally classified as manufacturing cracks and fatigue cracks. Manufacturing cracks are those that have been observed around dimpled laser cut holes. The testing has shown that these are overwhelmingly passive when used in aircraft structures. They don't elongate and lead to failures. They don't reduce the strength or the expected life of the airplane.

When Debtor first became aware of the cracks occurring around laser cut holes, its reaction was, like many of its customers, to assume that these parts were suspect. Out of caution, Debtor offered to replace them at no cost. Though Debtor's testing has now shown Laser Cut Parts to be more than adequate for even an unrealistically long flight life, it will continue honoring its commitment to replace LC Parts used in the most highly loaded structural locations."

Debtor is preparing a video message regarding the testing results and will publish the video as soon as it is available.

Page 3 of 4 – DEBTOR'S SUBCHAPTER V STATUS REPORT PURSUANT TO 11 § 1108

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11 Doc 61 Filed 01/02/24

Group, Inc. ("BMC Group").  An official committee of unsecured creditors has not been appointed in Debtor's case. Tonkon Torp, Hamstreet & Associates, and BMC Group estimate their fees as follows:

| Professional | Month | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | December | January | February | March | April | Total |
| Tonkon Torp | $122,757 | $99,350 | $94,350 | $72,750 | $58,200 | **$452,800** |
| Hamstreet & Associates | $295,200 | $181,200 | $181,200 | $181,200 | $135,900 | **$974,700** |
| BMC Group | | $42,500 | | $150,000 | | **$252,500** |

DATED: January 2, 2024.

TONKON TORP LLP


By */s/ Timothy J. Conway*
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    Attorneys for Debtor

Page 4 of 4 –    DEBTOR'S SUBCHAPTER V STATUS REPORT PURSUANT TO 11 § 1108

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 61    Filed 01/02/24

# EXHIBIT 1

**Van's Aircraft**
**Weekly Kit and SLSA Unit Orders**

| Week Beginning: | 12/31/2023 | 1/7/2024 | 1/14/2024 | 1/21/2024 | 1/28/2024 | 2/4/2024 | 2/11/2024 | 2/18/2024 | 2/25/2024 Plan Due | 3/3/2024 | 3/10/2024 | 3/17/2024 | 3/24/2024 | 3/31/2024 | 4/7/2024 | 4/14/2024 | 4/21/2024 | 4/28/2024 | 120 Day Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Inflows:** | | | | | | | | | | | | | | | | | | | |
| **Collections of Deposits on New Orders & Re-orders** | | | | | | | | | | | | | | | | | | | |
| Deposits on SLSA RV-12s | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 308,000 |
| Release of Egyptian Funds | | | | | | | | | | | | | | | | | | | - |
| Deposits on Kits | 117,519 | 117,519 | 117,519 | 117,519 | 117,519 | 117,519 | 117,519 | 117,519 | 117,519 | 117,519 | 117,519 | 117,519 | 117,519 | 172,220 | 172,220 | 172,220 | 172,220 | 172,220 | 2,388,845 |
| Collected into Trust Account | (117,519) | (117,519) | (117,519) | (117,519) | (117,519) | (117,519) | (117,519) | (117,519) | (117,519) | (117,519) | (117,519) | (117,519) | (117,519) | (172,220) | (172,220) | (172,220) | (172,220) | (172,220) | (2,388,845) |
| Released from Trust Account for Production | 37,384 | 49,845 | 49,845 | 6,630 | 8,049 | 8,049 | 8,049 | 8,049 | 8,049 | 8,049 | 8,049 | 5,921 | 8,049 | 8,049 | 8,049 | 8,049 | 12,239 | 14,651 | 265,049 |
| Trust Funds released for production | 58,384 | 70,845 | 70,845 | 27,630 | 29,049 | 29,049 | 29,049 | 29,049 | 29,049 | 29,049 | 29,049 | 26,921 | 29,049 | 15,049 | 15,049 | 15,049 | 19,239 | 21,651 | 573,049 |
| **Collections on Shipments & Deliveries** | | | | | | | | | | | | | | | | | | | |
| Collection on RV15s | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Egyptian Air Force Final Payment | | | | | | | | | | | | | | | | | | | |
| Collection on SLSA RV-12s | - | 144,000 | 194,000 | 194,000 | - | 194,000 | 194,000 | 194,000 | - | - | 194,000 | 194,000 | 194,000 | - | - | 194,000 | 194,000 | 194,000 | 2,278,000 |
| Collection on Standard Kits | 466,952 | 583,689 | 291,845 | 291,845 | 291,845 | 291,845 | 291,845 | 291,845 | 291,845 | 291,845 | 291,845 | 291,845 | 336,744 | 336,744 | 336,744 | 336,744 | 336,744 | 336,744 | 5,989,552 |
| Collection on QB Kits | 245,147 | 325,191 | 162,595 | 162,595 | 162,595 | 162,595 | 162,595 | 162,595 | 162,595 | 162,595 | 162,595 | 128,411 | 128,411 | 128,411 | 128,411 | 128,411 | 128,411 | 128,411 | 2,932,572 |
| Collections on Shipments & Deliveries | 712,098 | 1,052,880 | 648,440 | 648,440 | 454,440 | 648,440 | 648,440 | 648,440 | 454,440 | 454,440 | 648,440 | 614,256 | 659,155 | 465,155 | 465,155 | 659,155 | 659,155 | 659,155 | 11,200,124 |
| Collections on Parts Orders | 47,500 | 47,500 | 52,500 | 52,500 | 57,500 | 57,500 | 62,500 | 62,500 | 67,500 | 67,500 | 67,500 | 67,500 | 67,500 | 67,500 | 67,500 | 67,500 | 67,500 | 67,500 | 1,115,000 |
| 3rd Party Sales Commissions | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 315,000 |
| **Total Collections:** | 835,482 | 1,188,725 | 789,285 | 746,070 | 558,489 | 752,489 | 757,489 | 757,489 | 568,489 | 568,489 | 762,489 | 726,176 | 773,203 | 565,203 | 565,203 | 759,203 | 763,394 | 765,806 | 13,203,173 |
| | | | | | | | | | | | | | | | | | | | |
| **Operating Disbursements:** | | | | | | | | | | | | | | | | | | | |
| Payroll-Related Disbursements: | 391,000 | 55,025 | 83,025 | 418,025 | 55,025 | 418,025 | 83,025 | 418,025 | 55,025 | 418,025 | 83,025 | 418,025 | 55,025 | 418,025 | 83,025 | 418,025 | 55,025 | 55,025 | 3,979,425 |
| Laser-Cut Parts Remediation | 110,743 | 110,743 | 110,743 | 110,743 | 110,743 | 110,743 | 110,743 | 75,243 | 75,243 | 75,243 | 75,243 | 75,243 | 75,243 | 75,243 | 75,243 | 75,243 | 75,243 | 75,243 | 1,602,872 |
| Inventory & Services | 545,500 | 548,000 | 557,000 | 559,500 | 559,500 | 559,500 | 559,500 | 573,500 | 573,500 | 573,500 | 573,501 | 573,502 | 573,503 | 573,504 | 573,505 | 573,506 | 572,008 | 572,009 | 10,194,045 |
| Manufacturing Overhead | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 288,000 |
| General Administrative | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 558,000 |
| Property Tax Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contingency | 112,380 | 172,363 | 76,803 | 117,303 | 73,743 | 117,303 | 177,103 | 118,983 | 75,423 | 118,983 | 178,783 | 118,983 | 75,423 | 118,984 | 178,784 | 118,984 | 75,244 | 75,244 | 2,100,816 |
| **Total Operating Disbursements:** | 1,206,623 | 933,131 | 874,571 | 1,252,571 | 846,011 | 1,252,571 | 977,371 | 1,232,751 | 826,191 | 1,232,752 | 957,553 | 1,232,754 | 826,195 | 1,232,757 | 957,558 | 1,232,759 | 824,520 | 824,521 | 18,723,159 |
| | | | | | | | | | | | | | | | | | | | |
| **Other Disbursements:** | | | | | | | | | | | | | | | | | | | |
| Restructuring-Related Professional Fee Disbursements: | - | - | - | - | - | - | - | - | 209,180 | - | - | - | 277,960 | - | - | - | - | 311,520 | 798,660 |
| RV-15 to Market Program | - | - | - | - | - | 5,000 | 5,000 | 5,000 | - | - | 10,000 | - | - | - | - | - | - | - | 25,000 |
| Software Implementation | - | 50,000 | - | - | - | - | 50,000 | - | - | - | 50,000 | - | - | - | - | 50,000 | - | - | 200,000 |
| **Total Other Disbursements:** | - | 50,000 | - | - | - | 5,000 | 55,000 | 5,000 | 209,180 | - | 60,000 | - | 277,960 | - | - | 50,000 | - | 311,520 | 1,023,660 |
| | | | | | | | | | | | | | | | | | | | |
| **Financing Related Cash Flow:** | | | | | | | | | | | | | | | | | | | |
| DIP Loan Payments (Draws) | (2,000,000) | - | - | - | - | - | - | - | (2,000,000) | - | - | - | (1,500,000) | - | - | - | - | - | (5,500,000) |
| Loan Payment - Home Office Building | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Loan Payment - Trumpf 5000 Equipment | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | (2,000,000) | - | - | - | - | - | - | - | (2,000,000) | - | - | - | (1,500,000) | - | - | - | - | - | (5,500,000) |
| | | | | | | | | | | | | | | | | | | | |
| **Weekly Surplus/(Deficit)** | 1,628,859 | 205,594 | (85,286) | (506,501) | (287,522) | (505,082) | (274,882) | (480,262) | 1,533,118 | (664,263) | (255,064) | (506,578) | 1,169,048 | (667,553) | (392,354) | (523,555) | (61,126) | (370,235) | (1,043,646) |
| | | | | | | | | | | | | | | | | | | | |
| **Beginning Cash:** | 3,000,000 | | | | | | | | | | | | | | | | | | 3,000,000 |
| **Ending Cash/Cumulative Surplus/Deficit** | 4,628,859 | 4,834,453 | 4,749,167 | 4,242,667 | 3,955,144 | 3,450,062 | 3,175,180 | 2,694,918 | 4,228,036 | 3,563,772 | 3,308,708 | 2,802,130 | 3,971,178 | 3,303,625 | 2,911,271 | 2,387,715 | 2,326,589 | 1,956,354 | 1,956,354 |
| | | | | | | | | | | | | | | | | | | | |
| Cash Held in Trust | 660,000 | 735,781 | 803,455 | 914,344 | 1,023,814 | 1,133,285 | 1,242,755 | 1,352,225 | 1,461,696 | 1,571,166 | 1,680,636 | 1,792,235 | 1,901,705 | 2,065,876 | 2,230,047 | 2,394,218 | 2,554,199 | 2,711,768 | |

# EXHIBIT 1
## Page 1 of 1

Disclaimer: These pro forma projections are for analysis and discussion purposes only and should not be relied upon to reflect actual future results.    Case 23-62260-dwh11    Doc 61    Filed 01/02/24    Page

# EXHIBIT 2

**Van's Aircraft, Inc.**
**Pro-forma Income Statements**
For the annual periods ending December 31,
Amounts in Thousands

|  | 2020 | 2021 | 2022 |
|---|---:|---:|---:|
| **Revenue** | 38,086.0 | 38,755.4 | 55,937.3 |
| **Cost of Materials** | 29,517.1 | 31,597.3 | 45,387.1 |
| **Direct Labor** | 1,438.0 | 1,857.4 | 4,282.6 |
| **Total Manufacturing Overhead** | 1,669.6 | 1,842.3 | 2,123.3 |
| Cost Transfers into Inventory | (28.5) | (72.0) | (304.9) |
| **Total Cost of Goods Sold** | 32,596.2 | 35,225.1 | 51,488.2 |
| **Gross Margin** | 5,489.8 | 3,530.3 | 4,449.1 |
| **SG&A** | 4,327.1 | 5,991.7 | 4,478.9 |
| **EBITDA** | 1,162.7 | (2,461.5) | (29.7) |
| Depreciation | - | 606.8 | - |
| Interest Expense, net | 18.9 | 119.8 | 324.1 |
| Other (Income)/Expense | - | 367.0 | - |
| Non-Operating (Gain)/Loss | (1,226.5) | (91.7) | (135.6) |
| Taxes | 33.8 | 133.1 | 250.7 |
| **Net Income/(Loss)** | 2,336.6 | (3,596.4) | (469.0) |

**EXHIBIT 2**
Page 1 of 3

Van's Aircraft, Inc.
Pro-Forma Balance Sheets
Annual Periods Ending December 31,

**Amounts in Thousands**

| ASSETS: | 2020 | 2021 | 2022 |
|---|---|---|---|
| **Current Assets:** | | | |
| Cash & Cash Equivalents | 9,140.8 | 4,478.5 | 6,350.1 |
| Accounts Receivable | 2,190.52 | 3,663.48 | 3,130.64 |
| Inventory | 10,577.8 | 15,821.3 | 19,487.4 |
| Total Current Assets | 21,909.1 | 23,963.3 | 28,968.2 |
| **Fixed Assets:** | | | |
| Buildings | 313.8 | 9,391.8 | 9,642.5 |
| Storage Buildings | - | - | - |
| Machinery & Equipment | 2,316.1 | 2,623.8 | 3,559.6 |
| Office Equipment, Furniture & Fixtures | 489.9 | 541.8 | 547.5 |
| Facility Improvements | | | |
| Aircraft | 41.8 | 41.8 | 53.3 |
| Vehicles | 18.1 | 65.4 | 65.4 |
| Accumulated Depreciation | (3,057.1) | (3,641.9) | (3,641.9) |
| Total Fixed Assets | 122.6 | 9,022.7 | 10,226.4 |
| **Total Assets:** | 22,031.8 | 32,986.0 | 39,194.6 |
| **LIABILITIES & EQUITY** | | | |
| **Liabilities** | | | |
| **General Liabilities** | | | |
| Accounts Payable | 2,698.5 | 3,308.8 | 1,585.2 |
| Payroll Taxes Payable | 382.5 | 260.0 | 319.0 |
| PTO Payable | 628.9 | 714.1 | 626.5 |
| Trumpf Line of Credit | 376.5 | 250.5 | 117.1 |
| State Taxes Payable | 166.1 | 145.7 | 78.6 |
| Total General Liabilities | 4,252.4 | 4,679.0 | 2,726.4 |
| **Insider Liabilities** | | | |
| ESOP Note Guarantee | 1,104.7 | 923.8 | 728.7 |
| VanGrunsven Trumpf Note | - | - | 618.8 |
| Van's A/C Corp Office | - | 6,319.3 | 6,224.0 |
| Total Insider Liabilities | 1,104.7 | 7,243.1 | 7,571.5 |
| **Contingent Liabilities** | | | |
| Customer Deposits | 10,955.8 | 19,348.1 | 28,189.1 |
| Total Contingent Liabilities | 10,955.8 | 19,348.1 | 28,189.1 |
| Total Liabilities | 16,313.0 | 31,270.3 | 38,486.9 |
| **Equity** | | | |
| Capital ( Common Stock) | 60.0 | 60.0 | 60.0 |
| Retained Earnings | 4,966.4 | 6,751.3 | 2,595.6 |
| ESOP Stock Repurchase | (1,104.7) | (999.2) | (1,228.9) |
| Profit Distribution | - | (500.0) | (250.0) |
| Net Income | 1,797.2 | (3,596.4) | (469.0) |
| Total Equity | 5,718.8 | 1,715.7 | 707.7 |
| Total Liabilities & Equity | 22,031.8 | 32,986.0 | 39,194.6 |

EXHIBIT 2
Page 2 of 3

**Van's Aircraft**
**Pro-forma Statement of Cash Flows**

**For Annual Periods Ending December 31**

| Amounts in Thousands | 2020 | 2021 | 2022 |
|---|---:|---:|---:|
| **Net Income (Loss)** | 1,797.2 | (3,596.4) | (469.0) |
| **Non Cash items included in Net Income** | | | |
| Depreciation | 863.0 | 584.8 | - |
| **Changes in Operating Assets & Liabilities** | | | |
| (Increase) Decrease in Working Capital Accounts | (1,248.0) | (6,163.9) | (4,952.5) |
| Increase (Decrease) in Customer Deposits | 5,863.2 | 8,392.3 | 8,840.9 |
| **Net Cash Provided (Used) by Operations** | **7,275.3** | **(783.2)** | **3,419.4** |
| **Cash Flows from Investing Activities** | | | |
| (Increase)/Decrease in Fixed Assets | (880.1) | (9,484.8) | (1,203.7) |
| **Net Cash Provided (Used) by Investing Activities** | **(880.1)** | **(9,484.8)** | **(1,203.7)** |
| **Cash Flows from Financing Activities** | | | |
| Increase (Decrease) in Insider liabilities | (1,246.75) | 5,731.71 | (210.62) |
| Increase (Decrease) in Other liabilities | (123.2) | (126.0) | (133.4) |
| **Net cash flow provided by Financing Activities** | **(1,369.9)** | **5,605.7** | **(344.0)** |
| **Increase (Decrease) in Cash** | **5,025.4** | **(4,662.3)** | **1,871.7** |
| **Beginning Cash** | 4,115.4 | 9,140.8 | 4,478.5 |
| **Ending Cash** | **9,140.8** | **4,478.5** | **6,350.2** |

**EXHIBIT 2**
Page 3 of 3

Case 23-62260-dwh11    Doc 61    Filed 01/02/24