| | | |
|---|---|---|
| 01/16/2024 | | Judge David W Hercher |
| 10:00 23-62260-dwh11 | Van's Aircraft, Inc. - db | TIMOTHY CONWAY |
| | Richard E. and Diane E. Van Grunsven -cr | GARRETT LEDGERWOOD |
| | Kenneth S Eiler -tr | |
| | US Trustee, Eugene -ust | CHRISTIAN TORIMINO |

**Matter: Case Management Conference**

Additional Appearances: Many creditors appeared via Zoom.

Summary of Proceedings

Per Mr. Conway, earlier motions regarding utilities and professionals are ready for ruling. Mr. Conway to lodge separate orders for processing.

Discussion held regarding deadlines and case status. No party requested additional deadlines. Mr. Conway said that he anticipates filing the plan on or before the deadline of March 4th.

Various creditors asked questions about time frames. The judge asked that Messrs. Conway and Hamstreet respond offline. Mr. Conway said there was a team for that.

Order to be prepared by:  _____ Clerk's Office   _____ Chambers   Other:

Minute Order: