Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re | Case No. 23-62260-dwh11 |
|---|---|
| Van's Aircraft, Inc.,<br><br>            Debtor. | **ORDER GRANTING DEBTOR'S APPLICATION FOR ORDER TO EMPLOY TONKON TORP LLP AS ATTORNEYS FOR DEBTOR** |

      THIS MATTER having come before the court on upon Debtor's Application for Order to Employ Tonkon Torp LLP as Attorneys for Debtor (the "Application") [ECF No. 3]; the court having reviewed the Application and the Rule 2014 Verified Statement for Professional; having considered the statements of counsel and the evidence adduced with respect to the Application at a hearing before the court (the "Hearing"); the court having found that (1) the court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (2) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (3) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (4) notice of the Application and the Hearing was sufficient under the circumstances; and after due deliberation the court having determined that the relief requested in the Application is in the best interests of Debtor, its estate, and the creditors; and good and sufficient cause having been shown; now, therefore,

**Page 1 of 2** – ORDER GRANTING DEBTOR'S APPLICATION FOR ORDER TO EMPLOY
                 TONKON TORP LLP AS ATTORNEYS FOR DEBTOR

IT IS HEREBY ORDERED that:

1.  The Application is GRANTED.

2.  In accordance with Bankruptcy Code Section 327(a), Debtor is authorized to retain and employ Tonkon Torp LLP as its general counsel in all matters in the above Chapter 11 case as of the Petition Date to perform all of the services set forth in the Application, on the terms set forth in the Application.

3.  Tonkon Torp LLP's compensation shall be subject to court approval in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court, including any procedures that may be established under Local Rule 2016-1, or as otherwise provided by Court order.

# # #

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By */s/ Timothy J. Conway*
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone: (503) 221-1440
    Facsimile: (503) 274-8779
    Email: tim.conway@tonkon.com
           michael.fletcher@tonkon.com
           ava.schoen@tonkon.com
    Attorneys for Debtor

043989\00001\16859444v1

Page 2 of 2 – ORDER GRANTING DEBTOR'S APPLICATION FOR ORDER TO EMPLOY TONKON TORP LLP AS ATTORNEYS FOR DEBTOR

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 66    Filed 01/17/24