Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>        Debtor. | Case No. 23-62260-dwh11<br><br>**ORDER GRANTING DEBTOR'S APPLICATION FOR ORDER TO EMPLOY CLYDE A. HAMSTREET & ASSOCIATES, LLC AS CHIEF RESTRUCTURING OFFICER** |

THIS MATTER having come before the court upon Debtor's Application for Order to Employ Clyde A. Hamstreet & Associates, LLC as Chief Restructuring Officer for Debtor (the "Application") [ECF No. 4]; the court having reviewed the Application, the Rule 2014 Verified Statement for Professional, and the Declaration of Clyde A. Hamstreet in Support of Debtor's First Day Pleadings; and having considered the statements of counsel and the evidence adduced with respect to the Application at a hearing before the court (the "Hearing"); the court having found that (1) the court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (2) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (3) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (4) notice of the Application and the Hearing was sufficient under the circumstances; and after due deliberation the court having determined

**Page 1 of 2** – ORDER GRANTING DEBTOR'S APPLICATION FOR ORDER TO EMPLOY CLYDE A. HAMSTREET & ASSOCIATES, LLC AS CHIEF RESTRUCTURING OFFICER

that the relief requested in the Application is in the best interests of Debtor, its estate and the creditors; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED that:

1. The Application is GRANTED.

2. In accordance with Bankruptcy Code Section 327(a), Debtor is authorized to retain and employ Clyde A. Hamstreet & Associates, LLC ("Hamstreet") as its Chief Restructuring Officer in all matters in the above Chapter 11 case as of the Petition Date to perform all of the services set forth in the Application, on the terms set forth in the Application.

3. Hamstreet's compensation shall be subject to court approval in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this court, including any procedures that may be established under Local Rule 2016-1 or as otherwise provided by court order.

### # # #

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By */s/ Timothy J. Conway*
Timothy J. Conway, OSB No. 851752
Michael W. Fletcher, OSB No. 010448
Ava Schoen, OSB No. 044072
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204-2099
Telephone: (503) 221-1440
Facsimile: (503) 274-8779
Email: tim.conway@tonkon.com
michael.fletcher@tonkon.com
ava.schoen@tonkon.com
Attorneys for Debtor

Page 2 of 2 – ORDER GRANTING DEBTOR'S APPLICATION FOR ORDER TO EMPLOY CLYDE A. HAMSTREET & ASSOCIATES, LLC AS CHIEF RESTRUCTURING OFFICER

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 67    Filed 01/17/24