Below is an order of the court.

_David W. Hercher_

DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 23-62260-dwh11 |
| Van's Aircraft, Inc., | **ORDER GRANTING DEBTOR'S MOTION FOR ORDER DETERMINING ADEQUATE ASSURANCE TO UTILITY COMPANIES** |
| Debtor. | |

THIS MATTER having come before the court on Debtor's Motion for Order Determining Adequate Assurance to Utility Companies (the "Motion") [ECF No. 7], the court having reviewed the Motion and the Declaration of Clyde A. Hamstreet in Support of Debtor's First Day Pleadings and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the court (the "Hearing"); the court having found that (1) the court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (2) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (3) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (4) notice of the Motion and the Hearing was sufficient under the circumstances; and after due deliberation the court having determined that

**Page 1 of 2** – ORDER GRANTING DEBTOR'S MOTION FOR ORDER DETERMINING
ADEQUATE ASSURANCE TO UTILITY COMPANIES

the relief requested in the Motion is in the best interests of Debtor, its estate, and the creditors; and good and sufficient cause having been shown; now, therefore,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED, and for each utility company that requests a deposit, payment of a deposit equal to one month's average service constitutes adequate assurance of payment in accordance with 11 U.S.C. § 366 unless and until further order of this court;

2. The amount of such deposits for all or most of Debtor's utilities are set forth on **Exhibit A** attached hereto, although the terms of this Order apply to all of Debtor's utility companies, regardless of whether or not they are listed on the attached **Exhibit A**; and

3. All utility companies are hereby prohibited from altering, refusing, or discontinuing utility service without further order of this court; provided, however, that this Order is without prejudice to any utility company's right to seek additional or alternative assurance of payment upon further request of this court.

# # #

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By */s/ Timothy J. Conway*
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:   (503) 221-1440
    Facsimile:   (503) 274-8779
    Email:   tim.conway@tonkon.com
           michael.fletcher@tonkon.com
           ava.schoen@tonkon.com
    Attorneys for Debtor

# EXHIBIT A

## LIST OF UTILITIES

## UTILITY COMPANIES THAT PROVIDE UTILITY SERVICES TO DEBTOR

| Utility Provider | Service | Proposed One-Month Deposit |
|---|---|---|
| NW Natural | Gas | $400 |
| Portland General Electric | Electricity | $12,000 |
| Shiloh Water Systems, Inc. | Water | $500 |
| Noctel Communications, Inc. | Telephone | $2,600 |
| Comcast Business | Internet | $800 |
| Century link | Internet | $125 |
| Wave Business | Internet | $1,000 |

043989\00001\16859246v1

**EXHIBIT A – PAGE 1 OF 1**