Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>        Debtor. | Case No. 23-62260-dwh11<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE MONTHLY OPERATING REPORT FOR DECEMBER 2023** |

THIS MATTER having come before the Court upon Debtor's Motion to Extend Time to File Monthly Operating Report for December 2023 [ECF No. 73] (the "Motion"), and the Court being duly advised in the premises and finding good cause; now, therefore;

IT IS HEREBY ORDERED that:

1. Debtor's monthly operating report for December 2023 shall be filed on or before February 1, 2024.

# # #

Page 1 of 2 –  ORDER GRANTING EXTENSION OF TIME TO FILE MONTHLY OPERATING REPORT FOR DECEMBER 2023

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By */s/ Timothy J. Conway*
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:   (503) 221-1440
    Facsimile:    (503) 274-8779
    Email:   tim.conway@tonkon.com
    Attorneys for Debtor

043989\00001\16874002v1

**Page 2 of 2** – ORDER GRANTING EXTENSION OF TIME TO FILE MONTHLY OPERATING REPORT FOR DECEMBER 2023