# Van's Aircraft, Inc., Bankruptcy Claim Submittal Amendment    January 25, 2024

Case:   Federal Bankruptcy, chap. 11, District of Oregon, Portland, OR   Case No. 23-62260-dwh11

To:   Stephen P Arnot       via email:   steve.arnot@usdoj.gov
      Ava L. Schoen          via email:   ava.schoen@tonkon.com
      Timothy J. Conway      via email:   tim.conway@tonkon.com
      Clyde D. Hamstreet     via email:   chamstreet@hamstreet.com
      Kenneth S. Eiler       via email:   kenneth.eiler7@gmail.com
                  also: 2nd email:         or10@ecfcbis.com
      Kenneth S. Eiler, via 1st Class USPS:   515 NW Saltzman Rd., Portland OR 97229
      Court Clerk's office via 1st Class USPS:  405 E. 8th Ave. #2600, Eugene, OR 97401

From:  Paul Grimstad, customer, kit No. 140128
       8490 SW Warm Springs St.
       Tualatin, OR 97062
       email: paul@controlapproach.com
       phone: 503-849-2123

Amended case considerations and withdrawal of claim:

All obligations have been entirely satisfied and the creditor hereby withdraws any continued interest in this action.

I personally submit this Amended Claim and hereby withdraw any further interest.

*Paul Grimstad*                                     Date signed: January 25, 2024

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
JAN 29 2024
LODGED_____ REC'D_____
PAID_____ DOCKETED_____