Loren S. Scott, OSB #024502
lscott@scott-law-group.com
SCOTT LAW GROUP LLP
PO Box 70422
Springfield, OR 97475
Telephone: 541-868-8005
Facsimile:  541-868-8004
Of Attorneys for Pacific Metal Company

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Van's Aircraft, Inc.,<br><br>                 Debtor in Possession. | Case No. 23-62260-dwh11<br><br>**PACIFIC METAL COMPANY'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 503(B)(9)** |

## NOTICE OF MOTION

Notice. If you oppose the proposed course of action or relief sought in this motion, you must file a written objection with the bankruptcy court no later than 14 days after the date listed in the certificate of service below. If you do not file an objection, the court may grant the motion without further notice or hearing. Your objection must set forth the specific grounds for objection and your relation to the case. The objection must be received by the clerk of court at 1050 SW 6th Ave #700, Portland, OR 97204 by the deadline specified above or it may not be considered. You must also serve the objection on Scott Law Group, LLP, P.O. Box 70422, Springfield, OR 97475 within that same time. If the court sets a hearing, you will receive a separate notice listing the hearing date, time, and other relevant information.

**PACIFIC METAL COMPANY'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 503(B)(9)**

Page **1** of **4**

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Case 23-62260-dwh11    Doc 79    Filed 01/30/24

## MOTION

Pacific Metal Company ("Creditor"), by and through the undersigned, files this motion for allowance of administrative claim, as follows:

## I. BACKGROUND

On December 4, 2023 (the "Petition Date"), Van's Aircraft, inc. ("Debtor") commenced its chapter 11 case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court. The Debtor continues to operate its business and manage its financial affairs pursuant to §§ 1107 and 1108(a) of the Bankruptcy Code.

Prior to the Petition Date, Creditor sold raw materials to be used in the manufacture of airplane parts (collectively, the "Goods") to Debtor in the ordinary course of business. Within twenty (20) days prior to the Petition Date (i.e., between November 14, 2023 and Petition Date), Debtor received deliveries of Goods on credit terms from Creditor (the "20-Day Deliveries"). The total value of the 20-Day Deliveries is $118,735.02 (the "503(b)(9) Claim"). True and correct copies of the invoices for the 20-Day Deliveries are attached to the Declaration of Brian Lacey filed herewith.

## II. RELIEF REQUESTED

By this Motion, Creditor respectfully requests that the Court enter an Order allowing an administrative expense claim for the full value of the Goods delivered to, and received by, Debtor during the twenty (20) days prior to the Petition Date, as permitted by 11 U.S.C. § 503(b)(9), and ordering Debtor to pay said amount not later than seven (7) days after entry of the order approving this Motion.

**PACIFIC METAL COMPANY'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 503(B)(9)**

Page **2** of 4

SCOTT LAW GROUP LLP

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Case 23-62260-dwh11    Doc 79    Filed 01/30/24

## III. BASIS FOR RELIEF

Section 507(a) of the Bankruptcy Code grants priority to administrative expense claims that are allowed under § 503(b) of the Bankruptcy Code. See 11 U.S.C. § 507(a)(2). Section 503(b)(9) provides that "[a]fter notice and a hearing, there shall be allowed administrative expenses, other than claims allowed under section 502(f) of this title, including—(9) the value of any goods received by the debtor within the 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business." 11 U.S.C. § 503(b)(9).

## IV. ARGUMENT

As of the Petition Date, Debtor owes Creditor $118,735.02 for the delivery of Goods received by Debtor within the twenty (20) days prior to the Petition Date. There is no question that the Goods sold to Debtor constitute "goods," that these deliveries were received by Debtor within the 20 days prior to the Petition Date, and that the Goods were sold to (and used by) Debtor in the ordinary course of its business. Creditor is entitled to an allowed administrative expense claim in the total amount of $118,735.02 which is the total amount of Goods that Debtor received during the twenty (20) day period preceding the Petition Date.

Creditor further requests that the Court direct Debtor to pay Creditor on account of its administrative expense claim within seven (7) days after the Court's entry of an Order granting this Motion, as other claimants entitled to administrative priority (post-petition expenses) are being paid on an on-going basis and the Debtor should not be allowed to single out particular administrative claims for immediate payment while deferring others.

WHEREFORE, Creditor respectfully requests that the Court enter an order, in the form attached hereto: (i) allowing its § 503(b)(9) administrative expense claim in the amount of

PACIFIC METAL COMPANY'S MOTION FOR
ALLOWANCE OF ADMINISTRATIVE EXPENSE
CLAIM UNDER 503(B)(9)

Page 3 of 4

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Case 23-62260-dwh11    Doc 79    Filed 01/30/24

$118,735.02; (ii) directing payment of Creditor's administrative expense claim within seven (7) days following the Court's entry of such order; and (iii) granting Creditor such other and further relief as the Court deems just and proper. A proposed order granting the relief sought in this Motion is attached hereto as Exhibit A.

DATED this 30th day of January, 2024.

                                      SCOTT LAW GROUP, LLP

By:   /s/ Loren S. Scott
        Loren S. Scott, OSB #024502
        Of Attorneys for Pacific Metal Company

**PACIFIC METAL COMPANY'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 503(B)(9)**

Page 4 of 4

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Case 23-62260-dwh11   Doc 79   Filed 01/30/24

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Van's Aircraft, Inc.,<br><br>              Debtor in Possession. | Case No. 23-62260-dwh11<br><br>**ORDER GRANTING PACIFIC METAL COMPANY'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 503(B)(9)** |

This matter came before the court on the Pacific Metal Company's ("**Creditor**") Motion for Allowance of Administrative Expense Claim under 503(b)(9) (Doc. #__) (the "**Motion**"). The court, having reviewed the Motion, and having reviewed the court file, and now being fully advised,

IT IS HEREBY ORDERED AS FOLLOWS:

1.       The Motion is granted.

**ORDER GRANTING PACIFIC METAL COMPANY'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 503(B)(9)**      Page 1 of 2

**EXHIBIT A - Page 1 of 2**  Case 23-62260-dwh11   Doc 79   Filed 01/30/24

2. Creditor shall have an allowed § 503(b)(9) administrative expense claim in the amount of $118,735.02.

3. Debtor shall pay Creditor's administrative expense claim within seven (7) days following the entry of this order.

### # # #

The undersigned hereby certifies compliance with LBR 9021-1(a)(2)(A) as a copy of the order was served with the Motion.

<u>Presented by</u>:

THE SCOTT LAW GROUP


By: _____
     Loren S. Scott, OSB #024502
     Of Attorneys for Pacific Metal Company


**C: Manual Notice List:**

Stephen Allcock
1196 Plowman Way
Bel Air, MD 21014

BMC Group Inc
Attn Vans Aircraft
PO Box 90100
Los Angeles, CA 90009

Timothy J Conway
1600 Pioneer Tower
888 SW Fifth Ave.
Portland, OR 97204

**ORDER GRANTING PACIFIC METAL COMPANY'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 503(B)(9)**  Page 2 of 2

EXHIBIT A - Page 2 of 2   Case 23-62260-dwh11    Doc 79    Filed 01/30/24

Loren S. Scott, OSB #024502
lscott@scott-law-group.com
SCOTT LAW GROUP LLP
PO Box 70422
Springfield, OR 97475
Telephone: 541-868-8005
Facsimile:  541-868-8004
Of Attorneys for Pacific Metal Company

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re:<br><br>Van's Aircraft, Inc.,<br><br>             Debtor in Possession. | Case No. 23-62260-dwh11<br><br>**DECLARATION OF BRIAN LACEY IN SUPPORT OF PACIFIC METAL COMPANY'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 503(B)(9)** |
|---|---|

I, Brian Lacey, under penalty of perjury, do state as follows:

1.      I am the Director of Credit for Reliance Steel & Aluminum Co.  Pacific Metal Company is a subsidiary of Reliance Steel & Aluminum Co.  I make this declaration based on my own personal knowledge.

2.      Attached hereto as **Exhibit A** is a true and correct copy of unpaid invoices of Pacific Metal Company for shipments of raw materials received by Van's Aircraft, Inc. within the 20 days before the commencement of the bankruptcy case.  These materials were sold to and used by Van's Aircraft, Inc. in the ordinary course of business.  The total amount of these invoices is $118,735.02.

**I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THEY ARE**

**DECLARATION OF BRIAN LACEY IN SUPPORT OF PACIFIC METAL COMPANY'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 503(B)(9)**

Page **1** of 2



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Case 23-62260-dwh11    Doc 79    Filed 01/30/24

MADE FOR USE AS EVIDENCE IN COURT AND ARE SUBJECT TO PENALTY FOR PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA.

DATED this 30th day of January, 2024.

By: /s/ Brian Lacey
Brian Lacey

**DECLARATION OF BRIAN LACEY IN SUPPORT OF PACIFIC METAL COMPANY'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 503(B)(9)**

Page **2** of **2**

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Case 23-62260-dwh11    Doc 79    Filed 01/30/24

```
                          I N V O I C E              No: PDX IV-506868
                                                     Date:27Nov23
Sold By:                        Remit to:            Due:27Dec23
    Pacific Metal Company           Pacific Metal Company
    10700 SW Manhasset Drive        Unit 01
    Tualatin OR  97062-8608         PO BOX 5000
    Tel: 503-454-1051 Fax: 503-454-1080  Portland,OR  97208-5000


Sold To:      (Cus# 185300)     Shipped To:  (              1)
    VAN'S AIRCRAFT                  VANS AIRCRAFT
    ACCOUNTING@VANSAIRCRAFT.COM     14401 NE KEIL ROAD
    14401 NE KEIL ROAD              AURORA OR  97002
    AURORA OR  97002
    United States & Canada

=================================================================
Shp Dt 21Nov23      Ord Dt 20Nov23      SO No WS-865000
Trm 1% 10 net 30                        PO/Rel 024555/TROY
Frt PREPAID                             Via OUR TRUCK        FOB DESTINATION
Slp LESLIE ZOOK                                              Pbl
=================================================================
  1 2024 Aluminum Sht Alclad T3 185300          200 PCS      9,600.00 SFT
    .016 X 48.0000" X 144.0000"                              2,234 LBS

M419852
    MATERIAL             9,600.00 SFT @      1.7800  SFT     17,088.00
-----------------------------------------------------------------
  2 2024 Aluminum Sht Alclad T3 185300           43 PCS      2,064.00 SFT
    .040 X 48.0000" X 144.0000"                              1,201 LBS

    Part 2024SC .04
M417337
    MATERIAL             2,064.00 SFT @      3.2800  SFT      6,769.92
-----------------------------------------------------------------
  3 2024 Aluminum Sht Alclad T3 Not Strchd 185300  62 PCS    2,976.00 SFT
    .063 X 48.0000" X 144.0000"                              2,727 LBS

    Part 2024SC .063 - T3
M417826
    MATERIAL             2,976.00 SFT @      4.9500  SFT     14,731.20
-----------------------------------------------------------------
  4 2024 Aluminum Sht Alclad T3 185300           23 PCS      1,104.00 SFT
    .125 X 48.0000" X 144.0000"                              2,007 LBS

    Part 2024SC .125 - 48 X 144
M417829

VINYL BOTH SIDES OF SHEET WITH VAN'S VINYL
    MATERIAL             1,104.00 SFT @      9.6400  SFT     10,642.56
    PROTECTIVE COATING   1,104.00 SFT @       .1200  SFT        132.48
-----------------------------------------------------------------
  5 FUEL SURCHARGE                                               0.00 SFT
                                        SO WS-      -               LBS



Page:      1 ....Continued
```

```
                              I N V O I C E                    No: PDX IV-506868
                                                               Date:27Nov23
Sold By:                                  Remit to:            Due:27Dec23
    Pacific Metal Company                     Pacific Metal Company
    10700 SW Manhasset Drive                  Unit 01
    Tualatin OR  97062-8608                   PO BOX 5000
    Tel: 503-454-1051 Fax: 503-454-1080       Portland,OR  97208-5000


Sold To:       (Cus# 185300)              Shipped To:   (              1)
    VAN'S AIRCRAFT                            VANS AIRCRAFT
==================================================================================
  FUEL SURCHARGE                              40.0000    LOT              40.00
----------------------------------------------------------------------------------
    Total Shipped:        328 PCS                       8,169            LBS
```

```
**********************************************************************************
    Material    Processing      Freight       Other        Taxes     TOTAL DUE
    49,231.68                    40.00        132.48                 49,404.16 USD
**********************************************************************************
                                          Discount: 494.04 if payment
                                          is received by 07Dec23
Page:     2 .... Last
```

**EXHIBIT A - Page 2 of 11** Case 23-62260-dwh11   Doc 79   Filed 01/30/24

```
20Nov23 09:00              S H I P P I N G    O R D E R           No:PDX WS-865000
Sold By:                                       Ship From:
Pacific Metal Company                          Pacific Metal Company
10700 SW Manhasset Drive                       10700 SW Manhasset Drive
Tualatin OR  97062-8608                        Tualatin OR  97062-8608
Tel: 503-454-1051 Fax: 503-454-1080


Sold To:  (185300)                             Ship To:  (  1)
VAN'S AIRCRAFT                                 VANS AIRCRAFT
ACCOUNTING@VANSAIRCRAFT.COM                    14401 NE KEIL ROAD
14401 NE KEIL ROAD                             AURORA OR  97002
AURORA OR  97002                               Tel: 503-678-6545 Fax: 503-678-6560

Trm 1% 10 net 30              Ord 20Nov23 Due 21Nov23              Rt 003-064
Frt PREPAID                   Via OUR TRUCK                   FOB DESTINATION
Slp LESLIE ZOOK               PO/Rel 024555/TROY
===============================================================================
                         S H I P P I N G    O R D E R       SO No   PDX WS-865000
           FRIDAY DELIVERIES FOR SHAPES ONLY NO SHEET ORDERS
-------------------------------------------------------------------------------
  1 2024 Aluminum Sht Alclad T3 185300                200 PCS         2234 LBS
    .016 X 48.0000" X 144.0000"                                   9,600.00 SFT
                                      Shipped:       200 PCS         2234 LBS
    M419852
    MATERIAL                      9,600.00 SFT @  1.7800 SFT E     17,088.00
-------------------------------------------------------------------------------
  2 2024 Aluminum Sht Alclad T3 185300                 43 PCS         1201 LBS
    .040 X 48.0000" X 144.0000"                                   2,064.00 SFT
    Part No 2024SC .04
                                      Shipped:        43 PCS         1201 LBS
    M417337
    MATERIAL                      2,064.00 SFT @  3.2800 SFT E      6,769.92
-------------------------------------------------------------------------------
  3 2024 Aluminum Sht Alclad T3 Not Strchd 185300      62 PCS         2727 LBS
    .063 X 48.0000" X 144.0000"                                   2,976.00 SFT
    Part No 2024SC .063 - T3
                                      Shipped:        62 PCS         2727 LBS
    M417826
    MATERIAL                      2,976.00 SFT @  4.9500 SFT E     14,731.20
-------------------------------------------------------------------------------
  4 2024 Aluminum Sht Alclad T3 185300                 23 PCS         2007 LBS
    .125 X 48.0000" X 144.0000"                                   1,104.00 SFT
    Part No 2024SC .125 - 48 X 144
                                      Shipped:        23 PCS         2007 LBS
    M417829

    VINYL BOTH SIDES OF SHEET WITH VAN'S VINYL
    MATERIAL                      1,104.00 SFT @  9.6400 SFT E     10,642.56
    PROTECTIVE COATING            1,104.00 SFT @   .1200 SFT E        132.48
===============================================================================
4500 LB MAX - FORKLIFT UNLOAD
USE 3 RUNNER SKIDS ON ALCLAD
TEST REPORTS REQUIRED FOR ALL ALUMINUM
PACK EACH ITEM ON SEPARATE SKIDS
5 X .19 X 25' 6061 AA CHANNEL -HYDRO MATERIAL ONLY
ALWAYS USE CHANNEL MEASURING TOOL PRIOR TO CUTTING
MUST BE AS SCRATCH AND GOUGE FREE AS POSSIBLE
DO NOT BREAK SKIDS ON PULL SHEET ORDERS FOR 2024
ALCLAD


Page:   1 ....Continued
```

```
20Nov23 09:00          S H I P P I N G   O R D E R        No:PDX WS-865000
  Sold By:                              Ship From:
  Pacific Metal Company                 Pacific Metal Company
  10700 SW Manhasset Drive              10700 SW Manhasset Drive
  Tualatin OR  97062-8608               Tualatin OR  97062-8608
  Tel: 503-454-1051 Fax: 503-454-1080


  Sold To:  (185300)                    Ship To:  (  1)
  VAN'S AIRCRAFT                        VANS AIRCRAFT
==================================================================================
              S H I P P I N G   O R D E R           SO No    PDX WS-865000
  ***************************************************
  ***************************************************
  SKIDS & PALLETS ARE PROPERTY OF PACIFIC METAL
  CALL 503-454-1051 OR 800-333-8815 FOR PICK UP

  ***************************************************
  RECEIPT SUMMARY
  4 SKID

  ***************************************************

  These commodities are controlled for export by the
  United States Government under the Export
  Administration Regulations. Diversion contrary to
  U.S. law prohibited. Purchaser is responsible to
  comply with these regulations if the items are to
  be exported from the United States or
  re-exported from a foreign country.

  ***************************************************
  Rec'd by  Shelby Haak
            Print name and sign!
  Date:     11-21-23

  ***************************************************

             FUEL SURCHARGE INFORMATION:
  There will be a fuel surcharge added per delivery.
  We will continue to monitor our fuel costs on a
  regular basis and adjust the surcharge
  accordingly.
            Thank you for your continued business.

  ***************************************************

                            Order Totals:    4 Items    8169 LBS
  ********************************************************************
   Material   Processing    Freight     Other     Taxes    ORDER AMT

   Page:  1 ....Continued
```

```
20Nov23 09:00            S H I P P I N G   O R D E R              No:PDX WS-865000
  Sold By:                                      Ship From:
Pacific Metal Company                         Pacific Metal Company
10700 SW Manhasset Drive                      10700 SW Manhasset Drive
Tualatin OR  97062-8608                       Tualatin OR  97062-8608
Tel: 503-454-1051 Fax: 503-454-1080


  Sold To:  (185300)                            Ship To:    (  1)
VAN'S AIRCRAFT                                VANS AIRCRAFT
=================================================================================
              S H I P P I N G   O R D E R              SO No       PDX WS-865000
  49,231.68                                   132.48      0.00       49,364.16
*********************************************************************************
```

Page:    3 .... Last

```
                        I N V O I C E               No: PDX IV-507018
                                                    Date:30Nov23
Sold By:                        Remit to:           Due:30Dec23
    Pacific Metal Company           Pacific Metal Company
    10700 SW Manhasset Drive        Unit 01
    Tualatin OR  97062-8608         PO BOX 5000
    Tel: 503-454-1051 Fax: 503-454-1080  Portland,OR  97208-5000


Sold To:      (Cus# 185300)     Shipped To:  (              1)
    VAN'S AIRCRAFT                  VANS AIRCRAFT
    ACCOUNTING@VANSAIRCRAFT.COM     14401 NE KEIL ROAD
    14401 NE KEIL ROAD              AURORA OR   97002
    AURORA OR   97002
    United States & Canada

===============================================================================
Shp Dt 29Nov23      Ord Dt 28Nov23      SO No WS-865358
Trm 1% 10 net 30                        PO/Rel 24573/TROY
Frt PREPAID                             Via OUR TRUCK       FOB DESTINATION
Slp Bryan Penninger                                         Pbl
===============================================================================
  1 2024 Aluminum Sht Alclad T3 185300              207 PCS      9,936.00 SFT
    .025 X 48.0000" X 144.0000"                                  3,613 LBS

    Part 2024SC .025 - T3
M421112
    MATERIAL              9,936.00 SFT @    2.3500  SFT         23,349.60
-------------------------------------------------------------------------------
  2 2024 Aluminum Sht Alclad T3 185300               56 PCS      1,866.67 SFT
    .125 X 48.0000" X 100.0000"                                  3,394 LBS

    Part 2024SC .125 - 48 X 100
VINYL WITH VAN'S VINYL BOTH SIDES OF SHEET
M417703
    MATERIAL              1,866.67 SFT @    9.7600  SFT         18,218.70
-------------------------------------------------------------------------------
  3 FUEL SURCHARGE                                                   0.00 SFT
                                        SO WS-       -               LBS

    FUEL SURCHARGE                        40.0000  LOT             40.00
-------------------------------------------------------------------------------
    Total Shipped:        263 PCS                                7,007   LBS




*******************************************************************************
    Material      Processing      Freight     Other    Taxes   TOTAL DUE
    41,568.30                      40.00                        41,608.30 USD
*******************************************************************************
                                        Discount: 416.08 if payment
                                        is received by 10Dec23
Page:       1 .... Last
```

```
28Nov23  13:44              S H I P P I N G    O R D E R              No:PDX WS-865358
   Sold By:                                   Ship From:
Pacific Metal Company                      Pacific Metal Company
10700 SW Manhasset Drive                   10700 SW Manhasset Drive
Tualatin OR  97062-8608                    Tualatin OR  97062-8608
Tel: 503-454-1051 Fax: 503-454-1080


   Sold To:  (185300)                        Ship To:  (  1)
VAN'S AIRCRAFT                             VANS AIRCRAFT
ACCOUNTING@VANSAIRCRAFT.COM                14401 NE KEIL ROAD
14401 NE KEIL ROAD                         AURORA OR  97002
AURORA OR  97002                           Tel: 503-678-6545 Fax: 503-678-6560

Trm 1% 10 net 30              Ord 28Nov23 Due 29Nov23              Rt 003-064
Frt PREPAID                   Via OUR TRUCK                        FOB DESTINATION
Slp Bryan Penninger           PO/Rel 24573/TROY
================================================================================
                    S H I P P I N G    O R D E R       SO No     PDX WS-865358
       FRIDAY DELIVERIES FOR SHAPES ONLY NO SHEET ORDERS
--------------------------------------------------------------------------------
  1 2024 Aluminum Sht Alclad T3 185300            207 PCS           3613 LBS
    .025 X 48.0000" X 144.0000"                                 9,936.00 SFT
    Part No 2024SC .025 - T3
                                  Shipped:     207 PCS           3613 LBS
    M421112
    MATERIAL                    9,936.00 SFT @  2.3500 SFT E     23,349.60
--------------------------------------------------------------------------------
  2 2024 Aluminum Sht Alclad T3 185300             56 PCS           3394 LBS
    .125 X 48.0000" X 100.0000"                                 1,866.67 SFT
    Part No 2024SC .125 - 48 X 100
                                  Shipped:      56 PCS           3394 LBS
    VINYL WITH VAN'S VINYL BOTH SIDES OF SHEET
    M417703
    MATERIAL                    1,866.67 SFT @  9.7600 SFT E     18,218.70
================================================================================
4500 LB MAX - FORKLIFT UNLOAD
USE 3 RUNNER SKIDS ON ALCLAD
TEST REPORTS REQUIRED FOR ALL ALUMINUM
PACK EACH ITEM ON SEPARATE SKIDS
5 X .19 X 25' 6061 AA CHANNEL -HYDRO MATERIAL ONLY
ALWAYS USE CHANNEL MEASURING TOOL PRIOR TO CUTTING
MUST BE AS SCRATCH AND GOUGE FREE AS POSSIBLE
DO NOT BREAK SKIDS ON PULL SHEET ORDERS FOR 2024
ALCLAD
*********************************************************
*********************************************************
SKIDS & PALLETS ARE PROPERTY OF PACIFIC METAL
CALL 503-454-1051 OR 800-333-8815 FOR PICK UP

*********************************************************

RECEIPT SUMMARY
____2_skids_____   ____v____    _____

_____          _____   _____

_____          _____   _____


Page:   1 ....Continued
```

```
28Nov23  13:44           S H I P P I N G   O R D E R           No:PDX WS-865358
  Sold By:                                Ship From:
  Pacific Metal Company                   Pacific Metal Company
  10700 SW Manhasset Drive                10700 SW Manhasset Drive
  Tualatin OR   97062-8608                Tualatin OR   97062-8608
  Tel: 503-454-1051 Fax: 503-454-1080


  Sold To:  (185300)                      Ship To:   (  1)
  VAN'S AIRCRAFT                          VANS AIRCRAFT
==============================================================================
            S H I P P I N G   O R D E R            SO No    PDX WS-865358
```

*********************************************************

These commodities are controlled for export by the
United States Government under the Export
Administration Regulations. Diversion contrary to
U.S. law prohibited. Purchaser is responsible to
comply with these regulations if the items are to
be exported from the United States or
re-exported from a foreign country.

*********************************************************

Rec'd by _Shelby Hagk_____
         Print name and sign!

Date: ____11-29-23_____

*********************************************************

        FUEL SURCHARGE INFORMATION:
There will be a fuel surcharge added per delivery.
We will continue to monitor our fuel costs on a
regular basis and adjust the surcharge
accordingly.
          Thank you for your continued business.

*********************************************************

                             Order Totals:   2 Items    7007 LBS
*********************************************************
  Material   Processing    Freight      Other      Taxes      ORDER AMT
  41,568.30                                        0.00       41,568.30
*********************************************************


Page:   2 .... Last

```
                            I N V O I C E                           No: PDX IV-507119
                                                                    Date: 07Dec23
Sold By:                                    Remit to:               Due: 06Jan24
     Pacific Metal Company                      Pacific Metal Company
     10700 SW Manhasset Drive                   Unit 01
     Tualatin OR   97062-8608                   PO BOX 5000
     Tel: 503-454-1051 Fax: 503-454-1080        Portland,OR   97208-5000


Sold To:       (Cus# 185300)                Shipped To:  (                1)
     VAN'S AIRCRAFT                             VANS AIRCRAFT
     ACCOUNTING@VANSAIRCRAFT.COM                14401 NE KEIL ROAD
     14401 NE KEIL ROAD                         AURORA OR  97002
     AURORA OR   97002
     United States & Canada

==============================================================================
Shp Dt 04Dec23       Ord Dt 04Dec23        SO No WS-865655
Trm 1% 10 net 30                           PO/Rel 024575/TROY
Frt PREPAID                                Via OUR TRUCK        FOB DESTINATION
Slp LESLIE ZOOK                                                 Pbl
==============================================================================
  1 2024 Aluminum Sht Alclad T3 185300                324 PCS    15,552.00 SFT
    .016 X 48.0000" X 144.0000"                                     3,619 LBS

M419501
    MATERIAL                    15,552.00 SFT @      1.7800  SFT    27,682.56
------------------------------------------------------------------------------
  2 FUEL SURCHARGE                                                      0.00 SFT
                                                 SO WS-        -            LBS

    FUEL SURCHARGE                               40.0000  LOT            40.00

------------------------------------------------------------------------------
    Total Shipped:             324 PCS                      3,619        LBS




******************************************************************************
    Material      Processing      Freight       Other      Taxes    TOTAL DUE
    27,682.56                      40.00                            27,722.56 USD
******************************************************************************
                                            Discount: 277.23 if payment
                                            is received by 17Dec23
Page:        1 .... Last
```

**EXHIBIT A - Page 9 of 11** Case 23-62260-dwh11   Doc 79   Filed 01/30/24

```
04Dec23 07:57           S H I P P I N G    O R D E R            No:PDX WS-865655
Sold By:                                    Ship From:
Pacific Metal Company                       Pacific Metal Company
10700 SW Manhasset Drive                    10700 SW Manhasset Drive
Tualatin OR  97062-8608                     Tualatin OR  97062-8608
Tel: 503-454-1051 Fax: 503-454-1080


Sold To:  (185300)                          Ship To:  (  1)
VAN'S AIRCRAFT                              VANS AIRCRAFT
ACCOUNTING@VANSAIRCRAFT.COM                 14401 NE KEIL ROAD
14401 NE KEIL ROAD                          AURORA OR  97002
AURORA OR  97002                            Tel: 503-678-6545 Fax: 503-678-6560

Trm 1% 10 net 30              Ord 04Dec23 Due 04Dec23           Rt 003-064
Frt PREPAID                   Via OUR TRUCK                     FOB DESTINATION
Slp LESLIE ZOOK               PO/Rel 024575/TROY
================================================================================
                  S H I P P I N G    O R D E R        SO No    PDX WS-865655
   SECOND RUN
   FRIDAY DELIVERIES FOR SHAPES ONLY NO SHEET ORDERS
--------------------------------------------------------------------------------
 1 2024 Aluminum Sht Alclad T3 185300           324 PCS            3619 LBS
   .016 X 48.0000" X 144.0000"                                15,552.00 SFT
                                    Shipped:   324 PCS            3619 LBS
   M419501
   MATERIAL                15,552.00 SFT @     1.7800 SFT E    27,682.56
================================================================================
   4500 LB MAX - FORKLIFT UNLOAD
   USE 3 RUNNER SKIDS ON ALCLAD
   TEST REPORTS REQUIRED FOR ALL ALUMINUM
   PACK EACH ITEM ON SEPARATE SKIDS
   5 X .19 X 25' 6061 AA CHANNEL -HYDRO MATERIAL ONLY
   ALWAYS USE CHANNEL MEASURING TOOL PRIOR TO CUTTING
   MUST BE AS SCRATCH AND GOUGE FREE AS POSSIBLE
   DO NOT BREAK SKIDS ON PULL SHEET ORDERS FOR 2024
   ALCLAD
   ************************************************
   ************************************************
   SKIDS & PALLETS ARE PROPERTY OF PACIFIC METAL
   CALL 503-454-1051 OR 800-333-8815 FOR PICK UP

   ************************************************
   RECEIPT SUMMARY
   1 skd                     ✓
   _____       _____       _____

   _____       _____       _____

   _____       _____       _____


   ************************************************

   These commodities are controlled for export by the
   United States Government under the Export
   Administration Regulations. Diversion contrary to


   Page:  1 ....Continued
```

```
04Dec23  07:57              S H I P P I N G   O R D E R            No:PDX WS-865655
Sold By:                                      Ship From:
Pacific Metal Company                         Pacific Metal Company
10700 SW Manhasset Drive                      10700 SW Manhasset Drive
Tualatin OR  97062-8608                       Tualatin OR  97062-8608
Tel: 503-454-1051 Fax: 503-454-1080


Sold To: (185300)                             Ship To: (  1)
VAN'S AIRCRAFT                                VANS AIRCRAFT
====================================================================
            S H I P P I N G   O R D E R        SO No    PDX WS-865655
U.S. law prohibited. Purchaser is responsible to
comply with these regulations if the items are to
be exported from the United States or
re-exported from a foreign country.

**********************************************************
Rec'd by  Shelby Hawk
          Print name and sign!
Date:     12-4-23

**********************************************************

        FUEL SURCHARGE INFORMATION:
There will be a fuel surcharge added per delivery.
We will continue to monitor our fuel costs on a
regular basis and adjust the surcharge
accordingly.
        Thank you for your continued business.

**********************************************************

                              Order Totals:    1 Items    3619 LBS
**********************************************************************
   Material    Processing    Freight       Other      Taxes    ORDER AMT
   27,682.56                                          0.00     27,682.56
**********************************************************************
```

Page:  2 .... Last

# CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, the foregoing **PACIFIC METAL COMPANY'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 503(B)(9) and DECLARATION OF BRIAN LACEY in support thereof** was served on the following:

☒ Via First Class Mail:

Stephen Allcock
1196 Plowman Way
Bel Air, MD 21014

BMC Group Inc
Attn Vans Aircraft
PO Box 90100
Los Angeles, CA 90009

Timothy J Conway
1600 Pioneer Tower
888 SW Fifth Ave.
Portland, OR 97204

☐ Via Facsimile to:

☐ Via E-mail to:

DATED: January 30, 2024

/s/ Loren S. Scott
Loren S. Scott, OSB# 024502

**CERTIFICATE OF SERVICE**  Page 1 of 1

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Case 23-62260-dwh11    Doc 79    Filed 01/30/24