**Below is an order of the Court.**

**U.S. Bankruptcy Judge**

OFCRR (12/13/19) jbk

## UNITED STATES BANKRUPTCY COURT
### District of Oregon

In re
 **Van's Aircraft, Inc.**
Debtor(s)

)
)
)
)
)
)
)
)

Case No. **23–62260–dwh11**

ORDER RE: FAILURE TO COMPLY
WITH REDACTION REQUIREMENTS

The following document filed with the court contains a social security number, taxpayer identification number, birth date, minor's name, or a financial account number that is not redacted as required by Federal Rule of Bankruptcy Procedure 9037:

Small Business Monthly Operating Report for filing period December 2023 Filed By Debtor Van's Aircraft, Inc

**THEREFORE, IT IS HEREBY ORDERED** that

1. The Clerk shall immediately restrict access to the above document to the following individuals or entities: court personnel, the United States Trustee, the case trustee, and the filer.

2. Within 7 days, the filer of the document must file a motion to redact the document along with a redacted copy of the document and pay the filing fee for the motion.

### ###

85 – 83