**Fill in this information to identify the case:**

Debtor Name __Van's Aircraft, Inc.__

United States Bankruptcy Court for the: District of Oregon

Case number: __23-62260-dwh11__

☑ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __December__

Date report filed: __02/09/2024__
MM / DD / YYYY

Line of business: __Aircraft Kit Manufacturer__

NAISC code: __336411__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Don Eisele, Interim CFO__

Original signature of responsible party ___(signature)___

Printed name of responsible party __Don Eisele__

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Case 23-62260-dwh11    Doc 86    Filed 02/09/24

17. Have you paid any bills you owed before you filed bankruptcy?                ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 3,138,602.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 1,999,795.10

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 2,404,135.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -360,439.70

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 2,733,804.90

*Note: movements of restricted cash are shown on Exhibit C. The net release of $44,357 is not reflected above.*

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 188,526.00

Case 23-62260-dwh11    Doc 86    Filed 02/09/24

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                          $ _77,320.00_

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                       108
27. What is the number of employees as of the date of this monthly report?                          108

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $ _0.00_
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _0.00_
30. How much have you paid this month in other professional fees?                                        $ _0.00_
31. How much have you paid in total other professional fees since filing the case?                        $ _0.00_

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 3,666,949.00 | − | $ 2,148,085.00 | = | $ 1,518,864.00 |
| 33. **Cash disbursements** | $ 3,482,000.00 | − | $ 2,404,135.00 | = | $ 1,077,865.00 |
| 34. **Net cash flow** | $ 184,950.00 | − | $ -256,050.00 | = | $ -440,999.00 |

35. Total projected cash receipts for the next month:                           $ 3,161,473.00
36. Total projected cash disbursements for the next month:                     − $ 3,515,989.00
37. Total projected net cash flow for the next month:                          = $ -354,516.00

Case 23-62260-dwh11    Doc 86    Filed 02/09/24

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Case 23-62260-dwh11     Doc 86     Filed 02/09/24

**Van's Aircraft, Inc.**

**Case Number: 23-62260-dwh11**

**Questions 1.10 - 1.18 with Yes answers**
**Exhibit B**

# Exhibit B
# Case # 23-62260-dwh11

**1.10 - Bank Accounts other than DIP bank accounts:**

Heritage Bank Business MM Checking Account has a small balance that has not been closed; less than $5K.  Will be closed and transferred into DIP account 7771 during February, 2024.

Van's Aircraft, Inc.

**Exhibit C**

Case Number: 23-62260-dwh11

**Case # 23-62260-dwh11**

Summary of Cash Activity for all Accounts

| Accounts | Key Bank 7771 | Restricted Cash Key Bank 1016 | Key Bank 2569 | Petty Cash | Heritage | Total | Excluding Restricted |
|---|---|---|---|---|---|---|---|
| Cash Book Balances on 12/05/2023 | $ 3,080,135.52 | $ 549,096.54 | $ 50,006.35 | $ 3,743.14 | $ 4,717.11 | $ 3,687,698.66 | $ 3,138,602.12 |
| Total Cash Receipts | $ 330,192.52 | $ 158,565.50 | $ 1,669,389.66 | $ 212.82 | $ 0.12 | $ 2,158,360.62 | $ 1,999,795.12 |
| Cash Transfers to Restricted Cash | $ - | $ 119,165.12 | $ (119,165.12) | $ - | $ - | $ - | $ (119,165.12) |
| Cash Transfers from Restricted Cash | $ 163,522.53 | $ (163,522.53) | $ - | $ - | $ - | $ - | $ 163,522.53 |
| Other Transfers | $ 868,402.82 | $ - | $ (868,402.82) | $ - | $ - | $ - | $ - |
| Cash Clearing Account | $ (343,883.73) | $ - | $ 343,426.87 | $ - | $ - | $ (456.86) | $ (456.86) |
| Total disbursements | $ (2,404,135.45) | $ - | $ - | $ - | $ - | $ (2,404,135.45) | $ (2,404,135.45) |
| Net Cash Flow | $ (1,385,901.31) | $ 114,208.09 | $ 1,025,248.59 | $ 212.82 | $ 0.12 | $ (246,231.69) | $ (360,439.78) |
| Cash Book Balances at 12/31/2023 | $ 1,694,234.21 | $ 663,304.63 | $ 1,075,254.94 | $ 3,955.96 | $ 4,717.23 | $ 3,441,466.97 | $ 2,778,162.34 |

**Receipts, December 5 - 31, 2023**

| | |
|---|---|
| Wires Received | 893,809.34 |
| Checks Received | 340,192.52 |
| Checks Rec'd Customer Deposit Acct | 148,289.50 |
| Credit Card Receipts | 775,580.32 |
| Petty Cash Receipts | 212.82 |
| Heritage (interest) | 0.12 |
| **Total** | 2,158,084.62 |
| Less: Stopped Payment on Check | -10,000.00 |
| **Net Receipts** | 2,148,084.62 |

**Exhibit D**

**Case # 23-62260-dwh11**

| Type | Date | Name | Amount | Balance |
|------|------|------|--------|---------|
| Check | 12/19/2023 | | 842.90 | 842.90 |
| Check | 12/26/2023 | | 81.96 | 924.86 |
| Check | 12/27/2023 | | 105.00 | 1,029.86 |
| Check | 12/08/2023 | | 16,948.60 | 17,978.46 |
| Check | 12/18/2023 | | 149,884.00 | 167,862.46 |
| Check | 12/11/2023 | | 3,312.38 | 171,174.84 |
| Check | 12/12/2023 | | 46,739.20 | 217,914.04 |
| ACH | 12/12/2023 | | 317.06 | 218,231.10 |
| Check | 12/12/2023 | | 979.97 | 219,211.07 |
| Check | 12/12/2023 | | 2,380.00 | 221,591.07 |
| Check | 12/12/2023 | | 1,254.40 | 222,845.47 |
| Check | 12/12/2023 | | 1,299.10 | 224,144.57 |
| ACH | 12/13/2023 | | 16,922.50 | 241,067.07 |
| Check | 12/13/2023 | | 6,935.00 | 248,002.07 |
| Check | 12/14/2023 | | 15,000.00 | 263,002.07 |
| Check | 12/13/2023 | | 3,299.95 | 266,302.02 |
| Check | 12/14/2023 | | 9,169.70 | 275,471.72 |
| Check | 12/14/2023 | | 252.80 | 275,724.52 |
| Check | 12/14/2023 | | 1,200.00 | 276,924.52 |
| Check | 12/14/2023 | | 322.00 | 277,246.52 |
| Check | 12/14/2023 | | 2,000.00 | 279,246.52 |
| Check | 12/14/2023 | | 3,385.00 | 282,631.52 |
| Check | 12/15/2023 | | 1,020.35 | 283,651.87 |
| Check | 12/18/2023 | | 304.85 | 283,956.72 |
| Check | 12/18/2023 | | 750.00 | 284,706.72 |
| Check | 12/18/2023 | | 285.14 | 284,991.86 |
| ACH | 12/18/2023 | | 224.00 | 285,215.86 |
| Check | 12/19/2023 | | 3,515.54 | 288,731.40 |
| Check | 12/20/2023 | | 100.00 | 288,831.40 |
| Check | 12/20/2023 | | 52.56 | 288,883.96 |
| Check | 12/20/2023 | | 2,143.00 | 291,026.96 |
| Check | 12/20/2023 | | 900.00 | 291,926.96 |
| Check | 12/21/2023 | | 447.30 | 292,374.26 |
| Check | 12/21/2023 | | 12,004.40 | 304,378.66 |
| Check | 12/21/2023 | | 3,477.65 | 307,856.31 |
| Check | 12/21/2023 | | 3,000.00 | 310,856.31 |
| Check | 12/21/2023 | | 1,764.00 | 312,620.31 |
| Check | 12/27/2023 | | 187.00 | 312,807.31 |
| Check | 12/27/2023 | | 130.00 | 312,937.31 |
| ACH | 12/27/2023 | | 232.00 | 313,169.31 |
| Check | 12/27/2023 | | 2.51 | 313,171.82 |
| Check | 12/27/2023 | | 547.20 | 313,719.02 |
| Check | 12/27/2023 | | 695.90 | 314,414.92 |
| Check | 12/27/2023 | | 691.44 | 315,106.36 |
| Check | 12/27/2023 | | 1,305.25 | 316,411.61 |
| Check | 12/27/2023 | | 3,375.00 | 319,786.61 |
| Check | 12/27/2023 | | 358.00 | 320,144.61 |
| Check | 12/22/2023 | | 170.82 | 320,315.43 |
| Check | 12/27/2023 | | 451.64 | 320,767.07 |

| | Type | Date | Name | Amount | Balance |
|---|---|---|---|---|---|
Disbursements from
| | Check | 12/27/2023 | | 3,368.10 | 324,135.17 |
| | Check | 12/27/2023 | | 1,871.17 | 326,006.34 |
| | Check | 12/27/2023 | | 2,899.60 | 328,905.94 |
| | Check | 12/28/2023 | | 3,897.50 | 332,803.44 |
| | ACH | 12/28/2023 | | 42,618.77 | 375,422.21 |
| | Check | 12/29/2023 | | 67,748.00 | 443,170.21 |
| | ACH/WIRE | 12/29/2023 | | 54,450.00 | 497,620.21 |
| | WIRE | 12/29/2023 | | 45,908.09 | 543,528.30 |
| | WIRE | 12/29/2023 | | 242,735.00 | 786,263.30 |
| | WIRE | 12/29/2023 | | 68,500.00 | 854,763.30 |
| | WIRE | 12/29/2023 | | 88,680.00 | 943,443.30 |
| | WIRE | 01/00/1900 | | 83,965.00 | 1,027,408.30 |
| | Chargeback | 12/08/2023 | | 10,000.00 | 1,037,408.30 |
| | | 12/15/2023 | | 76,130.06 | 1,113,538.36 |
| | | 12/15/2023 | | 4,956.97 | 1,118,495.33 |
| | | 12/18/2023 | | 13,035.00 | 1,131,530.33 |
| | | 12/19/2023 | | 6,810.82 | 1,138,341.15 |
| | | 12/22/2023 | | 1,593.54 | 1,139,934.69 |
| | | 12/27/2023 | | 92,858.86 | 1,232,793.55 |
| | | 12/27/2023 | | 2,506.32 | 1,235,299.87 |
| | | 12/29/2023 | | 34,034.70 | 1,269,334.57 |
| | | 12/06/2023 | | 341,882.91 | 1,611,217.48 |
| | Check | 12/29/2023 | | 770.80 | 1,611,988.28 |
| | Check | 12/29/2023 | | 550.00 | 1,612,538.28 |
| | Check | 12/29/2023 | | 21,258.00 | 1,633,796.28 |
| | Check | 12/27/2023 | | 30,700.00 | 1,664,496.28 |
| | Check | 12/27/2023 | | 98,957.44 | 1,763,453.72 |
| | | 12/13/2023 | | 244.00 | 1,763,697.72 |
| | | 12/13/2023 | | 262.43 | 1,763,960.15 |
| | | | | 113.66 | 1,764,073.81 |
| | Check | 12/20/2023 | | 180.00 | 1,764,253.81 |
| | Check | 12/20/2023 | | 58.49 | 1,764,312.30 |
| | Check | 12/20/2023 | | 1,639.60 | 1,765,951.90 |
| | Check | 12/20/2023 | | 650.00 | 1,766,601.90 |
| | Check | 12/20/2023 | | 372.83 | 1,766,974.73 |
| | Check | 12/20/2023 | | 79.00 | 1,767,053.73 |
| | Check | 12/20/2023 | | 731.10 | 1,767,784.83 |
| | Check | 12/21/2023 | | 12,165.00 | 1,779,949.83 |
| | Check | 12/21/2023 | | 935.00 | 1,780,884.83 |
| | Check | 12/21/2023 | | 92.25 | 1,780,977.08 |
| | Check | 12/22/2023 | | 995.00 | 1,781,972.08 |
| | Check | 12/26/2023 | | 99.85 | 1,782,071.93 |
| | Check | 12/27/2023 | | 863.19 | 1,782,935.12 |
| | Check | 12/27/2023 | | 89.11 | 1,783,024.23 |
| | Check | 12/27/2023 | | 12,579.35 | 1,795,603.58 |
| | Check | 12/27/2023 | | 3,253.70 | 1,798,857.28 |
| | Check | 12/27/2023 | | 22,781.00 | 1,821,638.28 |
| | Check | 12/27/2023 | | 8,000.00 | 1,829,638.28 |
| | Check | 12/27/2023 | | 68,560.00 | 1,898,198.28 |
| | Check | 12/27/2023 | | 92,100.00 | 1,990,298.28 |
| | Check | 12/18/2023 | | 3,510.00 | 1,993,808.28 |
| | Check | 12/13/2023 | | 358.20 | 1,994,166.48 |
| | Check | 12/14/2023 | | 2,485.00 | 1,996,651.48 |
| | Check | 12/14/2023 | | 1,941.20 | 1,998,592.68 |

Disbursements from

| Type | Date | Name | Amount | Balance |
|------|------|------|-------:|--------:|
| Check | 12/14/2023 | | 1,584.00 | 2,000,176.68 |
| Check | 12/14/2023 | | 13,035.00 | 2,013,211.68 |
| Check | 12/14/2023 | | 350.00 | 2,013,561.68 |
| Check | 12/18/2023 | | 2,311.21 | 2,015,872.89 |
| Check | 12/18/2023 | | 337.93 | 2,016,210.82 |
| Check | 12/18/2023 | | 256.52 | 2,016,467.34 |
| Check | 12/18/2023 | | 15,104.00 | 2,031,571.34 |
| Check | 12/19/2023 | | 14,228.44 | 2,045,799.78 |
| Dir Withdrawal | 12/15/2023 | | 5,000.00 | 2,050,799.78 |
| Dir Withdrawal | 12/18/2023 | | 48,784.59 | 2,099,584.37 |
| Dir Withdrawal | 12/18/2023 | | 6,712.25 | 2,106,296.62 |
| Dir Withdrawal | 12/20/2023 | | 9,798.75 | 2,116,095.37 |
| Dir Withdrawal | 12/25/2023 | | 33,436.54 | 2,149,531.91 |
| Dir Withdrawal | 12/25/2023 | | 11,630.85 | 2,161,162.76 |
| Dir Withdrawal | 12/26/2023 | | 3,325.60 | **2,164,488.36** |
| Total Payroll | 12/20/2023 | | 239,647.09 | **239,647.09** |
| | Total Disbursements | | | **2,404,135.45** |

Case 23-62260-dwh11    Doc 86    Filed 02/09/24

**Van's Aircraft, Inc**

**Accounts Payable**

As of December 31, 2023

**Exhibit E**

**Case # 23-62260-dwh11**

### 20100 · Accounts Payable-Post Petition

| Invoice # | Invoice Date | Due Date | Invoice Amount | Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|---|---|---|---|
| | 12/05/2023 | 01/04/2024 | 451.92 | 451.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/07/2023 | 12/07/2023 | 30,700.00 | 30,700.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/07/2023 | 12/07/2023 | 31,150.00 | 31,150.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/26/2023 | 12/26/2023 | 4,900.00 | 4,900.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/07/2023 | 01/06/2024 | 27,722.56 | 27,722.56 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/14/2023 | 01/13/2024 | 38.41 | 38.41 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/13/2023 | 01/12/2024 | 830.58 | 830.58 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/13/2023 | 01/12/2024 | 838.88 | 838.88 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/13/2023 | 01/12/2024 | 466.48 | 466.48 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/13/2023 | 01/12/2024 | 4,566.80 | 4,566.80 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/13/2023 | 01/12/2024 | 501.76 | 501.76 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/25/2023 | 01/24/2024 | 355.00 | 355.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/27/2023 | 12/27/2023 | 1,489.32 | 1,489.32 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/12/2023 | 01/11/2024 | 322.00 | 322.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/29/2023 | 01/13/2024 | 2,947.68 | 2,947.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/25/2023 | 01/09/2024 | 1,129.98 | 1,129.98 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/11/2023 | 12/26/2023 | 2,971.51 | 2,971.51 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/08/2023 | 12/23/2023 | 3,152.76 | 3,152.76 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/12/2023 | 12/27/2023 | 43.67 | 43.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/08/2023 | 12/23/2023 | 4.51 | 4.51 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/12/2023 | 12/27/2023 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/28/2023 | 01/27/2024 | 410.00 | 410.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/19/2023 | 01/18/2024 | 54,679.00 | 54,679.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/20/2023 | 01/04/2024 | 472.82 | 472.82 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/08/2023 | 01/07/2024 | 27.99 | 27.99 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/11/2023 | 01/10/2024 | 22.77 | 22.77 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/13/2023 | 12/13/2023 | 4,564.77 | 4,564.77 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/15/2023 | 12/15/2023 | 126.61 | 126.61 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/18/2023 | 01/17/2024 | 13.62 | 13.62 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/06/2023 | 12/06/2023 | 1,308.41 | 1,308.41 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/13/2023 | 12/13/2023 | 334.32 | 334.32 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/11/2023 | 01/10/2024 | 141.67 | 141.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/14/2023 | 12/29/2023 | 960.00 | 960.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/08/2023 | 12/08/2023 | 1,128.40 | 1,128.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/27/2023 | 12/27/2023 | 337.50 | 337.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/22/2023 | 01/21/2024 | 73.27 | 73.27 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/22/2023 | 12/22/2023 | 600.00 | 600.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/12/2023 | 12/12/2023 | 1,102.30 | 472.38 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/26/2023 | 12/26/2023 | 3,348.05 | 3,348.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/28/2023 | 01/12/2024 | 2,532.70 | 2,532.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/09/2023 | 12/09/2023 | 608.15 | 608.15 | 0.00 | 0.00 | 0.00 | 0.00 |

Case 23-62260-dwh11    Doc 86    Filed 02/09/24

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/13/2023 | 01/12/2024 | 205.29 | 205.29 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/19/2023 | 01/18/2024 | 149.56 | 149.56 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/28/2023 | 12/28/2023 | 125.00 | 125.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/28/2023 | 01/17/2024 | 432.50 | 432.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/22/2023 | 01/21/2024 | 234.77 | 234.77 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Post-Petition A/P** | | | **188,526.29** | **187,896.37** | **0.00** | **0.00** | **0.00** | **0.00** |

Case 23-62260-dwh11    Doc 86    Filed 02/09/24

| | Type | Date | Num | Name | Amount | Cumulative Balance |
|---|---|---|---|---|---|---|
| **10500 - Accounts Receivable** | | | | | | |
| | | | M000003 | | 16,766.30 | 16,766.30 |
| | | | M000004 | | 9,002.36 | 25,768.66 |
| | | | M020015 | | 8,057.11 | 33,825.77 |
| | | | M018561 | | 7,829.42 | 41,655.19 |
| | | | V200 | | 6,684.00 | 48,339.19 |
| | | | NB971 | | 4,716.80 | 53,055.99 |
| | | | M040192 | | 3,191.77 | 56,247.76 |
| | | | M037670 | | 2,808.92 | 59,056.68 |
| | | | M038610 | | 2,724.95 | 61,781.63 |
| | | | M002841 | | 2,591.57 | 64,373.20 |
| | | | M014360 | | 2,487.60 | 66,860.80 |
| | | | M000268 | | 2,418.50 | 69,279.30 |
| | | | M019318 | | 2,249.97 | 71,529.27 |
| | | | M012399 | | 2,028.55 | 73,557.82 |
| | | | M000558 | | 1,914.37 | 75,472.19 |
| | | | M011726 | | 1,847.85 | **77,320.04** |



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**December 31, 2023**
**page 1 of 4**

████ 7771

146 31      T   968 00000 R EM AO
VAN'S AIRCRAFT, INC.
CASH OPERATING ACCOUNT
DEBTOR IN POSSESSION
CASE # 23-62260-DWH11
31765 S KYLLO RD
MOLALLA OR 97038-8504

*Questions or comments?*
*Call 1-800-821-2829*

---

Commercial Transaction ████ 7771

VAN'S AIRCRAFT, INC.
CASH OPERATING ACCOUNT
DEBTOR IN POSSESSION

| | |
|---|---:|
| Beginning balance 11-30-23 | $21,479.54 |
| 10 Additions | +3,985,927.77 |
| 171 Subtractions | -1,969,632.57 |
| Net fees and charges | -113.66 |
| **Ending balance 12-31-23** | **$2,037,661.08** |

## Additions

| Deposits Date | Serial # | Source | | | Amount |
|---|---|---|---|---|---:|
| 12-4 | | Deposit   Branch 0071 Oregon | | | $3,461,950.26 |
| 12-6 | | Deposit   Branch 0071 Oregon | | | 180,033.87 |
| 12-6 | | Deposit   Branch 0071 Oregon | | | 63,185.71 |
| 12-7 | | Internet Trf Fr DDA ████ | 1016 | 3720 | 109,072.53 |
| 12-8 | | Deposit   Branch 0071 Oregon | | | 10,859.94 |
| 12-13 | | Deposit   Branch 0071 Oregon | | | 19,747.46 |
| 12-15 | | Deposit   Branch 0071 Oregon | | | 515.00 |
| 12-18 | | Deposit   Branch 0071 Oregon | | | 82,914.46 |
| 12-21 | | Internet Trf Fr DDA ████ | 1016 | 3720 | 54,450.00 |
| 12-28 | | Deposit   Branch 0071 Oregon | | | 3,198.54 |
| | | **Total additions** | | | **$3,985,927.77** |

## Subtractions

*Paper Checks*          * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| █ | 12-19 | $842.92 | █ | 12-15 | 979.97 | █ | 12-15 | 9,169.70 |
| | 12-26 | 81.96 | | 12-14 | 2,380.00 | | 12-20 | 1,200.00 |
| | 12-27 | 105.00 | | 12-28 | 1,254.40 | | 12-29 | 252.80 |
| | 12-12 | 16,948.60 | | 12-13 | 16,922.50 | | 12-22 | 322.00 |
| | 12-18 | 149,884.00 | | 12-28 | 1,299.10 | | 12-18 | 3,385.00 |
| | 12-11 | 3,312.38 | | 12-15 | 6,935.00 | | 12-29 | 2,000.00 |
| | 12-12 | 46,739.20 | | 12-28 | 3,299.95 | | 12-20 | 1,020.35 |
| | 12-18 | 317.06 | | 12-13 | 15,000.00 | | 12-28 | 304.85 |

███████ 7771

## Subtractions
(con't)

*Paper Checks*          * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| █ | 12-28 | 750.00 | █ | 12-20 | 1,946.72 | █ | 12-27 | 2,604.12 |
| █ | 12-18 | 285.14 | █ | 12-21 | 1,307.07 | █ | 12-20 | 2,311.10 |
| █ | 12-22 | 224.00 | █ | 12-21 | 1,680.75 | █ | 12-21 | 1,881.77 |
| █ | 12-29 | 3,515.54 | █ | 12-19 | 1,740.21 | █ | 12-19 | 3,050.58 |
| █ | 12-18 | 100.00 | █ | 12-28 | 2,114.30 | █ | 12-21 | 1,544.83 |
| █ | 12-21 | 52.56 | █ | 12-22 | 1,532.71 | █ | 12-26 | 2,154.45 |
| █ | 12-28 | 2,143.00 | █ | 12-26 | 1,752.52 | █ | 12-20 | 1,895.88 |
| █ | 12-19 | 900.00 | █ | 12-29 | 8,862.83 | █ | 12-20 | 2,629.55 |
| █ | 12-19 | 447.30 | █ | 12-27 | 2,414.75 | █ | 12-19 | 1,025.65 |
| █ | 12-22 | 12,004.40 | █ | 12-28 | 3,185.63 | █ | 12-22 | 1,639.42 |
| █ | 12-22 | 3,000.00 | █ | 12-20 | 1,557.85 | █ | 12-19 | 3,837.01 |
| █ | 12-29 | 3,477.65 | █ | 12-19 | 2,133.76 | █ | 12-22 | 1,496.15 |
| █ | 12-21 | 1,764.00 | █ | 12-20 | 2,342.88 | █ | 12-19 | 2,085.45 |
| █ | 12-22 | 187.00 | █ | 12-22 | 1,497.34 | █ | 12-20 | 2,957.04 |
| █ | 12-26 | 130.00 | █ | 12-28 | 1,950.34 | █ | 12-26 | 1,710.14 |
| █ | 12-27 | 232.00 | █ | 12-22 | 1,441.69 | █ | 12-20 | 1,477.49 |
| █ | 12-26 | 2.51 | █ | 12-19 | 2,130.72 | █ | 12-20 | 1,452.44 |
| █ | 12-27 | 547.20 | █ | 12-20 | 1,484.81 | █ | 12-27 | 1,275.01 |
| █ | 12-27 | 695.90 | █ | 12-19 | 1,734.85 | █ | 12-20 | 3,202.92 |
| █ | 12-28 | 691.44 | █ | 12-20 | 2,201.13 | █ | 12-21 | 3,666.46 |
| █ | 12-21 | 1,305.25 | █ | 12-19 | 2,229.19 | █ | 12-19 | 1,663.28 |
| █ | 12-22 | 3,375.00 | █ | 12-20 | 2,670.06 | █ | 12-26 | 1,797.10 |
| █ | 12-22 | 358.00 | █ | 12-20 | 2,211.80 | █ | 12-20 | 1,364.73 |
| █ | 12-22 | 170.82 | █ | 12-21 | 2,059.49 | █ | 12-19 | 2,737.86 |
| █ | 12-27 | 451.64 | █ | 12-20 | 2,449.99 | █ | 12-20 | 1,449.73 |
| █ | 12-26 | 3,368.10 | █ | 12-20 | 3,629.31 | █ | 12-19 | 1,486.43 |
| █ | 12-28 | 1,871.17 | █ | 12-21 | 3,458.48 | █ | 12-20 | 1,692.86 |
| █ | 12-21 | 2,899.60 | █ | 12-20 | 1,611.25 | █ | 12-21 | 2,960.71 |
| █ | 12-19 | 1,452.16 | █ | 12-22 | 2,234.97 | █ | 12-26 | 1,492.43 |
| █ | 12-20 | 1,446.45 | █ | 12-26 | 1,339.82 | █ | 12-20 | 1,662.26 |
| █ | 12-20 | 2,428.37 | █ | 12-19 | 1,558.58 | █ | 12-20 | 1,653.51 |
| █ | 12-20 | 2,549.39 | █ | 12-19 | 2,099.05 | █ | 12-19 | 1,334.55 |
| █ | 12-21 | 1,725.03 | █ | 12-20 | 1,382.00 | █ | 12-26 | 2,420.19 |
| █ | 12-20 | 2,930.28 | █ | 12-21 | 1,902.13 | █ | 12-19 | 1,349.56 |
| █ | 12-20 | 2,280.80 | █ | 12-21 | 2,711.15 | █ | 12-21 | 538.61 |
| █ | 12-22 | 3,090.25 | █ | 12-22 | 1,321.91 | █ | 12-28 | 176.67 |
| █ | 12-21 | 1,703.91 | █ | 12-20 | 1,986.30 | █ | 12-20 | 8,478.56 |
| █ | 12-20 | 1,724.02 | █ | 12-19 | 1,922.30 | █ | 12-22 | 8,415.85 |
| █ | 12-20 | 3,175.00 | █ | 12-21 | 2,840.35 | █ | 12-22 | 672.89 |
| █ | 12-27 | 1,406.02 | █ | 12-19 | 2,024.94 | █ | 12-29 | 597.47 |
| █ | 12-22 | 1,701.16 | █ | 12-22 | 1,560.92 | | | |

**Paper Checks Paid**          **$534,578.36**

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 12-8 | | Chargeback | $10,000.00 |
| | 12-11 | | Direct Withdrawal, Vans Aircraft Inkbbo ACH | 21,258.00 |
| | 12-12 | | Direct Withdrawal, Vans Aircraft Inkbbo ACH | 550.00 |
| | 12-13 | | Direct Withdrawal, Vans Aircraft Inkbbo ACH | 770.80 |
| | 12-13 | | Direct Withdrawal, █ Chk Order | 262.43 |
| | 12-13 | | Direct Withdrawal, █ Chk Order | 244.00 |
| | 12-14 | 533908 | Internat Wire Wd █ | 88,680.00 |

████████



███████ 7771

## Subtractions
*(con't)*

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 12-14 | | Direct Withdrawal, Vans Aircraft Inkbbo ACH | 67,748.00 |
| | 12-15 | 551253 | Internat Wire Wd ██████████ | 76,130.06 |
| | 12-15 | | Withdrawal Branch 0071 Oregon | 4,956.97 |
| | 12-18 | | Direct Withdrawal, Vans Aircraft Inkbbo ACH | 42,618.77 |
| | 12-18 | | Direct Withdrawal, ██████████ | 13,035.00 |
| | 12-19 | | Direct Withdrawal, Vans Aircraft Inkbbo ACH | 6,810.82 |
| | 12-20 | | Direct Withdrawal, Vans Aircraft Inkbbo ACH | 3,897.50 |
| | 12-21 | 620776 | Wire Withdrawal ██████████ | 297,185.00 |
| | 12-21 | | Direct Withdrawal, Vans Aircraft Inkbbo ACH | 98,957.44 |
| | 12-21 | 620742 | Internat Wire Wd ██████████ | 45,908.09 |
| | 12-21 | | Direct Withdrawal, Vans Aircraft Inkbbo ACH | 30,700.00 |
| | 12-22 | 638189 | Wire Withdrawal ██████████ | 68,500.00 |
| | 12-22 | | Withdrawal Branch 0071 Oregon | 1,593.54 |
| | 12-27 | | Direct Withdrawal, Vans Aircraft Inkbbo ACH | 92,858.86 |
| | 12-27 | | Direct Withdrawal, Vans Aircraft Inkbbo ACH | 2,506.32 |
| | 12-28 | 694272 | Internat Wire Wd ██████████ | 83,965.00 |
| | 12-29 | | Direct Withdrawal, Vans Aircraft Inkbbo ACH | 34,034.70 |

| Transfers | Date | Serial # | Destination | | |
|---|---|---|---|---|---|
| | 12-6 | | Trf To DDA ██████████ | 3720 | $341,882.91 |
| | | | **Total subtractions** | | **$1,969,632.57** |

## Fees and charges

| | Date | | Quantity | Unit Charge | |
|---|---|---|---|---|---|
| | 12-8-23 | Nov Analysis Service Chg | 1 | 113.66 | -$113.66 |
| | | **Fees and charges  assessed this period** | | | **-$113.66** |

*See your Account Analysis statement for details.*

## Account messages

*DEPOSIT ACCOUNT AGREEMENT CHANGES*
*We've updated Section 6 of our Deposit Account Agreement to reflect how we are processing certain ATM and Debit Card Transactions. For more information, please call 1-888-KEY-4BIZ® (1-888-539-4249). For clients using a TDD/TTY device, please call 1-800-539-8336.*



## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth in Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY 31 55 0228
555 Patroon Creek Blvd
Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | Transfer to Savings Account |
| XFER FROM SAV | Transfer from Savings Account |
| XFER TO CKG | Transfer to Checking Account |
| XFER FROM CKG | Transfer from Checking Account |
| PMT TO CR CARD | Payment to Credit Card |
| ADV CR CARD | Advance from Credit Card |

Preauthorized Credits: If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101 4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➔ | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |
| This amount should agree with your check register balance. |

| TOTAL ➔ | $ |
|---|---|



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

1016

31        T    968 00000 R EM AO
VAN'S AIRCRAFT, INC.
CUSTOMER DEPOSITS ACCOUNT
DEBTOR IN POSSESSION
CASE # 23-62260-DWH11
14401 KEIL RD NE
AURORA OR 97002-9467

*Questions or comments?*
*Call 1-800-821-2829*

---

Commercial Transaction ██████1016
VAN'S AIRCRAFT, INC.
CUSTOMER DEPOSITS ACCOUNT
DEBTOR IN POSSESSION

| | |
|---|---:|
| Beginning balance 11-30-23 | $109,072.53 |
| 6 Additions | +717,754.63 |
| 2 Subtractions | -163,522.53 |
| **Ending balance 12-31-23** | **$663,304.63** |

## Additions

| Deposits Date | Serial # | Source | | | |
|---|---|---|---|---|---:|
| 12-6 | | Trf Fr DDA ████████7771 | | 3720 | $341,882.91 |
| 12-6 | | Deposit   Branch 0071 Oregon | | | 148,289.50 |
| 12-8 | | Deposit   Branch 0071 Oregon | | | 10,276.00 |
| 12-19 | | Internet Trf Fr DDA | 2569 | 3720 | 62,341.50 |
| 12-27 | | Internet Trf Fr DDA ████████ | 2569 | 3720 | 151,700.00 |
| 12-27 | | Internet Trf Fr DDA ████████ | 2569 | 3720 | 3,264.72 |
| | | **Total additions** | | | **$717,754.63** |

## Subtractions

| Withdrawals Date | Serial # | Location | | | |
|---|---|---|---|---|---:|
| 12-7 | | Internet Trf To DDA ████████ | 7771 | 3720 | $109,072.53 |
| 12-21 | | Internet Trf To DDA ████████ | 7771 | 3720 | 54,450.00 |
| | | **Total subtractions** | | | **$163,522.53** |

## Fees and charges

*See your Account Analysis statement for details.*

Case 23-62260-dwh11    Doc 86    Filed 02/09/24

 1016

## Account messages

*DEPOSIT ACCOUNT AGREEMENT CHANGES*
*We've updated Section 6 of our Deposit Account Agreement to reflect how we are*
*processing certain ATM and Debit Card Transactions. For more information,*
*please call 1-888-KEY-4BIZ® (1-888-539-4249). For clients using a TDD/TTY*
*device, please call 1-800-539-8336.*



## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth in Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY 31 55 0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | Transfer to Savings Account |
| XFER FROM SAV | Transfer from Savings Account |
| XFER TO CKG | Transfer to Checking Account |
| XFER FROM CKG | Transfer from Checking Account |
| PMT TO CR CARD | Payment to Credit Card |
| ADV CR CARD | Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101 4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ **Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:

- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:

- Deposits or other credits shown on our statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL → | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |
| This amount should agree with your check register balance. |

| TOTAL → | $ |
|---|---|



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

2569

31      T   968 00000 R EM AO
VAN'S AIRCRAFT, INC.
ELECTRONIC RECEIVING ACCOUNT
DEBTOR IN POSSESSION
CASE # 23-62260-DWH11
1401 KEIL RD NE
AURORA OR 97002

*Questions or comments?*
*Call 1-800-821-2829*

---

Commercial Transaction ▬▬▬2569
VAN'S AIRCRAFT, INC.
ELECTRONIC RECEIVING ACCOUNT
DEBTOR IN POSSESSION

| | |
|---|---:|
| Beginning balance 11-30-23 | $50,006.35 |
| 32 Additions | +1,361,243.39 |
| 10 Subtractions | -335,994.80 |
| **Ending balance 12-31-23** | **$1,075,254.94** |

## Additions

| Deposits | Date | Serial # | Source | | | |
|---|---|---|---|---|---|---:|
| | 12-13 | 509652 | Wire Deposit | | | $106,855.00 |
| | 12-14 | 531508 | Wire Deposit | | | 62,341.50 |
| | 12-14 | | Direct Deposit, | Merchant Svcs | Comb. Dep. | 27,589.29 |
| | 12-15 | 550835 | Wire Deposit | | | 111,905.00 |
| | 12-15 | | Direct Deposit, | Merchant Svcs | Comb. Dep. | 23,678.72 |
| | 12-15 | | Direct Deposit, | Merchant Svcs | Comb. Dep. | 13.00 |
| | 12-18 | | Direct Deposit, | Merchant Svcs | Comb. Dep. | 20,795.79 |
| | 12-18 | | Direct Deposit, | Merchant Svcs | Comb. Dep. | 509.90 |
| | 12-19 | 574301 | Wire Deposit | | | 109,105.00 |
| | 12-19 | | Direct Deposit, | Merchant Svcs | Comb. Dep. | 53,610.34 |
| | 12-19 | 576060 | Wire Deposit | | | 5,860.11 |
| | 12-19 | | Direct Deposit, | Merchant Svcs | Comb. Dep. | 276.16 |
| | 12-20 | 599497 | Wire Deposit | | | 215,570.00 |
| | 12-20 | | Direct Deposit, | Merchant Svcs | Comb. Dep. | 43,948.98 |
| | 12-21 | 612123 | Wire Deposit | | | 53,297.50 |
| | 12-21 | | Direct Deposit, | Merchant Svcs | Comb. Dep. | 28,840.79 |
| | 12-21 | 619595 | Wire Deposit | | | 27,788.87 |
| | 12-21 | 613003 | Wire Deposit | | | 3,075.00 |
| | 12-21 | 608127 | Wire Deposit | | | 2,090.00 |
| | 12-22 | | Direct Deposit, | Merchant Svcs | Comb. Dep. | 49,991.46 |
| | 12-22 | 625420 | Wire Deposit | | | 1,238.75 |
| | 12-26 | | Direct Deposit, | Merchant Svcs | Comb. Dep. | 34,584.03 |
| | 12-26 | 653182 | Wire Deposit | | | 8,557.48 |
| | 12-26 | 653140 | Wire Deposit | | | 6,551.12 |
| | 12-27 | 675947 | Wire Deposit | | | 151,700.00 |

██████ 2569

## Additions
*(con't)*

| Deposits | Date | Serial # | Source | | | |
|---|---|---|---|---|---|---:|
| | 12-27 | | Direct Deposit, | Merchant Svcs | Comb. Dep. | 49,004.03 |
| | 12-27 | | Direct Deposit, | Merchant Svcs | Comb. Dep. | 341.25 |
| | 12-28 | | Direct Deposit, | Merchant Svcs | Comb. Dep. | 77,983.32 |
| | 12-28 | | Direct Deposit, | Merchant Svcs | Comb. Dep. | 225.00 |
| | 12-29 | | Direct Deposit, | Merchant Svcs | Comb. Dep. | 56,041.99 |
| | 12-29 | 768615 | Wire Deposit | ████████ | | 15,754.01 |
| | 12-29 | 759705 | Wire Deposit | ████████ | | 12,120.00 |
| | | | **Total additions** | | | **$1,361,243.39** |

## Subtractions

| Withdrawals | Date | Serial # | Location | | |
|---|---|---|---|---|---:|
| | 12-15 | | Direct Withdrawal, Merchant Svcs | Comb. Exc. | $5,000.00 |
| | 12-18 | | Direct Withdrawal, Merchant Svcs | Comb. Exc. | 48,784.59 |
| | 12-18 | | Direct Withdrawal, Merchant Svcs | Comb. Exc. | 6,712.25 |
| | 12-19 | | Internet Trf To DDA ████ | 1016    3720 | 62,341.50 |
| | 12-21 | | Direct Withdrawal, Merchant Svcs | Comb. Exc. | 9,798.75 |
| | 12-26 | | Direct Withdrawal, Merchant Svcs | Comb. Exc. | 33,436.54 |
| | 12-26 | | Direct Withdrawal, Merchant Svcs | Comb. Exc. | 11,630.85 |
| | 12-27 | | Internet Trf To DDA ████ | 1016    3720 | 151,700.00 |
| | 12-27 | | Internet Trf To DDA ████ | 1016    3720 | 3,264.72 |
| | 12-28 | | Direct Withdrawal, Merchant Svcs | Comb. Exc. | 3,325.60 |
| | | | **Total subtractions** | | **$335,994.80** |

## Interest earned

| | |
|---|---:|
| Number of days this statement period | 31 |
| Interest paid year-to-date | $333.87 |

## Fees and charges

*See your Account Analysis statement for details.*

## Account messages

*DEPOSIT ACCOUNT AGREEMENT CHANGES*
*We've updated Section 6 of our Deposit Account Agreement to reflect how we are processing certain ATM and Debit Card Transactions. For more information, please call 1-888-KEY-4BIZ® (1-888-539-4249). For clients using a TDD/TTY device, please call 1-800-539-8336.*



## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth in Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY 31 55 0228
555 Patroon Creek Blvd
Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | Transfer to Savings Account |
| XFER FROM SAV | Transfer from Savings Account |
| XFER TO CKG | Transfer to Checking Account |
| XFER FROM CKG | Transfer from Checking Account |
| PMT TO CR CARD | Payment to Credit Card |
| ADV CR CARD | Advance from Credit Card |

Preauthorized Credits: If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

What To Do If You Think You Find A Mistake on Your Statement: If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

Explanation of Finance Charge: Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

Average Daily Balance method (Balance Subject to Interest Rate): Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

CREDIT INFORMATION: If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101 4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:

- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:

- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

❹ List from your check register any checks or other deductions that are *not* shown on your statement.

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL ➔ | $ |

❺ List any deposits from your check register that are *not* shown on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| TOTAL ➔ | $ |

❻ Enter ending balance shown on your statement.

$ 

❼ Add 5 and 6 and enter total here.

$ 

❽ Enter total from 4.

$ 

❾ Subtract 8 from 7 and enter difference here.

$ 

This amount should agree with your check register balance.

## Van's Aircraft
## Income Statement
## December 31, 2023 Year to Date

| | Preliminary 12/31/2023 |
|---|---:|
| **Revenue** | $ **52,137,617** |
| **Cost of Materials** | 41,152,203 |
| **Direct Labor** | 3,315,451 |
| **Manufacturing Overhead** | 4,863,283 |
| Cost Transfers into Inventory | (2,984,244) |
| **Total Cost of Goods Sold** | **46,346,693** |
| **Gross Margin** | 5,790,925 |
| **Total SG&A** | 6,429,642 |
| **EBITDA** | $ **(638,717)** |
| Depreciation | $ 773,485 |
| Interest Expense, net | 257,722 |
| Other (Income)/Expense | (1,188,727) |
| Laser Cut Parts Replacement Expense | 5,000,000 |
| Inventory Write-Off | 3,972,842 |
| **Net Income/(Loss)** | $ **(9,454,040)** |

Case 23-62260-dwh11    Doc 86    Filed 02/09/24

**Van's Aircraft**
**Balance Sheet**
**As of December 31, 2023**

| | Preliminary 12/31/2023 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Cash & Cash Equivalents | $ 2,778,162 |
| Restricted Cash Customer Deposits | 663,305 |
| Accounts Receivable | 77,320 |
| Inventory[1] | 21,984,988 |
| Prepaid Expenses | 440,923 |
| **Total Current Assets** | **25,944,698** |
| **Fixed Assets** | |
| Buildings | 9,000,625 |
| Storage Buildings | 162,684 |
| Machinery & Equipment | 3,551,107 |
| Office Equipment, Furniture & Fixtures | 550,418 |
| Facility Improvements | 446,895 |
| Aircraft | 53,343 |
| Vehicles | 65,366 |
| Accumulated Depreciation | (3,130,197) |
| **Total Fixed Assets** | **10,700,242** |
| **Total Assets** | **$ 36,644,940** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts Payable - Post Petition | $ 188,526 |
| Accounts Payable - Pre Petition | 2,580,980 |
| Accrued Payroll & Related | 566,671 |
| PTO Payable | 626,454 |
| State Taxes Payable | 239,967 |
| **Total Current Liabilities** | **4,202,598** |
| **Insider Liabilities** | |
| VanGrunsven Notes | 3,500,000 |
| ESOP Note Guarantee | 728,666 |
| VanGrunsven Trumpf Note | 543,491 |
| VanGrunsven A/C Corp Office | 6,185,758 |
| **Total Insider Liabilities** | **10,957,914** |
| **Contingent Liabilities** | |
| Customer Deposits | 26,485,078 |
| Laser Cut Parts Replacement Reserve | 5,000,000 |
| **Total Contingent Liabilities** | **31,485,078** |
| **Total Liabilities** | **$ 46,645,591** |
| **Equity** | |
| Capital (Common Stock) | $ 60,000 |
| Retained Earnings | 147,914 |
| ESOP Contra | (754,525) |
| Net Income | (9,454,040) |
| **Total Equity** | **(10,000,651)** |
| **Total Liabilities & Equity** | **$ 36,644,940** |

**Footnote:**
**1** The estimated liquidation value of inventory is $2.5 Million

| Van's Aircraft<br>Statement of Cash Flows<br>December 31, 2023 Year to Date | Preliminary<br>12/31/2023 |
|---|---:|
| **Net Income (Loss)** | $ **(9,454,040)** |
| **Non Cash items included in Net Income** | |
| Depreciation | 773,485 |
| **Changes in Operating Assets & Liabilities** | |
| (Increase) Decrease in Working Capital Accounts | 1,338,434 |
| (Increase) Decrease in Replacement Reserve | 5,000,000 |
| (Increase) Decrease in Customer Deposits | (1,990,405) |
| **Net Cash Provided (Used) by Operations** | **(4,332,526)** |
| **Cash Flows from Investing Activities** | |
| (Increase)/Decrease in Fixed Assets | (2,492,931) |
| **Net Cash Provided (Used) by Investing Activities** | **(2,492,931)** |
| **Cash Flows from Financing Activities** | |
| Net Borrowings (Paydowns) on Insider Debt | 3,251,047 |
| **Net cash flow provided by Financing Activities** | **3,251,047** |
| **Increase (Decrease) in Cash** | **(3,574,410)** |
| **Beginning Cash** | **6,352,572** |
| **Ending Cash** | $ **2,778,162** |

Case 23-62260-dwh11    Doc 86    Filed 02/09/24