Timothy J. Conway, OSB No. 851752
Email: tim.conway@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

In re

Van's Aircraft, Inc.,

        Debtor.

Case No. 23-62260-dwh11

**DEBTOR'S RESPONSE TO EARLE M. JORGENSEN CO.'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM UNDER 503(b)(9)**

Vans Aircraft, Inc. ("Debtor") does not object to the allowance of an 11 USC § 503(b)(9) administrative expense claim for Earl M. Jorgenson in the amount of $5,750. Debtor does object to payment of that claim prior to the Effective Date of a plan of reorganization.

The general rule is that administrative expense claims are not payable until the Effective Date of a confirmed plan of reorganization. 11 USC §§ 1129(a)(9) and 1191(a). There is nothing in the Bankruptcy Code that requires payment of 503(b)(9) claims prior to that date. Payment to holders of prepetition 503(b)(9) claims ahead of other administrative expense claims, including those incurred postpetition which have and continue to contribute to the ongoing successful reorganization of the case, would not be appropriate nor aid the reorganization process. There is no reason the 503(b)(9) claim of Earl M. Jorgensen Co. should be paid early in this case.

Page 1 of 2 –   DEBTOR'S RESPONSE TO EARLE M. JORGENSEN CO.'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM UNDER 503(b)(9)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 89    Filed 02/13/24

Wherefore, Debtor proposes that an order be entered allowing the 503(b)(9) claim of Earl M. Jorgenson Co. in the amount of $5,750, with payment to be made on the Effective Date of the plan of reorganization.

DATED: February 13, 2024.

TONKON TORP LLP

By */s/ Timothy J. Conway*
Timothy J. Conway, OSB No. 851752
Attorneys for Debtor

Page 2 of 2 –   DEBTOR'S RESPONSE TO EARLE M. JORGENSEN CO.'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM UNDER 503(b)(9)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204

Case 23-62260-dwh11  Doc 89   Filed 02/13/24