Timothy J. Conway, OSB No. 851752
  Email: tim.conway@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

Van's Aircraft, Inc.,

　　　　　Debtor.

Case No. 23-62260-dwh11

**DEBTOR'S RESPONSE TO PACIFIC METAL COMPANY'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM UNDER 503(b)(9)**

　　　　Vans Aircraft, Inc. ("Debtor") does not object to the allowance of an 11 USC § 503(b)(9) administrative expense claim for Pacific Metal Company in the amount of $91,012.46. The remaining amount requested in the sum of $27,772.56 was for product received on the petition date and has been paid. Debtor objects to payment of the 503(b)(9) amount of $91,012.46 prior to the Effective Date of a plan of reorganization.

　　　　The general rule is that administrative expense claims are not payable until the Effective Date of a confirmed plan of reorganization. 11 USC §§ 1129(a)(9) and 1191(a). There is nothing in the Bankruptcy Code that requires payment of 503(b)(9) claims prior to that date. Payment to holders of prepetition 503(b)(9) claims ahead of other administrative expense claims, including those incurred postpetition which have and continue to contribute to the ongoing successful reorganization of the case, would not be appropriate nor aid the reorganization process. There is no reason the 503(b)(9) claim of Pacific Metal Company should be paid early in this case.

Page 1 of 2 –　　DEBTOR'S RESPONSE TO PACIFIC METAL COMPANY'S MOTION FOR
　　　　　　　　　ALLOWANCE OF ADMINISTRATIVE CLAIM UNDER 503(b)(9)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 90    Filed 02/13/24

1     Wherefore, Debtor proposes that an order be entered allowing the 503(b)(9) claim of Pacific Metal Company in the amount of $91,012.46 with payment to be made on the Effective Date of the plan of reorganization.

DATED: February 13, 2024.

TONKON TORP LLP

By */s/ Timothy J. Conway*
   Timothy J. Conway, OSB No. 851752
   Attorneys for Debtor

Page 2 of 2 – DEBTOR'S RESPONSE TO PACIFIC METAL COMPANY'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM UNDER 503(b)(9)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204

Case 23-62260-dwh11 Doc 90 Filed 02/13/24