Timothy J. Conway, OSB No. 851752
    Direct Dial: (503) 802-2027
    Email:  tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
    Direct Dial:  (503) 802-2169
    E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
    Direct Dial: (503) 802-2143
    Email:  ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main:  503.221.1440
Facsimile:  503.274.8779

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 23-62260-dwh11 |
| Van's Aircraft, Inc., | **DEBTOR'S APPLICATION FOR ORDER TO EMPLOY HAWKINS PARNELL & YOUNG, LLP AS SPECIAL COUNSEL FOR DEBTOR** |
| Debtor. | |

Debtor and Debtor-in-Possession Van's Aircraft, Inc. ("Debtor") moves this Court for entry of an order approving the employment of Hawkins Parnell & Young, LLP ("Hawkins Parnell") as special counsel for Debtor.  Debtor makes this Application pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014.  In support of this Motion, Debtor respectfully states as follows:

1.    On December 4, 2023, Debtor filed its Voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code.

2.    Debtor has continued in possession of its property and is continuing to operate and manage its business and affairs as debtor-in-possession pursuant to Sections 1107(a) and 1108 of Title 11 of the United States Code.

**Page 1 of** 4 –   DEBTOR'S APPLICATION FOR ORDER TO EMPLOY HAWKINS PARNELL &
            YOUNG, LLP AS SPECIAL COUNSEL FOR DEBTOR

1     3.     No request has been made for the appointment of a trustee or examiner, and no

2 official committee of unsecured creditors has been appointed in Debtor's case at this time.

3     4.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

4 Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding

5 pursuant to 28 U.S.C. § 157(b)(2).

6     5.     Debtor is a kit aircraft manufacturer, founded in 1972.  The Van's RV series of

7 aircraft are all-aluminum, low-wing monoplanes of monocoque construction.  As of October,

8 2023, over 11,000 Van's RV kits have been reported as completed and flown by customers, with

9 thousands more under construction, making them most numerous of all homebuilt aircraft.

10 Additional information and background regarding Debtor's history, assets, structure, operations,

11 and business are contained in the Declaration of Clyde A. Hamstreet [ECF No. 15].

12     6.     Debtor desires to retain and employ Hawkins Parnell as special counsel in this

13 Chapter 11 case, pursuant to Section 327(a) of the Bankruptcy Code, to provide advice and

14 services relating to the Van's Aircraft, Inc. Employee Stock Ownership Plan and Trust ("ESOP")

15 on the terms and subject to the conditions described below.

16     7.     The services to be performed by Hawkins Parnell are necessary and in the best

17 interests of Debtor and its estate.

18     8.     Debtor is informed that Rachel J. Markun, the attorney at Hawkins Parnell who

19 will be primarily involved in this representation, has read Local Bankruptcy Rule 2016.  Ms.

20 Markun advises clients regarding corporate, tax and fiduciary issues relating to ESOPs and

21 employee benefit plans.  She has represented plan fiduciaries, employers, and financial

22 institutions in connection with legislative and regulatory initiatives relating to the Internal

23 Revenue Code, ERISA, and federal securities laws.  Ms. Markun counsels many ESOP companies

24 and fiduciaries on a range of compliance, best practices, and risk management issues.

25     9.     Subject to Court approval, Debtor has agreed to compensate Hawkins Parnell on

26 an hourly basis in accordance with Hawkins Parnell's ordinary and customary hourly rates in

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

effect on the date services are rendered. The Hawkins Parnell professionals who will be primarily responsible for providing these services, their status, and their 2024 billing rates are as follows:

| Name | Status | Hourly Rate |
|---|---|---|
| Rachel J. Markun | Partner | $575 |
| Teresa Y. Huang | Partner | $425 |

10.     From time to time, other Hawkins Parnell attorneys and paralegals may also render services to Debtor in order to take advantage of specialized skills or expertise, to meet the demands of the case schedule, or for other appropriate reasons. Debtor has agreed that Hawkins Parnell will also be compensated for the services of these professionals at their usual and customary hourly rates.

11.     Hawkins Parnell has not agreed to any variations from, or alterations to, its standard or customary billing arrangements for this engagement.

12.     None of the Hawkins Parnell professionals included in this engagement have varied their rate based on the geographic location of this bankruptcy case.

13.     Hawkins Parnell will maintain detailed, contemporaneous time records of expenses incurred, with the rendering of legal services described above by category and nature of services rendered.

14.     Debtor agrees and understands that Hawkins Parnell has reserved the right to withdraw as counsel to Debtor, and Debtor hereby consents to such a withdrawal, in the event it becomes apparent that Hawkins Parnell will not be paid for its services. Debtor also recognizes that professional fees and costs incurred by Hawkins Parnell are subject to approval by the Court after review of fee applications filed by Hawkins Parnell.

15.     To the best of Debtor's knowledge, the partners and associates of Hawkins Parnell do not have any connection with Debtor, its creditors, any other party-in-interest, or its respective

**Page 3 of** 4 –   DEBTOR'S APPLICATION FOR ORDER TO EMPLOY HAWKINS PARNELL & YOUNG, LLP AS SPECIAL COUNSEL FOR DEBTOR

1  attorneys or accountants, except as stated in the Rule 2014 Verified Statement of Proposed
2  Professional.

3      16.     A proposed Order Authorizing Employment of Hawkins Parnell & Young, LLP
4  as Special Counsel for Debtor is attached as **Exhibit 1**.

5      For the reasons stated in this Application, Debtor requests that the Court enter an order
6  authorizing Debtor to employ Hawkins Parnell to represent Debtor as special counsel in this
7  Chapter 11 case as of the date of this Application, with compensation and reimbursement of
8  expenses to be paid as an administrative expense in such amounts as may be allowed by this
9  Court after notice and hearing pursuant to Section 330 of the Bankruptcy Code or as otherwise
10 provided by court order.

11     DATED:  February 15, 2024.

12                         TONKON TORP LLP

13

14                         By /s/ Ava L. Schoen
                               Timothy J. Conway, OSB No. 851752
15                             Michael W. Fletcher, OSB No. 010448
                               Ava Schoen, OSB No. 044072
16                             Attorneys for Debtor

17

18

19

20

21

22

23

24

25

26

**Page 4 of** 4 –   DEBTOR'S APPLICATION FOR ORDER TO EMPLOY HAWKINS PARNELL &
              YOUNG, LLP AS SPECIAL COUNSEL FOR DEBTOR

# EXHIBIT 1

**Proposed Form of Order**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

Van's Aircraft, Inc.,

Debtor.

Case No. 23-62260-dwh11

**ORDER GRANTING DEBTOR'S APPLICATION FOR ORDER TO EMPLOY HAWKINS PARNELL & YOUNG, LLP AS SPECIAL COUNSEL FOR DEBTOR**

THIS MATTER having come before the Court on upon Debtor's Application for Order to Employ Hawkins Parnell & Young, LLP as Special Counsel for Debtor (the "Application") [ECF No. __]; the Court having reviewed the Application and the Rule 2014 Verified Statement for Professional; and the Court being duly advised in the premises and finding good cause; now, therefore,

IT IS HEREBY ORDERED that:

1.     In accordance with Bankruptcy Code Section 327(a), Debtor is authorized to retain and employ Hawkins Parnell & Young, LLP as special counsel in the above-captioned Chapter 11 case as of the date of the Application to perform all of the services set forth in the Application, on the terms set forth in the Application.

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204

2.     Hawkins Parnell & Young, LLP's compensation shall be subject to Court approval in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court, including any procedures that may be established under Local Rule 2016-1, or as otherwise provided by court order.

### #

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By _____
      Timothy J. Conway, OSB No. 851752
      Michael W. Fletcher, OSB No. 010448
      Ava Schoen, OSB No. 044072
      888 SW Fifth Avenue, Suite 1600
      Portland, OR 97204-2099
      Telephone:     (503) 221-1440
      Facsimile:     (503) 274-8779
      Email:      tim.conway@tonkon.com
                  michael.fletcher@tonkon.com
                  ava.schoen@tonkon.com
      Attorneys for Debtor

043989\00001\16936537v2

**Page 2 of 2** –    ORDER GRANTING DEBTOR'S APPLICATION FOR ORDER TO EMPLOY
                     HAWKINS PARNELL & YOUNG, LLP AS SPECIAL COUNSEL FOR DEBTOR

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204

Case 23-62260-dwh11    Doc 91    Filed 02/15/24

In re

**Van's Aircraft, Inc.**

Debtor

Case No. __23-62260-dwh11__

☐ Amended

**VERIFIED STATEMENT IN SUPPORT OF EMPLOYMENT APPLICATION**

(Hawkins Parnell & Young, LLP)

*Instructions to filer:* This statement must be completed by each person proposed to be employed under 11 U.S.C. § 327, 1103, or 1114. If the application also seeks approval of employment of my firm, this form must be completed and signed on behalf of the firm by the member, associate, or employee of the firm who is expected to be primarily responsible for the engagement. If the firm is a law firm proposed to provide services in the case or an associated adversary proceeding, this form must be completed on behalf of the firm by the attorney of record. Any amended statement must include "Amended" in the title, be complete, and clearly identify changes from the previous filed version. Italicized text below constitutes further instructions.

I, **Rachel J. Markun**_____, make this statement in support of the application for approval of my employment by [*enter name of proposed employer, for example, name of debtor in possession, trustee, or creditors committee*] **Van's Aircraft, Inc.**_____ (employer). If the application also seeks approval of employment of my firm, I make this statement on behalf of myself, my firm, and each other member, associate, or employee of my firm whom I expect to perform services for the employer in or in connection with this case, and each statement below is on behalf of each of those persons. Otherwise, paragraphs 2.3 and 2.5 below do not apply to this statement.

## 1. Disinterestedness

    1.1.   I am not a creditor of the debtor except:

           **Applicant is not a creditor of the debtor.**

    1.2.   I am not an equity security holder of the debtor.

    1.3.   I am not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the debtor.

    1.4.   I do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the debtor or for any other reason.

**1114 (12/1/2022)**          Page 1 of 4

## 2. Insider status

2.1. I am not a relative of the individual debtor [*"Relative" means an individual related by affinity or consanguinity within the third degree as determined by the common law or individual in a step or adoptive relationship within that third degree.*]

2.2. I am not a relative of an individual general partner of the debtor.

2.3. My firm is not a partnership in which the debtor is a general partner.

2.4. I am not a general partner of or in the debtor.

2.5. My firm is not a corporation of which the debtor is a director, officer, or person in control. [*"Corporation" has the meaning in 11 U.S.C. § 101(9) and includes limited liability company but not limited partnership.*]

2.6. I am not an officer or director of the debtor.

2.7. I am not a person in control of the debtor.

2.8. I am not a relative of a general partner, director, officer, or person in control of the debtor.

2.9. If the debtor is a municipality, I am not an elected official of the debtor or a relative of an elected official of the debtor.

2.10. I am not a managing agent of the debtor.

## 3. Affiliates of the debtor [*If the debtor has no affiliates, the affiliates list should say "None." In the balance of this statement, "affiliate" means an affiliate on the affiliates list below.*]

3.1. If I am an attorney proposed for employment as general bankruptcy counsel for the trustee or chapter 11 debtor in possession, the trustee or debtor in possession has with my advice prepared the list below of the debtor's affiliates, as that term is defined in 11 U.S.C. § 101(2), including each affiliate's name and relationship to the debtor.

3.2. If I am not an attorney described in paragraph 3.1 above, I have obtained from the trustee, chapter 11 debtor in possession, or the general bankruptcy counsel for the trustee or debtor in possession the list below of the debtor's affiliates, prepared in accordance with paragraph 3.1 above.

3.3. I am not an affiliate or an insider of an affiliate as if such affiliate were the debtor. [*"Insider" includes persons and other entities having a relation to the debtor listed in part 2 above.*]

## 4. Employment by chapter 11 committee

If I am proposed to be employed by a chapter 11 committee of creditors, equity-security holders, or retirees, I do not represent any other entity having an adverse interest in connection with the case.

## 5. Connections

I have no business, professional, personal, financial, or other connections with the debtor, affiliates, creditors, any party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee except:

**1. Applicant represents the shareholder of a corporate client of Tonkon Torp LLP (attorneys for Debtor) in a transaction where Applicant and Tonkon Torp LLP have jointly pursued efforts in connection with their respective clients; and**
**2. Applicant represents unsecured creditor UPS Supply Chain Solutions in matters unrelated to the Debtor.**

## 6. Compensation

6.1. If I am an attorney representing the debtor in or in connection with this case, the following are the details of all compensation paid or agreed to be paid to me within one year before the petition date for services rendered or to be rendered in contemplation of or in connection with this case, including payments made to me by either the debtor or a third party for any services rendered to the debtor within one year before filing of the petition:

**No compensation received from or in relation to Debtor within one year prior to filing of the petition.**

6.2. If I am proposed to be employed by the trustee or, in a chapter 11 case, by the debtor in possession or a committee of creditors, equity-security holders, or retirees, I do not represent or hold an interest adverse to the interest of the estate with respect to the matter on which I am proposed to be employed.

If, during this case, any of the above statements ceases to be correct because of events occurring or information that I gain after the petition date, I agree to immediately file an amended statement on this form, include "amended" in the title, and clearly identify any changes.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on _____2-15-2024_____

_Rachel J Markun_ (signature)
Signature of individual proposed to be employed

Rachel J. Markun
Printed name of signer

Hawkins Parnell & Young, LLP
Address (including firm name, if applicable)

1776 Second Street

Napa, CA 94559

## LIST OF AFFILIATES OF THE DEBTOR
*See instructions in paragraph 3 above.*

| Name of Affiliate | Relationship of Affiliate to the Debtor |
|---|---|
| The Richard E. Van Grunsven and Diane E. Van Grunsven Trust | 46.77% ownership |
| Van's Aircraft, Inc. Employee Stock Ownership Plan and Trust | 38.10% ownership |