UNITED STATES BANKRUPTCY COURT
District of Oregon Eugene

In re:
Van's Aircraft, Inc.,
    Debtor(s).

Case No.: 23-62260
Chapter: 11

## PROOF OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 02/14/2024, as directed by Tonkon Torp LLP, Attorneys for Debtor, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

| |
|---|
| [ECF #89] Response Filed by Debtor Van's Aircraft, Inc. Re: 80 Application for Administrative Expenses Under 503(b)(9) and Supporting Document(s). Filed by Creditor Earle M. Jorgensen Company (SCOTT, LOREN) (CONWAY, TIMOTHY) (Entered: 02/13/2024) |
| [ECF #90] Response Filed by Debtor Van's Aircraft, Inc. Re: 79 Application for Administrative Expenses Under 503(b)(9) and Supporting Document(s). Filed by Creditor Pacific Metal Co (SCOTT, LOREN) (CONWAY, TIMOTHY) (Entered: 02/13/2024) |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
02/14/2024

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**Van's Aircraft, Inc. 23-62260**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 14168 | Aircraft Spruce, 225 Airport Circle, Corona, CA, 92880 | **First Class** |
| 14168 | Alpine Fastener & Hardware, 2566 Business Parkway, Suite F, Minden, NV, 89423, accounting@alpinefastener.com | **First Class;Electronic** |
| 14168 | Andair Ltd, Unit 6, Fishers Grove, Fulflood Road, Portsmouth, Hampshire , PO6 1EF , United Kingdom, andair@andair.co.uk | **First Class;Electronic** |
| 14168 | Bandy Manufacturing LLC, 3420 N San Fernando Blvd, PO Box 7716, Burbank, CA, 91510 | **First Class** |
| 14168 | Baron Metalcrafters Limited, Alberto Rano, 20 Luard Road, Wanchai, HONG KONG , China, arano@allegromicro.com | **First Class;Electronic** |
| 14168 | Bild Industries, Inc., 800 Clearwater Loop, Post Falls, ID, 83854, sales@bildindustries.com | **First Class;Electronic** |
| 14168 | Boeing Distribution, Inc, 2755 Regent Blvd, Dallas, TX, 75261 | **First Class** |
| 14168 | Cronin Wood Products, P.O. Box 2267, Lake Grove, OR, 97035-0071 | **First Class** |
| 14168 | Dale Cynthia Patruska, c/o Slack David Sanger LLP, 3500 Maple Ave.,Ste. 1250, Dallas, TX, 75219 | **First Class** |
| 14168 | Flightline Interiors, LLC, 7919 S. Loomis Road, Wind Lake, WI, 53185 | **First Class** |
| 14168 | Hamstreet & Associates, LLC, 1 SW Columbia St., Suite 1000, Portland, OR, 97258, mcohn@hamstreet.net | **Electronic** |
| 14168 | Hamstreet & Associates, LLC, 1 SW Columbia St., Suite 1000, Portland, OR, 97258, hschmidt@hamstreet.net | **Electronic** |
| 14168 | Hartzell Engine Technologies, 2900 Selma Highway, Montgomery, AL, 36108 | **First Class** |
| 14168 | Hartzell Propeller Inc., 8345 Solutions Center, Chicago, IL, 60677-8003 | **First Class** |
| 14168 | Loos & Co., Inc., 16B Mashamoquet Rd, Pomfret, CT, 06258, sales@loosco.com | **First Class;Electronic** |
| 14168 | Matco Aircraft Landing Systems LLC, 2361 S. 1560 West, Woods Cross, UT, 84087, tech@matcoals.com | **First Class;Electronic** |
| 14168 | Pacific Metal Co., 10700 SW Manhasset Dr., Tualatin, OR, 97062 | **First Class** |
| 14168 | Stein Air, 3401 MN21 W. Hangar 500, FARIBAULT, MN, 55021, info@steinair.com | **First Class;Electronic** |
| 14168 | Timken Aurora Bearing Co, 901 Aucutt Road, MONTGOMERY, IL, 60538-1338 | **First Class** |
| 14168 | Usher Precision Manufacturing, 3863 24th Avenue, Forest Grove, OR, 97116, briane@usherprecision.com | **First Class;Electronic** |