Timothy J. Conway, OSB No. 851752
   Direct Dial: (503) 802-2027
   Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
   Direct Dial: (503) 802-2169
   E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
   Direct Dial: (503) 802-2143
   Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>        Debtor. | Case No. 23-62260-dwh11<br><br>**DEBTOR'S MOTION TO EXTEND TIME TO FILE MONTHLY OPERATING REPORT FOR JANUARY 2024** |

     Van's Aircraft, Inc., debtor and debtor-in-possession ("Debtor"), respectfully requests an extension of time to March 4, 2024, to file its monthly operating report covering the month of January 2024, as required by Fed. R. Bankr. Pro. Rule 2015. Debtor has conferred with the U.S. Trustee's office and the Subchapter V Trustee, and they do not object to this request. In support of this motion, Debtor states as follows:

     1.    On December 4, 2023 (the "Petition Date"), Debtor filed its voluntary petition for relief under Subchapter V of Chapter 11 of Title 11 of the United States Code.

     2.    Debtor has continued in possession of its property and is continuing to operate and manage its business as debtor-in-possession pursuant to Sections 1107(a) and 1108 of Title 11 of the United States Code.

Page 1 of 3 – DEBTOR'S MOTION TO EXTEND TIME TO FILE MONTHLY OPERATING REPORT FOR JANUARY 2024

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11   Doc 96   Filed 02/20/24

3. No request has been made for the appointment of a trustee or examiner. An official committee of unsecured creditors has not been appointed in Debtor's case, pursuant to Subchapter V.

4. Debtor would ordinarily be required to file its January 2024 monthly operating report by February 21, 2023. Due to the ongoing complexity of Debtor's case and demands of Debtor's business operations, Debtor will not be able to complete its monthly operating report by the current due date. These extenuating circumstances include changes to Debtor's payroll processor and 401(k) administrator, responding to supplier requests for assurances, and a dramatic increase in setting up wires and ACH electronic fund transfers due to customers agreeing to modified purchase agreements for kits and parts. Additionally, an experienced accounting staff member retired, and while Debtor has promoted their understudy to the position, the understudy position remains vacant, leaving Debtor short-staffed. Furthermore, Debtor's senior staff must not only give its time and attention to the above mentioned complexities, but also to negotiating with major suppliers and working on Debtor's plan of reorganization and projections related thereto.

5. Debtor therefore requests that it be granted an extension of time of 10 days, until Monday, March 4, 2024, to file its January 2024 monthly operating report. Debtor has been and continues to work diligently on accurately completing the January 2024 monthly operating

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Page 2 of 3 – DEBTOR'S MOTION TO EXTEND TIME TO FILE MONTHLY OPERATING REPORT FOR JANUARY 2024

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11 Doc 96 Filed 02/20/24

1  report, but requires the requested extension to do so.  A copy of Debtor's proposed Order is
2  attached as **Exhibit 1**.
3      DATED:  February 20, 2024.

TONKON TORP LLP

By */s/ Timothy J. Conway*
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    Attorneys for Debtor

**Page 3 of 3** –  DEBTOR'S MOTION TO EXTEND TIME TO FILE MONTHLY OPERATING REPORT
    FOR JANUARY 2024

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 96    Filed 02/20/24

# EXHIBIT 1

## Proposed Form of Order

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

Van's Aircraft, Inc.,

Debtor.

Case No. 23-62260-dwh11

**ORDER GRANTING EXTENSION OF TIME TO FILE MONTHLY OPERATING REPORT FOR JANUARY 2024**

THIS MATTER having come before the Court upon Debtor's Motion to Extend Time to File Monthly Operating Report for January 2024 [ECF No. _____] (the "Motion"), and the Court being duly advised in the premises and finding good cause; now, therefore;

IT IS HEREBY ORDERED that:

1. Debtor's monthly operating report for January 2024 shall be filed on or before March 4, 2024.

# # #

Page 1 of 2 –  ORDER GRANTING EXTENSION OF TIME TO FILE MONTHLY OPERATING REPORT FOR JANUARY 2024

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By _____
   Timothy J. Conway, OSB No. 851752
   Michael W. Fletcher, OSB No. 010448
   Ava Schoen, OSB No. 044072
   888 SW Fifth Avenue, Suite 1600
   Portland, OR 97204-2099
   Telephone:   (503) 221-1440
   Facsimile:   (503) 274-8779
   Email:   tim.conway@tonkon.com
   Attorneys for Debtor

**Page 2 of 2** – ORDER GRANTING EXTENSION OF TIME TO FILE MONTHLY OPERATING REPORT FOR JANUARY 2024