Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re:

Van's Aircraft, Inc.,

               Debtor in Possession.

Case No. 23-62260-dwh11

**STIPULATED ORDER REGARDING EARLE M. JORGENSEN CO.'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 503(B)(9)**

This matter came before the court on the Earle M. Jorgensen Co.'s ("**Creditor**") Motion for Allowance of Administrative Expense Claim under 503(b)(9) (Doc. #80) (the "**Motion**"). The court, having reviewed the Motion, the objection filed by the Debtor and the stipulation below, and now being fully advised,

IT IS HEREBY ORDERED AS FOLLOWS:

1.     Creditor shall have an allowed § 503(b)(9) administrative expense claim in the amount of $5,750.00.

STIPULATED ORDER REGARDING EARLE M. JORGENSEN CO. 'S MOTION FOR ALLOWANCE
OF ADMINISTRATIVE EXPENSE CLAIM UNDER 503(B)(9)          Page 1 of 2

Case 23-62260-dwh11    Doc 98    Filed 02/21/24

2.      Debtor shall pay Creditor's administrative expense claim on or before the

Effective Date of the Debtor's plan.

# # #

The undersigned hereby certifies compliance with LBR 9021-1(a)(2)(A) as a copy of the order was served with the Motion.

<u>Presented by</u>:

THE SCOTT LAW GROUP

By:     /s/ Loren S. Scott
        Loren S. Scott, OSB #024502
        Of Attorneys for Earle M. Jorgensen Co.

IT IS SO STIPULATED:

THE SCOTT LAW GROUP                         TONKON TORP, LLP

By:     /s/ Loren S. Scott                  By:     /s/ Timothy J. Conway
        Loren S. Scott, OSB #024502                 Timothy J. Conway, OSB #851752
        Of Attorneys for Earle M.                   Attorneys for Debtor
        Jorgensen Co.

**C: Manual Notice List:**

Stephen Allcock
1196 Plowman Way
Bel Air, MD 21014

BMC Group Inc
Attn Vans Aircraft
PO Box 90100
Los Angeles, CA 90009

Timothy J Conway
1600 Pioneer Tower
888 SW Fifth Ave.
Portland, OR 97204

**STIPULATED ORDER REGARDING EARLE M. JORGENSEN CO. 'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 503(B)(9)**                    Page 2 of 2

Case 23-62260-dwh11    Doc 98    Filed 02/21/24