Timothy J. Conway, OSB No. 851752
   Direct Dial: (503) 802-2027
   Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
   Direct Dial: (503) 802-2169
   E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
   Direct Dial: (503) 802-2143
   Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>            Debtor. | Case No. 23-62260-dwh11<br><br>**DECLARATION OF CLYDE A. HAMSTREET IN SUPPORT OF DEBTOR'S MOTION TO EXTEND TIME TO FILE SUBCHAPTER V PLAN** |

I, Clyde A. Hamstreet, declare under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge and belief, that I am competent to testify to the matters stated herein, and that I understand they are made for use as evidence in court and are subject to penalty for perjury.

1.    I, Clyde A. Hamstreet, through Hamstreet & Associates, LLC, was retained by Van's Aircraft, Inc. ("Debtor" or "Vans") to provide financial and business consulting services. Hamstreet & Associates, LLC's employment as chief restructuring officer of Debtor was approved by Court order on January 17, 2024.

2.    I submit this declaration in support of Debtor's Motion to Extend Time to File Subchapter V Plan, filed with the Court contemporaneously herewith. Except as otherwise indicated, all facts set forth in this declaration are based on my personal knowledge; my review

Page 1 of 3 –   DECLARATION OF CLYDE A. HAMSTREET IN SUPPORT OF DEBTOR'S MOTION TO EXTEND TIME TO FILE SUBCHAPTER V PLAN

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 105    Filed 03/04/24

of relevant documents; or my opinion based upon my experience, knowledge, and information concerning Debtor's bankruptcy case, business operations, and financial affairs. If called upon to testify, I would testify to the facts set forth in this declaration.

3. Due to the ongoing complexity of Debtor's case, demands of Debtor's business operations, and other extenuating circumstances beyond Debtor's control as described below, Debtor will not be able to file its Plan by the current due date and seeks an extension through March 29, 2024.

4. Debtor has worked diligently with its vendors, suppliers, and customers to reach agreement on terms that would allow Debtor to successfully reorganize. Debtor is pleased to report that it has been successful in doing so but it took longer to finalize such arrangements than originally anticipated. In addition, Debtor's senior staff, whose input and attention is critical for formulation of the Plan, have had to address unforeseen complexities in a number of areas including the completion testing and analysis of the effect of cracking in the dimpled edge of laser cut parts and the manufacture and distribution of replacement parts. These tasks have proven to be unexpectedly complex and time-consuming, diverting the attention and energies of Debtor's senior staff and accounting personnel away from the completion of Debtor's financial projections and the formulation of its Plan.

5. In addition, a portion of the company's current equity is held by Van's Employee Stock Ownership Plan and Trust ("ESOP"). The ESOP filed a proof of claim on February 12, 2024, in an amount to be determined and an additional 33 proof of claims have recently been filed by current and former employees related to their interests in the ESOP. It is expected that the plan will terminate all existing equity in the company, including the interests held by the ESOP. In order to address the issues with the recently filed claims and terminate the ESOP in a manner that will provide appropriate protection to the employees, the Debtor recently employed special counsel to advise it on ESOP issues. As part of that process, an appraisal and audit needs to be completed. The appraisal and audit are expected to be completed by mid to late March.

Page 2 of 3 – DECLARATION OF CLYDE A. HAMSTREET IN SUPPORT OF DEBTOR'S MOTION TO EXTEND TIME TO FILE SUBCHAPTER V PLAN

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 105    Filed 03/04/24

Debtor anticipates it will be able to file its Plan once the appraisal and audit have been completed.

      6.     Debtor, with the assistance of myself and my staff, has been and continues to work diligently on accurately completing its financial projections and formulating its Plan, and has in fact made significant progress towards completing such, but requires the requested extension to do so.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED: March 4, 2024.

                                            */s/ Clyde A. Hamstreet*
                                            Clyde A. Hamstreet

043989\00001\16982916v2

Page 3 of 3 – DECLARATION OF CLYDE A. HAMSTREET IN SUPPORT OF DEBTOR'S MOTION TO EXTEND TIME TO FILE SUBCHAPTER V PLAN

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 105    Filed 03/04/24