Below is an order of the court.

_David W. Hercher_
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 23-62260-dwh11 |
| Van's Aircraft, Inc., | **ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE SUBCHAPTER V PLAN** |
| Debtor. | |

THIS MATTER having come before the Court upon Debtor's Motion to Extend Time to File Subchapter V Plan [ECF No. 104] (the "Motion"), and no objections to the Motion having been filed with the Court, and the Court being duly advised in the premises and finding good cause; now, therefore;

IT IS HEREBY ORDERED that:

1. Debtor's subchapter V plan of reorganization shall be filed on or before March 29, 2024.

# # #

**Page 1 of 2 –**   ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE
SUBCHAPTER V PLAN

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By /s/ Ava L. Schoen
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:    (503) 221-1440
    Facsimile:    (503) 274-8779
    Email:    tim.conway@tonkon.com
Attorneys for Debtor

043989\00001\17036665v1

**Page 2 of 2** –    ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE
                  SUBCHAPTER V PLAN

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11   Doc 111   Filed 03/25/24