United States Bankruptcy Court

District of Oregon

In re:                                                                                   Case No. 23-62260-dwh

Van's Aircraft, Inc.                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-6                               User: Admin.                                        Page 1 of 1

Date Rcvd: Mar 25, 2024                        Form ID: pdf018                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

**Recip ID**          **Recipient Name and Address**

db             + Van's Aircraft, Inc., 14401 Keil Road NE, Aurora, OR 97002-9467

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2024             Signature:       /s/Gustava Winters

Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>                Debtor. | Case No. 23-62260-dwh11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE SUBCHAPTER V PLAN** |

THIS MATTER having come before the Court upon Debtor's Motion to Extend Time to File Subchapter V Plan [ECF No. 104] (the "Motion"), and no objections to the Motion having been filed with the Court, and the Court being duly advised in the premises and finding good cause; now, therefore;

IT IS HEREBY ORDERED that:

1. Debtor's subchapter V plan of reorganization shall be filed on or before March 29, 2024.

# # #

**Page 1 of 2** – ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE SUBCHAPTER V PLAN

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP


By /s/ Ava L. Schoen
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:    (503) 221-1440
    Facsimile:    (503) 274-8779
    Email:    tim.conway@tonkon.com
Attorneys for Debtor

043989\00001\17036665v1

**Page 2 of 2** – ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE
                SUBCHAPTER V PLAN

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440