**Below is an order of the Court.**

*David W. Hercher*

**U.S. Bankruptcy Judge**

OFTAR (11/17/20) smj

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

In re
**Van's Aircraft, Inc.**
Debtor(s)

) Case No. **23–62260–dwh11**
)
) ORDER FIXING TIME FOR FILING ACCEPTANCES
) OR REJECTIONS OF PLAN; AND NOTICE OF
) CONFIRMATION HEARING
)
)
)

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1.  Written ballots accepting or rejecting the plan or amended plan dated **3/29/2024** must be received by **Timothy Conway**, whose service address is **888 SW 5th Ave #1600 Portland, OR 97204**, no later than 7 days before the hearing date set in paragraph 5.

2.  Objections to the proposed plan must be in writing, setting forth the specific grounds and details of objection, and must be filed with the clerk at 405 E 8th Ave #2600, Eugene, OR 97401, no later than 7 days before the hearing date set in paragraph 5. Any objection must be contemporaneously served on the debtor; the trustee; any creditors' committee chairperson; and any attorney for those parties.

3.  The date on which an equity security holder or creditor whose claim is based on a security must be a holder of record of the security in order to be eligible to accept or reject the plan is 7 days before the hearing date set in paragraph 5.

4.  An election of application of 11 U.S.C. § 1111(b)(2) of the Bankruptcy Code by a class of secured creditors may be made no later than 7 days before the hearing date set in paragraph 5.

5.  The hearing on confirmation of the plan, at which testimony will be received if offered and admissible, will be held as follows:

    Date: **5/15/24**    Time: **09:00 AM**

    Location: In/by **US Bankruptcy Court, Courtroom #3, 1050 SW 6th Ave., 7th Floor, Portland, OR 97204**. If via video hearing, requirements for presentation of testimony are set forth in the Order Establishing Procedures for Video Trial that has been or will be entered in this case. ,

6.  A notice, if appropriate, must be prepared in accordance with Federal Rule of Bankruptcy Procedure (FRBP) 2002(c)(3) and must describe all acts enjoined by the plan that are not otherwise enjoined under the Bankruptcy Code. The notice must be separately filed and served with this order.

7. Complaints objecting to the debtor's full discharge pursuant to 11 U.S.C. § 1141(d)(3) and FRBP 4004(a) must be filed no later than the hearing date set in paragraph 5.

8. No later than **7** days after the "FILED" date on page 1, the debtor must:

   (a) serve, as provided in FRBP 3017(d), this order, any notice prepared and filed under paragraph 6, the plan, and a ballot; and

   (b) complete and file (without any attachments) the certificate of service below.

9. A Summary of Acceptances and Rejections (LBF 1181) and a Report of Administrative Expenses (LBF 1182) must be filed with the clerk no later than 3 days before the hearing date set in paragraph 5. The Summary must be contemporaneously served on any creditors' committee.

   The debtor must comply with requirements in LBF 1181 with regard to the ballots.

###

**CERTIFICATE OF SERVICE**

I certify that on _____ all documents required by paragraph 8 above were served on the trustee; all creditors and interested parties; the Securities and Exchange Commission at the address provided at https://www.orb.uscourts.gov; and any identified entity subject to an injunction provided for in the plan against conduct not otherwise enjoined under the Bankruptcy Code.

_____
Signature

_____
Name and Relation to Case

**Page 2 of 2**