Timothy J. Conway, OSB No. 851752
   Direct Dial: (503) 802-2027
   Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
   Direct Dial: (503) 802-2169
   E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
   Direct Dial: (503) 802-2143
   Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

Van's Aircraft, Inc.,

   Debtor.

Case No. 23-62260-dhw11

**DEBTOR'S UNOPPOSED MOTION TO LIMIT SERVICE OF ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN; AND NOTICE OF CONFIRMATION HEARING**

*EXPEDITED CONSIDERATION REQUESTED*

Van's Aircraft, Inc., debtor and debtor-in-possession ("Debtor"), respectfully requests the entry of an order to limit service of the Court's *Order Fixing Time for Filing Acceptances or Rejections of Plan; and Notice of Confirmation Hearing* [ECF No. 114] and supporting documents (the "Order Fixing Time").

Debtor's counsel conferred by telephone with Kenneth Eiler (Subchapter V Trustee) and with Stephen Arnot (Assistant U.S. Trustee); Messrs. Eiler and Arnot do not oppose the relief sought herein.

Page 1 of 3 – DEBTOR'S UNOPPOSED MOTION TO LIMIT SERVICE OF ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN; AND NOTICE OF CONFIRMATION HEARING

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 115    Filed 04/03/24

In support of this motion, Debtor states as follows:

1. On December 4, 2023 (the "Petition Date"), Debtor filed its voluntary petition for relief under Subchapter V of Chapter 11 of Title 11 of the United States Code.

2. Debtor has continued in possession of its property and is continuing to operate and manage its business as debtor-in-possession pursuant to Sections 1107(a) and 1108 of Title 11 of the United States Code.

3. No request has been made for the appointment of a trustee or examiner. An official committee of unsecured creditors has not been appointed in Debtor's case, pursuant to Subchapter V.

4. Debtor filed its Plan of Reorganization Pursuant to Subchapter V Under Chapter 11 on March 29, 2024 [ECF No. 113] (the "Plan"), and the Court issued its Order Fixing Time on April 1, 2024. The Order Fixing Time requires Debtor to serve a copy of the Order Fixing Time, the Plan, and a ballot, on the trustee, all creditors and interested parties, the Securities and Exchange Commission, and any identified entity subject to an injunction provided for in the Plan against conduct not otherwise enjoined under the Bankruptcy Code.

5. If Debtor serves the Order Fixing Time on the full matrix, it will cost Debtor's estate approximately $185,000. By comparison, if the Court grants this Motion, it will cost Debtor's estate approximately $60,000 to serve (a) the Order Fixing Time on all parties actively impacted by the bankruptcy case (including employees; creditors who were scheduled; creditors who filed a proof of claim; governmental entities; and all parties whose purchase orders or contracts will be assumed or rejected by Debtor pursuant to the Plan) and (b) a postcard mailing on the balance of people on the matrix, which postcard sets out, among other things, a link to the Plan; the date, time, and place of the confirmation hearing; and the deadline by which to object to confirmation of the Plan.

/ / /

/ / /

Page 2 of 3 – DEBTOR'S UNOPPOSED MOTION TO LIMIT SERVICE OF ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN; AND NOTICE OF CONFIRMATION HEARING

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 115    Filed 04/03/24

6. Debtor therefore requests that it be granted an order limiting service of the Order Fixing Time as set forth herein. A copy of Debtor's proposed Order is attached as **Exhibit 1**.

DATED: April 3, 2024.

TONKON TORP LLP


By */s/ Ava L. Schoen*
Timothy J. Conway, OSB No. 851752
Michael W. Fletcher, OSB No. 010448
Ava Schoen, OSB No. 044072
Attorneys for Debtor

Page 3 of 3 – DEBTOR'S UNOPPOSED MOTION TO LIMIT SERVICE OF ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN; AND NOTICE OF CONFIRMATION HEARING

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 115    Filed 04/03/24

# EXHIBIT 1

## Proposed Form of Order

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

Van's Aircraft, Inc.,

        Debtor.

Case No. 23-62260-dhw11

**ORDER GRANTING DEBTOR'S UNOPPOSED MOTION TO LIMIT SERVICE OF ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN; AND NOTICE OF CONFIRMATION HEARING**

    THIS MATTER having come before the Court upon Debtor's Unopposed Motion to Limit Service of Order Fixing Time for Filing Acceptances or Rejection of Plan; and Notice of Confirmation Hearing [ECF No. _____] (the "Motion"), and the Court being duly advised in the premises and finding good cause; now, therefore;

    IT IS HEREBY ORDERED that Debtor's Unopposed Motion to Limit Service of Order Fixing Time for Filing Acceptances or Rejection of Plan; and Notice of Confirmation Hearing is GRANTED as set forth in the Motion.

### #

Page 1 of 2 – ORDER GRANTING DEBTOR'S UNOPPOSED MOTION TO LIMIT SERVICE OF ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN; AND NOTICE OF CONFIRMATION HEARING

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By _____
   Timothy J. Conway, OSB No. 851752
   Michael W. Fletcher, OSB No. 010448
   Ava Schoen, OSB No. 044072
   888 SW Fifth Avenue, Suite 1600
   Portland, OR 97204-2099
   Telephone:   (503) 221-1440
   Facsimile:   (503) 274-8779
   Email:   tim.conway@tonkon.com
   Attorneys for Debtor

043989\00001\17071731v2

Page 2 of 2 – ORDER GRANTING DEBTOR'S UNOPPOSED MOTION TO LIMIT SERVICE OF ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN; AND NOTICE OF CONFIRMATION HEARING

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11   Doc 115   Filed 04/03/24