Timothy J. Conway, OSB No. 851752
   Direct Dial: (503) 802-2027
   Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
   Direct Dial: (503) 802-2169
   E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
   Direct Dial: (503) 802-2143
   Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

   Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| In re | Case No. 23-62260-dwh11 |
|---|---|
| Van's Aircraft, Inc., | **DEBTOR'S UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF DEBTOR'S MOTION TO LIMIT SERVICE OF ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN; AND NOTICE OF CONFIRMATION HEARING** |
| Debtor. | |
| | *EXPEDITED CONSIDERATION REQUESTED* |

     Debtor and Debtor-in-Possession Van's Aircraft, Inc. moves this Court for expedited consideration of its *Motion to Limit Service of Order Fixing Time for Filing Acceptances or Rejection of Plan; and Notice of Confirmation Hearing* [ECF No. 115] (the "Limit Service Motion"), and of this motion for expedited consideration ("Expedited Consideration Motion"). In support of its request, Debtor states as follows:

Page 1 of 3 – DEBTOR'S UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF DEBTOR'S MOTION TO LIMIT SERVICE OF ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN; AND NOTICE OF CONFIRMATION HEARING

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11   Doc 116   Filed 04/03/24

1. Debtor's counsel conferred by telephone with Kenneth Eiler (Subchapter V Trustee) and Stephen Arnot (Assistant U.S. Trustee); Messrs. Eiler and Arnot do not oppose the relief sought herein.

2. Debtor is in immediate need to obtain Court consideration and approval of the Limit Service Motion and Expedited Consideration Motion.

3. Debtor is prepared to serve the *Order Fixing Time for Filing Acceptances or Rejection of Plan; and Notice of Confirmation Hearing* and supporting documents, as set forth in the Limit Notice Motion.

4. Good cause exists to grant the Limit Service Motion and Expedited Consideration Motion because entry of both motions will maximize the value of Debtor's estate. As set forth in the Limit Service Motion, if the relief sought in the Limit Service Motion is not granted, it will cost Debtor's estate approximately $185,000 to serve the *Order Fixing Time for Filing Acceptances or Rejection of Plan; and Notice of Confirmation Hearing* and supporting documents on the full matrix. By comparison, if the Court grants the Limit Notice Motion, it will cost Debtor's estate approximately $60,000 to serve (a) the *Order Fixing Time for Filing Acceptances or Rejection of Plan; and Notice of Confirmation Hearing* and supporting documents on all parties actively impacted by the bankruptcy case (including employees; creditors who were scheduled; creditors who filed a proof of claim; governmental entities; and all parties whose purchase orders or contracts will be assumed or rejected by Debtor pursuant to the Plan) and (b) a postcard mailing on the balance of people on the matrix, which postcard sets out, among other things, a link to the Plan; the date, time, and place of the confirmation hearing; and the deadline by which to object to confirmation of the Plan.

///

///

///

Page 2 of 3 – DEBTOR'S UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF DEBTOR'S MOTION TO LIMIT SERVICE OF ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN; AND NOTICE OF CONFIRMATION HEARING

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 116    Filed 04/03/24

5. Debtor requests that the Court enter an Order, a proposed form of which is attached as **Exhibit 1**, granting Debtor's Expedited Consideration Motion as soon as reasonably possible because Debtor's deadline to serve the *Order Fixing Time for Filing Acceptances or Rejection of Plan; and Notice of Confirmation Hearing* is April 8, 2024.

DATED: April 3, 2024.

TONKON TORP LLP

By */s/ Ava L. Schoen*
Timothy J. Conway, OSB No. 851752
Michael W. Fletcher, OSB No. 010448
Ava Schoen, OSB No. 044072
Attorneys for Debtor

Page 3 of 3 – DEBTOR'S UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF DEBTOR'S MOTION TO LIMIT SERVICE OF ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN; AND NOTICE OF CONFIRMATION HEARING

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 116    Filed 04/03/24

# EXHIBIT 1

## Proposed Form of Order

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

Van's Aircraft, Inc.,

       Debtor.

Case No. 23-62260-dwh11

**ORDER GRANTING DEBTOR'S UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF DEBTOR'S MOTION TO LIMIT SERVICE OF ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN; AND NOTICE OF CONFIRMATION HEARING**

THIS MATTER having come before the Court on Debtor's Unopposed Motion for Expedited Consideration of Debtor's Motion to Limit Service of Order Fixing Time for Filing Acceptances or Rejection of Plan; and Notice of Confirmation Hearing [ECF No. _____] (the "Motion for Expedited Consideration"), and the Court being duly advised in the premises and finding good cause; now, therefore,

IT IS HEREBY ORDERED that Debtor's Motion for Expedited Consideration is GRANTED, and that the Court will consider Debtor's Motion to Limit Service of Order Fixing Time for Filing Acceptances or Rejection of Plan; and Notice of Confirmation Hearing on an expedited basis.

**Page 1 of 2** – ORDER GRANTING DEBTOR'S UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF DEBTOR'S MOTION TO LIMIT SERVICE OF ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN; AND NOTICE OF CONFIRMATION HEARING

# # #

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By _____
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:    (503) 221-1440
    Facsimile:    (503) 274-8779
    Email:    tim.conway@tonkon.com
                michael.fletcher@tonkon.com
                ava.schoen@tonkon.com
    Attorneys for Debtor

043989\00001\17071743v2

**Page 2 of 2** – ORDER GRANTING DEBTOR'S UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF DEBTOR'S MOTION TO LIMIT SERVICE OF ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN; AND NOTICE OF CONFIRMATION HEARING

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 116    Filed 04/03/24