# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

In re:

Van's Aircraft, Inc.,

        Debtor.

Case No. 23-62260-dwh

Chapter 11

## PROOF OF SERVICE

I, Steven Ordaz, declare as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on April 3, 2024, as directed by Tonkon Torp LLP, Counsel for the Debtor true and correct copies of the following documents were served, under my direct supervision on the core/2002/Top Creditor parties listed in the attached Exhibit A via the modes of service indicated therein:

**[Dkt #115]** Debtor's Unopposed Motion to Limit Service of Order Fixing Time for Filing Acceptances or Rejections of Plan; and Notice of Confirmation Hearing; and
**[Dkt #116]** Debtor's Unopposed Motion for Expedited Consideration of Debtor's Motion to Limit Service of Order Fixing Time for Filing Acceptances or Rejections of Plan; and Notice of Confirmation Hearing

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

4/4/2024

                                                         /s/ Steven Ordaz
                                                       Steven Ordaz

PROOF OF SERVICE - 1

**EXHIBIT A**

PROOF OF SERVICE - 2

# VansAircraft

**Total number of parties: 33**

## Exhibit A - VansAircraft

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 80090 | AIRCRAFT SPRUCE, 225 AIRPORT CIRCLE, CORONA, CA, 92880 | US Mail (1st Class) |
| 80089 | ALPINE FASTENER & HARDWARE, ACCOUNTING@ALPINEFASTENER.COM | E-mail |
| 80090 | ALPINE FASTENER & HARDWARE, 2566 BUSINESS PARKWAY, SUITE F, MINDEN, NV, 89423 | US Mail (1st Class) |
| 80089 | ANDAIR LTD, ANDAIR@ANDAIR.CO.UK | E-mail |
| 80090 | ANDAIR LTD, UNIT 6, FISHERS GROVE, FULFLOOD ROAD, PORTSMOUTH, HAMPSHIRE, PO6 1EF UNITED KINGDOM | US Mail (1st Class) |
| 80090 | BANDY MANUFACTURING LLC, 3420 N SAN FERNANDO BLVD, PO BOX 7716, BURBANK, CA, 91510 | US Mail (1st Class) |
| 80089 | BARON METALCRAFTERS LIMITED, ALBERTO RANO, ARANO@ALLEGROMICRO.COM | E-mail |
| 80090 | BARON METALCRAFTERS LIMITED, ALBERTO RANO, 20 LUARD ROAD, WANCHAI, HONG KONG, CHINA | US Mail (1st Class) |
| 80089 | BILD INDUSTRIES, INC., SALES@BILDINDUSTRIES.COM | E-mail |
| 80090 | BILD INDUSTRIES, INC., 800 CLEARWATER LOOP, POST FALLS, ID, 83854 | US Mail (1st Class) |
| 80090 | BOEING DISTRIBUTION, INC, 2755 REGENT BLVD, DALLAS, TX, 75261 | US Mail (1st Class) |
| 80090 | CRONIN WOOD PRODUCTS, P.O. BOX 2267, LAKE GROVE, OR, 97035-0071 | US Mail (1st Class) |
| 80090 | DALE CYNTHIA PATRUSKA, C/O SLACK DAVID SANGER LLP, 3500 MAPLE AVE.,STE. 1250, DALLAS, TX, 75219 | US Mail (1st Class) |
| 80090 | FLIGHTLINE INTERIORS, LLC, 7919 S. LOOMIS ROAD, WIND LAKE, WI, 53185 | US Mail (1st Class) |
| 80089 | HAMSTREET & ASSOCIATES, LLC, CLYDE A. HAMSTREET, (RE: DEBTOR), CHAMSTREET@HAMSTREET.NET | E-mail |
| 80089 | HAMSTREET & ASSOCIATES, LLC, CLYDE A. HAMSTREET, (RE: DEBTOR), HSCHMIDT@HAMSTREET.NET | E-mail |
| 80089 | HAMSTREET & ASSOCIATES, LLC, CLYDE A. HAMSTREET, (RE: DEBTOR), MCOHN@HAMSTREET.NET | E-mail |
| 80090 | HARTZELL ENGINE TECHNOLOGIES, 2900 SELMA HIGHWAY, MONTGOMERY, AL, 36108 | US Mail (1st Class) |
| 80090 | HARTZELL PROPELLER INC., 8345 SOLUTIONS CENTER, CHICAGO, IL, 60677-8003 | US Mail (1st Class) |
| 80089 | HAWKINS, PARNELL & YOUNG, LLP, RACHEL J. MARKUN, (RE: DEBTOR), RMARKUN@HPYLAW.COM | E-mail |
| 80089 | LOOS & CO., INC., SALES@LOOSCO.COM | E-mail |
| 80090 | LOOS & CO., INC., 16B MASHAMOQUET RD, POMFRET, CT, 06258 | US Mail (1st Class) |
| 80089 | LYCOMING A TEXTRON COMPANY, CGAYMAN@LYCOMING.COM | E-mail |
| 80090 | LYCOMING A TEXTRON COMPANY, 26135 NETWORK PLACE, CHICAGO, IL, 60673-1261 | US Mail (1st Class) |
| 80089 | MATCO AIRCRAFT LANDING SYSTEMS LLC, TECH@MATCOALS.COM | E-mail |
| 80090 | MATCO AIRCRAFT LANDING SYSTEMS LLC, 2361 S. 1560 WEST, WOODS CROSS, UT, 84087 | US Mail (1st Class) |
| 80090 | PACIFIC METAL CO., 10700 SW MANHASSET DR., TUALATIN, OR, 97062 | US Mail (1st Class) |
| 80089 | STEIN AIR, INFO@STEINAIR.COM | E-mail |
| 80090 | STEIN AIR, 3401 MN21 W. HANGAR 500, FARIBAULT, MN, 55021 | US Mail (1st Class) |
| 80090 | TIMKEN AURORA BEARING CO, 901 AUCUTT ROAD, MONTGOMERY, IL, 60538-1338 | US Mail (1st Class) |
| 80089 | USHER PRECISION MANUFACTURING, BRIANE@USHERPRECISION.COM | E-mail |
| 80090 | USHER PRECISION MANUFACTURING, 3863 24TH AVENUE, FOREST GROVE, OR, 97116 | US Mail (1st Class) |
| 80090 | WARREN KEMPER MACHINE, 41455 NW WILKESBORO ROAD, BANKS, OR, 97106 | US Mail (1st Class) |

**Subtotal for this group: 33**