TO:      Clerk of the Court

405 E. 8th Avenue #2600

Eugene, Oregon 97401

Timothy J. Conway

Tonkon Torp LLP

888 SW Fifth Avenue, Suite 1600

Portland, Oregon 97204

BMC Group

RE: Van's Aircraft Inc.

P.O. Box 90100

Los Angeles, California 90009

Subject: Regarding Van's Aircraft Bankruptcy Plan

From:   Roger L. Avery

18498 Ironstone St.

Woodbridge, CA, 95258

Dated: April 12, 2024

I have received communications from all listed above regarding the pending Bankruptcy of Van's Aircraft. I am a past customer of the Van's Aircraft Corp. having purchased an RV-4 kit serial number 4415 from them in the past. This aircraft was completed and passed FAA inspection on August 31, 2018. I am very happy with this kit product from Van's Aircraft. All components purchased from them were completely satisfactory. I found Van's aircraft to be very easy and supportive to deal with and I have NO CLAIM against them and no opposition to the pending bankruptcy plan.

*Roger L. Avery*

Roger L. Avery

Attachment:

1. UNITED STATES BANKRUPTCY COURT DISTRICT OF OREGON
   Case Number 23-62260-dwh11
   Signed and dated April 11, 2024

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

Van's Aircraft, Inc.,

        Debtor.

Case No. 23-62260-dwh11

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION PURSUANT TO SUBCHAPTER V UNDER CHAPTER 11 (MARCH 29, 2024)**

Van's Aircraft, Inc., Debtor and Debtor-in-Possession ("Debtor"), is soliciting votes with respect to its Plan of Reorganization Pursuant to Subchapter V Under Chapter 11 (March 29, 2024) (as may be amended or modified, the "Plan"). **You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

Your Ballot must be **received no later than May 8, 2024,** by Tonkon Torp LLP, Attention: Timothy J. Conway, 888 SW Fifth Avenue, Suite 1600, Portland, OR 97204, or by facsimile transmission to (503) 972-3867, or your vote will not count as either an acceptance or rejection of the Plan.

**THIS FORM DOES NOT CONSTITUTE A PROOF OF CLAIM AND MUST NOT BE USED TO FILE A CLAIM OR TO INCREASE ANY AMOUNT LISTED IN THE DEBTOR'S SCHEDULES OR IN A PREVIOUSLY FILED PROOF OF CLAIM.**

ACCEPTANCE OR REJECTION OF PLAN

The undersigned, the holder of a Class ___ Claim against Debtor in the unpaid filed or scheduled amount of

$ __0__, casts the following vote on the Plan (check one box only):

☒ Accepts the Plan      ☐ Rejects the Plan

OPTIONAL ELECTION TO REDUCE CLAIM

Section 6.6 of the Plan allows for a holder of a Class 5 General Unsecured Claim to elect to reduce their Allowed Claim to $1,000 in order to be treated as a Class 6 Claimant. By checking this box ☐, the undersigned hereby elects to reduce their Allowed Claim to $1,000.

Name of Creditor: __I have No claim against Vans Aircraft Inc.__
(print the name of the entity to which the debt is owed, i.e., not an individual name if the debt is owed to a company)

Signature: __Roger L. Avery__     Address: __18498 Ironstone__
Printed Name: __Roger L. Avery__     __Woodbridge, Ca. 95258__
Title of Signatory: _____     Telephone: __209-747-5068__
Date Completed: __April 11, 2024__     Email: __Rodgeravery@hotmail.com__

| **PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT; RETURN IT BY MAY 8, 2024, TO:** | Timothy J. Conway | Tonkon Torp LLP<br>888 SW Fifth Avenue, Suite 1600<br>Portland, OR 97204<br>Fax:(503) 972-3867 |
|---|---|

R. Avery
18498 Ironstone
Woodbridge, Ca. 95258

SACRAMENTO CA 957
12 APR 2024 PM 5 L

Clerk of the Court
405 E. 8th Avenue # 2600
Eugene, Oregon 97401

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
APR 15 2024
LODGED ____ REC'D ____
PAID ____ DOCKETED ____

Case 23-62260-dwh11    Doc 120    Filed 04/15/24