Debtor name **Van's Aircraft, Inc.**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) **23-62260-dwh11**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................... $ **8,955,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................. $ **7,754,094.12**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................... $ **16,709,094.12**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **9,344,151.50**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................ +$ **3,738,381.76**

4. **Total liabilities** ........................................................................
   Lines 2 + 3a + 3b

   $ **13,082,533.26**

## Official Form 206E/F
# Supplemental Schedule E/F: Creditors Who Have Unsecured Claims   **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Lycoming Engines**<br>**A Division of AVCO Corporation,**<br>**a Textron Company**<br>**652 Oliver St.**<br>**Williamsport, PA 17701**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$284,899.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Lycoming Engines**<br>**A Division of AVCO Corporation,**<br>**a Textron Company**<br>**26135 Network Place**<br>**Chicago, IL 60673-1261**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Additional notice.**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Worldpay, LLC**<br>**Frank N. White**<br>**Arnall Golden Gregory LLP**<br>**171 17th Street NW, Ste. 2100**<br>**Atlanta, GA 30363**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Additional notice**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

### Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Case 23-62260-dwh11   Doc 123   Filed 05/02/24

| Debtor | Van's Aircraft, Inc. | Case number (if known) | **23-62260-dwh11** |
|---|---|---|---|
| | Name | | |

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 284,899.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 284,899.00 |

## Official Form 206G
## Supplemental Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest     **Lease of RV-12iS SLSA with FAA registration number N17ER.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **American Made Aviation Services, LLC**<br>**2614A Airbase Rd**<br>**Mountain Home, ID 83647** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Flyer Industria Aeronautica, Ltda.**<br>**Rod. Virginia Viel Campo Dall'Orto, km. 1**<br>**Sumare / SP 13175-585**<br>**BRAZIL** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest     **OEM Agreement.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Garmin USA, Inc.**<br>**1200 East 151st St.**<br>**Olathe, KS 66062** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest     **All pending orders.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Hartzell Propeller Inc.**<br>**8345 Solutions Center**<br>**Chicago, IL 60677-8003** |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of RV012is SLSA with FAA registration number N247RM.** | |
|---|---|---|---|
| | State the term remaining | | **Joby Aviation College, Inc. dba Joby Aviation Academy 333 Encinal Street Santa Cruz, CA 95060** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase of RV-12iS S-LSA  (s/n 12157) with FAA registration number N736JA.** | |
|---|---|---|---|
| | State the term remaining | | **Joby Aviation College, Inc. dba Joby Aviation Academy 333 Encinal Street Santa Cruz, CA 95060** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Sale & Supply Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **Lycoming Engines A Division of AVCO Corporation, a Textron Company 652 Oliver St. Williamsport, PA 17701** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Pacific Metal Co. 10700 SW Manhasset Dr. Tualatin, OR 97062** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Streamline Designs LLC 1726 South Centerline Road Franklin, IN 46131** |
| | List the contract number of any government contract | | |

Case 23-62260-dwh11    Doc 123    Filed 05/02/24

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant Processing Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **Worldpay, LLC** <br> **Attn: General Counsel/Legal Dept.** <br> **8500 Governor Hill Drive** <br> **MD# 1GH1Y1** <br> **Symmes Township, OH 45249-1384** |
| | List the contract number of any government contract | | |

American Made Aviation Services, LLC
2614A Airbase Rd
Mountain Home, ID 83647

Flyer Industria Aeronautica, Ltda.
Rod. Virginia Viel Campo Dall'Orto,
km. 1
Sumare / SP 13175-585
BRAZIL

Garmin USA, Inc.
1200 East 151st St.
Olathe, KS 66062

Hartzell Propeller Inc.
8345 Solutions Center
Chicago, IL 60677-8003

Joby Aviation College, Inc.
dba Joby Aviation Academy
333 Encinal Street
Santa Cruz, CA 95060

Lycoming Engines
A Division of AVCO Corporation,
a Textron Company
652 Oliver St.
Williamsport, PA 17701

Pacific Metal Co.
10700 SW Manhasset Dr.
Tualatin, OR 97062

Streamline Designs LLC
1726 South Centerline Road
Franklin, IN 46131

WorldPay, LLC
Frank N. White
Arnall Golden Gregory LLP
171 17th Street NW, Ste. 2100
Atlanta, GA 30363

WorldPay, LLC
Attn: General Counsel/Legal Dept.
8500 Governor Hill Dr.
MD# 1GH1Y1
Symmes Township, OH 45249-1384