
 **DEPARTMENT OF REVENUE**

April 25, 2024

#BWBBMRR
#0000 0067 1983 7129#
UNITED STATES BANKRUPTCY COURT
DIST OF OR - EUGENE
405 E 8TH AVE #2600
EUGENE, OR 97401

ID: XX-XXX7693
Letter ID: L0671983712

```
CLERK, U.S. BANKRUPTCY COURT
   DISTRICT OF OREGON
        MAY 02 2024
LODGED_____ REC'D_____
PAID_____ DOCKETED_____
```

## The Minnesota Department of Revenue is withdrawing a claim

We are withdrawing claim 331 filed on February 02, 2024 for **$4,960.72**, without prejudice.

Debtor name: VANS AIRCRAFT INC
Debtor ID: XX-XXX7693
Case: 23-62260
Chapter: Chapter 11

### Contact information

Collection Division
Phone: 651-556-6378 or 1-800-657-3909 (toll-free)
Email: mdor.bkysec@state.mn.us
Fax: 651-282-2817

STATE OF MINNESOTA
Commissioner of Revenue

by: *[signature]*

### Mailing address

Minnesota Revenue
PO Box 64447 - BKY
St. Paul, MN 55164-0447

600 N. Robert St., St. Paul, MN 55101
www.revenue.state.mn.us

An equal opportunity employer
*This material is available in alternate formats.*