IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | Case No: **23-62260-dwh11** |
| ) | |
| ) | **MOTION TO APPEAR BY PHONE** |
| **VAN'S AIRCRAFT, INC.** ) | |
| ) | |
| Debtor, ) | |
| ) | |

The Chapter 11 Trustee moves the Court for permission to appear by phone at the hearing scheduled for Wednesday, April 15, 2024, at 9:00 am for the reasons as follows:

1. The Trustee will be out of the state on that date.

2. The Trustee has conflicting phone hearings at 10:30 am on that date in a Chapter 7 proceeding and in another Chapter 11 proceeding. Both are expected to be brief, but participation will necessitate using separate phone lines.

Wherefore the Trustee requests permission to appear by phone at the hearing scheduled for April 15, 2024.

                                                            Respectfully submitted

                                                            /s/ Kenneth S. Eiler
                                                            Kenneth S. Eiler

c: ecf only