UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) 
**Van's Aircraft, Inc.** ) Case No. **23-62260-dwh11**
 )
 ) REPORT OF
 ) ADMINISTRATIVE
 ) EXPENSES
Debtor(s) )

The undersigned certifies that:

1. The total court costs due to the CLERK'S office are $ **0.00** , and will be paid within 10 days of the confirmation order's filing date.

2. The total costs due to the U.S. TRUSTEE'S office are $ **0.00** , and will be paid within 10 days of the confirmation order's filing date.

3. Description of professional fees and costs which were previously allowed but are unpaid, or which need to be determined:

| Claimant | Amt. Allowed but Unpaid | Amt. Claimed & Not Yet Allowed | Estimate of Additional Amounts which will be Claimed | Describe Any Pymt. Agreement |
|---|---|---|---|---|
| **Tonkon Torp LLP (Attorneys for Debtor)** | | | **$625,000** | **See Order (ECF No. 66)** |
| **Hamstreet & Associates (Chief Restructuring Officer for Debtor)** | | | **$1,130,000** | **See Order (ECF No. 67)** |
| **Hawkins Parnell & Young LLP (Special Purpose Counsel for Debtor)** | | | **$100,000** | **See Order (ECF No. 103)** |
| **Kenneth S. Eiler (Subchapter V Trustee)** | | | **$20,000** | **See Notice (ECF No. 20)** |

4. The total estimated amount of debt incurred in the ordinary course of business and currently unpaid, to be paid on normal business terms prior to the plan's effective date, is $ **approximately $1,000,000** .

5. Description of unpaid administrative claims not included in pt. 3 or pt. 4:

| Claimant | Estimated Amount Claimed | Describe Any Pymt. Agreement |
|---|---|---|
| **Pacific Metal Company** | **$91,012.46** | **Stipulated Order (ECF No. 97)** |
| **Earle M. Jorgensen Co.** | **$5,750.00** | **Stipulated Order (ECF No. 98)** |

6. The undersigned certifies that on **05/10/24** a copy of this report was served on the debtor, trustee, their respective attorneys, if any, and the U.S. Trustee.

DATED: **05/10/24**

**/s/ Timothy J. Conway**     **851752**
SIGNATURE     (OSB# if attorney)

**Timothy J. Conway**
TYPE OR PRINT SIGNER'S NAME

**Attorney for Debtor**
SIGNER'S RELATIONSHIP TO CASE

1182 (12/18/06)