Timothy J. Conway, OSB No. 851752
   Direct Dial: (503) 802-2027
   Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
   Direct Dial: (503) 802-2169
   E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
   Direct Dial: (503) 802-2143
   Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>        Debtor. | Case No. 23-62260-dwh11<br><br>**DEBTOR'S UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF DEBTOR'S AND WORLDPAY, LLC'S JOINT MOTION FOR ORDER APPROVING DEBTOR'S ASSUMPTION OF EXECUTORY CONTRACT (MERCHANT PROCESSING AGREEMENT), AS SET FORTH HEREIN**<br><br>*EXPEDITED CONSIDERATION REQUESTED* |

      Van's Aircraft, Inc., debtor and debtor-in-possession ("Debtor") moves this Court for expedited consideration of its Joint Motion for Order Approving Debtor's Assumption of Executory Contract (Merchant Processing Agreement), as Set Forth Herein [ECF No. 135] (the "Joint Motion"), and of this motion for expedited consideration ("Expedited Consideration Motion"). In support of its request, Debtor states as follows:

Page 1 of 2 – DEBTOR'S UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF JOINT MOTION FOR ORDER APPROVING DEBTOR'S ASSUMPTION OF EXECUTORY CONTRACT (MERCHANT PROCESSING AGREEMENT), AS SET FORTH HEREIN

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 136    Filed 05/10/24

1. Debtor's counsel conferred by telephone and e-mail with Frank White, counsel for Worldpay, LLC; Mr. White does not oppose the relief sought herein.

2. The confirmation hearing in the above-captioned case is scheduled for May 15, 2024. Debtor's Plan of Reorganization Pursuant to Subchapter V Under Chapter 11 (March 29, 2024) [ECF No. 113] (the "Plan") at Section 9.1 provides:

> To the extent not listed above, not on **Exhibit C**, or not otherwise subject to a prior Bankruptcy Court order or pending motion before the Bankruptcy Court, all other executory contracts and unexpired leases are rejected as of the Effective Date.
>
> The Confirmation Order shall constitute an order authorizing rejection of all executory contracts and unexpired leases except those otherwise specifically assumed or otherwise provided for or subject to other Court Order or pending motion.

3. The Merchant Processing Agreement between Debtor and Worldpay, LLC ("Worldpay") is not listed in the Plan, on Exhibit C, or otherwise subject to a prior Bankruptcy Court Order. As set forth in the Joint Motion, Debtor and Worldpay seek Court approval of Debtor's assumption of the Merchant Processing Agreement and, in Debtor's business judgment, the Merchant Processing Agreement should be assumed. In turn, and because the confirmation hearing is scheduled for May 15, 2024, good cause exists to grant the Expedited Consideration Motion.

4. For the reasons herein and the Joint Motion, Debtor requests that the Court enter an Order, a proposed form of which is attached as **Exhibit 1**, granting Debtor's Expedited Consideration Motion as soon as reasonably possible.

DATED: May 10, 2024.

TONKON TORP LLP

By /s/ Ava Schoen
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    Attorneys for Debtor

Page 2 of 2 – DEBTOR'S UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF JOINT MOTION FOR ORDER APPROVING DEBTOR'S ASSUMPTION OF EXECUTORY CONTRACT (MERCHANT PROCESSING AGREEMENT), AS SET FORTH HEREIN

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 136    Filed 05/10/24

# EXHIBIT 1

# Proposed Form of Order

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>        Debtor. | Case No. 23-62260-dwh11<br><br>**ORDER GRANTING DEBTOR'S UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF DEBTOR'S AND WORLDPAY, LLC'S JOINT MOTION FOR ORDER APPROVING DEBTOR'S ASSUMPTION OF EXECUTORY CONTRACT (MERCHANT PROCESSING AGREEMENT), AS SET FORTH HEREIN** |

THIS MATTER having come before the Court upon Debtor's Unopposed Motion for Expedited Consideration of Debtor's and Worldpay, LLC's Joint Motion for Order Approving Debtor's Assumption of Executory Contract (Merchant Processing Agreement), as Set Forth Herein (the "Motion"), and the Court having reviewed the Motion and otherwise being duly advised in the premises; NOW, THEREFORE,

**Page 1 of 2** – ORDER GRANTING DEBTOR'S UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF JOINT MOTION FOR ORDER APPROVING DEBTOR'S ASSUMPTION OF EXECUTORY CONTRACT (MERCHANT PROCESSING AGREEMENT), AS SET FORTH HEREIN

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 136    Filed 05/10/24

IT IS HEREBY ORDERED that Debtor's Motion for Expedited Consideration is GRANTED, and that the Court will consider Debtor's and Worldpay, LLC's Joint Motion for Order Approving Debtor's Assumption of Executory Contract (Merchant Processing Agreement), as Set Forth Herein [ECF No. 135] on an expedited basis on May 15, 2024 at 9:00 am.

# # #

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By _____
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:   (503) 221-1440
    Facsimile:   (503) 274-8779
    Email:   tim.conway@tonkon.com
             michael.fletcher@tonkon.com
             ava.schoen@tonkon.com
    Attorneys for Debtor

**Page 2 of 2** – ORDER GRANTING DEBTOR'S UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF JOINT MOTION FOR ORDER APPROVING DEBTOR'S ASSUMPTION OF EXECUTORY CONTRACT (MERCHANT PROCESSING AGREEMENT), AS SET FORTH HEREIN

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 136    Filed 05/10/24

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEBTOR'S MOTION FOR EXPEDITED CONSIDERATION OF DEBTOR'S AND WORLDPAY, LLC'S JOINT MOTION FOR ORDER APPROVING DEBTOR'S ASSUMPTION OF EXECUTORY CONTRACT (MERCHANT PROCESSING AGREEMENT), AS SET FORTH HEREIN** was served on Debtor and the registered parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

In addition, pursuant to LBR 7007-1(c)(2), I served the following parties by e-mail on the date set forth below:

| | |
|---|---|
| Aircraft Spruce 332<br>orm@aircraftspruce.com | Flightline Interiors 368<br>flightline@tds.net |
| Alpine Fastener & Hardware<br>accounting@alpinefastener.com | Frank White on behalf of Worldpay, LLC<br>frank.white@agg.com |
| Andair Ltd<br>andair@andair.co.uk | Garrett Shea Ledgerwood and R Gibson Masters on behalf of Creditor Richard E. and Diane E. Van Grunsven |
| Andrew J Geppert and David W Criswell on behalf of Creditor Avco Corporation<br>gepperta@lanepowell.com<br>criswelld@lanepowell.com<br>pinkleyl@lanepowell.com<br>docketing-pdx@lanepowell.com | Garrett.Ledgerwood@MillerNash.com<br>mngd-2823@millernash.com<br>gib.masters@millernash.com<br>Wendy.Jackson@MillerNash.com |
| | Gina Hantel on behalf of Creditor TN Dept of Revenue<br>gina.hantel@ag.tn.gov |
| Bandy Manufacturing 200<br>roger.seaman@bandymanufacturing.com | |
| Baron Metalcrafters Limited, Alberto Rano<br>arano@allegromicro.com | Hamstreet & Associates, LLC, Clyde A. Hamstreet, (re: debtor)<br>chamstreet@hamstreet.net<br>hschmidt@hamstreet.net |
| Bild Industries, Inc.<br>sales@bildindustries.com | mcohn@hamstreet.net |
| Boeing Distribution Inc. 225<br>tracy.l.fajarillo@boeing.com | Hartzell propeller 388<br>jstoy@hartzellprop.com |
| Cronin Wood Products 302<br>hardison@croninwood.com | Hawkins, Parnell & Young, LLP, Rachel J. Markun, (Re: Debtor)<br>rmarkun@hpylaw.com |
| Daniel Ybarra<br>ybarra15@yahoo.com | John Mason<br>mason270@gmail.com |

**Page 1 of 2** – CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Joseph Mason<br>mason270@gmail.com | Thomas W Stilley on behalf of Interested Party Rian Johnson and Richard VanGrunsven, Trustees of the Van's Aircraft, Inc. ESOP<br>tstilley@sussmanshank.com<br>jhume@sussmanshank.com |
| 2 | Kenneth S Eiler<br>or10@ecfcbis.com | |
| 3 | Loren S Scott on behalf of Creditor Earle M. Jorgensen Company<br>ecf@scott-law-group.com | Ted A Troutman on behalf of Creditor Warren Kemper<br>tedtroutman@gmail.com,<br>L.Rusty.Troutman@gmail.com |
| 4 | Loren S Scott on behalf of Creditor Pacific Metal Co<br>ecf@scott-law-group.com | Thomas Walters<br>tomwalters3@gmail.com |
| 5 | Loos & Co., Inc.<br>sales@loosco.com | Stein Air<br>info@steinair.com |
| 6 | Lycoming A Textron Company<br>cgayman@lycoming.com | Stephen Allcock<br>steveallcock@comcast.net |
| 7 | Matco Aircraft Landing Systems LLC<br>tech@matcoals.com | Stephen P Arnot on behalf of U.S. Trustee US Trustee, Eugene<br>steve.arnot@usdoj.gov |
| 8 | Patruska 344<br>lsanger@slackdavis.com | Usher Precision Manufacturing<br>briane@usherprecision.com |
| 9 | | US Trustee, Eugene<br>USTPRegion18.EG.ECF@usdoj.gov |

DATED: May 10, 2024.

TONKON TORP LLP

By */s/ Ava Schoen*
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    Attorneys for Debtor

043989\00001\17182093v2

Page 2 of 2 – CERTIFICATE OF SERVICE