Below is an order of the court.

*David W. Hercher*
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>        Debtor. | Case No. 23-62260-dwh11<br><br>**ORDER GRANTING DEBTOR'S AND WORLDPAY, LLC'S JOINT MOTION FOR ORDER APPROVING DEBTOR'S ASSUMPTION OF EXECUTORY CONTRACT (MERCHANT PROCESSING AGREEMENT), AS SET FORTH HEREIN** |

THIS MATTER having come before the Court upon Debtor's and Worldpay, LLC's ("Worldpay") Joint Motion for Order Approving Debtor's Assumption of Executory Contract (Merchant Processing Agreement) [ECF No. 135] (the "Motion"), and the Court having reviewed the Motion and otherwise being duly advised in the premises; NOW, THEREFORE,

IT IS HEREBY ORDERED that the Motion is GRANTED, and (i) Debtor is authorized to assume the Merchant Processing Agreement with Worldpay, with the cure amount and compensation to Worldpay required under 11 USC § 365 being limited to treatment of Worldpay's Unsecured Claim as an Allowed Class 5 Claim under the Plan and (ii) Worldpay is

Page 1 of 2 –  ORDER GRANTING JOINT MOTION FOR ORDER APPROVING DEBTOR'S ASSUMPTION OF EXECUTORY CONTRACT (MERCHANT PROCESSING AGREEMENT), AS SET FORTH HEREIN

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 140    Filed 05/14/24

allowed to file one or more Amended Unsecured Claims, any of which will be treated as a Class 5 Claim under the Plan to the extent Allowed. No other cure payment or adequate assurance is required.

# # #

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By */s/ Timothy J. Conway*
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:   (503) 221-1440
    Facsimile:   (503) 274-8779
    Email:   tim.conway@tonkon.com
                 michael.fletcher@tonkon.com
                 ava.schoen@tonkon.com
    Attorneys for Debtor

043989\00001\17188479v1

Page 2 of 2 – ORDER GRANTING JOINT MOTION FOR ORDER APPROVING DEBTOR'S ASSUMPTION OF EXECUTORY CONTRACT (MERCHANT PROCESSING AGREEMENT), AS SET FORTH HEREIN

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11   Doc 140   Filed 05/14/24