Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>        Debtor. | Case No. 23-62260-dwh11<br><br>**ORDER GRANTING DEBTOR'S UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF DEBTOR'S AND WORLDPAY, LLC'S JOINT MOTION FOR ORDER APPROVING DEBTOR'S ASSUMPTION OF EXECUTORY CONTRACT (MERCHANT PROCESSING AGREEMENT), AS SET FORTH HEREIN** |

THIS MATTER having come before the Court upon Debtor's Unopposed Motion for Expedited Consideration of Debtor's and Worldpay, LLC's Joint Motion for Order Approving Debtor's Assumption of Executory Contract (Merchant Processing Agreement), as Set Forth Herein [ECF No. 136] (the "Motion"), and the Court having reviewed the Motion and otherwise being duly advised in the premises; NOW, THEREFORE,

**Page 1 of 2** – ORDER GRANTING DEBTOR'S UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF JOINT MOTION FOR ORDER APPROVING DEBTOR'S ASSUMPTION OF EXECUTORY CONTRACT (MERCHANT PROCESSING AGREEMENT), AS SET FORTH HEREIN

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 141    Filed 05/14/24

IT IS HEREBY ORDERED that Debtor's Motion for Expedited Consideration is GRANTED, and that the Court will consider Debtor's and Worldpay, LLC's Joint Motion for Order Approving Debtor's Assumption of Executory Contract (Merchant Processing Agreement), as Set Forth Herein [ECF No. 135] on an expedited basis on May 15, 2024 at 9:00 am.

# # #

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By */s/ Timothy J. Conway*
Timothy J. Conway, OSB No. 851752
Michael W. Fletcher, OSB No. 010448
Ava Schoen, OSB No. 044072
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204-2099
Telephone:   (503) 221-1440
Facsimile:   (503) 274-8779
Email:   tim.conway@tonkon.com
         michael.fletcher@tonkon.com
         ava.schoen@tonkon.com
Attorneys for Debtor

043989\00001\17188499v1

Page 2 of 2 – ORDER GRANTING DEBTOR'S UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF JOINT MOTION FOR ORDER APPROVING DEBTOR'S ASSUMPTION OF EXECUTORY CONTRACT (MERCHANT PROCESSING AGREEMENT), AS SET FORTH HEREIN

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 141    Filed 05/14/24