| | | |
|---|---|---|
| 05/15/2024 | | Judge David W Hercher |
| 09:00 23-62260-dwh11 | Van's Aircraft, Inc. - db | TIMOTHY CONWAY & AVA L SCHOEN |
| | Richard E. and Diane E. Van Grunsven -cr | GIBSON MASTERS |
| | Kenneth S Eiler -tr | |
| | US Trustee, Eugene -ust | STEPHEN ARNOT |

**Matter: Confirmation Hearing**

Additional Appearances: Mr. Eiler, John "Mike" Mason, and other creditors or interested persons appeared by video.

Summary of Proceedings

Mr. Conway described proposed changes made to the draft confirmation order. He also described the contents of the ballot summary.

Mr. Mason was heard regarding objection [ECF No. 126]. Mr. Conway responded. For the reasons stated on the record, the court overruled the objection.

Mr. Arnot withdrew US Trustee's objection [ECF No. 132].

The court will confirm the plan. Mr. Conway to lodge order.

Order to be prepared by: _____ Clerk's Office   _____ Chambers   Other: Mr. Conway

Minute Order: