# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In re:

Van's Aircraft, Inc.,

             Debtor.

Case No. 23-62260-dwh

Chapter 11

## PROOF OF SERVICE

I, Tinamarie Feil, declare as follows:

I am over the age of 18. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, acting in the above-captioned case by Order of this Court at Docket #36.

I declare that on May 17, 2024, as directed by Tonkon Torp LLP, Counsel for the Debtor, copies of the postcard notice, a sample of which is attached as **Exhibit A,** were served on the parties listed in **Exhibit B**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

May 17, 2024

                                        /s/ Tinamarie Feil
                                        Tinamarie Feil

PROOF OF SERVICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**EXHIBIT A**

PROOF OF SERVICE

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF OREGON

In re

Van's Aircraft, Inc.,

Debtor.

Case No. 23-62260-dwh11

**NOTICE OF REJECTION OF CERTAIN CONTRACTS**

# NOTICE
## THIS IS AN IMPORTANT NOTICE – YOUR RIGHTS MAY BE AFFECTED.

The U.S. Bankruptcy Court entered an Order Confirming Van's Aircraft, Inc.'s Plan of Reorganization on May 16, 2024. Pursuant to the Confirmed Plan, all executory contracts not expressly assumed are rejected including, but not limited to, contracts and orders listed in paragraphs 3 and 5 of the Confirmation Order and customer purchase orders listed on Exhibit D to the Plan. **Your proof of claim relating to your rejected purchase order or contract must be filed no later than June 17, 2024.** If you have already filed a claim relating to such purchase order or contract, you do not need to file another one.

**Any claim not filed by June 17, 2024, or not previously filed, shall be forever barred from asserting such claim against the Debtor.**

You may view a copy of the Confirmation Order and attached Plan at:
**https://docs.bmcgroup.com/vansorder.pdf**
You may file a proof of claim (if you have not already) at:
**https://onlineclaims.bmcgroup.com/VansAircraftInc/claim/filing410**

Other case information is available at: **https://cases.creditorinfo.com/vansaircraft**

BMC Group
Re: Van's Aircraft, Inc.
PO Box 90100
Los Angeles, CA 90009

Attention: Tinamarie
BMC Group
600 1st Avenue
Seattle, WA 98104

‖ı‖‖‖''ı‖·ᵇ|ᵈ|ᵉᵇ|ᵈᵇ|ᵈ|ᵇ''··‖''··ᵣᵣ|ᵇᵣᵈᵇ‖|ᵈ‖ᵇ|ᵈ|ᵇᵈᵇᵣ'

1            **EXHIBIT B**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PROOF OF SERVICE

# Postcard - Rejection of Customer Contract
# VansAircraft

**Total number of parties: 242**

## Exhibit B - VansAircraft

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 80403 | AITCHISON LAW OFFICE, (RE: HAYLOCK, PHILIP), LAURIE L. AITCHISON, 419 KING STREET WEST, SUITE 604, OSHAWA, ON L1J 2K5 CANADA | US Mail (1st Class) |
| 80403 | ALBERQUE, HOWARD, 7420 PINEBROOK RD, PARK CITY, UT 84098-5346 | US Mail (1st Class) |
| 80403 | ALISON, THOMAS, 15 UPPER BRECKLAND RD, NEW COSTESSEY, NORWICH, NR5 0RL GREAT BRITAIN | US Mail (1st Class) |
| 80403 | ALLCOCK, STEPHEN, 3839 W CHAPEL RD, ABERDEEN, MD 21001-1116 | US Mail (1st Class) |
| 80403 | AMERICAN MADE AVIATION SERVICES, LLC, 2614A AIRBASE RD, MOUNTAIN HOME, ID 83647 | US Mail (1st Class) |
| 80403 | ANDERSON, SPENCER/MICHAEL, 10745 N SAHALEE ST, CEDAR HILLS, UT 84062 | US Mail (1st Class) |
| 80403 | ARIEGSA MANUFACTURING, AREA A6-DIVISION 136/4, 10TH OF RAMADAN CITY, 44637 EGYPT | US Mail (1st Class) |
| 80403 | ARNOLD, NATHANIEL SCOTT, 1604 BALIHAI CT, GULF BREEZE, FL 32563-2760 | US Mail (1st Class) |
| 80403 | BARTOSAVAGE, PATRICK, 1718 N WOODLAWN BLVD, DERBY, KS 67037-3033 | US Mail (1st Class) |
| 80403 | BAUER, ANDREAS, HAVNEVEJ 6, HOJER, SYDDANMARK, 6280 DENMARK | US Mail (1st Class) |
| 80403 | BEEMER, DAVID, 398 WASHINGTON ST, BATH, ME 04530-1724 | US Mail (1st Class) |
| 80403 | BELL, BENSON, 1027 PIERRE WASHINGTON, BROUSSARD, LA 70518-7627 | US Mail (1st Class) |
| 80403 | BEUSELINCK, MICHAEL, 95 NOVA DRIVE, PIEDMONT, CA 94610-1037 | US Mail (1st Class) |
| 80403 | BIRONE, ANTHONY, 504 STRATFORD CIR, FINDLAY, OH 45840-9817 | US Mail (1st Class) |
| 80403 | BISHOP, ADRIAN, 828 BENT CREEK DRIVE, FORT PIERCE, FL 34947-1325 | US Mail (1st Class) |
| 80403 | BISHOP, PATRICK, 11 OAK RIDGE RD, READING, MA 01867-3728 | US Mail (1st Class) |
| 80403 | BLASTOS, BASIL, 1509 SHERWOOD AVE, SACRAMENTO, CA 95822-1242 | US Mail (1st Class) |
| 80403 | BLISS, ADAM, 1189 CUNNINGHAM CREEK DR, SAINT JOHNS, FL 32259-7925 | US Mail (1st Class) |
| 80403 | BMC GROUP, ATTENTION: TINAMARIE, 600 1ST AVENUE, SEATTLE, WA 98104 | US Mail (1st Class) |
| 80403 | BORACCA, JACOB / MARJORIE BACHMAN, PO BOX 285, WATSONVILLE, CA 95077-0285 | US Mail (1st Class) |
| 80403 | BORD, RUSLAN, 12-78 KOSMONAVTOV, MOSCOW, 14107 RUSSIA | US Mail (1st Class) |
| 80403 | BOULDER HIGH SCHOOL/GEO TAM, BOULDER HIGH AVIATION, 1604 ARAPAHOE AVE, BOULDER, CO 80302 | US Mail (1st Class) |
| 80403 | BOWERSOX, JAMES, 729 BUCKWOOD LN, LILITZ, PA 17543-8436 | US Mail (1st Class) |
| 80403 | BRADLEY, CHRISTOPHER, 5 MILLE RD, MORESBY, WA, 6530 AUSTRALIA | US Mail (1st Class) |
| 80403 | BRADLEY, MAX, 7969 CR 4730, WEST PLAINS, MO 65775-6430 | US Mail (1st Class) |
| 80403 | BREWSTER, MIKE, 929 HUNTER RIDGE LANE, NIPOMO, CA 93444-9332 | US Mail (1st Class) |
| 80403 | BROSIUS, JOHN W., 312 E. 6TH STREET, DELL RAPIDS, SD 57022 | US Mail (1st Class) |
| 80403 | BROSZ, RYAN, 4524 69TH ST, URBANDALE, IA 50322-1828 | US Mail (1st Class) |
| 80403 | BUCKLEY, THOMAS, 29599 N BIRCH AVE, LAKE BLUFF, IL 60044 | US Mail (1st Class) |
| 80403 | BUDDE, DANIEL, 659 BLUE MOUNTAIN LN, TRION, GA 30753-1770 | US Mail (1st Class) |
| 80403 | BURGOYNE, RYAN, 1371 DON DIEGO RD, RIO COMMUNITIES, NM 87002-5944 | US Mail (1st Class) |
| 80403 | CALDERWOOD, CHRISTOPHER, 1055 N 145TH E AVE, TULSA, OK 74116-2623 | US Mail (1st Class) |
| 80403 | CETUS AERO/ELENA GRINGAUT, MALAYA ORDYNKA, 27/5, KV 10, MOSCOW, 11518 RUSSIA | US Mail (1st Class) |
| 80403 | CHAMORRO, DOUGLAS, 16404 ISHIDA AVE, GARDINA, CA 90248-2923 | US Mail (1st Class) |
| 80403 | CHERRY, JAKE, 824 W CAROLINA ST, APT. 4, TALLAHASSEE, FL 32304-7777 | US Mail (1st Class) |
| 80403 | CHESNEY, ED, 13950 S JOHN WAYNE LANE, MULINO, OR 97042-9610 | US Mail (1st Class) |
| 80403 | CHOI, KEVIN, 3320 S HORIZON PL, CHANDLER, AZ 85248-3732 | US Mail (1st Class) |
| 80403 | CHRISTOPHER, MELLOTT, 425 W RIO SALADO PKWY, UNIT 315, TEMPE, AZ 85281-3191 | US Mail (1st Class) |
| 80403 | CILLO, JOAO, 1559 ALTA GLEN DR APT 3, SAN JOSE, CA 95125-4419 | US Mail (1st Class) |

VansAircraft

# Exhibit B - VansAircraft

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 80403 | CLANCY, MICHAEL, 517 MOUNTAIN LOOKOUT, THERMOPOLIS, WY 82443-9431 | US Mail (1st Class) |
| 80403 | CLARK, ALEXANDER, 1000 KING DR, BEDFORD, TX 76022-7107 | US Mail (1st Class) |
| 80403 | COLLE, JOHN, 9113 GAUTIER VANCLEAVE RD, VANCLEAVE, MS 39565-9642 | US Mail (1st Class) |
| 80403 | COOK, HUGH Q, 6 ELDORADO, FOOTHILL RANCH, CA 92610 | US Mail (1st Class) |
| 80403 | CORDELL, CORY, 74 SPRINGBROOK DR, DORA, AL 35062-4020 | US Mail (1st Class) |
| 80403 | CORMICAN, JAMES, 4033 PRESIDENTIAL DRIVE, PALM HARBOR, FL 34685-1029 | US Mail (1st Class) |
| 80403 | COSTA, ALESSANDRO, PONTEVERDA 1050, DEPARTMENTO 1803 LAS CONDES, SANTIAGO, 19709 CHILE | US Mail (1st Class) |
| 80403 | COTTER, TIMOTHY/DAVID, 3450 HERON LAKE LN, ELK GROVE, CA 95758-3601 | US Mail (1st Class) |
| 80403 | COYLE, PHILLIP, 9801 CENTRE CIRCLE, PARKER, CO 80134-3313 | US Mail (1st Class) |
| 80403 | CROTEAU, MICHAEL, 200 E MONROE AVE, ALEXANDRIA, VA 22301-1820 | US Mail (1st Class) |
| 80403 | CUADRO, JULIO, AEROCLUB LA LATA HNGR 1, RUTA 27 KM 2, RIVERA, 40000 URUGUAY | US Mail (1st Class) |
| 80403 | CURR, RYAN, PO BOX 509, FORT LANGLEY, BC V1M 2R8 CANADA | US Mail (1st Class) |
| 80403 | CYRUL, GREGORY/ RICCIARDI, JOE, 1035 GRETA AVE, WOODSTOCK, IL 60098-8864 | US Mail (1st Class) |
| 80403 | DAO, CHRIS, 7 ANDREW STREET, SUNSHINE, VICTORIA, 3020 AUSTRALIA | US Mail (1st Class) |
| 80403 | DAVISON, TERRY W, 10066 LOCUST LANE, MELBA, ID 83641-4242 | US Mail (1st Class) |
| 80403 | DHILLON, ONKAR S, AURA KITCHENS AND CABINETRY INC, 1770 ALSTEP DR, MISSISSAUGA, ON L5S 1W1 CANADA | US Mail (1st Class) |
| 80403 | DIEL, MARK, 9 SUMMIT RD, WOODSIDE, CA 94062-2648 | US Mail (1st Class) |
| 80403 | DILLENSCHNEIDER, JUSTIN, 3503 GOLDEN ASPEN DR, FLOWER MOUND, TX 75028 | US Mail (1st Class) |
| 80403 | DIPPOLD, BENJAMIN, 10613 S 55TH DR, LAVEEN, AZ 85339-1305 | US Mail (1st Class) |
| 80403 | DOOLEY, NEREUS, 819 W ACACIA ROAD, GLENDALE, WI 53217-4011 | US Mail (1st Class) |
| 80403 | DURHAM, FRED, 4314 OLD SPRINGDALE RD, LOUISVILLE, KY 40241-1144 | US Mail (1st Class) |
| 80403 | DUROBYTE AVIATION INC, 5318 E M 21, CORUNNA, MI 48817-9701 | US Mail (1st Class) |
| 80403 | ESSEX COUNTY AIRPORT HGR T48, RAWLINS, BERNARD, 27 WRIGHT WAY, FAIRFIELD, NJ 07004 | US Mail (1st Class) |
| 80403 | ESTAPA, ROBERT, 95 DOGWOOD PL, WOODSTOCK, GA 30188-4340 | US Mail (1st Class) |
| 80403 | EVANS, GLENN, 445A MILSON LINE, PALMERSTON NORTH, MANAWATU, 4478 NEW ZEALAND | US Mail (1st Class) |
| 80403 | FESSENDEN, HART, 115 PIPER BLVD, PORT ORANGE, FL 32128 | US Mail (1st Class) |
| 80403 | FINK, JEFFREY, 6436 ABERNATHY WAY, ROSCOE, IL 61073 | US Mail (1st Class) |
| 80403 | FLAUGHER, GERRY, 9620 SE 70TH TERRACE, OCALA, FL 34472-3452 | US Mail (1st Class) |
| 80403 | FLITETEST, STEFAN OSTERGREN, 2401 FOX AVE SE, MINERVA, OH 44657 | US Mail (1st Class) |
| 80403 | FLYER INDUSTRIA AERONAUTICA, LTDA., ROD. VIRGINIA VIEL CAMPO DALL`ORTO, KM. 1, SUMARE / SP, 13175-585 BRAZIL | US Mail (1st Class) |
| 80403 | FORTNER, ROBERT M, 1355 SHARON DR, TITUSVILLE, FL 32796-1926 | US Mail (1st Class) |
| 80403 | FOSTER, CHARLES, EXCELSIOR AVIATION 2 LLC, 16192 COASTAL HIGHWY, LEWES, DE 19958-3608 | US Mail (1st Class) |
| 80403 | FRAY, ROBERT J, THE OLD GRANARY BULLOCK RD, HADDON PETERBOROUGH, CAMBS., PE7 3TT UNITED KINGDOM | US Mail (1st Class) |
| 80403 | FREEMAN, ROBIN, 2855 WHITNEY WAY, SEYMOUR, IN 47274-4045 | US Mail (1st Class) |
| 80403 | FRIESEN, TIM, 10020-106 ST, WESTLOCK, AB T7P 2K4 CANADA | US Mail (1st Class) |
| 80403 | GADBOIS, MICHEL PHILLIP, 484 HOLDERFIELD RD, KINGSTON, TN 37763 | US Mail (1st Class) |
| 80403 | GAUVIN, RICHARD, 90 GLEN RIDGE RD, GLEN, NH 03838-6473 | US Mail (1st Class) |
| 80403 | GAWIENCZUK, ZBIGNIEW, 20714 BROADWATER DR, LAND O LAKES, FL 34638-8323 | US Mail (1st Class) |
| 80403 | GAY, WRILEY, 966 N WHITT RD, PERRIN, TX 76486 | US Mail (1st Class) |
| 80403 | GITHENS, JACOB, 3258 S BRAMPTON WAY, BOISE, ID 83706-5308 | US Mail (1st Class) |
| 80403 | GOWDA, RAGHAVENDRA, PLOT NO 593 BUDHA SCHEME.13 KH KANGRALI, TV CENTER BAUXITE RD, BELGUAM, KARNATAKA, 590010 INDIA | US Mail (1st Class) |
| 80403 | GREENEMEIER, JOHN, 144 UPPER NORTH SHORE RD, BRANCHVILLE, NJ 07826-4124 | US Mail (1st Class) |

VansAircraft

Case 23-62260-dwh11    Doc 146    Filed 05/20/24

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 80403 | GREULICH, DAVID, 600 LAKE PLUMLEIGH WAY, ALGONQUIN, IL 60102-5018 | US Mail (1st Class) |
| 80403 | HAMILTON, JOSHUA, 270 RIVER COVE RD, HUNTSVILLE, AL 35811-8009 | US Mail (1st Class) |
| 80403 | HAMPTON, BRUCE, 4585 N GRAHAM RD, MADISON, IN 47250-8441 | US Mail (1st Class) |
| 80403 | HAMSTRA, BRYANT, 402 RUA DE MATTA, SAN ANTONIO, TX 78232-1215 | US Mail (1st Class) |
| 80403 | HANSON, ED, 48 EAST SKY LOOP, ROSWELL, NM 88201-8338 | US Mail (1st Class) |
| 80403 | HARPER, M KEITH, 15 BLUE SPRUCE LANE, MONROE, CT 06468 | US Mail (1st Class) |
| 80403 | HARRINGTON, DANIEL, 210 N EL CIELO RD, HANGAR T-15, PALM SPRINGS, CA 92262 | US Mail (1st Class) |
| 80403 | HARRIS, DAVID/HARVEY MUDD COLLEGE, 301 PLATT BLVD, CLAREMONT, CA 91711 | US Mail (1st Class) |
| 80403 | HARRIS, MIKE, SHELLFORD, SELLING ROAD, OLD WIVES LEES, CANTERBURY, CT4 8BH GREAT BRITAIN | US Mail (1st Class) |
| 80403 | HARTZELL PROPELLER INC., JON STOY, ONE PROPELLER PLACE, PIQUA, OH 45356 | US Mail (1st Class) |
| 80403 | HARTZELL PROPELLER INC., 8345 SOLUTIONS CENTER, CHICAGO, IL 60677-8003 | US Mail (1st Class) |
| 80403 | HAYLOCK, PHILIP, 106 AUBURN LANE, COURTICE, ON L1E 2E9 CANADA | US Mail (1st Class) |
| 80403 | HAYNES, ROBERT, 11910 GRAMINA WAY, ATASCOCITA, TX 77346-4967 | US Mail (1st Class) |
| 80403 | HEATH, DALTON D, 150 AUTUMN WAY, HUNTSVILLE, TX 77320-1940 | US Mail (1st Class) |
| 80403 | HICKS, RORY, 12 WATTLEY RD, WELLARD, W A, 6170 AUSTRALIA | US Mail (1st Class) |
| 80403 | HOLLORAN, TOM, 520 SILVERLEAF LN, SHOW LOW, AZ 85901-7542 | US Mail (1st Class) |
| 80403 | HOPKINS, LOUIS, 6505 EALING CT, LIVERPOOL, NY 13090 | US Mail (1st Class) |
| 80403 | HOWARD, MATTHEW, 6709 GLENDON DR, MELBOURNE, ON N0L 1T0 CANADA | US Mail (1st Class) |
| 80403 | IRZAMI, ICHWAN, JL PERMATA JINGGA II NO 19, MALANG, 65143 INDONESIA | US Mail (1st Class) |
| 80403 | IVANOV, ANDREW, 2450 172ND AVE NE, REDMOND, WA 98052-6236 | US Mail (1st Class) |
| 80403 | JAIR HANGAR 5, CAGLIERO, GIORGIO, 6871 N GLEN HARBOR BLVD, GLENDALE, AZ 85307 | US Mail (1st Class) |
| 80403 | JENNINGS, TIM, 7052 DELORA DR, ORLANDO, FL 32819-7412 | US Mail (1st Class) |
| 80403 | JESSICA COX, RIGHT FOOTED - 42699, PO BOX 35807, TUCSON, AZ 85740 | US Mail (1st Class) |
| 80403 | JOBY AVIATION COLLEGE, INC., DBA JOBY AVIATION ACADEMY, 333 ENCINAL STREET, SANTA CRUZ, CA 95060 | US Mail (1st Class) |
| 80403 | JOHNSON, MICHAEL, 210 NE MELROSE DR, OAK HARBOR, WA 98277-4908 | US Mail (1st Class) |
| 80403 | JOHNSON, STEVEN, 2822 HIDEAWAY LANE, QUINLAN, TX 75474-4492 | US Mail (1st Class) |
| 80403 | JONES, EUGENE, 2761 S 116TH E AVE, TULSA, OK 74129-8055 | US Mail (1st Class) |
| 80403 | JONES, JEREMY, 2149 TIPPECANOE ST, TERRE HAUTE, IN 47807-2400 | US Mail (1st Class) |
| 80403 | JONSSON, GUNNAR, KROSSHAMRAR 29, REYKJAVIK, IS00112 ICELAND | US Mail (1st Class) |
| 80403 | KACZYNSKI, KRZYSZTOF, 178 SPRING ST, EAST STROUDSBURG, PA 18301-2220 | US Mail (1st Class) |
| 80403 | KANEY, NATHAN, 517 VALLEY DRIVE, CASTLE ROCK, CO 80104-2148 | US Mail (1st Class) |
| 80403 | KEISTER, DANIEL, 5646 KNOX, MERRIAM, KS 66203-2470 | US Mail (1st Class) |
| 80403 | KEITH, SCOTT, 396 LIVE OAK DRIVE, VERO BEACH, FL 32963 | US Mail (1st Class) |
| 80403 | KENTUCKY PILOTS ASSOCIATION EDU., 1924 BOSTON RD, BARDSTOWN, KY 40004 | US Mail (1st Class) |
| 80403 | KEUTZER, STEVEN, 436 PARK AVE E, PRINCETON, IL 61356-2118 | US Mail (1st Class) |
| 80403 | KIDMAN, MARK, 6860 18TH AVENUE NW, ROCHESTER, MN 55901-8814 | US Mail (1st Class) |
| 80403 | KIRILL KEYNER / KONSTANTIN SOLIN, FINAM AIRFIELD, SERPUKHOV, MO 142200 RUSSIA | US Mail (1st Class) |
| 80403 | KLUGEWICZ, CHRISTOPHER, 356 WEDGEWOOD ST., COOKEVILLE, TN 38501-1057 | US Mail (1st Class) |
| 80403 | KOLATH, WILLIAM, 8411 BARSTOW DR, AMARILLO, TX 79118-8157 | US Mail (1st Class) |
| 80403 | KOWAL, GREGORY, 80 CENTRAL AVE, FREDONIA, NY 14063-1308 | US Mail (1st Class) |
| 80403 | KRUIJT, SOPHIE, 1235 DRY CREEK RD, ASHLAND CITY, TN 37015-5311 | US Mail (1st Class) |
| 80403 | KUZYK, SEAN, 14236 31 AVE, SURREY, BC V4P 1R3 CANADA | US Mail (1st Class) |
| 80403 | LAMPE, MARK, 17717 POWDERHORN DRIVE, MINNETONKA, MN 55345-1632 | US Mail (1st Class) |
| 80403 | LANHAM, MATT, 32 LAW VIEW, LEVEN, FIFE, KY8 5FQ GREAT BRITAIN | US Mail (1st Class) |

VansAircraft

Case 23-62260-dwh11    Doc 146    Filed 05/20/24

## Exhibit B - VansAircraft

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 80403 | LAUGHLIN, LAWRENCE PAUL JR, 1150 MCCLAIN RD, MORRISON, TN 37357-7616 | US Mail (1st Class) |
| 80403 | LAWSON, KILEY, 1502 CR 804, GAMALIEL, AR 72537-9764 | US Mail (1st Class) |
| 80403 | LEE, ALVIN, 18016 DAVENPORT RD, DALLAS, TX 75252 | US Mail (1st Class) |
| 80403 | LEE, ROBERT, 5211 SUMMERFIELD LN, SPRING, TX 77379-8051 | US Mail (1st Class) |
| 80403 | LEHMANN, FABIAN, 8513 BRICKYARD RD, POTOMAC, MD 20854-4834 | US Mail (1st Class) |
| 80403 | LEON, RUBEN D, 1704 KENNEDY PL STE 1124, OVIEDO, FL 32765-5188 | US Mail (1st Class) |
| 80403 | LEWIS YOUNG AVIATORS FOUNDATION, 114 APACHE TRAIL, DELHI, LA 71232-5705 | US Mail (1st Class) |
| 80403 | LEWKO, ZACHARY, 54 BEAR PATH LN, HUDSON, NH 03051-6403 | US Mail (1st Class) |
| 80403 | LI FO SJOE, RICK, 3121 MULBERRY DR, SOQUEL, CA 95073-2923 | US Mail (1st Class) |
| 80403 | LI, ROBERT, 12 TARNSIDE CT, BLYTHEWOOD, SC 29016-9090 | US Mail (1st Class) |
| 80403 | LI, ZITENG, UNIT 19, 165 E BEAVER CREEK RD, RICHMOND HILL, ON L4B 2N2 CANADA | US Mail (1st Class) |
| 80403 | MAC BROUGH, ETHAN, 6135 SE 67TH AVE., PORTLAND, OR 97206-6529 | US Mail (1st Class) |
| 80403 | MACCALLUM, JOHN, 45 BOWDEN FLETCHER DRIVE, NARROMINE, NSW, 2821 AUSTRALIA | US Mail (1st Class) |
| 80403 | MAIER, RYAN, 1034 15TH ST N UNIT A, FARGO, ND 58102-3817 | US Mail (1st Class) |
| 80403 | MANILLA, ANDREW, 3288 LAKEMONT DRIVE, EUGENE, OR 97408 | US Mail (1st Class) |
| 80403 | MARTIN, CHRISTOPHER, 426 HOOT AVE, GRAFORD, TX 76449-3306 | US Mail (1st Class) |
| 80403 | MASON, JOSEPH / MASON, MIKE, 1215 GOLDEN PHEASANT RD, TWIN FALLS, ID 83301-5666 | US Mail (1st Class) |
| 80403 | MATUSKA, DALE, 1969 SOUTHCREEK BLVD, PORT ORANGE, FL 32128-7255 | US Mail (1st Class) |
| 80403 | MAYEUX, TIMOTHY J / MILLER, THOMAS, 12611 RIVER RD, LULING, LA 70070 | US Mail (1st Class) |
| 80403 | MCCANDLESS, DAN, 4389 S HIGHLAND DR UNIT B, HOLLADAY, UT 84124-3573 | US Mail (1st Class) |
| 80403 | MCCORMICK, CHRISTOPHER, 7155 ASHEVILLE PARK DR, COLUMBUS, OH 43235-5013 | US Mail (1st Class) |
| 80403 | MCLAUGHLIN, JIM, 2420 ALCOTT ST, DENVER, CO 80211-4813 | US Mail (1st Class) |
| 80403 | MCWILLIAM, DAVID R., 7666 HAMMEL RD., BRIGHTON, MI 48116 | US Mail (1st Class) |
| 80403 | MESSIAS DE SOUZA, JOMAIR, RUA INE NAKAMURA 108, CAMPO GRANDE, MS 79081742 BRAZIL | US Mail (1st Class) |
| 80403 | MICHAEL, MARK, 30 STRADA DI VILLAGGIO UNIT 103, HENDERSON, NV 89011-2818 | US Mail (1st Class) |
| 80403 | MILAIBE, DANIEL/AVIATION PARTS EXEC, NEP AVIATION COM IMP E EXP LTDA, RUA DOUTOR NATAUNO TRIGINELLI 257, MG, 31710-420 BRAZIL | US Mail (1st Class) |
| 80403 | MILLER, DANIEL B, 336 SAUNDERSVILLE FERRY RD, MOUNT JULIET, TN 37122-5032 | US Mail (1st Class) |
| 80403 | MILLETT, PHILLIP, 6602 EASTWIND WAY, CRESTWOOD, KY 40014-7756 | US Mail (1st Class) |
| 80403 | MOLARO, CRISTIAN, TUINDELLE 74, OVERIJSE VLAAMS-BRABANT, 3090 BELGIUM | US Mail (1st Class) |
| 80403 | MONTALVO, TIMOTHY, 350 APPALOOSA LN, CHINA SPRING, TX 76633-3458 | US Mail (1st Class) |
| 80403 | MULLIGAN, ZACHARY, 141 E DAVIS BLVD, 111, TAMPA, FL 33606-3530 | US Mail (1st Class) |
| 80403 | MURRAY, WILLIAM JOHN, 37 WELLESLEY RD, ANDOVER, HAMPSHIRE, SP10 2HF GREAT BRITAIN | US Mail (1st Class) |
| 80403 | MYLL, GREG, 79567 MORNING GLORY CT, LA QUINTA, CA 92253-4845 | US Mail (1st Class) |
| 80403 | NATT, AMANDEEP, 12091 76A AVE, SURREY, BC V3W 2W4 CANADA | US Mail (1st Class) |
| 80403 | NELSON, CRAIG, 5969 COTTONWOOD RD, WALLA WALLA, WA 99362 | US Mail (1st Class) |
| 80403 | NEMES, JASON, 6003 FOREST BAY AVE, GULF BREEZE, FL 32563-9795 | US Mail (1st Class) |
| 80403 | NIENDORFF, DANIEL, TERMINAL FREIGHT, KNOXVILLE, TN 37922 | US Mail (1st Class) |
| 80403 | OWENSON, GARETH, 15 KILN RD, FAREHAM, HAMPSHIRE, PO16 7UA GREAT BRITAIN | US Mail (1st Class) |
| 80403 | PABST, KEN, 9473 GOLDEN WILLOW ST, MIDDLETON, ID 83644-5285 | US Mail (1st Class) |
| 80403 | PAGGGEOT, JEFF, 9514 PLOW POINT CT SE, ALTO, MI 49302 | US Mail (1st Class) |
| 80403 | PARKER, SHON, 8625 DUCOTE AIRPARK RD, SAN ANGELO, TX 76904 | US Mail (1st Class) |
| 80403 | PATAGONIC, PABLO RAMOS, 2025 NW 102 AVE # 104, MIAMI, FL 33192 | US Mail (1st Class) |
| 80403 | PATTBERG, JUSTIN / JANSEN, CHRIS, 103 WICKHAM TERRACE, WINCHESTER, VA 22602 | US Mail (1st Class) |
| 80403 | PAULEY, DENNIS, 2217 HARVEST PLACE, REYNOLDSBURG, OH 43068 | US Mail (1st Class) |

VansAircraft

Case 23-62260-dwh11    Doc 146    Filed 05/20/24

## Exhibit B - VansAircraft

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 80403 | PEDROZA, JON-PAUL, 3531 SHEFFIELD DR, ARLINGTON, TX 76013-1131 | US Mail (1st Class) |
| 80403 | PEREIRA, FABIO, 18100 PAINTED HORSE CV, AUSTIN, TX 78738-4063 | US Mail (1st Class) |
| 80403 | PERRY, SCOTT, PO BOX 362, GLADSTONE, OR 97027-0362 | US Mail (1st Class) |
| 80403 | PETERSON, SETH & CASSANDRA, 11300 LINDBERGH LN, POPLAR GROVE, IL 61065 | US Mail (1st Class) |
| 80403 | PIANO, FEDERICO, LOCALITA SAN GIACOMO, C/O AIRFIELD, SILIQUA, 09010 ITALY | US Mail (1st Class) |
| 80403 | PISINI, VIJAY, 504 DEER RUN DR , NE, CEDAR RAPIDS, IA 52402-7319 | US Mail (1st Class) |
| 80403 | POLLINGER, ERIC, 220 TRIANA WAY, SAN RAMON, CA 94583-4190 | US Mail (1st Class) |
| 80403 | PORRAS SILVA, ALFREDO, CAMINO LOS REFUGIOS DEL ARRAYAN, 17770 31A2 LO BARNECHEA, SANTIAGO, 7710253 CHILE | US Mail (1st Class) |
| 80403 | PRATT, MICHAEL A., 15644 PIONEER BLUFF TRAIL, FT WORTH, TX 76262 | US Mail (1st Class) |
| 80403 | RAABE, CHRIS, 5695 193RD PL SE, ISSAQUAH, WA 98027-8666 | US Mail (1st Class) |
| 80403 | RADFORD, ANT ANSTEAD, 3161 RED HILL AVE., COSTA MESA, CA 92626 | US Mail (1st Class) |
| 80403 | RB INTL SUPPLY CORP /PH 305 594 8672, LIMPIOCA INTERNATIONAL C.A. RIF30271163-0, 7465 NW 64 ST, MIAMI, FL 33166 | US Mail (1st Class) |
| 80403 | RENFRO, ROBERT  KEVIN, 2523 KNIGHTBRIDGE DRIVE, SANTA MARIA, CA 93455 | US Mail (1st Class) |
| 80403 | RICHARDSON, ROGER LOUIS III, 14401 KEIL RD NE, AURORA, OR 97002 | US Mail (1st Class) |
| 80403 | RIGHT FOOTED, PO BOX 35807, TUCSON, AZ 85740 | US Mail (1st Class) |
| 80403 | RILEY HOLDINGS PTY LTD/COSS AVIATION, 171-173 MOUNTS BAY RD, APT 206, PERTH, W A, 6909 AUSTRALIA | US Mail (1st Class) |
| 80403 | RING, SIMON, 14 BALMORAL DR, NEWARK, NOTTINGHAMSHIRE, NG24 2FZ GREAT BRITAIN | US Mail (1st Class) |
| 80403 | ROBBINS, BRIAN, 398 PRIVATE RD 7005, EDGEWOOD, TX 75117-5212 | US Mail (1st Class) |
| 80403 | RODERO POSTIGO, PABLO, CALLE LUIS DORESTE SILVA NO6 5TH, IZQUIERDA, TELDE, LAS PALMAS, 35200 SPAIN | US Mail (1st Class) |
| 80403 | ROPERIA, RAJKAMAL, 5519 CYPRESS HILL ROAD, WINTER GARDEN, FL 34787-5379 | US Mail (1st Class) |
| 80403 | ROSADO, JOSE, 1447 WESTMINSTER ST APT 3, PROVIDENCE, RI 02909-1661 | US Mail (1st Class) |
| 80403 | ROSE, ROB, THE PADDOCK, LONGHORSELY, MORPETH, NORTHUMBERLAND, NE65 8UY GREAT BRITAIN | US Mail (1st Class) |
| 80403 | ROSEL, ERIC, 981 COURTLAND PL, HIGHLANDS RANCH, CO 80126-4757 | US Mail (1st Class) |
| 80403 | RUNO, MATTHEW, 10905 SARAGOSA ST, WHITTIER, CA 90606-2131 | US Mail (1st Class) |
| 80403 | RUSSELL, JEREMY, 14378 DOUBLE DUTCH LOOP, PARKER, CO 80134 | US Mail (1st Class) |
| 80403 | SAENZ, LAZARO, 21106 RIO SABINAL, SAN ANTONIO, TX 78259-2677 | US Mail (1st Class) |
| 80403 | SAFE PASSAGE LUXURY LLC, 1 GRANDVIEW DR, SHALIMAR, FL 32579 | US Mail (1st Class) |
| 80403 | SALLUSTIO, ERIC, 12659 SW 39TH TERR, LAKE BUTLER, FL 32054-8278 | US Mail (1st Class) |
| 80403 | SALVATORE, PETER, 695 PORT NATCHEZ CV W, COLLIERVILLE, TN 38017-1783 | US Mail (1st Class) |
| 80403 | SCHEPERS, SVEN, OPLINTERSESTEENWEG 244, TIENEN, 3300 BELGIUM | US Mail (1st Class) |
| 80403 | SCHOLL, CHARLES H JR, 23850 CREEKSIDE TRAIL, MONTGOMERY, TX 77316-2848 | US Mail (1st Class) |
| 80403 | SCHORRER, GUNTHER, SCHORRER BETEILIGUNGS GMBH, RESSAVARSTRASSE 64, HARTBERG, STEIERMARK, 8230 AUSTRIA | US Mail (1st Class) |
| 80403 | SCHROETER, STEFAN, SERGEJ-AROPOW-WEG 10, LARZ, 17248 GERMANY | US Mail (1st Class) |
| 80403 | SCHWARTZ, CHRISTOPHER, N91 W29583 CENTER OAK RD, HARTLAND, WI 53029-9003 | US Mail (1st Class) |
| 80403 | SEDOTTO, JOSEPH, 735 REEVE AVE, MATTITUCK, NY 11952-3548 | US Mail (1st Class) |
| 80403 | SHAW, GUY, 1715 W ZACHARY WAY, MUSTANG, OK 73064-0016 | US Mail (1st Class) |
| 80403 | SHEARER, TOM, 2090 TRIAD RD, ST JACOB, IL 62281-1114 | US Mail (1st Class) |
| 80403 | SLOAN, KEVIN, 709 FOX RUN TRL, EDMOND, OK 73034-7360 | US Mail (1st Class) |
| 80403 | SMIRNOV, ALEXEI, 25 KNUTSEN KNOLLS, TAPPAN, NY 10983-1210 | US Mail (1st Class) |
| 80403 | SMITH, ERIC, 3236 ARROWGRASS WAY, SAN DIEGO, CA 92115-8203 | US Mail (1st Class) |
| 80403 | SOLIN, KONSTANTIN, VEROSHI-LOWA 126A, OFFICE 308, SERPUKHOV, 14220 RUSSIA | US Mail (1st Class) |

VansAircraft

Case 23-62260-dwh11    Doc 146    Filed 05/20/24

# Exhibit B - VansAircraft

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 80403 | SPEERSTRA, THOMAS E, 23484 WAUBASCON RD, BATTLE CREEK, MI 49017-9468 | US Mail (1st Class) |
| 80403 | SPENCER, WILLIAM, 8371 VARAS CIRCLE, HUNTINGTON BEACH, CA 92646-6124 | US Mail (1st Class) |
| 80403 | STADJUHAR, ERIC J, 8013 S 184TH TERR, OMAHA, NE 68136 | US Mail (1st Class) |
| 80403 | STALEY, WILLIAM, 820 BRIDGEWAY DR, O, IL 62269-6911 | US Mail (1st Class) |
| 80403 | STREAMLINE DESIGNS LLC, 1726 SOUTH CENTERLINE ROAD, FRANKLIN, IN 46131 | US Mail (1st Class) |
| 80403 | SULLIVAN, LAWRENCE, N4898 ARROWHEAD TRAIL, JUNEAU, WI 53039-9527 | US Mail (1st Class) |
| 80403 | SWANSON, DAVIN, 3811 MARWICK AVE, LONG BEACH, CA 90808-2029 | US Mail (1st Class) |
| 80403 | TANGO FLIGHT 28, 13165 W LAKE HOUSTON PKWY, HOUSTON, TX 77044-5391 | US Mail (1st Class) |
| 80403 | TAYLOR, TYSON, 8430 55TH PL NE, MARYSVILLE, WA 98270-3880 | US Mail (1st Class) |
| 80403 | TERRONES, JOSEPH, 8347 SIERRA HERMOSA, SAN ANTONIO, TX 78255-3375 | US Mail (1st Class) |
| 80403 | THIERRY, ROBERT, 1471 LAURELWOOD RD, POTTSTOWN, PA 19465-7837 | US Mail (1st Class) |
| 80403 | THOMAS, GEORGE, 73 SOUTH ST, WOODSTOCK, VT 05091-1232 | US Mail (1st Class) |
| 80403 | TOMLINSON, GARI-PAUL, 17 EAST KINGSHOUSE RD, KINGSTON,  JAMAICA | US Mail (1st Class) |
| 80403 | UPHOLD, JOHN, 212 SLEEPY CREEK DRIVE, ATHENS, GA 30606 | US Mail (1st Class) |
| 80403 | USACHEV, VLADIMIR, 121369 MARSHALA TIMOSHENKO ULITSA, MOSCOW,  RUSSIA | US Mail (1st Class) |
| 80403 | VON EGGER, CHRIS, 6714 LANE RD, COLLEGE GROVE, TN 37046-8803 | US Mail (1st Class) |
| 80403 | VROOM, ERIK, 175 DOUGLAS HWY, LAMOINE, ME 04605-4238 | US Mail (1st Class) |
| 80403 | WALKER, BRANDON, 36475 N 58TH ST, CAVE CREEK, AZ 85331-8716 | US Mail (1st Class) |
| 80403 | WALTERS, BRUCE, 9138 LAGUNA LAKE WAY, ELK GROVE, CA 95758-4228 | US Mail (1st Class) |
| 80403 | WALTERS, GEORGE & LUCILLE, 3418 WILMOT AVE, COLUMBIA, SC 29205 | US Mail (1st Class) |
| 80403 | WALTON, ANDREW, 18441 DOUGLAS PLZ, APT 202, ELKHORN, NE 68022-5785 | US Mail (1st Class) |
| 80403 | WEST MICHIGAN SEAPLANE SERVICE, MONTAGUE, JAMES / ANGELL, MIKE, 73020 COUNTY ROAD 380, SOUTH HAVEN, MI 49090 | US Mail (1st Class) |
| 80403 | WILLAFORD, ROBERT / THOMAS, LAUREN E, 40 TIMBERLAND CIR N, FT MEYERS, FL 33919 | US Mail (1st Class) |
| 80403 | WILSON, RICK, 1421 SUFFOLK AVE, THOUSAND OAKS, CA 91360-3537 | US Mail (1st Class) |
| 80403 | WIMMER, WILLIAM, 71 OVERLOOK RD, MORRISTOWN, NJ 07960-5805 | US Mail (1st Class) |
| 80403 | WINDMILLER, JACK, 18 GWYNNNE RD, MELVILLE, NY 11747-1414 | US Mail (1st Class) |
| 80403 | WOJTOWICZ, DAVID, 540 N STATE ST APT 1411, CHICAGO, IL 60654-7232 | US Mail (1st Class) |
| 80403 | WOOD, ANTHONY T., 13085 83RD AVE, SEBASTIAN, FL 32958 | US Mail (1st Class) |
| 80403 | WORDEN, ANDREW, 27670 CR 44, BURLINGTON, CO 80807-9022 | US Mail (1st Class) |
| 80403 | WREYFORD, JEFF, 1149 BEN HILL BLVD, NOLENSVILLE, TN 37135-8453 | US Mail (1st Class) |
| 80403 | WRIGHT, BRANDON, 1007 MEADOWLANE DR, CAVE CITY, KY 42127-8848 | US Mail (1st Class) |
| 80403 | ZHOU, YIJUN, 964 PROVIDENCE LN, BUFFALO GROVE, IL 60089-1282 | US Mail (1st Class) |

**Subtotal for this group:  242**

VansAircraft