Timothy J. Conway, OSB No. 851752
   Email: tim.conway@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>            Debtor. | Case No. 23-62260-dwh11<br><br>**NOTICE OF SUBSTANTIAL CONSUMMATION OF VAN'S AIRCRAFT, INC.'S CHAPTER 11 PLAN OF REORGANIZATION** |

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the District of Oregon entered an Order Confirming Debtor's Plan of Reorganization Pursuant to 11 U.S.C. § 1191(b) [ECF No. 143]. Pursuant to the Plan, 11 U.S.C. § 1101(2), and 11 U.S.C. § 1183(c)(2), substantial consummation of the Plan has occurred.

DATED: June 18, 2024.

TONKON TORP LLP

By */s/ Timothy J. Conway*
    Timothy J. Conway, OSB No. 851752
    Attorneys for Debtor

043989\00001\17284016v1

Page 1 of 1 –   NOTICE OF SUBSTANTIAL CONSUMMATION OF VAN'S AIRCRAFT, INC.'S
                CHAPTER 11 PLAN OF REORGANIZATION
**TONKON TORP LLP**
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 148    Filed 06/18/24