Below is an order of the court.

*David W. Hercher*
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**Van's Aircraft, Inc.** | Case No.  **23-62260-dwh11**<br>☐ Amended<br><br>**ORDER AWARDING FINAL COMPENSATION AND REIMBURSEMENT TO PROFESSIONALS** |
| Debtor(s) | |

This matter came before the court on the applications for final allowance of compensation and reimbursement of expenses filed by the professionals identified in this order. The Notice of Order Confirming Chapter 11 Plan and Compensation Applications on Local Bankruptcy Form (LBF) 1190 was served on the debtor, United States Trustee, creditors, and other parties in interest and any timely objection or request for hearing with respect to those applications has been resolved.

IT IS THEREFORE ORDERED  that:

1. The following professionals are awarded the following amounts as administrative expenses under 11 U.S.C. § 503(b) (which includes all previous interim allowances):

| Name | Fees | Expenses | Interim Payments/ Unapplied Retainers | Balance Due |
|---|---|---|---|---|
| **Clyde A. Hamstreet & Assoc., LLC** | **$1,048,757.50** | **$5,433.11** | **$ 0.00** | **$1,054,190.61** |
| **Tonkon Torp LLP** | **$580,866.50** | **$1,889.98** | **$ 0.00** | **$ 582,756.38** |

**1193 (12/1/2020)**

| | | | |
|---|---|---|---|
| **Hawkins Parnell & Young LLP** | **$77,217.50** | **$0.00** | **$ 0.00** | **$ 77,217.50** |
| **Kenneth S. Eiler, SubV Trustee** | **$17,190.00** | **$0.00** | **$ 0.00** | **$17,190.00** |
| | | | | |
| | | | | |

2. Each such professional is authorized to apply retainers, if any, against that professional's claim for compensation and expense reimbursement to the extent that professional's application is approved by this order. The debtor (or the successor to the debtor under the plan) must, unless otherwise agreed in writing by the professional, promptly pay the unpaid balance of the administrative expenses awarded by this order. The attorney for the debtor (or successor to the debtor under the plan) must deposit $2,500 of any administrative expense payment into a trust account and may not apply it to the balance of that attorney's administrative expense until a final report on LBF 1195 has been filed.

3. The reorganized debtor (or the successor to the debtor under the plan) may, from time to time and without further court order, compensate the following professionals at their regular hourly rates up to the following additional amounts for services performed or costs and expenses incurred after the administrative expenses detailed in paragraph 1 above in connection with this chapter 11 case or in connection with the implementation of the plan:

| Name | Fees & Expenses |
|---|---|
| **Clyde A. Hamstreet & Assoc., LLC** | *Paid in ordinary course* |
| **Tonkon Torp LLP** | *Paid in ordinary course* |
| **Hawkins Parnell & Young LLP** | *Paid in ordinary course* |
| | |

###

Presented by:


**/s/ Timothy J. Conway**                                      **851752**

(OSB#)

**Tonkon Torp LLP, 888 SW Fifth Ave., Ste. 1600**


**Portland, OR 97204**


Attorney for:  **Debtor**