CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
JUL 25 2024
LODGED_____ REC'D_____
PAID_____ DOCKETED_____

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re

VAN'S AIRCRAFT, INC.,

Debtor.

CASE NO.: 23-62260-DWH11

**NOTICE OF WITHDRAWAL OF CREDITOR ANDRE DI GENOVA'S PROOF OF CLAIM (CLAIM NOS. 287 AND 540)**

Pursuant to Fed. R. Bankr. P. 3006, Creditor Andre Di Genova ("***Di Genova***") hereby notifies the Court of his withdrawal of the Proof of Claim filed on February 27, 2024 as Claim No. 540 ("***Claim 540***"), together with the Proof of Claim it amends, filed on January 28, 2024 as Claim No. 287 ("***Claim 287***").

Withdrawal by this notice is proper under Fed. R. Bankr. P. 3006, as no objection to Claim 540 or Claim 287 has been filed, Di Genova is not a defendant in an adversary proceeding in the case, and Di Genova has not accepted or rejected the plan or participated significantly in the case.

Dated this 18 day of July, 2024.

By: _____
Filing Party, Andre Di Genova
1428 Broadmoor Ave.
Mississauga, Ontario, Canada L5G 3T5
(647) 502-6373
andre@digenova.ca

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re

VAN'S AIRCRAFT, INC.,

Debtor.

CASE NO.: 23-62260-DWH11

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18 day of July, 2024, I served a true copy of **NOTICE OF WITHDRAWAL OF ANDRE DI GENOVA'S PROOF OF CLAIM (CLAIM NOS. 287 AND 540)** by first class mail to the following:

Timothy J. Conway
Michael W. Fletcher
Ava Schoen
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204

Rachel Markun
Hawkins, Parnell & Young, LLP
1776 Second Street
Napa, CA 94559

Kenneth S. Eiler
PMB 810 515 NW Saltzman Rd.
Portland, OR 97229

Stephen P. Arnot
Office of the U.S. Trustee
1220 SW 3rd Ave., Rm. 315
Portland, OR 97204

Clyde A. Hamstreet
Clyde A. Hamstreet & Associates, LLC
One SW Columbia St., Suite 1575
Portland, OR 97204

Dated this 18 day of July, 2024.

By: /s/ Andre Di Genova

Filing Party, Andre Di Genova
1428 Broadmoor Ave.
Mississauga, Ontario, Canada L5G 3T5
(647) 502-6373
andre@digenova.ca