Timothy J. Conway, OSB No. 851752
   Direct Dial: (503) 802-2027
   Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
   Direct Dial: (503) 802-2169
   E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
   Direct Dial: (503) 802-2143
   Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>        Debtor. | Case No. 23-62260-dwh11<br><br>**STIPULATED MOTION FOR ENTRY OF STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 572 (VAN'S AIRCRAFT, INC. EMPLOYEE STOCK OWNERSHIP PLAN)** |

      Van's Aircraft, Inc. ("Van's") and the Van's Aircraft, Inc. Employee Stock Ownership Plan ("ESOP") move this Court for entry of a stipulated order extending the deadline for Van's to object to Claim No. 572 of the ESOP (the "ESOP Claim") to September 30, 2024, as set forth below, and state as follows:

      1.    The Court entered its Order Confirming Debtor's Plan of Reorganization Pursuant to 11 U.S.C. § 1191(b) [ECF No. 143] on May 16, 2024 (the "Plan"). The Plan became effective on June 1, 2024 (the "Effective Date").

      2.    Pursuant to Article 7.1 of the Plan, unless otherwise ordered by this Court, all objections to Claims and Scheduled Amounts (other than Administrative Expense Claims) are to

Page 1 of 2 – STIPULATED MOTION FOR ENTRY OF STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 572 (VAN'S AIRCRAFT, INC. EMPLOYEE STOCK OWNERSHIP PLAN)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11   Doc 154   Filed 07/30/24

1. be filed with the Court and served upon the holder of the Claim objected to on or before sixty days after the Effective Date, which deadline is July 31, 2024 (the "Claim Objection Deadline").

3. Van's has been working diligently with counsel for the ESOP to terminate the ESOP, in accordance with the Plan. Van's expects that process will be completed by September 30, 2024, and that the ESOP Claim will be resolved upon completion of that process.

4. Van's certifies that, for the reasons set forth herein, the requested extension is in good faith, Van's appropriately used the prior time, and that the continuance is being requested at the earliest time practical. This is Van's first request for an extension of the Claim Objection Deadline. Van's and the ESOP have agreed to stipulate to an extension of the Claim Objection Deadline, as it pertains to the ESOP Claim, to September 30, 2024.

5. Attached hereto as **Exhibit 1** is a proposed Stipulated Order Extending Deadline to Object to Claim No. 572 (Van's Aircraft, Inc. Employee Stock Ownership Plan).

6. WHEREFORE, Van's and the ESOP pray this Court enter the Stipulated Order Extending Deadline to Object to Claim No. 572 (Van's Aircraft, Inc. Employee Stock Ownership Plan).

DATED: July 30, 2024.

TONKON TORP LLP

By /s/ Ava Schoen
   Timothy J. Conway, OSB No. 851752
   Michael W. Fletcher, OSB No. 010448
   Ava Schoen, OSB No. 044072
   Attorneys for Debtor

IT IS SO STIPULATED:

| TONKON TORP LLP | SUSSMAN SHANK LLP |
|---|---|
| By /s/ Ava Schoen<br>   Timothy J. Conway, OSB No. 851752<br>   Michael W. Fletcher, OSB No. 010448<br>   Ava Schoen, OSB No. 044072<br>   Attorneys for Debtor | By /s/ Christopher Coyle<br>   Christopher Coyle, OSB No. 073501<br>   Attorney for Van's Aircraft, Inc.<br>   Employee Stock Ownership Plan |

Page 2 of 2 – STIPULATED MOTION FOR ENTRY OF STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 572 (VAN'S AIRCRAFT, INC. EMPLOYEE STOCK OWNERSHIP PLAN)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 154    Filed 07/30/24

# EXHIBIT 1
## Proposed Form of Stipulated Order

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>           Debtor. | Case No. 23-62260-dwh11<br><br>**STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 572 (VAN'S AIRCRAFT, INC. EMPLOYEE STOCK OWNERSHIP PLAN)** |

    THIS MATTER having come before the Court upon the Stipulated Motion for Entry of Stipulated Order Extending Deadline to Object to Claim No. 572 (Van's Aircraft, Inc. Employee Stock Ownership Plan) [ECF No. __] (the "Motion"), and the Court having reviewed the Motion and otherwise being duly advised in the premises; NOW, THEREFORE,

    IT IS HEREBY ORDERED that the deadline for Van's Aircraft, Inc. to object to Claim No. 572 of the Van's Aircraft, Inc. Employee Stock Ownership Plan is extended to September 30, 2024.

# # #

Page 1 of 2 –  STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 572
(VAN'S AIRCRAFT, INC. EMPLOYEE STOCK OWNERSHIP PLAN)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 154    Filed 07/30/24

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By */s/*  _____
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:    (503) 221-1440
    Facsimile:    (503) 274-8779
    Email:    tim.conway@tonkon.com
    Attorneys for Debtor

IT IS SO STIPULATED:

| TONKON TORP LLP | SUSSMAN SHANK LLP |
|---|---|
| By */s/ Ava Schoen* _____<br>   Timothy J. Conway, OSB No. 851752<br>   Michael W. Fletcher, OSB No. 010448<br>   Ava Schoen, OSB No. 044072<br>   Attorneys for Debtor | By */s/ Christopher Coyle* _____<br>   Christopher Coyle, OSB No. 073501<br>   Attorney for Van's Aircraft, Inc.<br>   Employee Stock Ownership Plan |

**Page 2 of 2** – STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 572 (VAN'S AIRCRAFT, INC. EMPLOYEE STOCK OWNERSHIP PLAN)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11   Doc 154   Filed 07/30/24