Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re | Case No. 23-62260-dwh11 |
|---|---|
| Van's Aircraft, Inc., | **STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 572 (VAN'S AIRCRAFT, INC. EMPLOYEE STOCK OWNERSHIP PLAN)** |
| Debtor. | |

THIS MATTER having come before the Court upon the Stipulated Motion for Entry of Stipulated Order Extending Deadline to Object to Claim No. 572 (Van's Aircraft, Inc. Employee Stock Ownership Plan) [ECF No. 154] (the "Motion"), and the Court having reviewed the Motion and otherwise being duly advised in the premises; NOW, THEREFORE,

IT IS HEREBY ORDERED that the deadline for Van's Aircraft, Inc. to object to Claim No. 572 of the Van's Aircraft, Inc. Employee Stock Ownership Plan is extended to September 30, 2024.

# # #

Page 1 of 2 – STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 572 (VAN'S AIRCRAFT, INC. EMPLOYEE STOCK OWNERSHIP PLAN)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 155    Filed 07/30/24

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By */s/ Ava Schoen*
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:   (503) 221-1440
    Facsimile:    (503) 274-8779
    Email:   tim.conway@tonkon.com
    Attorneys for Debtor

IT IS SO STIPULATED:

| TONKON TORP LLP | SUSSMAN SHANK LLP |
|---|---|
| By */s/ Ava Schoen*<br>  Timothy J. Conway, OSB No. 851752<br>  Michael W. Fletcher, OSB No. 010448<br>  Ava Schoen, OSB No. 044072<br>  Attorneys for Debtor | By */s/ Christopher Coyle*<br>  Christopher Coyle, OSB No. 073501<br>  Attorney for Van's Aircraft, Inc.<br>  Employee Stock Ownership Plan |

**Page 2 of 2** – STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 572 (VAN'S AIRCRAFT, INC. EMPLOYEE STOCK OWNERSHIP PLAN)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 155    Filed 07/30/24