Timothy J. Conway, OSB No. 851752
　　Direct Dial: (503) 802-2027
　　Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
　　Direct Dial: (503) 802-2169
　　E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
　　Direct Dial: (503) 802-2143
　　Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

　　Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>　　　　　　Debtor. | Case No. 23-62260-dwh11<br><br>**VAN'S AIRCRAFT, INC.'S MOTION FOR ENTRY OF ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS** |

　　Van's Aircraft, Inc. ("Van's") moves this Court for entry of an order extending the deadline for Van's to object to proofs of claim (other than Claim Number 572) to August 14, 2024, as set forth below, and states as follows:

　　1.　　The Court entered its Order Confirming Debtor's Plan of Reorganization Pursuant to 11 U.S.C. § 1191(b) [ECF No. 143] on May 16, 2024 (the "Plan"). The Plan became effective on June 1, 2024 (the "Effective Date").

　　2.　　Pursuant to Article 7.1 of the Plan, unless otherwise ordered by this Court, all objections to Claims and Scheduled Amounts (other than Administrative Expense Claims) are to be filed with the Court and served upon the holder of the Claim objected to on or before sixty days after the Effective Date, which deadline is July 31, 2024 (the "Claim Objection Deadline").

Page 1 of 3 –　VAN'S AIRCRAFT INC.'S MOTION FOR ENTRY OF ORDER EXTENDING DEADLINE
　　　　　　　　TO OBJECT TO CLAIMS

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11　　Doc 156　　Filed 07/30/24

3. There over 230 proofs of claim which Van's has identified as subject to a potential objection.

4. Van's professionals have been working to confer with claimants in accordance with Local Bankruptcy Rule 3007-1(b)(2). The conferral process has yielded positive results, with at least 65 claimants agreeing to voluntarily withdraw their claims or agreeing to stipulate to a different treatment of their claim.

5. The conferral process has nonetheless been time consuming. The vast majority of claimants are not represented by counsel. In response to Van's conferral efforts, some claimants have raised complicated or detailed issues about their claims, which Van's and its professionals need more time to review and respond to before proceeding with filing objections to the claims. Van's would prefer to resolve claims outside of the claim objection process as much as possible.

6. Additionally, many of Van's key personnel who have detailed knowledge of customer and vendor claims have been in Oshkosh, Wisconsin for the last two weeks for a major annual experimental aircraft convention. The absence of these personnel has made timely review and consideration of claimant responses to Van's conferral efforts more challenging.

7. Van's therefore requests a two-week extension of the deadline to object to claims (other than Claim Number 572) to August 14, 2024, so as to allow the conferral process to continue to yield positive results, and to reduce the total number of objections to be filed with the Court.

8. Van's certifies that, for the reasons set forth herein, the requested extension is in good faith, Van's appropriately used the prior time, and that the continuance is being requested at the earliest time practical. This is Van's first request for an extension of the Claim Objection Deadline.

9. Attached hereto as **Exhibit 1** is a proposed Order Extending Deadline to Object to Claims.

Page 2 of 3 – VAN'S AIRCRAFT INC.'S MOTION FOR ENTRY OF ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 156    Filed 07/30/24

10. WHEREFORE, Van's prays this Court enter the Order Extending Deadline to Object to Claims.

DATED: July 30, 2024.

TONKON TORP LLP

By */s/ Ava Schoen*
Timothy J. Conway, OSB No. 851752
Michael W. Fletcher, OSB No. 010448
Ava Schoen, OSB No. 044072
Attorneys for Debtor

Page 3 of 3 –   VAN'S AIRCRAFT INC.'S MOTION FOR ENTRY OF ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 156    Filed 07/30/24

# EXHIBIT 1

## Proposed Form of Order

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

Van's Aircraft, Inc.,

        Debtor.

Case No. 23-62260-dwh11

**ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS**

THIS MATTER having come before the Court upon Van's Aircraft, Inc.'s Motion for Entry of Order Extending Deadline to Object to Claims [ECF No. __] (the "Motion"), and the Court having reviewed the Motion and otherwise being duly advised in the premises; NOW, THEREFORE,

IT IS HEREBY ORDERED that the deadline for Van's Aircraft, Inc. to object to claims (other than Claim Number 572) is extended to August 14, 2024.

                                                                                                            # # #

Page 1 of 2 –   ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 156    Filed 07/30/24

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By _____
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:    (503) 221-1440
    Facsimile:    (503) 274-8779
    Email:    tim.conway@tonkon.com
    Attorneys for Debtor

**Page 2 of 2** – ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 156    Filed 07/30/24