Timothy J. Conway, OSB No. 851752
   Direct Dial: (503) 802-2027
   Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
   Direct Dial: (503) 802-2169
   E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
   Direct Dial: (503) 802-2143
   Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>        Debtor. | Case No. 23-62260-dwh11<br><br>**NOTICE OF TELEPHONE HEARING ON VAN'S AIRCRAFT, INC.'S MOTION FOR ENTRY OF ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS** |

NOTICE IS HEREBY GIVEN that a non-evidentiary hearing on Van's Aircraft Inc.'s Motion for Entry of Order Extending Deadline to Object to Claims (the "Motion") [ECF No. 156] will be held at 1:30 p.m. on August 2, 2024, before the Honorable David W. Hercher by telephone only. To access the hearing, dial the toll free call in number (888) 684-8852 or (for outside of USA) 215-446-0155 and enter access code 5870400.

Copies of the Motion and accompanying proposed Order were filed with the Court on July 30, 2024, and served by BMC Group, Inc., the Debtor's noticing agent, on interested parties on July 31, 2024.

Page 1 of 2 – NOTICE OF TELEPHONE HEARING ON VAN'S AIRCRAFT, INC.'S MOTION FOR ENTRY OF ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 198    Filed 07/31/24

| | |
|---|---|
| 1 | DATED: July 31, 2024. |
| 2 | TONKON TORP LLP |
| 3 | By */s/ Ava Schoen* |
| 4 | Timothy J. Conway, OSB No. 851752<br>Michael W. Fletcher, OSB No. 010448 |
| 5 | Ava Schoen, OSB No. 044072<br>Attorneys for Debtor |

Page 2 of 2 – NOTICE OF TELEPHONE HEARING ON VAN'S AIRCRAFT, INC.'S MOTION FOR ENTRY OF ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 198    Filed 07/31/24