United States Bankruptcy Court
District of Oregon

In re:     Case No. 23-62260-dwh
Van's Aircraft, Inc.     Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-6     User: Admin.     Page 1 of 1
Date Rcvd: Jul 30, 2024     Form ID: pdf018     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Van's Aircraft, Inc., 14401 Keil Road NE, Aurora, OR 97002-9467 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2024     Signature:    /s/Gustava Winters

Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>        Debtor. | Case No. 23-62260-dwh11<br><br>**STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 572 (VAN'S AIRCRAFT, INC. EMPLOYEE STOCK OWNERSHIP PLAN)** |

THIS MATTER having come before the Court upon the Stipulated Motion for Entry of Stipulated Order Extending Deadline to Object to Claim No. 572 (Van's Aircraft, Inc. Employee Stock Ownership Plan) [ECF No. 154] (the "Motion"), and the Court having reviewed the Motion and otherwise being duly advised in the premises; NOW, THEREFORE,

IT IS HEREBY ORDERED that the deadline for Van's Aircraft, Inc. to object to Claim No. 572 of the Van's Aircraft, Inc. Employee Stock Ownership Plan is extended to September 30, 2024.

###

Page 1 of 2 – STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 572 (VAN'S AIRCRAFT, INC. EMPLOYEE STOCK OWNERSHIP PLAN)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 217    Filed 08/01/24

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By */s/ Ava Schoen*
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:   (503) 221-1440
    Facsimile:    (503) 274-8779
    Email:   tim.conway@tonkon.com
    Attorneys for Debtor

IT IS SO STIPULATED:

| TONKON TORP LLP | SUSSMAN SHANK LLP |
|---|---|
| By */s/ Ava Schoen*<br>  Timothy J. Conway, OSB No. 851752<br>  Michael W. Fletcher, OSB No. 010448<br>  Ava Schoen, OSB No. 044072<br>  Attorneys for Debtor | By */s/ Christopher Coyle*<br>  Christopher Coyle, OSB No. 073501<br>  Attorney for Van's Aircraft, Inc.<br>  Employee Stock Ownership Plan |

Page 2 of 2 – STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 572 (VAN'S AIRCRAFT, INC. EMPLOYEE STOCK OWNERSHIP PLAN)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11   Doc 217   Filed 08/01/24