| 08/02/2024 | | Judge David W Hercher |
|---|---|---|
| 01:30 23-62260-dwh11 | Van's Aircraft, Inc. - db | TIMOTHY CONWAY |
| | Michael Beuselinck -cr | Self-represented |
| | Kenneth S Eiler -tr | |

**Matter: Motion to Extend Time to Object to Claims (Except for Claim 572) Filed by Debtor Vans Aircraft, Inc. (SCHOEN, AVA) Doc# 156**

Summary of Proceedings

Arguments heard from Messrs. Conway, Beuselinck, and Eiler.

The judge found that the motion was moot as to Mr. Beuselinck, because Van's objected his claim 513 on 7/31/2024 and will not object to his claim 124.

If Van's files any additional claim objections, it should notice the motion to extend time, giving the creditor 30 days to object to that as well as to respond to the claim objection.

Order to be prepared by: _____ Clerk's Office _____ Chambers   Other:

Minute Order: