Timothy J. Conway, OSB No. 851752
　Direct Dial: (503) 802-2027
　Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
　Direct Dial: (503) 802-2169
　E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
　Direct Dial: (503) 802-2143
　Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>　　　　Debtor. | Case No. 23-62260-dwh11<br><br>**STIPULATION REGARDING CLAIM NUMBER 207** |

　　　A.　　On December 4, 2023, Van's Aircraft, Inc. ("Van's") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

　　　B.　　The deadline to file claims was February 12, 2024.

　　　C.　　On January 17, 2024, Avi Ashkenazi ("Creditor") filed claim number 207 in the amount of $8,878.52 (the "Claim").

　　　D.　　Van's disputes the Claim.

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 2 – STIPULATION REGARDING CLAIM NUMBER 207

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 221    Filed 08/05/24

E. Van's and Creditor have resolved the dispute and hereby stipulate that the Claim shall be disallowed in full.

DATED: August 5, 2024.

**IT IS SO STIPULATED:**

TONKON TORP LLP

By /s/ Ava Schoen
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    Attorneys for Debtor

AVI ASHKENAZI

By /s/ Avi Ashkenazi
    Avi Ashkenazi

Page 2 of 2 – STIPULATION REGARDING CLAIM NUMBER 207