Timothy J. Conway, OSB No. 851752
　　Direct Dial: (503) 802-2027
　　Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
　　Direct Dial: (503) 802-2169
　　E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
　　Direct Dial: (503) 802-2143
　　Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>　　　　Debtor. | Case No. 23-62260-dwh11<br><br>**STIPULATION REGARDING CLAIM NUMBER 180** |

　　　A.　　On December 4, 2023, Van's Aircraft, Inc. ("Van's") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

　　　B.　　The deadline to file claims was February 12, 2024.

　　　C.　　On January 12, 2024, Fabian Lehmann ("Creditor") filed claim number 180 in the amount of $21,807.60 (the "Claim").

　　　D.　　Van's disputes the Claim.

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 2 – STIPULATION REGARDING CLAIM NUMBER 180

E. Van's and Creditor have resolved the dispute and hereby stipulate that the Claim shall be Allowed[1] in the amount of $15,357.60 (the "Allowed Claim"), comprised of an Unsecured Claim of $12,007.60 and a Priority Claim of $3,350.

DATED: August 6, 2024.

**IT IS SO STIPULATED:**

TONKON TORP LLP

By /s/ Ava Schoen
 Timothy J. Conway, OSB No. 851752
 Michael W. Fletcher, OSB No. 010448
 Ava Schoen, OSB No. 044072
 Attorneys for Debtor

FABIAN LEHMANN

By /s/ Fabian Lehmann
 Fabian Lehmann

---

[1] Capitalized terms not defined herein have the meaning defined in Debtor's Plan of Reorganization Pursuant to Subchapter V Under Chapter 11 (March 29, 2024).

Page 2 of 2 – STIPULATION REGARDING CLAIM NUMBER 180