Timothy J. Conway, OSB No. 851752
  Direct Dial: (503) 802-2027
  Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
  Direct Dial: (503) 802-2169
  E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
  Direct Dial: (503) 802-2143
  Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>  Debtor. | Case No. 23-62260-dwh11<br><br>**STIPULATION REGARDING CLAIM NUMBER 388** |

A. On December 4, 2023, Van's Aircraft, Inc. ("Van's") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

B. The deadline to file claims was February 12, 2024.

C. On February 8, 2024, Hartzell Propeller Inc., nka Hartzell Propeller LLC ("Creditor") filed claim number 388 in the amount of $169,767.34 (the "Claim").

D. Van's disputes the Claim.

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 2 – STIPULATION REGARDING CLAIM NUMBER 388

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 223    Filed 08/07/24

E. Van's and Creditor have resolved the dispute and hereby stipulate that the Claim shall be Allowed[1] as an Unsecured Claim in the amount of $130,056.34 (the "Allowed Claim").

DATED: August 7, 2024.

**IT IS SO STIPULATED:**

TONKON TORP LLP

By */s/ Ava Schoen*
   Timothy J. Conway, OSB No. 851752
   Michael W. Fletcher, OSB No. 010448
   Ava Schoen, OSB No. 044072
   Attorneys for Debtor

HARTZELL PROPELLER INC., now known as HARTZELL PROPELLER LLC

By */s/ JJ Frigge*
   JJ Frigge

Its President

---

[1] Capitalized terms not defined herein have the meaning defined in Debtor's Plan of Reorganization Pursuant to Subchapter V Under Chapter 11 (March 29, 2024).

Page 2 of 2 – STIPULATION REGARDING CLAIM NUMBER 388

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 223    Filed 08/07/24