Timothy J. Conway, OSB No. 851752
  Direct Dial: (503) 802-2027
  Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
  Direct Dial: (503) 802-2169
  E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
  Direct Dial: (503) 802-2143
  Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

In re

Van's Aircraft, Inc.,

      Debtor.

Case No. 23-62260-dwh11

**STIPULATION REGARDING CLAIM NUMBER 454**

    A.    On December 4, 2023, Van's Aircraft, Inc. ("Van's") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

    B.    The deadline to file claims was February 12, 2024.

    C.    On February 11, 2024, Sean Payne ("Creditor") filed claim number 454 in the amount of $1,223.00 (the "Claim").

    D.    Van's disputes the Claim.

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 2 – STIPULATION REGARDING CLAIM NUMBER 454

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 224    Filed 08/08/24

E. Van's and Creditor have resolved the dispute and hereby stipulate that the Claim shall be disallowed in full.

DATED: August 8, 2024.

**IT IS SO STIPULATED:**

TONKON TORP LLP

By */s/ Ava Schoen*
Timothy J. Conway, OSB No. 851752
Michael W. Fletcher, OSB No. 010448
Ava Schoen, OSB No. 044072
Attorneys for Debtor

SEAN PAYNE

By */s/ Sean Payne*
Sean Payne

Page 2 of 2 – STIPULATION REGARDING CLAIM NUMBER 454

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 224    Filed 08/08/24