Timothy J. Conway, OSB No. 851752
 Direct Dial: (503) 802-2027
 Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
 Direct Dial: (503) 802-2169
 E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
 Direct Dial: (503) 802-2143
 Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

 Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>      Debtor. | Case No. 23-62260-dwh11<br><br>**STIPULATED MOTION FOR ENTRY OF STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 354 (SCOTT SCHIEBLE)** |

Van's Aircraft, Inc. ("Van's") and Scott Schieble move this Court for entry of a stipulated order extending the deadline for Van's to object to Claim No. 354 of Scott Schieble ("Claim 354") to August 30, 2024, as set forth below, and state as follows:

1.     The Court entered its Order Confirming Debtor's Plan of Reorganization Pursuant to 11 U.S.C. § 1191(b) [ECF No. 143] on May 16, 2024 (the "Plan"). The Plan became effective on June 1, 2024 (the "Effective Date").

2.     The parties been working diligently to resolve Claim 354. Van's expects that the conferral process will be completed shortly, and that Claim 354 may be resolved, mostly likely without need for the Court's claim objection process.

Page 1 of 2 –   STIPULATED MOTION FOR ENTRY OF STIPULATED ORDER EXTENDING
 DEADLINE TO OBJECT TO CLAIM NO. 354 (SCOTT SCHIEBLE)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 230    Filed 08/13/24

1    3. Van's certifies that, for the reasons set forth herein, the requested extension is in good faith, Van's appropriately used the prior time, and that the continuance is being requested at the earliest time practical. Van's and Mr. Schieble have agreed to stipulate to an extension of the claim objection deadline, as it pertains to Claim 354, to August 30, 2024.

4. Attached hereto as **Exhibit 1** is a proposed Stipulated Order Extending Deadline to Object to Claim No. 354 (Scott Schieble).

5. WHEREFORE, the parties pray this Court enter the Stipulated Order Extending Deadline to Object to Claim No. 354 (Scott Schieble).

DATED: August 13, 2024.

TONKON TORP LLP

By */s/ Timothy J. Conway*
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    Attorneys for Debtor

IT IS SO STIPULATED:

TONKON TORP LLP

By */s/ Timothy J. Conway*
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    Attorneys for Debtor

By */s/ Scott Schieble*
    Scott Schieble
    Claimant

**Page 2 of 2** – STIPULATED MOTION FOR ENTRY OF STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 354 (SCOTT SCHIEBLE)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11   Doc 230   Filed 08/13/24

# EXHIBIT 1

**Proposed Form of Stipulated Order**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

Van's Aircraft, Inc.,

                Debtor.

Case No. 23-62260-dwh11

**STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 354 (SCOTT SCHIEBLE)**

    THIS MATTER having come before the Court upon the Stipulated Motion for Entry of Stipulated Order Extending Deadline to Object to Claim No. 354 (Scott Schieble) [ECF No. __] (the "Motion"), and the Court having reviewed the Motion and otherwise being duly advised in the premises; NOW, THEREFORE,

    IT IS HEREBY ORDERED that the deadline for Van's Aircraft, Inc. to object to Claim No. 354 of Scott Schieble is extended to August 30, 2024.

                                                # # #

Page 1 of 2 –    STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 354 (SCOTT SCHIEBLE)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 230    Filed 08/13/24

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By _____
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:   (503) 221-1440
    Facsimile:    (503) 274-8779
    Email:   tim.conway@tonkon.com
    Attorneys for Debtor

IT IS SO STIPULATED:

TONKON TORP LLP

By _____    By _____
    Timothy J. Conway, OSB No. 851752    Scott Schieble
    Michael W. Fletcher, OSB No. 010448    Claimant
    Ava Schoen, OSB No. 044072
    Attorneys for Debtor

Page 2 of 2 – STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 354 (SCOTT SCHIEBLE)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11   Doc 230   Filed 08/13/24