Timothy J. Conway, OSB No. 851752
  Direct Dial: (503) 802-2027
  Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
  Direct Dial: (503) 802-2169
  E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
  Direct Dial: (503) 802-2143
  Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re | Case No. 23-62260-dwh11 |
|---|---|
| Van's Aircraft, Inc., <br><br> Debtor. | **STIPULATED MOTION FOR ENTRY OF STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 559 (CLIFFORD KING)** |

Van's Aircraft, Inc. ("Van's") and Clifford King move this Court for entry of a stipulated order extending the deadline for Van's to object to Claim No. 559 of Clifford King ("Claim 559") to August 28, 2024, as set forth below, and state as follows:

1. The Court entered its Order Confirming Debtor's Plan of Reorganization Pursuant to 11 U.S.C. § 1191(b) [ECF No. 143] on May 16, 2024 (the "Plan"). The Plan became effective on June 1, 2024 (the "Effective Date").

2. The parties been working diligently to resolve Claim 559. Van's expects that the conferral process will be completed shortly, and that Claim 559 may be resolved, mostly likely without need for the Court's claim objection process.

3. Van's certifies that, for the reasons set forth herein, the requested extension is in good faith, Van's appropriately used the prior time, and that the continuance is being requested

Page 1 of 2 – STIPULATED MOTION FOR ENTRY OF STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 559 (CLIFFORD KING)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 290    Filed 08/14/24

at the earliest time practical. Van's and Mr. King have agreed to stipulate to an extension of the claim objection deadline, as it pertains to Claim 559, to August 28, 2024.

4. Attached hereto as **Exhibit 1** is a proposed Stipulated Order Extending Deadline to Object to Claim No. 559 (Clifford King).

5. WHEREFORE, the parties pray this Court enter the Stipulated Order Extending Deadline to Object to Claim No. 559 (Clifford King).

DATED: August 14, 2024.

TONKON TORP LLP

By */s/ Timothy J. Conway*
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    Attorneys for Debtor

IT IS SO STIPULATED:

TONKON TORP LLP

By */s/ Timothy J. Conway*
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    Attorneys for Debtor

By */s/ Clifford King*
    Clifford King
    Claimant

Page 2 of 2 – STIPULATED MOTION FOR ENTRY OF STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 559 (CLIFFORD KING)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 290    Filed 08/14/24

# EXHIBIT 1

## Proposed Form of Stipulated Order

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re | Case No. 23-62260-dwh11 |
|---|---|
| Van's Aircraft, Inc., | **STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 559 (CLIFFORD KING)** |
| Debtor. | |

THIS MATTER having come before the Court upon the Stipulated Motion for Entry of Stipulated Order Extending Deadline to Object to Claim No. 559 (Clifford King) [ECF No. __] (the "Motion"), and the Court having reviewed the Motion and otherwise being duly advised in the premises; NOW, THEREFORE,

IT IS HEREBY ORDERED that the deadline for Van's Aircraft, Inc. to object to Claim No. 559 (Clifford King) is extended to August 28, 2024.

### # # #

Page 1 of 2 – STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 559 (CLIFFORD KING)

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By _____
   Timothy J. Conway, OSB No. 851752
   Michael W. Fletcher, OSB No. 010448
   Ava Schoen, OSB No. 044072
   888 SW Fifth Avenue, Suite 1600
   Portland, OR 97204-2099
   Telephone:   (503) 221-1440
   Facsimile:    (503) 274-8779
   Email:   tim.conway@tonkon.com
   Attorneys for Debtor


IT IS SO STIPULATED:

TONKON TORP LLP

By _____   By _____
   Timothy J. Conway, OSB No. 851752     Clifford King
   Michael W. Fletcher, OSB No. 010448    Claimant
   Ava Schoen, OSB No. 044072
   Attorneys for Debtor

**Page 2 of 2** – STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 559 (CLIFFORD KING)