Timothy J. Conway, OSB No. 851752
  Direct Dial: (503) 802-2027
  Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
  Direct Dial: (503) 802-2169
  E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
  Direct Dial: (503) 802-2143
  Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

In re

Van's Aircraft, Inc.,

      Debtor.

Case No. 23-62260-dwh11

**STIPULATION REGARDING CLAIM NUMBER 151**

A. On December 4, 2023, Van's Aircraft, Inc. ("Van's") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

B. The deadline to file claims was February 12, 2024.

C. On January 7, 2024, Daniel Jepsen ("Creditor") filed claim number 151 in the amount of $35,012.50 ("Claim 151").

D. Van's disputed Claim 151.

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 2 –STIPULATION REGARDING CLAIM NUMBER 151

E. Van's and Creditor have conferred, and agreed upon a proper resolution of Claim 151, and hereby stipulate that Claim 151 is resolved and satisfied.

DATED: August 23, 2024.

**IT IS SO STIPULATED:**

TONKON TORP LLP

By */s/ Timothy J. Conway*
Timothy J. Conway, OSB No. 851752
Michael W. Fletcher, OSB No. 010448
Ava Schoen, OSB No. 044072
Attorneys for Debtor


*/s/ Daniel M. Jepsen*
Daniel M. Jepsen

Page 2 of 2 –STIPULATION REGARDING CLAIM NUMBER 151

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 308    Filed 08/23/24