Timothy J. Conway, OSB No. 851752
    Direct Dial: (503) 802-2027
    Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
    Direct Dial: (503) 802-2169
    E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
    Direct Dial: (503) 802-2143
    Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

    Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 23-62260-dwh11 |
| Van's Aircraft, Inc., | **STIPULATED MOTION FOR ENTRY OF STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 354 (SCOTT SCHIEBLE)** |
| Debtor. | |

Van's Aircraft, Inc. ("Van's") and Scott Schieble move this Court for entry of a stipulated order extending the deadline for Van's to object to Claim No. 354 of Scott Schieble ("Claim 354") to September 30, 2024, as set forth below, and state as follows:

1.      The Court entered its Order Confirming Debtor's Plan of Reorganization Pursuant to 11 U.S.C. § 1191(b) [ECF No. 143] on May 16, 2024 (the "Plan"). The Plan became effective on June 1, 2024 (the "Effective Date").

2.      The Court entered an Order on August 14, 2024 [ECF No. 254] granted the parties first Stipulated Motion for Entry of Stipulated Order Extending Deadline to Object to Claim No. 354 (Scott Schieble) [ECF No. 230], which extended the claim objection deadline, as it pertains to Claim 354, to August 30, 2024.

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 312    Filed 08/26/24

1      3.      The parties have been conferring, and desire the opportunity to continue to confer

2  on a resolution of the Claim prior to initiation of the claim objection process.

3      4.      Van's certifies that, for the reasons set forth herein, the requested extension is in

4  good faith, Van's appropriately used the prior time, and that the continuance is being requested

5  at the earliest time practical.  Van's and Mr. Schieble have agreed to stipulate to an extension of

6  the claim objection deadline, as it pertains to Claim 354, to September 30, 2024.

7      5.      Attached hereto as **Exhibit 1** is a proposed Stipulated Order Extending Deadline

8  to Object to Claim No. 354 (Scott Schieble).

9      6.      WHEREFORE, the parties pray this Court enter the Stipulated Order Extending

10  Deadline to Object to Claim No. 354 (Scott Schieble).

11      DATED:  August 26, 2024.

                        TONKON TORP LLP

12

13                          By   */s/ Timothy J. Conway*

14                            Timothy J. Conway, OSB No. 851752
                          Michael W. Fletcher, OSB No. 010448

15                            Ava Schoen, OSB No. 044072
                          Attorneys for Debtor

16  IT IS SO STIPULATED:

17  TONKON TORP LLP

18  By   */s/ Timothy J. Conway*            By   */s/ Scott Schieble*

19      Timothy J. Conway, OSB No. 851752      Scott Schieble
    Michael W. Fletcher, OSB No. 010448     Claimant

20      Ava Schoen, OSB No. 044072
    Attorneys for Debtor

21

22

23

24

25

26

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11   Doc 312   Filed 08/26/24

# EXHIBIT 1

## Proposed Form of Stipulated Order

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 23-62260-dwh11 |
| Van's Aircraft, Inc., | **STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 354 (SCOTT SCHIEBLE)** |
| Debtor. | |

THIS MATTER having come before the Court upon the Stipulated Motion for Entry of Stipulated Order Extending Deadline to Object to Claim No. 354 (Scott Schieble) [ECF No. __] (the "Motion"), and the Court having reviewed the Motion and otherwise being duly advised in the premises; NOW, THEREFORE,

IT IS HEREBY ORDERED that the deadline for Van's Aircraft, Inc. to object to Claim No. 354 of Scott Schieble is extended to September 30, 2024.

# # #

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By_____
   Timothy J. Conway, OSB No. 851752
   Michael W. Fletcher, OSB No. 010448
   Ava Schoen, OSB No. 044072
   888 SW Fifth Avenue, Suite 1600
   Portland, OR 97204-2099
   Telephone:   (503) 221-1440
   Facsimile:    (503) 274-8779
   Email:    tim.conway@tonkon.com
   Attorneys for Debtor


IT IS SO STIPULATED:

 TONKON TORP LLP

 By _____          By _____
    Timothy J. Conway, OSB No. 851752     Scott Schieble
    Michael W. Fletcher, OSB No. 010448    Claimant
    Ava Schoen, OSB No. 044072
    Attorneys for Debtor

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11   Doc 312   Filed 08/26/24