Timothy J. Conway, OSB No. 851752
  Direct Dial: (503) 802-2027
  Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
  Direct Dial: (503) 802-2169
  E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
  Direct Dial: (503) 802-2143
  Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

  Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>        Debtor. | Case No. 23-62260-dwh11<br><br>**STIPULATION REGARDING CLAIM NUMBER 244** |

A. On December 4, 2023, Van's Aircraft, Inc. ("Van's") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

B. The deadline to file claims was February 12, 2024.

C. On January 22, 2024, Jan van Swinderen ("Creditor") filed claim number 244 in the amount of $9,400.00 (the "Claim").

D. Van's disputes the Claim.

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 2 – STIPULATION REGARDING CLAIM NUMBER 244

E. Van's and Creditor have resolved the dispute and hereby stipulate that the Claim shall be disallowed in full.

DATED: August 26, 2024.

**IT IS SO STIPULATED:**

TONKON TORP LLP

By */s/ Timothy J. Conway*
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    Attorneys for Debtor

Jan van Swinderen

By */s/ Jan Van Swinderen*
    Jan van Swinderen

Page 2 of 2 – STIPULATION REGARDING CLAIM NUMBER 244

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 314    Filed 08/26/24