RESPONSE TO CLAIM OBJECTION

Debtor: Van's Aircraft, Inc.

Creditor: Olexandr Mikoula

Case #: 23-62260-dwh11

August 30th, 2014

**Ava L. Schoen**
Tonkon Torp LLP
888 SW Fifth Ave. Ste.1600
Portland, OR 97204
Phone: 503-802-2143
ava.schoen@tonkon.com

Dear Ava L. Schoen,

As I wrote in my email to Mr. Spencer Fisher sent on July 19th, 2024, I do have a valid claim to Van's Aircraft Inc. I have never received an explanation on what happened to my fully paid kit that was sitting in Van's Aircraft warehouse ready for shipping in September 2023 and then disappeared. I did agree to pay 50% more for the same kit to help the company to overcome its bankruptcy procedure. Now that the company is back in good standing, I expect to get a meaningful explanation from Van's Aircraft Inc., which should be consistent with the Debtor's books and records. The explanation from Van's Aircraft is important for the Debtor as it will help to improve on company's accountability. I hope, you will agree with me that only after obtaining such explanation one could decide on the next fair and reasonable moves with the claim. To dismiss my claim based on the coerced extra payment that I made for the same product would be unfair.

Warm regards,


**Olexandr Mikoula**
7086 Branigan Gate
Mississauga, ON  L5N 7L5
Canada
Phone: 905-816-9036
mik@ica.net