Fabio Notazio
Via Commenda 108, Montefiascone 01027
Italy

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON
1050 SW 6th Ave #700, Portland, OR 97204,
Portland, OR 97204 - USA

**Object: Objection to Claim N\*489 Case N\* 23-62260-dwh11**

Respectable UNITED STATES BANKRUPTCY COURT DISTRICT OF OREGON,

I respond to the objection of Claim against Van's Aircraft inc.
let's start from the principle that a company, no matter how serious it is in selling aircraft in the world, cannot make manufacturing errors that damage the structural parts of an aircraft, and I'm talking about the errors that van's aircraft has made in recent years, such as the wrong painting of the quick-build parts with the use of an incorrect primer, and in my case the laser cutting of important parts such as the tail, fuselage and ailerons of my plane.

The note that Van's Aircraft published in. that assures its customers about laser cut parts is approximate and focused to try to soften their mistake and instill confidence in customers to continue their work of building the kits.
I have had many pieces of my kit analyzed by specialized aeronautical companies, who have expressed a truly negative opinion on the resistance of some of these pieces, as the laser-cut aluminum is stressed by very high temperatures, vitrifying the part where it is cut, greatly decreasing its resistance, and increasing the so-called "material fatigue", precisely the same fatigue that apparently caused the Titan bathyscaphe to collapse after several dives subjected to great atmospheres of pressure.

I currently find myself having purchased a kit of a Van's Rv7 worth $120,000.00 (including shipping, VAT and customs duties paid in Europe) which once finished building I don't know if it has the same commercial value as a kit without laser cut parts, and I don't know what its true and extreme operation will be compared to other aircraft of the same type built before this production error.

In the seriousness that has characterized van's aircraft inc. over the years in the world, in the deep respect that I have for the American Government as founder of the principles of democracy and freedom,
**I accept with pleasure, your compensation of 18,554.00$** useful to pay technicians and mechanics to check every single component of the kit and if is possible, have suggestions from them on the parts to replace even if not mentioned in the standard catalogue that Van's has communicated to its customers.

Certain of your careful evaluation, I will remain available.

My regards

Fabio Notazio









