**TO:** CLERK OF THE COURT AT UNITED STATES BANKRUPTCY COURT, DISTRICT OF OREGON

**CASE:** 23-62260-dwh11

**Address:**
405 E 8th Ave #2600,
Eugene, OR 97401.

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

SEP 10 2024

LODGED_____REC'D_____
PAID_____DOCKETED_____

Dear Court,

The Debtor's objection that my claim is inconsistent with their books and records is a vague assertion that does not provide specific reasons why my claim should be dismissed. The fact that the Debtor has acknowledged a replacement program implies that they have recognized the need for corrections. My claim reflects the additional costs required to bring the product to the standard I was promised, and this should be taken into account.

Following the objection to our claim 455, we submit the following argument points:

1. **Product not delivered as expected (Quick Build)**

The wing I purchased from the Debtor was advertised as a "quick build" kit, which inherently implies that it should require minimal time and effort to complete. By including laser cut parts that require replacement, the kit does not meet this expectation.

The need to identify, source, and replace these parts significantly undermines the "quick build" aspect of the product. Thus, the product I received is not in line with the Debtor's original promise of a quick build product.

In particular, the company has stated that cracks found in dimpled parts should be treated with care and that replacement parts may be necessary for critical areas where these issues arise. Van's has also advised customers to stop building with affected parts while further testing is conducted, indicating that these concerns are being taken seriously and are not limited to builder preference alone[1].

Please consider the Exhibit 1, where I've specifically requested the Quick Build Wing not to be shipped if there are Laser Cut Parts included.

As also expressed in Attachment 6 of the Proof of Claim 455, the Debtor has sent assurance that there are no Laser Cut Parts in the wing and expressed availability to send the suspected parts ("ailerons") for free. However, this statement was later deemed untrue since based on the Attachement 5 of the Proof of Claim 455, there are multiple Laser Cut Parts in the wing, beyond

---

[1] https://www.vansaircraft.com/2023/11/information-about-dimpled-hole-cracking-on-some-laser-cut-parts/



the original estimate. We've filled in a claim only for the wing as the wing is the only part that we've purchased as "quick build".

## 2. Safety concerns not fully addressed

Van's Aircraft has acknowledged that there have been reports of cracks forming in parts with laser-cut holes, particularly after dimpling. They have confirmed that these defects were due to overheating of the metal during the laser cutting process, which made the parts prone to cracking when builders dimpled the rivet holes. In response[2], Van's halted the use of laser-cut parts in certain applications and set up a program to provide replacement parts to affected builders[3].

While the Debtor may have conducted tests to suggest the Laser Cut Parts are safe, this assertion does not address individual customer confidence or the industry standards many builders adhere to for safety, particularly when dealing with flight-critical components like wing parts.

Builders may choose to exceed minimum safety standards, and the Debtor's program allowing part replacement acknowledges this concern. My desire to replace these parts is based on valid concerns about the integrity and safety of the final product, and the replacement costs I am seeking are a direct result of these concerns. In the last iteration of the products, the Debtor has argue that costs is the reason why at the moment they do not use Laser Cut Parts, even if they argue they are safe.

Thus, if costs are not a factor, then the safety concerns are valid reasons to maintain our claim.

## 3. Additional costs are directly related to the defective parts

The costs of replacing the laser cut parts are not arbitrary. They represent real expenses incurred to bring the kit up to the advertised quality and specifications. As per attached documentation in Exhibit 2, you can see that the costs to replace the parts deem safe by the Debtor are $1,316.87.

The claim value of $19,499 is the value paid for a product that cannot be used as it is. The Debtor has offered to convert the claim to an General Unsecured Claim in amount of $1,316.87. This does not fully cover the value of the replacement parts nor the full liability at the purchase value of the wing (without taxes or transport).

---

[2] https://www.kitplanes.com/vans-updates-builders-on-laser-cut-parts/
[3] https://www.flyingmag.com/vans-updates-list-of-rv-parts-reportedly-forming-cracks/

What I am claiming is a documented cost necessary to make the wing structurally sound and safe for its intended use by sourcing a new wing that has no laser cut parts that qualifies as quick build.

The fact that the Debtor has set up a replacement program further supports the argument that they are aware of the issues with these laser cut parts, meaning my claim should not be deemed inconsistent with their books and records.


4. **Equity in bankruptcy proceedings**

In the interest of fairness in the bankruptcy process, my claim should be considered valid as it represents an effort to hold the Debtor accountable for providing a product that did not meet the expectations set forth in the original agreement. The replacement costs are a direct result of the defective parts provided by the Debtor, and I should not bear the financial burden of correcting these issues on my own.

In conclusion, the court should deem the Debtor resonsable for the full costs of the replacement parts $1,316.87 or the value of a product that is defect free $19,499.00


Kind regards,
Adrian Pintilie

adrian@pintilie.ro
+40723381815

EXHIBIT 1

 Gmail

Adrian Pintilie <adrian@pintilie.ro>

## Re: Van's Aircraft, Inc -Own Shipper- (75124/75125) RV-7 QWing(2)/QFuselage(1)/Finish(2) kit orders - Need_ITN#
1 message

**Adrian Pintilie** <adrian@pintilie.ro>                                    Thu, Jul 20, 2023 at 12:56 PM
To: Kimberly Ann Cobb <kimc@vansaircraft.com>, Raul Forje <raul.forje@gmail.com>
Cc: Anne Bobbitt <anneb@vansaircraft.com>

Dear Kimberly,

we got a confirmation on our shipment. I want to make sure that before we proceed, there are no laser cuts parts in our current 6 crates. If there is any doubt, we prefer to wait rather than have an expensive issue sent on our way without ways to fix it. We have some QB in there and it will be impossible for us to check properly. We do not have the parts number also to begin with and see if we are among the affected customers.

Kind regards
Adrian Pintilie

On Wed, Jul 12, 2023 at 4:38 PM Kimberly Ann Cobb <kimc@vansaircraft.com> wrote:

The following crates are NON-Stackable:

98"x49"x30"

195"x49"x52"


The rest can be stacked 1 high.


Thank you,

**Kimberly Cobb**
Kit Department, Van's Aircraft, Inc.

(503) 678-6545 opt. 2 / kimc@vansaircraft.com

www.vansaircraft.com



14401 Keil Rd NE, Aurora Oregon 97002

**From:** Adrian Pintilie <adrian@pintilie.ro>
**Sent:** Wednesday, July 12, 2023 6:34 AM
**To:** Kimberly Ann Cobb <kimc@vansaircraft.com>
**Cc:** Anne Bobbitt <anneb@vansaircraft.com>
**Subject:** Re: Van's Aircraft, Inc -Own Shipper- (75124/75125) RV-7 QWing(2)/QFuselage(1)/Finish(2) kit orders - Need_ITN#

Yes, obviously. However, it is a reasonable request to know if the crates can be stacked or not. Here are some photos of crates from a FB group, it seems that they are indications on stacked position. I do not see this information documented. We want to be extra careful, especially given the circumstances.


Regards

Adrian Pintilie



On Wed, Jul 12, 2023 at 4:08 PM Kimberly Ann Cobb <kimc@vansaircraft.com> wrote:

Hi Adrian,


On the SLI the dims are LxWxH.

Since you are using your own shipper, they will need to determine how to load it by using the dims given.


Thank you,



**VAN'S AIRCRAFT**
TOTAL PERFORMANCE

**Kimberly Cobb**
Kit Department, Van's Aircraft, Inc.

(503) 678-6545 opt. 2 / kimc@vansaircraft.com

www.vansaircraft.com

14401 Keil Rd NE, Aurora Oregon 97002



**From:** Adrian Pintilie <adrian@pintilie.ro>
**Sent:** Tuesday, July 11, 2023 11:35 PM
**To:** Kimberly Ann Cobb <kimc@vansaircraft.com>
**Cc:** Anne Bobbitt <anneb@vansaircraft.com>

EXHIBIT 2



**VAN'S AIRCRAFT**
TOTAL PERFORMANCE

Adrian Pintilie
Serial #: 75125

# Confirm Replacement Laser Cut Parts Order

## RV-7/7AQ WING

**Parts**

Assembled QB flaps - Left and Right
  (price reflects 50% discount on $1,239.16)
SKU: Q 7/7A FLAP SET
Price: $619.58
Quantity: 1

Tax: $0.00

Total: $619.58

Assembled QB ailerons - Left and Right
  (price reflects 50% discount on $1,274.88)
SKU: Q 7/8 AILERON SET
Price: $637.44
Quantity: 1

Tax: $0.00

Total: $637.44

INBD WING RIB
SKU: W-710-L
Price: $0.00
Quantity: 1

Tax: $0.00

Total: $0.00

INBD WING RIB
SKU: W-710-R
Price: $0.00
Quantity: 1

Tax: $0.00

Total: $0.00

FLAP BRACE
SKU: W-721-L
Price: $0.00
Quantity: 1

Tax: $0.00

Total: $0.00

FLAP BRACE
SKU: W-721-R
Price: $0.00
Quantity: 1

Tax: $0.00

Total: $0.00

ACCESS HATCH DOUBLER
SKU: VA-195C
Price: $5.51
Quantity: 1

Tax: $0.00

Total: $5.51

AILERON GAP FAIRING
SKU: W-724-L
Price: $27.17
Quantity: 1

Tax: $0.00

Total: $27.17

AILERON GAP FAIRING
SKU: W-724-R
Price: $27.17
Quantity: 1

Tax: $0.00

Total: $27.17

**TOTAL (estimated)**                                        $1,316.87

## Billing Address

First Name

Last Name

[                                        ]

Address 1

[                                        ]

Address 2

[                                        ]

City

[                                        ]

State/Territory

[                                      ⌄]

ZIP Code

[                                        ]

Country

[ United States                        ⌄]

Phone

[                                        ]

## Payment

Card Number

[                                        ]

Expiration Date                    CVC

[ MM/YY            ]          [          ]

[ PLACE ORDER ]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

| In re | Case No. **23-62260-dwh11** |
|---|---|
| **Van's Aircraft, Inc.** | ☐ Amended |
| Debtor | **CLAIM OBJECTION** |

**Notice to claimant, <u>Adrian Pintilie</u>**_____.

<u>**Van's Aircraft, Inc. (Debtor)**</u>_____ *[enter name of objecting party]*
has filed this objection to your claim number <u>**455**</u>_____ in this bankruptcy case.

Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, then, within 30 days from the service date below, you or your attorney must do one of the following:

1. Obtain a written withdrawal of the claim objection by the objector. To obtain a withdrawal, you may need to provide the objector with any documentation supporting your claim that was not included when you filed your claim with the court. You should send this documentation to the objector at the service address listed at the bottom of the claim objection. The written withdrawal of the objection must be filed with the court within 30 days of the service date below.

2. Prepare a written response to the objection, explaining your position, and file both the written response and a certificate showing a copy of the response has been served on the objector at the service address listed at the bottom of the claim objection with the clerk at 1050 SW 6th Ave #700, Portland, OR 97204 or 405 E 8th Ave #2600, Eugene, OR 97401. If you mail your response to the court for filing, you must mail it early enough so that the court will receive it within 30 days of the service date below.

If you or your attorney do not take one of these steps within 30 days of the service date below, the court may decide that you do not oppose the objection to your claim and reduce, modify, or eliminate your claim without further notice or a hearing.

### Objection to Claim

1. The undersigned objects to proof of claim no. <u>**455**</u>_____ (claim) in the amount of $<u>**19,499.00**</u>_____ filed on behalf of <u>**Adrian Pintilie**</u>_____
_____(creditor).

2.  The undersigned objects to the claim for the following reasons [*check all applicable reasons*]:

☐ Claim duplicates proof of claim no. _____ filed on behalf of _____ _____(creditor).

☐ Claim fails to assert grounds for priority, or grounds asserted are not valid as described below in "Other."

☐ Claim was not filed on behalf of the real party in interest.

☐ Claim appears to include interest or charges accrued after the petition date.

☐ Value of collateral exceeds debt.

☐ Claim arrearage asserted is incorrect.

☐ Claim is a secured claim, but creditor neither (a) specified that any portion of claim should be treated as unsecured nor (b) requested a hearing to determine value of collateral.

☐ Claim includes taxes assessed against real or personal property, but the interest of the estate in the property against which taxes were assessed has no value because estate has no equity or interest in the property.

☐ Claim does not include documentation required by Federal Rule of Bankruptcy Procedure 3001(c) and (d) (for example, a copy of the note or documents establishing secured status or an assignment of the claim to creditor), and another reason for disallowance is stated in this objection.

☐ Claim does not require future distribution because (state reason, for example, creditor obtained relief from stay or has been paid in full from another source):

☒ Other:
   Claim is related to laser cut parts. Debtor has completed testing which confirms that these laser cut parts are safe for use in aircraft construction. Debtor also has a program in place for those customers who nevertheless desire to replace those parts.
   Claim is otherwise inconsistent with Debtor's books and records.

**763 (12/1/2022)**                    Page 2 of 3

3.  The undersigned moves that the claim be [*check applicable boxes*]:

☒ Disallowed in full.

☐ Disallowed for any distribution.

☐ Allowed as filed, but not entitled to further distributions from the trustee greater than the amount already paid, $_____.

☐ Allowed as [*fill in each blank, even if amount is $0*]:
   • a secured claim for $_____,
   • a priority unsecured claim for $_____, and
   • a nonpriority unsecured claim for $_____ .

☐ Allowed with an arrearage of $_____ (if amount of arrearage is contested).

Date: 08/14/2024   Signature: /s/ Timothy J. Conway

Name: Timothy J. Conway

Relation to Case: Attorney for Debtor

Service Address: Tonkon Torp LLP, 888 SW Fifth Ave., Ste. 1600, Portland, OR 97204

Phone #: 503-802-2027

Email Address: tim.conway@tonkon.com

Last 4 digits of Taxpayer ID# (if objector is debtor): -7693

## Certificate of Service

I certify that on 08/14/2024 _____ (service date) this objection was served pursuant to Federal Rule of Bankruptcy Procedure (FRBP) 3007(a)(2) on the claimant, debtor and, if applicable, the entity filing the proof of claim under FRBP 3005, and that the names, addresses, and methods used for service are as follows [*attach additional page if necessary*]:

Adrian Pintilie
Bd. Unirii Nr. 30, etaj 4 Attn. Softescu SRL
Bacau, Romania Bacau 600192

Timothy J. Conway                    /s/ Timothy J. Conway
Printed Name                         Signature

763 (12/1/2022)          Page 3 of 3

# WRITTEN RESPONSE TO CLAIM OBJECTION

**Fill in this information to identify the case:**

Debtor 1        Van`s Aircraft, Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    District of Oregon, Eugene Division

Case number    23-62260-dwh11

E-Filed on 02/11/2024
Claim # 455

Official Form 410

# Proof of Claim

04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
|---|---|

| | |
|---|---|
| 1. Who is the current creditor? | Adrian Pintilie<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes.  From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Adrian Pintilie<br>Name<br>Bd. Unirii Nr. 30, etaj 4 Attn. Softescu SRL<br>Number          Street<br>Bacau, Romania          Bacau          600192<br>City                          State                 ZIP Code<br><br>Contact phone _____<br>Contact email  adrian@pintilie.ro<br><br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>— — — — — — — — — — — — — — — — — — — — — — — — | **Where should payments to the creditor be sent? (if different)**<br><br>Name<br>Number          Street<br>City                          State                 ZIP Code<br><br>Contact phone _____<br>Contact email _____ |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known) _____<br><br>Filed on ____ / ____ / _____<br>               MM  /  DD  / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes.  Who made the earlier filing? _____ |

Case 23-62260-dwh11    Doc 346    Filed 09/10/24

**Part 2:**    Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ |

| | |
|---|---|
| 7. **How much is the claim?** | $ _____ 19,499.00 . **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_Goods Sold_ _____ |

| | |
|---|---|
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes.   The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a _Mortgage Proof of Claim Attachment_ (Official Form 410-A) with this _Proof of Claim_.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**   $ _____<br>**Amount of the claim that is secured:**   $ _____<br><br>**Amount of the claim that is unsecured:**   $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**   $ _____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ☑ No<br><br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $ _____ 0.00 |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br><br>☐ Yes. Identify the property: _____ |

Case 23-62260-dwh11    Doc 346    Filed 09/10/24

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ 0.00 |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ 0.00 |
| | ☐ Wages, salaries, or commissions (up to $15,150* ) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ 0.00 |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ 0.00 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ 0.00 |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ 0.00 |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:   Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b). | *Check the appropriate box:* |
|---|---|
| | ☑ I am the creditor. |
| If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | ☐ I am the creditor's attorney or authorized agent. |
| | ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. |
| | ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   02/11/2024
                   MM / DD / YYYY

Adrian Pintilie
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Adrian Pintilie | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | | | |
| Company | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | | | |
| | Number        Street | | |
| | City | State | ZIP Code |
| Contact phone | | Email | |

Attachment 1 - Claim Summary.pdf
Description -

**Claim Summary: Laser-Cut QB Wing Parts**

On 20th July 2023, before receiving the shipment for our Quick Build Wings, I requested confirmation from Vans to ascertain whether our Quick Build Wings included or excluded laser-cut parts. Due to our overseas location, we aimed to ensure that the wings did not have laser-cut parts built-in. We were assured that laser-cut parts were not included in the Quick Build Wings. However, based on recent information, we have discovered that more laser-cut parts are built into our QB Wings than initially estimated, with more than just the ailerons affected. Furthermore, Vans has issued a list of affected laser-cut parts but has not provided instructions (Service Bulletins) on how to replace them in Quick Build Wings.

We want Vans to honor their initial promise and send us Quick Build Wings without laser-cut parts.


Regards
Adrian Pintilie
adrian@pintilie.ro

Attachment 2 - Invoice_000000000292173-itemized.pdf
Description -



VANS AIRCRAFT, INC.

14401 N.E. KEIL RD.
AURORA, OR 97002

# Invoice

## 292173



*75125*

Customer: 75125
PINTILIE, ADRIAN
REDACTED

BUCHAREST, 011855
ROMANIA

Telephone: REDACTED
Email: adrian@pintilie.ro

*292173*

Shipping address: PINTILIE, ADRIAN
REDACTED
ROMANIA
825300

Shipping Instructions: OWN SHIPPER
Tracking Number:

| Sales Order | Invoice Date | Order Date | Order Terms | Salesperson | Purchase Order |
|---|---|---|---|---|---|
| 208727 | 07/07/23 | 05/20/22 | PAID | Jake | QB WING |

| Stock code | Description | Ship quantity | Unit price | Gross amount |
|---|---|---|---|---|
| RV-7/7AQ WING | QB WING ONLY | 1 | 19,300.00 | 19,300.00 |
| BACK ORDERS: | | | | |
| AILERON MOUNT SUB-KIT | W-413,W-414  4.6.7.8 | 1- | 135.00 | 135.00- |
| BAG 1768-1 | ROD BEARINGS/ VA-111 | 1- | 97.70 | 97.70- |
| WD-421-L-PC | AIL.BELCRANK 7/8/9/10/14 | 1- | 35.50 | 35.50- |
| WD-421-R-PC | AIL.BELCRANK 7/8/9/10/14 | 1- | 35.50 | 35.50- |
| NEXT 2 ITEMS ARE BEING BUILT INTO THE QB FUSELAGE: | | | | |
| W-706 CENTER SECTION | 7/7A CENTER SECTION | 1- | 335.00 | 335.00- |
| 7/9 LONGERONS | Aluminum Angles for Longerons | 1.000- | 46.00 | 46.00- |
| ADD: | | | | |
| IE F-385B | FUEL SENDER LEFT TANK | 1 | 40.00 | 40.00 |
| IE F-385C | FUEL SENDER RIGHT TANK | 1 | 40.00 | 40.00 |
| CRATING CHARGE | | 1 | 500.00 | 500.00 |

HS CODE: 8807.90.9010

AIRCRAFT PARTS

"These items are controlled by the U.S. Government and authorized for export only to the country
of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They

Page 1 of 2

Case 23-62260-dwh11    Doc 346    Filed 09/10/24



VANS AIRCRAFT, INC.

14401 N.E. KEIL RD.
AURORA, OR 97002

# Invoice

## 292173

| Sales Order | Invoice Date | Order Date | Order Terms | Salesperson | Purchase Order |
|---|---|---|---|---|---|
| 208727 | 07/07/23 | 05/20/22 | PAID | Jake | QB WING |

| Stock code | Description | Ship quantity | Unit price | Gross amount |
|---|---|---|---|---|

may not be resold, transferred, or otherwise disposed of, to any other country or to any person
other than the authorized ultimate consignee or end-user(s), either in their original form or after
being incorporated into other items, without first obtaining approval from the U.S. government or
as otherwise authorized by U.S. law and regulations''

PRODUCT ORIGIN: UNITED STATES OF AMERICA

------ Payment Method --------
DEPOSIT              19195.30
Total payment   :    19195.30
Invoice amount :    19195.30
Change given    :        0.00

## NOTES

DELETED ITEMS ARE ON BACK ORDER
AND WILL SHIP AS SOON AS THEY
ARE AVAILABLE.

| | |
|---|---|
| Total gross: | 19,195.30 |
| Total discount: | 0.00 |
| Total tax: | 0.00 |
| Total freight: | 0.00 |
| Less Payment: | 19,195.30 |
| Net amount due: | 0.00 |

CURRENCY USD

Attachment 3 - Invoice_000000000297820.pdf
Description -



VANS AIRCRAFT, INC.

14401 N.E. KEIL RD.
AURORA, OR 97802

**Invoice**

**297820**

| Customer: | 75125 |
|---|---|
| | PINTILIE, ADRIAN |
| | REDACTED |
| | BUCHAREST, 011855 |
| | ROMANIA |
| Telephone: | REDACTED |
| Email: | adrian@pintilie.ro |

| Shipping address: | PINTILIE, ADRIAN |
|---|---|
| | REDACTED |
| | BUCHAREST |
| | ROMANIA |
| | 011855 |
| Shipping Instructions: | FE |
| Tracking Number: | REDACTED |

| Sales Order | Invoice Date | Order Date | Order Terms | Salesperson | Purchase Order |
|---|---|---|---|---|---|
| 208727 | 08/28/23 | 05/20/22 | PAID | Jake | QB WING BO |

| Stock code | Description | Ship quantity | Unit price | Gross amount |
|---|---|---|---|---|
| AILERON MOUNT SUB-KIT | W-413,W-414  4,6,7,8 | 1 | 135.00 | 135.00 |
| BAG 1768-1 | ROD BEARINGS/ VA-111 | 1 | 97.70 | 97.70 |
| WD-421-R-PC | AIL.BELCRANK 7/8/9/10/14 | 1 | 35.50 | 35.50 |

WD-421-L-PC STILL ON BACKORDER

------- Payment Method -------

| DEPOSIT | | 268.20 |
|---|---|---|
| Total payment | : | 268.20 |
| Invoice amount | : | 268.20 |
| Change given | : | 0.00 |

**NOTES**

| Total gross: | 268.20 |
|---|---|
| Total discount: | 0.00 |
| Total tax: | 0.00 |
| Total freight: | 0.00 |
| Less Payment: | 268.20 |
| Net amount due: | 0.00 |

**CURRENCY USD**

Attachment 4 – Invoice_000000000301729.pdf
Description –



**VAN'S AIRCRAFT**
TOTAL PERFORMANCE

VANS AIRCRAFT, INC.

14401 N.E. KEIL RD.
AURORA, OR 97002

**Invoice**

**301729**

| Customer: | 76125 |
|---|---|
| | PINTILIE, ADRIAN |
| | REDACTED |
| | BUCHAREST, |
| | 011855 ROMANIA |

| Telephone: | REDACTED |
|---|---|
| Email: | adrian@pintilie.ro |

| Shipping address: | PINTILIE, ADRIAN |
|---|---|
| | REDACTED |
| | BUCHAREST |
| | ROMANIA |
| | 011855 |

| Shipping Instructions: | FE |
|---|---|
| Tracking Number: | REDACTED |

| Sales Order | Invoice Date | Order Date | Order Terms | Salesperson | Purchase Order |
|---|---|---|---|---|---|
| 208727 | 10/08/23 | 05/20/22 | PAID | Jake | Q8 WING BO |

| Stock code | Description | Ship quantity | Unit price | Gross amount |
|---|---|---|---|---|
| WD-421-L-PC | AIL.BELCRANK 7/8/9/10/14 | 1 | 35.50 | 35.50 |

------- Payment Method -------
| DEPOSIT | | 35.50 |
|---|---|---|
| Total payment | : | 35.50 |
| Invoice amount | : | 35.50 |
| Change given | : | 0.00 |

NOTES

| Total gross: | 35.50 |
|---|---|
| Total discount: | 0.00 |
| Total tax: | 0.00 |
| Total freight: | 0.00 |
| Less Payment: | 35.50 |
| Net amount due: | 0.00 |

**CURRENCY USD**

Page 1 of 1

Attachment 6 - Quickbuilds - Good news !!.pdf
Description -


## Pintilie quickbuilds - Good news !!
1 message

**Anne Bobbitt** <anneb@vansaircraft.com>
To: Adrian Pintilie <adrian@pintilie.ro>

Wed, Oct 11, 2023 at 7:23 PM

Adrian


Further to my email today we have discovered that the only possible issue is with the Ailerons that are included in the shipment. They are packed separately

The QUickbuild Fuselage does not have any laser cut holes parts,

The 2 Quickbuild Wings do not have any laser cut hole parts,

the QUickbuild Flaps do not have any laser cut hole parts

The FINISH kits do not have any laser cut hole parts



So if you accept the shipment we can easily send you new   ailerons when we send  you the other Quickbuild Fuselage kit


The proof of this is the dates that the laser parts came into stock


WE sent the airfreight shipment in MAY-  only one Quickbuild 7 part was available at that time  It was an aileron part A-710


ALl the other Laser parts did not become available until later in the year  so could not have been built into your kit s


Kind regards,




**Anne Bobbitt**

**Manager**
Kit Sales and Logistics, Van's Aircraft, Inc.

(503) 678-6545 office l anneb@vansaircraft.com

www.vansaircraft.com

14401 Keil Rd NE, Aurora Oregon 97002



This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

**Laser Cut Part List Revised_R5.6.pdf**
144K

Attachment 5 - 75125.pdf
Description -



# Laser Cut Parts List

**Customer:** Adrian Pintilie
**Serial Number:** 75125

## RV-7/7A EMP-2 KIT

**E-607PP** [Replacement Recommended]
TRIM SPAR
QTY: 1

**R-904** [Replacement Recommended]
RUDDER BOTTOM RIB
QTY: 1

**E-606PP** [Replacement Recommended]
ELEVATOR TRIM SPAR
QTY: 1

**R-912** [Replacement Recommended]
RUDDER C.BALANCE RIB
QTY: 1

**E-704** [Replacement Recommended]
COUNTERBALANCE RIB
QTY: 2

**E-709** [Replacement Recommended]
END ROOT RIB RIGHT
QTY: 1

**E-717** [Replacement Recommended]
TRIM TAB HORN 7/8
QTY: 1

**E-718** [Replacement Recommended]
TRIM TAB HORN 7/8
QTY: 1

**HS-603PP** [Replacement Recommended]
HORIZ. REAR SPAR
QTY: 2

**R-903** [Replacement Recommended]

RUDDER TOP RIB                                                QTY: 1

**E-703** [Replacement Recommended]

END RIB                                                      QTY: 2

**R-710** [Replacement Recommended]

RUDDER HORN BRACE                                            QTY: 1

**E-615PP** [Replacement Recommended]

ELEV TRIM MNTG PLATE                                         QTY: 1

**VS-707** [Acceptable for Use]

TIP RIB                                                      QTY: 1

**HS-708** [Acceptable for Use]

MAIN RIB                                                     QTY: 2

**HS-706** [Acceptable for Use]

TIP RIB                                                      QTY: 2

**E-720H5** [Acceptable for Use]

ELEVATOR STIFFENERS                                          QTY: 1

**VS-706** [Acceptable for Use]

TIP RIB                                                      QTY: 1

**VS-705** [Acceptable for Use]

NOSE RIB                                                     QTY: 1

**VS-704** [Acceptable for Use]

ROOT RIB                                                     QTY: 1

**HS-707** [Acceptable for Use]

NOSE RIB                                                     QTY: 2

**HS-00005** [Acceptable for Use]

RIB,INBD,AFT                                                 QTY: 2

**E-720ABCH** [Van's Will Replace if Damaged in the Rebuild Process*]

ELEVATOR STIFFENERS

QTY: 2

**R-916** [Van's Will Replace if Damaged in the Rebuild Process*]

RUDDER TRAILING EDGE

QTY: 1

**E-619PP-1-020** [Van's Will Replace if Damaged in the Rebuild Process*]

USE WITH: E-607PP SPR

QTY: 1

**E-701-L** [Van's Will Replace if Damaged in the Rebuild Process*]

ELEVATOR SKIN

QTY: 1

**E-701-R** [Van's Will Replace if Damaged in the Rebuild Process*]

ELEVATOR SKIN

QTY: 1

**E-702** [Van's Will Replace if Damaged in the Rebuild Process*]

ELEVATOR SPAR

QTY: 2

**E-705** [Van's Will Replace if Damaged in the Rebuild Process*]

END ROOT RIB LEFT

QTY: 1

**E-709** [Van's Will Replace if Damaged in the Rebuild Process*]

END ROOT RIB RIGHT

QTY: 1

**E-713** [Van's Will Replace if Damaged in the Rebuild Process*]

COUNTERBALANCE SKIN

QTY: 2

**E-720DEFG** [Van's Will Replace if Damaged in the Rebuild Process*]

ELEVATOR STIFFENERS

QTY: 4

**E-720H5** [Van's Will Replace if Damaged in the Rebuild Process*]

ELEVATOR STIFFENERS

QTY: 1

**R-915** [Van's Will Replace if Damaged in the Rebuild Process*]

RUDDER STIFFENER X2

QTY: 8

**R-913** [Van's Will Replace if Damaged in the Rebuild Process*]

RUDDER C.BALANCE SKIN

QTY: 1

**R-912**   Van's Will Replace if Damaged in the Rebuild Process*

RUDDER C.BALANCE RIB

QTY: 1

**R-904**   Van's Will Replace if Damaged in the Rebuild Process*

RUDDER BOTTOM RIB

QTY: 1

**R-903**   Van's Will Replace if Damaged in the Rebuild Process*

RUDDER TOP RIB

QTY: 1

**R-902**   Van's Will Replace if Damaged in the Rebuild Process*

RUDDER SPAR

QTY: 1

**R-901-R**   Van's Will Replace if Damaged in the Rebuild Process*

RIGHT RUDDER SKIN

QTY: 1

**R-901-L**   Van's Will Replace if Damaged in the Rebuild Process*

LEFT RUDDER SKIN

QTY: 1

**R-710**   Van's Will Replace if Damaged in the Rebuild Process*

RUDDER HORN BRACE

QTY: 1

**R-608PP**   Van's Will Replace if Damaged in the Rebuild Process*

RUDDER RE-INF PLATE

QTY: 1

**R-607PP**   Van's Will Replace if Damaged in the Rebuild Process*

RUDDER RE-INF PLATE

QTY: 1

**R-606PP**   Van's Will Replace if Damaged in the Rebuild Process*

RUDDER RE-INF PLATE

QTY: 1

## RV-7/7AQ WING

**A-705-L** [Replacement Recommended]

AILERON RIB

QTY: 2

**A-705-R** [Replacement Recommended]

AILERON RIB

QTY: 2

**W-710-L** [Replacement Recommended]

INBD WING RIB

QTY: 1

**W-710-R** [Replacement Recommended]

INBD WING RIB

QTY: 1

**W-721-L** [Replacement Recommended]

FLAP BRACE

QTY: 1

**W-721-R** [Replacement Recommended]

FLAP BRACE

QTY: 1

**A-704-L** [Replacement Recommended]

AILERON NOSE RIB

QTY: 2

**A-704-R** [Replacement Recommended]

AILERON NOSE RIB

QTY: 2

**A-710** [Acceptable for Use]

AIL.STIFF.4 PER LNGTH

QTY: 8

**VA-195C** [Acceptable for Use]

ACCESS HATCH DOUBLER

QTY: 1

**W-724-L** [Acceptable for Use]

AILERON GAP FAIRING

QTY: 1

**W-724-R** [Acceptable for Use]

AILERON GAP FAIRING

QTY: 1