DISTRICT OF OREGON
**F I L E D**
September 12, 2024
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re | Case No. 23-62260-dwh11 |
|---|---|
| Van's Aircraft, Inc., | **STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 354 (SCOTT SCHIEBLE)** |
| Debtor. | |

THIS MATTER having come before the Court upon the Stipulated Motion for Entry of Stipulated Order Extending Deadline to Object to Claim No. 354 (Scott Schieble) [ECF No. 312] (the "Motion"), and the Court having reviewed the Motion and otherwise being duly advised in the premises; NOW, THEREFORE,

IT IS HEREBY ORDERED that the deadline for Van's Aircraft, Inc. to object to Claim No. 354 of Scott Schieble is extended to September 30, 2024.

# # #

Page 1 of 2 – STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 354 (SCOTT SCHIEBLE)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11    Doc 394    Filed 09/12/24

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By */s/ Timothy J. Conway*
   Timothy J. Conway, OSB No. 851752
   Michael W. Fletcher, OSB No. 010448
   Ava Schoen, OSB No. 044072
   888 SW Fifth Avenue, Suite 1600
   Portland, OR 97204-2099
   Telephone:   (503) 221-1440
   Facsimile:   (503) 274-8779
   Email:   tim.conway@tonkon.com
   Attorneys for Debtor

IT IS SO STIPULATED:

TONKON TORP LLP

By */s/ Timothy J. Conway*
   Timothy J. Conway, OSB No. 851752
   Michael W. Fletcher, OSB No. 010448
   Ava Schoen, OSB No. 044072
   Attorneys for Debtor

By */s/ Scott Schieble*
   Scott Schieble
   Claimant

**Page 2 of 2** – STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 354 (SCOTT SCHIEBLE)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11   Doc 394   Filed 09/12/24