Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

In re
**Van's Aircraft, Inc.**

Debtor

Case No. **23-62260-dwh11**
☐ Amended

**ORDER ON CLAIM OBJECTION**

Based on the claim objection (docket # **194**), IT IS ORDERED that the claim of **Shawn Chouinard**, proof of claim no. **74**, be disallowed or allowed as follows:

☒ Disallowed in full.

☐ Disallowed for any distribution.

☐ Disallowed for future distribution greater than the amount already paid ($_____).

☐ Allowed as (*fill in each blank even if amount is $0*)

　　a secured claim for $ _____,

　　a priority unsecured claim for $ _____, and

　　a nonpriority unsecured claim for $ _____.

☐ The amount of the arrearage is $ _____.

###

763.5 (12/1/2022)