# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ORGEON

In re:           Van's Aircraft, Inc., (Debtor)

Case No.       23-62260-dwh11

Claim No:       501

Claimant:        Matthew Larson

**Motion to change hearing date:**

The courts submitted a hearing date for Matthew Larson on Sept. 24, 2024 at 10am. I am unable to comply due to hardship.

I work as an airline pilot for a major airline. We work multi-day "pairings". I am a contractual obligated employee; governed under the Railway Labor Act. I requested time free from duty, on the day the court gave me, but was rejected by my employer. If I were to not report to work, I would be subjected to disciplinary action. The month of September and October - I work all day and into the overnight on: Monday, Tuesday and Wednesday.

I **am** however able to schedule time for the court on: any Thursday or Friday in September or October.

Unless I am am able to depose of witnesses for cross examination. I believe my response to the debtors objection is sufficient for the courts, at this point in the proceeding. Therefore, my need to be before the court may not be needed at all? If the court needs further information or disagrees with the aforementioned notion. I kindly ask for the court to please advise.

Kind, respectful and warm regards,

Matthew Larson

Attorney Pro Se