Timothy J. Conway, OSB No. 851752
   Direct Dial: (503) 802-2027
   Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
   Direct Dial: (503) 802-2169
   E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
   Direct Dial: (503) 802-2143
   Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

Van's Aircraft, Inc.,

    Debtor.

Case No. 23-62260-dwh11

**DEBTOR'S WITHDRAWAL OF OBJECTION TO CLAIM NO. 149 FILED BY ERIC GETTEL AND DOCKETED AS ECF NO. 168**

1. On January 7, 2024, Eric Gettel ("Claimant") timely submitted Proof of Claim No. 149 (the "Claim"). On July 31, 2024, Debtor filed its objection to the Claim (the "Objection") [ECF No. 168].

2. Debtor hereby withdraws its Objection to the Claim.

3. On September 20, 2024, a copy of this withdrawal was e-mailed to Claimant at eric.gettel@icloud.com and mailed to Claimant at the following address:

Eric Gettel
2327 Sun Valley Dr.
Ann Arbor, MI 48108-8900

Page 1 of 2 – DEBTOR'S WITHDRAWAL OF OBJECTION TO CLAIM NO. 149 FILED BY ERIC GETTEL AND DOCKETED AS ECF. NO. 168

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11   Doc 492   Filed 09/20/24

1     DATED: September 20, 2024.

2                             TONKON TORP LLP

3

4                 By */s/ Timothy J. Conway*

5                     Timothy J. Conway, OSB No. 851752
                        Michael W. Fletcher, OSB No. 010448

6                     Ava Schoen, OSB No. 044072
                        Attorneys for Debtor

Page 2 of 2 – DEBTOR'S WITHDRAWAL OF OBJECTION TO CLAIM NO. 149 FILED BY ERIC GETTEL AND DOCKETED AS ECF. NO. 168

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11   Doc 492   Filed 09/20/24