| | | |
|---|---|---|
| 09/24/2024 | | Judge David W Hercher |
| 10:00 23-62260-dwh11 | Van's Aircraft, Inc. - db | TIM CONWAY |
| | Michael Strauss -cr | Self-represented |
| | Kenneth S Eiler -tr | |

**Matter: Objection to claim of Michael Strauss Filed by Debtor Vans Aircraft, Inc. (CONWAY, TIMOTHY) Doc# 272**

Summary of Proceedings

Per Mr. Conway, agreement has been reached with Mr. Strauss, and stipulated order will be lodged shortly.

No further hearings set.

Order to be prepared by: _____ Clerk's Office _____ Chambers Other:

Minute Order: