Below is an order of the court.

_____  
DAVID W. HERCHER  
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

In re  
**Van's Aircraft, Inc.**

Case No. __23-62260-dwh11__  
☐ Amended

Debtor

**ORDER ON CLAIM OBJECTION**

Based on the claim objection (docket #__322__), IT IS ORDERED that the claim of **Vanzell Jenkins**_____, proof of claim no.__444__, be disallowed or allowed as follows:

☒ Disallowed in full.

☐ Disallowed for any distribution.

☐ Disallowed for future distribution greater than the amount already paid ($_____).

☐ Allowed as (*fill in each blank even if amount is $0*)

    a secured claim for $ _____,

    a priority unsecured claim for $ _____, and

    a nonpriority unsecured claim for $ _____.

☐ The amount of the arrearage is $ _____.

###

763.5 (12/1/2022)