| | | |
|---|---|---|
| 10/16/2024 | | Judge David W Hercher |
| 02:00 23-62260-dwh11 | Van's Aircraft, Inc. - db | TIM CONWAY |
| | Olexandr Mikoula -cr | Self-represented |
| | Kenneth S Eiler -tr | |

**Matter: Objection to claim of Olexandr Mikoula Filed by Debtor Vans Aircraft, Inc. (SCHOEN, AVA) Doc# 189**

Summary of Proceedings

Per Mr. Conway, he has further information to provide to Mr. Mikoula, but does not believe that will resolve the issues.

Further hearing will be held 11/5/2024 at 10 am by telephone. To participate in the telephone hearing, dial the Toll Free Call in Number 855-244-8681 and enter the 11 digit Access Code 2319 850 1446 followed by the # key. Note, this is a new phone number.

Order to be prepared by: _____ Clerk's Office  _____ Chambers  Other:

Minute Order: