10/25/2024                                                                                     Judge David W Hercher

11:00 23-62260-dwh11          Van's Aircraft, Inc. - db           TIMOTHY CONWAY

                              Matthew Larson -cr                  Self-represented

**Matter: Objection to claim of Matthew Larson Filed by Debtor Vans Aircraft, Inc. (CONWAY, TIMOTHY) Doc# 274**

Summary of Proceedings

Final evidentiary hearing will be 5/22/2025 at 10 am in Courtroom 3, Portland.

Parties will work on a scheduling order and contact the court if they can't reach an agreement.

Order to be prepared by:           Clerk's Office           Chambers      Other:

Minute Order: