Nelson S. Cardella, Claim number: 363. Case number 23-62260-dwh11.

November 14th, 2024

Clerk of Court
1050 SW 6th Ave #700
Portland, OR 97204

Subject: Request to modify Order RE Scheduling, Application FRCP26, Trial Date and Procedures, Filed on October 15th, 2024. Claim number 363, Case number 23-62260-dwh11.

This is to request to modify the:
-Order RE Scheduling, Application FRCP26, Trial Date and Procedures, Filed on October 15, 2024.
-The modification is to allow on the Trial Location section for video-hearings on Trial date 3/11/2025 at 0900. This is due to my home been located in North Carolina.

Respectfully,

Nelson S Cardella
2601 Ski Trail Lane
Waxhaw, NC 28173
nelcardella@hotmail.com
(704) 301-3852