DISTRICT OF OREGON
**F I L E D**
November 19, 2024
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re<br><br>Van's Aircraft, Inc.,<br><br>                Debtor. | Case No. 23-62260-dwh11<br><br>**STIPULATED SCHEDULING ORDER REGARDING CLAIM NO. 484 (RYAN ROWTEN)** |
|---|---|

      Van's Aircraft, Inc. and Claimant Ryan Rowten, hereby submit the following pre-hearing deadlines:

| EVENT | Date |
|---|---|
| FRCP 26(a)(1) will not apply | N/A |
| Deadline to file witness lists under FRCP 26(a)(3)(A)(i) | 14 days before hearing |
| Deadline to file exhibit lists and copies of exhibits under FRCP 26(a)(3)(A)(iii) | 14 days before hearing |
| Deadline to file any hearing briefs | 14 days before hearing |
| Deadline to file designation of testimony to be presented by deposition under FRCP 26(a)(3)(A)(ii) | 14 days before hearing |

**Page 1 of 2** – STIPULATED SCHEDULING ORDER REGARDING CLAIM NO. 484 (RYAN ROWTEN)

| EVENT | Date |
|---|---|
| Deadline to file any response to any hearing briefs | 7 days before hearing |
| Deadline to file objections to witness testimony to be presented by deposition | 7 days before hearing |
| Deadline to object to authenticity of exhibits | 7 days before hearing |
| Hearing | April 4, 2025, 10:00 a.m. |

# # #

Presented by:

TONKON TORP LLP

By */s/ Ava Schoen*
    Timothy J. Conway, OSB No. 851752
    Ava Schoen, OSB No. 044072
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:   (503) 221-1440
    Facsimile:   (503) 274-8779
    Email:   tim.conway@tonkon.com
    Attorneys for Debtor

IT IS SO STIPULATED:

TONKON TORP LLP

By */s/ Ava Schoen*
    Timothy J. Conway, OSB No. 851752
    Ava Schoen, OSB No. 044072
    Attorneys for Debtor

*/s/ Ryan Rowten*
Ryan Rowten, Claimant

043989\00001\17740748v1

**Page 2 of 2** – STIPULATED SCHEDULING ORDER REGARDING CLAIM NO. 484 (RYAN ROWTEN)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

Case 23-62260-dwh11   Doc 667   Filed 11/19/24