Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Van's Aircraft, Inc.**,<br><br>        Debtor. | Case No. 23-62260-dwh11<br><br>**SUPPLEMENTAL ORDER REGARDING PROCEDURES FOR EVIDENTIARY HEARING ON OBJECTION TO CLAIM 484 OF RYAN ROWTEN** |

For debtor's objection [ECF No. 271] to claim 484 of Ryan Rowten, and in addition to the requirements of the separate stipulated scheduling order with respect to the objection, the court–

ORDERS as follows:

1. "Trial" means the evidentiary hearing on the objection, "plaintiff" means Van's Aircraft, Inc., and "defendant" means Ryan Rowten.

2. Trial location: The trial will be held in Courtroom 3, 1050 SW 6th Ave. #700, Portland, OR 97204.

Page 1 – SUPPLEMENTAL ORDER REGARDING PROCEDURES etc.

3. Witnesses: Any witness whose name is not included on a party's witness list for trial will not be allowed to testify, except for good cause shown or solely for impeachment or rebuttal.

4. Exhibits: The parties must electronically file their exhibits. Plaintiff's exhibits must be numbered and listed starting with "1." Defendant's exhibits must be lettered and listed starting with "A." Unless all witnesses will testify only remotely and not in a courtroom, each party must bring a paper set of its exhibits for the witness, and, if there are more than 10 exhibits, the paper exhibits must be tabbed and presented in a three-ring binder. If there are more than two parties or many exhibits, contact the courtroom deputy at 503-326-1527 for label assignments. Except for good cause shown, no exhibit will be received in evidence at trial unless presented in accordance with this order.

5. Trial briefs: Trial briefs must not exceed 20 pages. Any motion to authorize the filing of an over-length brief must be filed no later than three business days before the brief is due.

6. Testimony to be presented by deposition: Any party offering a deposition transcript as substantive evidence must electronically file a copy of the transcript, with those portions sought to be admitted highlighted or underlined. This requirement does not apply to a deposition transcript used to refresh recollection or for impeachment or rebuttal. If a party does not timely object to marked deposition testimony, the objection will be waived.

7. Objections to authenticity: In the absence of a timely objection to authenticity, an exhibit will be considered authenticated. All other objections to admission of an exhibit may be raised at trial.

8. Modifications to this order or the stipulated scheduling order: Requests for modification of any deadline set by or other requirement of this order or the stipulated scheduling order must be made by written motion, even if the parties have agreed to the modification. The motion must be supported by an affidavit or declaration showing good cause, appropriate use of time, and that the motion is being made at the earliest time practical. The affidavit or declaration must state the number of prior extensions or continuances, that the movant has consulted the opponent about the request, and whether the opponent consents or objects to the requested modification. If a motion to extend a discovery deadline arises from the opponent's failure to comply with a discovery obligation, the motion must be accompanied by a motion to compel discovery.

###