| | | |
|---|---|---|
| 12/03/2024 | | Judge David W Hercher |
| 09:00 23-62260-dwh11 | Van's Aircraft, Inc. - db | AVA L SCHOEN |
| | Nelson Cardella -cr | Self -represented |

**Matter: Motion to Appear by Video at hearing scheduled for 3/11/2025, at 09:00 AM. Person requesting to appear by video: Nelson S Cardella. Filed via Public Document Upload by Creditor Nelson S Cardella (jbk) Doc# 662**

Summary of Proceedings

For the reasons discussed, the court will grant the motion, but to allow video trial participation only by Mr. Cardella.

Order to be prepared by:  _____ Clerk's Office   _____ Chambers   Other:

Minute Order:
The court MODIFIES the Order re Scheduling, Application of FRCP 26, Trial Date, and Procedures with respect to the objection of Van's Aircraft, Inc., to the claim of Nelson S Cardella [ECF No. ] to permit Mr. Cardella to participate in the trial, including by testifying, by video. For connection information, see www.orb.uscourts.gov/video-hearings. The court otherwise DENIES Mr. Cardella's motion [ECF No. 662].

*David W. Hercher*
David W. Hercher
U.S. Bankruptcy Judge