| | | |
|---|---|---|
| 12/03/2024 | | Judge David W Hercher |
| 09:00 23-62260-dwh11 | Van's Aircraft, Inc. - db | AVA L SCHOEN |
| | Matthew Larson -cr | Self-represented |

**Matter: Objection to claim of Matthew Larson Filed by Debtor Vans Aircraft, Inc. (CONWAY, TIMOTHY) Doc# 274**

Summary of Proceedings

Per Ms. Schoen, parties have a disagreement on discovery and extent of issues.

Per Mr. Larson, he would be interested in a settlement conference. He believes there are complex matters that need to be addressed.

The judge requested that both parties file proposed scheduling orders by 12/12/2024 and any responses by 12/17/2024. Mr. Larson need not submit his proposal in pleading form and may instead, if he wishes, do so by filed correspondence.

Further hearing will be held 12/19/2024 at 1:30 pm by telephone. To participate in the telephone hearing, dial the Toll Free Call in Number 855-244-8681 and enter the 11 digit Access Code 2319 850 1446 followed by the # key.

Order to be prepared by:    _____ Clerk's Office    _____ Chambers    Other:

Minute Order: