U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
December 4, 2024
Clerk, U.S. Bankruptcy Court

**Below is an order of the Court.**

*David W. Hercher*
**U.S. Bankruptcy Judge**

TOOPSP (12/7/23) smj

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Van's Aircraft, Inc.**
Debtor(s)

Case No. **23–62260–dwh11**

Canceling Hearings

IT IS ORDERED canceling hearing set 12/17/2024 and Trial set 5/30/2025 as a Stipulation was filed Re: 189 Objection to claim of Olexandr Mikoula Filed by Debtor Van's Aircraft, Inc.

###