DISTRICT OF OREGON
**F I L E D**
December 04, 2024
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

In re

Case No. _____

Amended

Debtor

**ORDER ON CLAIM OBJECTION**

Based on the claim objection (docket #_____), IT IS ORDERED that the claim of _____, proof of claim no._____, be disallowed or allowed as follows:

Disallowed in full.

Disallowed for any distribution.

Disallowed for future distribution greater than the amount already paid ($_____).

Allowed as (*fill in each blank even if amount is $0*)

    a secured claim for $ _____,

    a priority unsecured claim for $ _____, and

    a nonpriority unsecured claim for $ _____.

The amount of the arrearage is $ _____.

###

763.5 (12/1/2022)