Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| In re | Case No. _____ |
|---|---|
| | Amended |
| Debtor | **ORDER ON CLAIM OBJECTION** |

Based on the claim objection (docket #_____), IT IS ORDERED that the claim of _____, proof of claim no._____, be disallowed or allowed as follows:

☐ Disallowed in full.

☐ Disallowed for any distribution.

☐ Disallowed for future distribution greater than the amount already paid ($_____).

☐ Allowed as (*fill in each blank even if amount is $0*)

    a secured claim for $ _____,

    a priority unsecured claim for $ _____, and

    a nonpriority unsecured claim for $ _____.

    The amount of the arrearage is $ _____.

###

763.5 (12/1/2022)