UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re Case No. 23-62260-dwh11

Van's Aircraft, Inc., Debtor

Claimant Matthew Larson No. 501

Matthew Larson Claimant No. 501 hereby submits following pre-hearing deadlines:

*FRCP 26(a)(1) Will Apply -14 days after Rule 26(f) conference
    -To date the debtor has refused any informal discovery or settlement discussions.
    -Creditor is agreeable to settlement discussion and informal discovery.
    -Court should note debtor has submitted misleading FRCP deadlines to creditor, putting
     key rules hidden before the court header.

1. Deadline to disclose expert testimony under FRCP 26(a)(2): 28 days before trial

2. Deadline to file witness lists under FRCP 26(a)(3)(A)(i): 7 days before trial

3. Deadline to file exhibit lists and copy of exhibits under FRCP 26(a)(3)(A)(iii):14 days before trial

4. Deadline to file joint statements of agreed facts: 14 days before trial

5. Deadline to file any trial briefs: 14 days before trial

6. Deadline to file designation of testimony to be presented by deposition under FRCP 26(a)(3)(A)(ii):14 days before trial

7. Deadline to disclose rebuttal expert testimony under FRCP 26(a)(2)(D)(ii): 14 days before trial

8. Deadline to file objections to witness testimony to be presented by deposition:7 days before trial

9. Deadline to object to authenticity of exhibits: 7 days before trial

Presented by:

Matthew Larson
Attorney Pro se - Claimant No. 501