DISTRICT OF OREGON
**F I L E D**
**December 17, 2024**
**Clerk, U.S. Bankruptcy Court**

Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| In re | |
|---|---|
| **Van's Aircraft, Inc.**, | Case No. 23-62260-dwh11 |
| Debtor. | **ORDER APPOINTING MEDIATOR** |

Van's Aircraft, Inc., has requested judicial settlement conferences of its objections to the claims of Edgardo Gomez [ECF No. 243] and Matthew Larson [ECF No. 274]. The claimants join in that request. Judge Peter C. McKittrick of this court has agreed to serve as mediator.

Accordingly, the court–

APPOINTS Judge McKittrick as mediator for those objections in accordance with LBR 9019-1.

### ###

cc:
Edgardo Gomez
Matthew Larson

Page 1 – ORDER APPOINTING MEDIATOR