Timothy J. Conway, OSB No. 851752
   Direct Dial: (503) 802-2027
   Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
   Direct Dial: (503) 802-2169
   E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
   Direct Dial: (503) 802-2143
   Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

         Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>　　　　　Debtor. | Case No. 23-62260-dwh11<br><br>**DEBTOR'S RESPONSE TO MR. LARSON'S PROPOSED SCHEDULING ORDER** |

　　　　Vans Aircraft, Inc. ("Debtor") responds to Matthew Larson's Proposed Scheduling Order [ECF # 723] as follows:

　　　　Debtor and Mr. Larson agree on the deadlines to file (i) exhibit lists, (ii) hearing briefs, (iii) designation of testimony to be presented by deposition, (iv) objections to witness testimony to be presented by deposition, and (v) objections to authenticity of exhibits.

　　　　Debtor proposed a hearing date of June 6, 2025, at 10:00 a.m. Mr. Larson has not confirmed if he is available that date or proposed an alternative date. Debtor requests that the hearing be set for June 6, 2025, at 10:00 a.m.

　　　　Debtor and Mr. Larson disagree on the following:

- 　Debtor proposed that FRCP 26(a)(1) initial disclosures should not apply; Mr. Larson proposed they should apply. FRCP 26(a)(1)(A) states that parties may stipulate or the

**Page 1 of 3** –   DEBTOR'S RESPONSE TO MR. LARSON'S PROPOSED SCHEDULING ORDER

court may order that initial disclosures are not required. Debtor requests that the initial disclosures not be required here because they are not proportional to the needs of the case, *see* FRCP 26(b). Here, Mr. Larson filed proof of claim #501 for $30,494.36 (including $2,134.11 of tax); the basis of the claim was "goods sold." Debtor understands that after filing his claim, Mr. Larson sold the airplane kits referenced in his proof of claim for $20,800 such that the remaining claim amount at issue and the nature of the claim does not warrant extensive discovery, including automatic initial disclosures. As the Court pointed out during the December 3, 2024 status conference, not requiring the initial disclosures does not otherwise limit the parties' discovery rights.

- Debtor proposed that witness lists should be filed 14 days before the hearing; Mr. Larson proposed that witness lists should be filed 7 days before the hearing. Debtor requests that this deadline be set for 14 days before the hearing so that the parties have adequate notice of witnesses.

- Mr. Larson proposed that the parties file a joint statements of agreed facts 14 days before the hearing. Debtor does not believe it would be cost effective or efficient to require a joint statement of agreed facts in this case. Debtor is not opposed to the possibility of entering into such a statement with Mr. Larson, to the extent possible, but does not believe it is appropriate to require such a statement.

- Mr. Larson proposed deadlines for disclosing expert testimony 28 days before the hearing and rebuttal experts 14 days before the hearing. For the reasons set out above, Debtor does not anticipate experts are needed in this case. Nonetheless, to the extent Mr. Larson or Debtor seeks to provide expert testimony, they should do so pursuant to the deadlines set out in FRCP 26(a)(2)(D)(i) and (ii) and not on the shortened deadlines proposed by Mr. Larson.

Finally, Mr. Larson incorrectly states that Debtor refused to participate in settlement discussions. Debtor has done so and, as the Court knows, Debtor suggested the parties participate in settlement discussions with the aid of a settlement judge, which Debtor expects

Page 2 of 3 – DEBTOR'S RESPONSE TO MR. LARSON'S PROPOSED SCHEDULING ORDER

will take place. Mr. Larson further misstates that Debtor submitted misleading FRCP deadlines to Mr. Larson.

DATED: December 17, 2024.

TONKON TORP LLP

By */s/ Ava Schoen*
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    Attorneys for Debtor