Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re | Case No. 23-62260-dwh11 |
|---|---|
| Van's Aircraft, Inc.,<br><br>Debtor. | **SUPPLEMENT TO STIPULATED SCHEDULING ORDER REGARDING CLAIM NO. 363 (NELSON CARDELLA)** |

Van's Aircraft, Inc. ("Van's") and Claimant Nelson Cardella hereby request and stipulate to the following supplement to Stipulated Scheduling Order [ECF No. 621]:

On October 11, 2024, the Court entered the *Stipulated Scheduling Order Regarding Claim No. 363 (Nelson Cardella)* (the "Stipulated Scheduling Order") [ECF No. 621]. On October 15, 2024, the Court entered the *Order Re Scheduling, Application of FRCP 26; Trial Date, and Procedures* (the "Order") [ECF No. 627]. The Order provided that the deadline to complete discovery is December 17, 2024.

Van's and Mr. Cardella hereby request and stipulate to the Order being amended and the Stipulated Scheduling Order being supplemented to provide that the deadline to complete discovery is extended to January 31, 2024.

Page 1 of 2 –   SUPPLEMENT TO STIPULATED SCHEDULING ORDER REGARDING CLAIM NO. 363 (NELSON CARDELLA)

Van's and Mr. Cardella make this request because there was confusion as to the operative deadline to complete discovery and because the parties are engaged in settlement discussions.

# # #

Presented by:

TONKON TORP LLP

By */s/ Ava Schoen*
    Timothy J. Conway, OSB No. 851752
    Ava Schoen, OSB No. 044072
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:   (503) 221-1440
    Facsimile:   (503) 274-8779
    Email:   tim.conway@tonkon.com
    Attorneys for Debtor

IT IS SO STIPULATED:

TONKON TORP LLP

By */s/ Ava Schoen*                 */s/ Nelson Cardella*
    Timothy J. Conway, OSB No. 851752    Nelson Cardella, Claimant
    Ava Schoen, OSB No. 044072
    Attorneys for Debtor