United States Bankruptcy Court
District of Oregon

In re:     Case No. 23-62260-dwh
Van's Aircraft, Inc.     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-6     User: Admin.     Page 1 of 1
Date Rcvd: Jan 03, 2025     Form ID: pdf017     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Matthew Larson, 5028 Zenith Ave South, Minneapolis, MN 55410-2114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 05, 2025      Signature:      /s/Gustava Winters



**UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON**

PETER C. McKITTRICK
BANKRUPTCY JUDGE

1050 SW SIXTH AVENUE, #700
PORTLAND, OREGON 97204
(503) 326-1536

TOM RATTS
LAW CLERK

TONIA McCOMBS
LAW CLERK

January 3, 2025

TIMOTHY J. CONWAY
Tonkon Torp LLP
888 SW 5th Ave #1600
Portland, OR 97204

MATTHEW LARSON
mattylars@gmail.com
5028 Zenith Ave S
Minneapolis, MN 55410

AVA L. SCHOEN
Tonkon Torp LLP
888 SW 5th Ave #1600
Portland, OR 97204

Re:  In re Van's Aircraft, Inc., 23-62260-dwh11
     Settlement Conference with the Honorable Peter C. McKittrick

Dear Counsel and Parties:

At the parties' request, I have scheduled a settlement conference for 1/17/2025 at 9:00 a.m. via Zoom for Government.  The link to join the Zoom conference is available on the court's website and copied here: https://www.orb.uscourts.gov/judge-mckittricks-video-hearings.  Please be sure you are prepared to log in at 9:00 a.m.

Please send a brief, confidential email to peter_mckittrick@orb.uscourts.gov describing the dispute, the status of negotiations, and you or your client's thoughts on ways to consensually resolve the dispute by 6:00 p.m., on 1/14/2025.  Counsel must have their client or someone with settlement authority on the Zoom call.  If you have any questions, please call Tom Ratts at (503) 326-1536.

Sincerely,

PETER C. MCKITTRICK
Bankruptcy Judge

Cc: Hon. David W. Hercher