**Edgardo Gomez**

PO BOX 1392
Temecula, CA 92593
714-349-7120

**United State Bankruptcy Court**
**For the District of Oregon**

Judge McKittrick
Case #23-62260-dwh-11
ECF No 243
Claim No. 248

**Honorable Judge McKittrick**

Thank you for being part of this mediation process, rest assure that I will continue to be patient and understanding of VANS AIRCRAFT situation, as I have been since the beginning of my dealings with this company in 2021. In addition, I am willing to work collaboratively with the other party to find a reasonable solution.

We have reached this point in the bankruptcy proceedings due to the objection to my claim in which the other party stated:

1- That I had agreed to a change on the price of my aircraft kit.

2- Laser cut parts have been tested and found safe.

3- My claim is inconsistent with debtor's books and records.

During this process I have not had the opportunity to respond to those objections and clarify why those statements are not consistent with reality; I hope to do so during our conference.

In this folder I have attached five documents with supporting documentation from various sources, including VANS AIRCRAFT as well as a video link to a proposed repair/solution to a laser cut part. Also, I intend to rely on my 34 years of experience in the aircraft industry as well as an informed consumer.

Thank you

Edgardo Gomez

Mr. Gomez,

As we had previously discussed, Van's has now prepared a repair video for you.  You can view the video at this link, but it is unique to you so I believe you will need to link though your email account: https://youtu.be/65PDi4Qff3k   Once you have watched the video, you can then set up a call with Brian Hickman, a Van's engineer, to review and discuss any other questions you may have as to how to complete the repairs.  Mr. Hickman is copied on this email.  Once you have completed that process, we can then discuss any further questions you may have with respect to your claim.

Thanks,

Tim

**Timothy J. Conway | Tonkon Torp LLP**
Partner
888 SW Fifth Ave., Suite 1600
Portland OR 97204
503.802.2027 direct
tim.conway@tonkon.com | website | bio

This message may contain confidential and privileged communications and privileged information. If you received this message in error, please delete it and notify me promptly.

# Update on your Van's order!

kitstatus@vansaircraft com <kitstatus@vansaircraft com>
Tue 8/29/2023 3 09 PM
To edgo2@msn com <edgo2@msn com>

 **VAN'S AIRCRAFT**
TOTAL PERFORMANCE

**Dear Van's Customer,**

We have an update to share related to your Van's Aircraft kit order. Items that have changed are marked below in orange

## Order #223286

| | |
|---|---|
| Item | RV-8 FINISH KIT |
| Status | Assigned to Crating |
| Crating | Sep 5 2023 - Oct 28 2023 (estimated) |
| Reason | Held up due to engine mount |

You are receiving this email order update because you have an active kit order with Van's Aircraft. We send these updates when the status changes on one or more items on your orders, to keep you informed of your order status.

Contact us at kitstatus@vansaircraft com
14401 Keil Road NE, Aurora, 503-678-6545

Re. Van's Final Payment Request 223286

ed gomez <edgo2@msn com>
Fri 2/17/2023 5 14 AM
To Kit Status <kitstatus@vansaircraft com>

Hello, the shipping address for this kit is ; FRENCH VALLEY AIRPORT  BLDG. 82,  HANGAR 25.
37840 SKY CANYON DR.
MURRIETA, CA. 92563.

Be advised that the shipper will need to call me before delivery so I can let them into the airport

Thank you    Ed

**From:** Kit Status <kitstatus@vansaircraft com>
**Sent:** Wednesday, February 15, 2023 10 17 PM
**To:** edgo2@msn com <edgo2@msn com>
**Subject:** Van's Final Payment Request 223286

**Hello,**
It's almost time to start packing your kit! To do so, we need to collect your balance due of $7,096 94  Please refer to the attached order acknowledgement
**Important:** Please confirm the below shipping address is correct before sending payment  If a change is required, please reply to this email

**33217 CALLE LANGARICA**

**TEMECULA, CA 92592 UNITED STATES**

*This is your final opportunity to make changes to your order. Changes must be completed prior to receiving your final payment. After we receive final payment we will add your kit to the schedule and will no longer accept changes.*
You may pay by wire transfer, check, or with a credit/debit card on our secure payment portal at vansaircraft com/makeapayment/  We cannot take payment over the phone  Once we receive and process your payment, we will send an email confirming receipt
If you have a will-call order, we will schedule your pick-up date and communicate with you when the order is ready
You can keep track of the status of your kit at vansaircraft.com/kitstatus/
Thank you,



Aric Krause
Kit Logistics, Van's Aircraft, Inc
(503)678-6545 office | aric@vansaircraft.com
www vansaircraft com
14401 Keil Rd NE, Aurora Oregon 97002

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information  Any unauthorized review, use, disclosure or distribution is prohibited  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message  If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator

Search

Home    View    Help

Delete    Archive    Reply    Move to    Reply

Close    Previous    Next    2    

## Folders

| | |
|---|---|
| Inbox | 369 |
| Junk Email | 3 |
| Drafts | 1 |
| Sent Items | |
| Deleted It | 413 |
| Archive | |
| Notes | |
| CAP | |
| Conversation | |
| Create new fold | |

**BUILDER # 83962**

EG    ed gomez
      To  Kit Sales

Wed 11/2/2022 4 57 PM

img20221102_09433479 pdf
84 KB

2 attachments (176 KB)    Save all to OneDrive    Download all

HI, i like to order a finishing kit for anRV-8. Attached is the ordering form   I may be getting the engine from other source Also, I will be making a deposit with my credit card for $2000 Any question please let me know.

Thanks,
ed

Reply    Forward

## Groups

New group

Upgrade to Microsoft
365 with premium
Outlook features



**VANS AIRCRAFT, INC.**

14401 N.E. KEIL RD.
AURORA, OR  97002

**Order Acknowledgement**

223286

| Customer: | 83962 |
|---|---|
| | GOMEZ, EDGARDO |
| | PO BOX 1392 |
| | TEMECULA, CA  92593 |
| | UNITED STATES |
| Telephone: | 714-349-7120 |
| Email: | edgo2@msn.com |

| Shipping address: | GOMEZ, EDGARDO |
|---|---|
| | 33217 CALLE LANGARICA |
| | TEMECULA, CA  92592 |
| | UNITED STATES |
| Shipping Instructions: | TRUCK |

| Sales Order | Order Date | Order Terms | Salesperson | Purchase Order |
|---|---|---|---|---|
| 223286 | 11/02/22 | NET B4 DEL | Jake | FIN |

| Stock code | Description | Bin | Order quantity | Unit price | Gross amount |
|---|---|---|---|---|---|
| RV-8 FINISH KIT | KIT================= | | 1 | 8,300.00 | 8,300.00 |
| 8 FIN COWL KIT-IO | COWL KIT W/O SCOOP | | 1 | 0.00 | 0.00 |
| WD-801-D1-PC | DYNA 1 ENG.MNT.    * | F2A | 1 | 0.00 | 0.00 |
| DELETE SPINNER | | | 1- | 120.00 | 120.00- |
| CRATING CHARGE | | | 1 | 185.00 | 185.00 |

------- Deposit Receipt -------

Deposit amount :    2000.00

Paid as : WEB CREDIT CARD PAYMENTS

ORDER AND DEPOSIT $2000 FOR FINISHING KIT 11-2-22



**VAN'S AIRCRAFT**
T O T A L   P E R F O R M A N C E

## RV-8/8A SPECIAL FINISHING KIT ORDER FORM
## Use when installing engines **not** supplied by Van's

8-26-22

| | |
|---|---|
| Customer Number (assigned w/ Emp kit) | **83962** |
| Name | **EDGARDO GOMEZ** |
| Mailing address | **P.O. BOX 1392** |
| | **TEMECULA CA. 92593** |
| Shipping address (if different) | **33217 CALLE LANGA-** |
| | **- RICA, TEMECULA CA 92592** |
| Day phone | **714-349-7120** |
| e-mail | **edgo2@msn.com** |
| Fax | |
| Eve phone | |

**PLEASE READ AND SIGN BELOW**
1   Kit prices are prices in effect the day order is received
2   A 25% deposit must accompany kit orders
3   Customer-instigated delays may result in price increases
4   Kits must be paid in full before they can be shipped
5   $500 00 non-refundable if order is cancelled
6   Payment in U S funds  check, money order, or Visa/ Mastercard/Discover
7   Kit/plans orders must be in writing (mail, email or FAX)
8.   Prices are ex-works Aurora, Oregon
9   Freight charges are prepaid or collect, depending on carrier
10   Van's Aircraft, Inc  cannot assist in certifying kits out-side the USA
11   Sign & return Van's Aircraft standard Waiver and Re-lease of Liability Agreement.
12   Prices are subject to change without notice

Signature  *Edgd goin*

| FINISHING KIT | | RV-8  **$8,300.00** | ( |
|---|---|---|---|
| | | RV-8A  **$9,600.00** | |
| Crating Charge | | Regular  $185 00 | / |

### DEFINING YOUR ENGINE

If you are using a new Lycoming from Van's use the regular Finish Kit Order Form  If you are using an engine from some other source, use this form  Van's engine mounts and cowls fit the engines we sell  Other engine suppliers produce a wide variety of engines that may or may not correspond to Lycoming models

To provide us the information we need, you must complete the ENGINE INDENTIFICATION form on the reverse by circling the items that describe your engine.  Without this information we cannot accept your order

If you are installing an engine that is not compatible with Lycoming style mounts or cowl, you may delete these items for credit  The exact amount of the credit will be determined by Van's

It is the customer's responsibility to provide accurate information  Van's Aircraft, Inc  is not responsible for costs incurred replacing or returning incorrectly ordered parts

| ENGINE MOUNT | Use data sheet on opposite side | | | None | |
|---|---|---|---|---|---|
| COWL TYPE | Use data sheet on opposite side | | | None | |
| SPINNER TYPE NOTE if supplying own spinner or buying new  MT prop (supplied with spinner) –select none | Hartzell constant-speed | Sensenich fixed-pitch | Wood fixed-pitch | None $120 00 credit ✓ | |

| | | |
|---|---|---|
| **TOTAL CRATING CHARGE** (if using fillable form leave blank) | | |
| **TOTAL ORDER** (if using fillable form leave blank) | | |
| **METHOD OF PAYMENT** (if credit card, pay through Van's website) | **CREDIT CARD** | |
| **AMOUNT ENCLOSED** (25% minimum deposit required) | | |
| **Customer Number of Previously Completed/Flown RV:** | **83962** | |

**E-Mail to:  kits@vansaircraft.com**
**DO NOT** submit Credit Card information via email!  If you plan to email your order form to Van's and pay with a credit card, you can do so through our secure payment portal  https://www.vansaircraft.com/makeapayment/

# Update on your Van's order!

kitstatus@vansaircraft.com <kitstatus@vansaircraft.com>
Tue 11/8/2022 10 45 PM
To. edgo2@msn com <edgo2@msn com>



**VAN'S AIRCRAFT**
TOTAL PERFORMANCE

**Dear Van's Customer,**

We have an update to share related to your Van's Aircraft kit order. Items that have changed are marked below in orange.

## Order #223286

Item    RV 8 FINISH KIT (new)
Status.   Parts Being Produced

You are receiving this email order update because you have an active kit order with Van's Aircraft. We send these updates when the status changes on one or more items on your orders, to keep you informed of your order status.

Contact us at kitstatus@vansaircraft com
14401 Keil Road NE, Aurora, 503-678-6545

FINISHING KIT ORDERED 11-2-22

Thanks for submitting your payment  If you provided an email address, please check your email account for a transaction receipt from our payment processor, Authorize.net.

Print or save a copy of this page for your records  The information shown below has been submitted to Van's Aircraft

**What is the purpose of this payment?**

25% deposit on a kit

**Kit serial number**

83962

**Notes**

this is a deposit for a finishing kit for an RV-8  the finishing kit order form has been emailed to you on 11/2/22 and the engine I will be using is the YIO360-M1B

**Your Name**

edgardo gomez

**Email**

esloc740u.cl.com

**Phone**

(714) 349-7120

**Credit Card Billing Address**

po box 1392

## Transaction Receipt from Vans Aircraft Inc for $2000.00 (USD)

Auto-Receipt <noreply@mail.authorize.net>
Wed 11/2/2022 5 04 PM
To  EDGARDO GOMEZ <edgo2@msn.com>

| Description | Make a Secure Payment |
| Invoice Number | 6362a3108c659 |

**Billing Information**                          **Shipping Information**
EDGARDO GOMEZ
po box 1392
Temecula, CA 92593
United States
edgo2@msn com
(714) 349-7120

| Item Name | Description | Qty | Taxable | Unit Price | Item Total |
|-----------|-------------|-----|---------|------------|------------|
| 8   Amount to authorize and charge | | 1 | Y | $2000.00 (USD) | $2000 00 (USD) |

**Total:  $2000.00 (USD)**

| Date/Time. | 2-Nov-2022 10 04 16 PDT |
| Transaction ID | 64027760963 |
| Payment Method. | Visa xxxx3792 |
| Transaction Type | Purchase |
| Auth Code | 02535D |

Vans Aircraft Inc
Aurora, OR 97002
US
spete@vansaircraft com

**VAN'S AIRCRAFT**
TOTAL PERFORMANCE

**VANS AIRCRAFT, INC.**

14401 N.E. KEIL RD.
AURORA, OR  97002

**Order Acknowledgement**

223286

* 83962 *

1

* 223286 *

| Customer. | 83962 |
| --- | --- |
| | GOMEZ, EDGARDO |
| | PO BOX 1392 |
| | |
| | TEMECULA, CA  92593 |
| | UNITED STATES |
| Telephone: | 714-349-7120 |
| Email: | edgo2@msn.com |

| Shipping address: | GOMEZ, EDGARDO |
| --- | --- |
| | 33217 CALLE LANGARICA |
| | |
| | TEMECULA, CA  92592 |
| | UNITED STATES |
| Shipping Instructions | TRUCK |

| Sales Order | Order Date | Order Terms | Balance | Salesperson | Purchase Order |
| --- | --- | --- | --- | --- | --- |
| 223286 | 11/02/22 | NET B4 DEL | 7,096 94 | Jake | FIN |

| Stock code | Description | Bin | Order quantity | Unit price | Gross amount |
| --- | --- | --- | --- | --- | --- |
| RV-8 FINISH KIT | KIT================= | | 1 | 8,300.00 | 8,300.00 |
| 8 FIN COWL KIT-IO | COWL KIT W/O SCOOP | | 1 | 0.00 | 0 00 |
| WD-801-D1-PC | DYNA 1 ENG.MNT    * | F2A | 1 | 0 00 | 0 00 |
| DELETE SPINNER | | | 1- | 120 00 | 120 00- |
| CRATING CHARGE | | | 1 | 185.00 | 185.00 |

------- Deposit Receipt -------

Deposit amount        2000 00

Paid as   WEB CREDIT CARD PAYMENTS

---

*final PAYMENT FOR FINISH KiT 2-16-23*

Thanks for submitting your payment  If you provided an email address, please check your email account for a transaction receipt from our payment processor, Authorize net

Print or save a copy of this page for your records  The information shown below has been submitted to Van's Aircraft

**What is the purpose of this payment?**

Balance payment on a kit

**Order/Statment Number**

223286

**Kit serial number**

83962

**Notes**

This is the final payment for RV 8 finish kit

**Your Name**

edgardo gomez

**Email**

**Phone**

(714) 349-7120

**Credit Card Billing Address**

# Transaction Receipt from Vans Aircraft Inc for $7096.94 (USD)

## Auto-Receipt <noreply@mail.authorize.net>

Fri 2/17/2023 5 19 AM

To  EDGARDO GOMEZ <edgo2@msn com>

Description        Make a Secure Payment
Invoice Number    63ef0e4b7e025

**Billing Information**                          **Shipping Information**
EDGARDO GOMEZ
po box 1392
Temecula, CA 92593
United States
edgo2@msn com
(714) 349-7120

| Item Name | Description | Qty | Taxable | Unit Price | Item Total |
|-----------|-------------|-----|---------|------------|------------|
| 8    Amount to authorize and charge | | 1 | Y | $7096 94 (USD) | $7096 94 (USD) |

**Total:  $7096.94 (USD)**

| | |
|---|---|
| Date/Time | 16-Feb-2023 21 19 07 PST |
| Transaction ID | 64208928156 |
| Payment Method | Visa xxxx3792 |
| Transaction Type | Purchase |
| Auth Code | 07263D |

Vans Aircraft Inc
Aurora, OR 97002
US
spete@vansaircraft com

# My Orders

Master Acct Number    M015451

Below is a list of your previous kit orders to review. If you wish to modify your order and accept the new terms and conditions, please click the "Reorder" button on that order's line to add that item to your cart. Once you have selected the order(s) you want to modify and reorder, click the "Review Orders" button. You will be shown the list of orders to confirm. Once confirmed, you can submit your order and we will send you an agreement via DocuSign for your signature. No additional deposits or payments are required to submit your order modification.

## Account

| | |
|---|---|
| Company | **GOMEZ, EDGARDO** |
| Name | **GOMEZ, EDGARDO** |
| Email | **edgo2@msn.com** |

## Original Orders

| | |
|---|---|
| Original Total | **$9,096.94** |
| Original Deposit | **$9,096.94** |

Click "Reorder" to select the order(s) from the list below that you wish to modify and reorder under the new price/terms. If you do not want to modify and reorder an item, you do not need to take any action on those items.

| Order Number | Order Type | Serial Number | Original Price | Deposit Received | New Price | Increase | Origina |
|---|---|---|---|---|---|---|---|
| 223286 | RV-8 FINISH KIT | 83982 | $9,096.94 | $9,096.94 | $13,843.88 | **$4,746.94** | |

If you see any discrepancies with your order(s) from this list, please send us a question with the specific order number and a description of the issue so we can help

| | |
|---|---|
| Items in Cart | **0** |
| Cart Total | **$0.00** |
| Original Deposit | **$0.00** |
| Remaining Balance | **$0.00** |

REORDERED ON 1-19-24

# Orders updated. You're all set!

Review Orders    Creating Document    Submitting for Signing    Completed

Please check your inbox for email(s) to complete
the e-signatures required to update your contracts
and complete your modified order(s)



VAN'S AIRCRAFT
TOTAL PERFORMANCE

VANS AIRCRAFT, INC

14401 N E KEIL RD
AURORA, OR 97002

# Invoice

## 320909

 

| Customer | 83962 |
|---|---|
| | GOMEZ, EDGARDO |
| | PO BOX 1392 |
| | TEMECULA, CA 92593 |
| | US |

Telephone. 714 349 7120

Email· edgo2@msn com

| Shipping address | GOMEZ, EDGARDO |
|---|---|
| | FRENCH VALLEY AIRPORT BLDG. |
| | 82 HANGAR 25 |
| | 37840 SKY CANYON DR |
| | MURRIETA |
| | CA |
| | UNITED STATES |
| | 92563 |

Shipping Instructions.    ABF 145166472

Tracking Number:

| Sales Order | Invoice Date | Order Date | Order Terms | Salesperson | Purchase Order |
|---|---|---|---|---|---|
| 223286 | 05/24/24 | 11/02/22 | PAID | Jake | FIN |

| Stock code | Description | Ship quantity | Unit price | Gross amount |
|---|---|---|---|---|
| RV-8 FINISH KIT | === STANDARDIZED KIT =============== | 1 | 12,850 00 | 12,850.00 |
| AIRFRAME KIT 50% CAP | PRICE ADJUSTMENT | 1- | 400,00 | 400 00- |
| 8 FIN COWL KIT-IO | COWL KIT W/O SCOOP | 1 | 0 00 | 0 00 |
| WD-801-D1-PC | DYNA 1 ENG MNT.   * | 1 | 0 00 | 0.00 |
| DELETE SPINNER | | 1- | 120 00 | 120 00- |

------ Payment Method ------

DEPOSIT            13408 88

Total payment        13408 88

Invoice amount        13408 88

Change given           0 00

# NOTES

| | |
|---|---|
| Total gross. | 12,330.00 |
| Total discount: | 0.00 |
| Total tax· | 1,078.88 |
| Total freight. | 0.00 |
| Less Payment | 13,408.88 |
| Net amount due: | 0.00 |

CURRENCY USD



**VAN'S AIRCRAFT**
T O T A L   P E R F O R M A N C E

14401 Keil Road NE, Aurora, Oregon, USA 97002
PHONE 503-678-6545 • FAX 503-678-6560
www.vansaircraft.com • info@vansaircraft.com

## Congratulations on the shipment of your kit!

Obviously, we want your kit to arrive safely and in one piece; however, sometimes, damage occurs during shipping. It is <u>extremely important</u> that you catch these things upon delivery! Here are the top tips for receiving your kit.

First, carefully examine your crate upon arrival. Look for any outside damage (including the bottom of the crate). **Note the damage to your copy of the Bill of Lading before you sign. Take photos of the exterior damage as it is being unloaded, from all angles.**

**Make sure you visually confirm that the driver has noted the crate as damaged on their copy of the paperwork or on their handheld device.** Sometimes, drivers will claim they are unable to mark a shipment as damaged, this is untrue. **Never** accept the driver's word that they will note the damage on their end later.

Second, it is important to know that our crates are very well made, and even if the crate looks destroyed, a lot of the time, the actual parts inside are safe.

**\*\*\*VERY IMPORTANT: You must keep the damaged items in your possession for 30 days in case the freight company would like to inspect your items.**

**You are responsible for making the claim with the freight company.** You can order the damaged parts from Van's Aircraft, Inc. and Van's Aircraft, Inc. will charge/ship you the parts that are needed. Once you have the invoice/receipt from Van's Aircraft, Inc. on what you paid for the parts plus shipping, you can use this for your damage claim with the freight company.

Freight companies will need pics of crate/parts that are damaged with a copy of packing list, bill of lading, and invoice.

Please contact <u>jamilyn@vansaircraft.com</u> if you have any freight damage questions.



**VAN'S AIRCRAFT**
TOTAL PERFORMANCE

14401 Keil Road NE, Aurora, Oregon, USA 97002
PHONE 503-678-6545 • FAX 503-678-6560
www.vansaircraft.com • info@vansaircraft.com

**Dear RV Builder: You are receiving this because your kit is in the process of being shipped!**

We have shipped your kit or parts using the freight company which had the best rates for your shipment, and they will email you your Bill of Lading with your tracking number. The freight company has been instructed by Van's Aircraft to call you prior to delivery to set up a day and time for delivery and/or pickup from their terminal.

Freight can be shipped collect or prepaid, depending on the transport company  If this is a collect shipment (noted as COD) on your Bill of Lading, you will pay the freight company upon delivery. If the charges are prepaid, either your credit card will or has been billed, or you will be invoiced on a net 30 basis for the freight costs. *Note: Prepaid shipments might cost more due to Van's Aircraft, Inc additional processing fees.

**IMPORTANT:**
Contained in your crate is a packing list which details all parts included in the kit. The items marked **B/O** were out of stock at the time of shipment and will be forwarded to you as soon as possible. Upon delivery of your kit, **you are given 30 days in which to inventory.** We do not accept responsibility for shortages reported **more** than 30 days after receipt of the kit.

Within this timeframe, if you find shortages **other than those noted as b/o**, please contact orders@vansaircraft.com or call the **parts** department, 503 678 6545 **option** 1.

If you have to re-order parts for whatever reason, please use the part numbers that were provided on the packing list sent with the kit. We are always making changes in inventory, and there could be several styles of the part to choose from. Note the quantity as indicated on the list and determine how much/many you need before you call in your order. We cannot accept orders such as "enough angle to re-do the elevator," "all the parts for an aileron," or "ask one of the tech support members to figure it out." All the information you need to formulate your order is available to you, either on the packing list or on our webstore.

**Support is available to answer your building questions by phone from 7:30 to 9:30 AM, and 3:00 to 4:00 PM PST, Monday thru Friday, and all day by emailing support@vansaircraft.com**

**TRUCKING COMPANY PHONE NUMBERS:**

| | | | |
|---|---|---|---|
| ABF FREIGHT: | 1-800-367-2237 | FEDEX FREIGHT | 1-800-845-4647 |
| XPO LOGISTICS | 1-800-755-2728 | OIA GLOBAL | 1-855-642-3973 |
| STEWART TRANSPORT | 1-602-283-2777 | GEO S BUSH | 1-503-228-6501 |
| OLD DOMINION | 1-866-905-6335 | SAIA | 1-800-765-7242 |
| LYNDEN INTL: | 1-503-257-8870 | UPS: | 1-206-288-2940 |

# Van's Aircraft Contact Emails

kits@vansaircraft.com
Airframe kit/contract purchase agreements including EMP / WING / FUSE / FIN / QB / ENGINE / PROP

kitstatus@vansaircraft.com
Status of the kits

orders@vansaircraft.com
Inventory discrepancies, backorders, parts/accessory orders you cannot complete via the web store
https://store.vansaircraft.com/

support@vansaircraft.com
Tech Support guidance should you encounter build difficulty.

registrations@vansaircraft.com
Transfer of ownership & Bill of Sale upon completion of your RV

jamilyn@vansaircraft.com
International/Domestic Freight inquiries/Damage Freight claims



**VANS AIRCRAFT, INC .**

14401 N.E. KEIL RD.
AURORA, OR  97002

# Order Acknowledgement

## 223286

\* 83962\*

1

\* 223286\*

| Customer: | 83962 |
|-----------|-------|
| | GOMEZ, EDGARDO |
| | PO BOX 1392 |
| | TEMECULA, CA  92593 |
| | US |
| Telephone: | 714 349 7120 |
| Email: | edgo2@msn com |

| Shipping address: | GOMEZ, EDGARDO |
|-------------------|----------------|
| | FRENCH VALLEY AIRPORT BLDG . 82 |
| | HANGAR 25 |
| | 37840 SKY CANYON DR |
| | MURRIETA, CA  92563 |
| | UNITED STATES |
| Shipping Instructions | TRUCK |

| Sales Order | Order Date | Order Terms | Balance | Salesperson | Purchase Order |
|-------------|-----------|-------------|---------|-------------|----------------|
| 223286 | 11/02/22 | NET B4 DEL | 4,311 94 | Jake | FIN |

| Stock code | Description | Bin | Order quantity | Unit price | Gross amount |
|------------|-------------|-----|----------------|-----------|--------------|
| RV-8 FINISH KIT | === STANDARDIZED KIT =======' | | 1 | 12,850.00 | 12,850.00 |
| AIRFRAME KIT 50% CAP | PRICE ADJUSTMENT | | 1- | 400.00 | 400.00- |
| 8 FIN COWL KIT-IO | COWL KIT W/O SCOOP | | 1 | 0.00 | 0.00 |
| WD-801-D1-PC | DYNA 1 ENG.MNT.   * | F2A | 1 | 0.00 | 0.00 |
| DELETE SPINNER | | | 1- | 120.00 | 120.00- |

------- Deposit Receipt -------

Deposit amount        7096 94

Paid as   WEB CREDIT CARD PAYMENTS

Total deposit        9096 94

Thanks for submitting your payment  If you provided an email address, please check your email account for a transaction receipt from our payment processor, Authorize net

Print or save a copy of this page for your records  The information shown below has been submitted to Van's Aircraft

**What is the purpose of this payment?**

Balance payment on a kit

**Order/Statment Number**

223286

**Kit serial number**

83962

**Notes**

final payment for finishing kit

**Your Name**

EDGARDO GOMEZ

**Email**

~~[illegible]~~

**Phone**

(714) 349-7120

**Credit Card Billing Address**

PO  BOX 1392
TEMECULA, California 92593
United States
Map It

**Credit Card**

# PAYMENT RECEIVED: EDGARDO GOMEZ $4,311.94

## Hughes, Greg (Kit Sales) <kits@vansaircraft com>

Fri 5/17/2024 5 36 PM
To GOMEZ, EDGARDO <edgo2@msn com>

## WEB PAYMENT RECEIVED

**What is the purpose of this payment?**

Balance payment on a kit

**Order /Statment Number**

223286

**Kit serial number**

83962

**Notes**

final payment for finishing kit

**Your Name**

EDGARDO GOMEZ

**Email**

edgo2@msn.com

**Phone**

(714) 349-7120

**Credit Card Billing Address**

PO. BOX 1392
TEMECULA, California 92593
United States
Map It

**Credit Card**

Visa
XXXXXXXXXXXXJ760

**Order**

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Amount to authorize and charge: | 1 | $4,311.94 | $4,311.94 |
| | | Sub Total | $4,311.94 |
| | | Total | $4,311.94 |

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information  Any unauthorized review  use, disclosure or distribution is prohibited  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message  If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator

This email is a service from Van's Aircraft  Delivered by Zendesk

# Transaction Receipt from Vans Aircraft Inc for $4311.94 (USD)

**Auto-Receipt** <noreply@mail.authorize net>
Fri 5/17/2024 5 36 PM
To edgardo gomez <edgo2@msn com>

| | |
|---|---|
| Description | Make a Secure Payment |
| Invoice Number | 664795978e735 |

**Billing Information**                          **Shipping Information**
edgardo gomez
PO BOX 1092
TEMECULA, California 92593
United States
edgo2@msn com
(714) 349-7120

| Item | Name | Description | Qty | Taxable | Unit Price | Item Total |
|---|---|---|---|---|---|---|
| 8 | Amount to authorize and charge | | 1 | Y | $4311.94 (USD) | $4311 94 (USD) |

**Total:  $4311.94 (USD)**

| | |
|---|---|
| Date/Time | 17-May-2024 10 36 23 PDT |
| Transaction ID | 120441783973 |
| Payment Method | Visa xxxx1760 |
| Transaction Type | Purchase |
| Auth Code | 08734D |

Vans Aircraft Inc
Aurora, OR 97002
US
greg@vansaircraft com



**VANS AIRCRAFT, INC.**

14401 N.E. KEIL RD.
AURORA, OR  97002

**Deposit Receipt**

320167

| Customer | 83962 |
|---|---|
| | GOMEZ, EDGARDO |
| | PO BOX 1392 |
| | TEMECULA, CA  92593 |
| | US |

Telephone:  714 349 7120

Email  edgo2@msn.com

Shipping address:  GOMEZ, EDGARDO
FRENCH VALLEY AIRPORT BLDG.
82 HANGAR 25
37840 SKY CANYON DR
MURRIETA
CA
UNITED STATES
92563

Shipping Instructions:  TRUCK

Tracking Number:

| Sales Order | Invoice Date | Order Date | Salesperson | Purchase Order |
|---|---|---|---|---|
| 223286 | 05/17/24 | 11/02/22 | Jake | FIN |

| Stock code | Description | Warehouse | Ship quantity | Unit price | Gross amount |
|---|---|---|---|---|---|

------ Deposit Receipt ------

Deposit amount      4311 94

Paid as   WEB CREDIT CARD PAYMENTS

Total deposit      13408 88

## NOTES



| | Imperfection | Cause | Remedy | Action |
|---|---|---|---|---|
| A | None | None | None | None |
| B | Cut head | Improperly held tools | Hold riveting tools firmly against work | Replace rivet |
| C | Excessively flat head, resultant head cracks | Excessive driving, too much pressure on bucking bar | Improve riveting technique | Replace rivet |
| D | Sheet separation | Work not held firmly together and rivet shank swelled | Fasten work firmly together to prevent slipping | Replace rivet |
| E | Sloping head | a. Bucking bar not held firmly<br>b. Bucking bar permitted to slide and bounce over the rivet | Hold bucking bar firmly without too much pressure | Replace rivet |
| F | Buckled shank | Improper rivet length, and E above | E above and rivet of proper length | Replace rivet |

**Figure 4-97.** *Rivet defects.*

holes show elongation, replace the rivets with the next larger size. Sheet failures such as tear-outs, cracks between rivets, and the like usually indicate damaged rivets. The complete repair of the joint may require replacement of the rivets with the next larger size.

The general practice of replacing a rivet with the next larger size (¹⁄₃₂-inch greater diameter) is necessary to obtain the proper joint strength of rivet and sheet when the original rivet hole is enlarged. If the rivet in an elongated hole is replaced by a rivet of the same size, its ability to carry its share of the shear load is impaired and joint weakness results.

### Removal of Rivets

When a rivet has to be replaced, remove it carefully to retain the rivet hole's original size and shape. If removed correctly, the rivet does not need to be replaced with one of the next larger size. Also, if the rivet is not removed properly, the strength of the joint may be weakened and the replacement of rivets made more difficult.

When removing a rivet, work on the manufactured head. It is more symmetrical about the shank than the shop head, and there is less chance of damaging the rivet hole or the material

around it. To remove rivets, use hand tools, a power drill, or a combination of both.

The procedure for universal or protruding head rivet removal is as follows:

1.  File a flat area on the head of the rivet and center punch the flat surface for drilling.

    *Note:* On thin metal, back up the rivet on the upset head when center punching to avoid depressing the metal.

2.  Use a drill bit one size smaller than the rivet shank to drill out the rivet head.

    *Note:* When using a power drill, set the drill on the rivet and rotate the chuck several revolutions by hand before turning on the power. This procedure helps the drill cut a good starting spot and eliminates the chance of the drill slipping off and tracking across the metal.

3.  Drill the rivet to the depth of its head, while holding the drill at a 90° angle. Do not drill too deeply, as the rivet shank will then turn with the drill and tear the surrounding metal.

    *Note:* The rivet head often breaks away and climbs

if an excessively small rivet diameter is selected for thick material, the shear strength of the rivet is not great enough to carry the load of the joint. As a general rule, the rivet diameter should be at least two and a half to three times the thickness of the thicker sheet. Rivets most commonly chosen in the assembly and repair of aircraft range from ³⁄₃₂-inch to ⅜-inch in diameter. Ordinarily, rivets smaller than ³⁄₃₂-inch in diameter are never used on any structural parts that carry stresses.

The proper sized rivets to use for any repair can also be determined by referring to the rivets (used by the manufacturer) in the next parallel row inboard on the wing or forward on the fuselage. Another method of determining the size of rivets to be used is to multiply the skin's thickness by 3 and use the next larger size rivet corresponding to that figure. For example, if the skin is 0.040 inch thick, multiply 0.040 inch by 3 to get 0.120 inch and use the next larger size of rivet, ⅛-inch (0.125 inch).

When rivets are to pass completely through tubular members, select a rivet diameter equivalent to at least ⅛ the outside diameter of the tube. If one tube sleeves or fits over another, take the outside diameter of the outside tube and use one-eighth of that distance as the minimum rivet diameter. A good practice is to calculate the minimum rivet diameter and then use the next larger size rivet.

Whenever possible, select rivets of the same alloy number as the material being riveted. For example, use 1100 and 3003 rivets on parts fabricated from 1100 and 3003 alloys, and 2117-1 and 2017-T rivets on parts fabricated from 2017 and 2024 alloys.

The size of the formed head is the visual standard of a proper rivet installation. The minimum and maximum sizes, as well as the ideal size, are shown in *Figure 4-76*.

## Installation of Rivets

### Repair Layout

Repair layout involves determining the number of rivets required, the proper size and style of rivets to be used, their material, temper condition and strength, the size of the holes, the distances between the holes, and the distance between the holes and the edges of the patch. Distances are measured in terms of rivet diameter.

### Rivet Length

To determine the total length of a rivet to be installed, the combined thickness of the materials to be joined must first be known. This measurement is known as the grip length. The total length of the rivet equals the grip length plus the amount of rivet shank needed to form a proper shop head.

The properly formed shop head equals one and a half times the diameter of the rivet shank. Where A is total rivet length, B is grip length, and C is the length of the material needed to form a shop head, this formula can be represented as $A = B + C$. *[Figure 4-76]*

### Rivet Strength

For structural applications, the strength of the replacement rivets is of primary importance. *[Figure 4-77]* Replace rivets with those of the same size and strength whenever possible. If the rivet hole becomes enlarged, deformed, or otherwise damaged; drill or ream the hole for the next larger size rivet. However, make sure that the edge distance and spacing is not less than minimums listed in the next paragraph. Rivets may not be replaced by a type having lower strength properties, unless the lower strength is adequately compensated by an increase in size or a greater number of rivets. For example, it is acceptable to replace 2017 rivets of 3/16 inch diameter or less, and 2024 rivets of 5/32 inch diameter or less with 2117 rivets for general repairs, provided the replacement rivets are 1/32 inch greater in diameter than the rivets they replace.

The 2117-T rivet is used for general repair work, since it requires no heat treatment, is fairly soft and strong, and is highly corrosion resistant when used with most types of alloys. Always consult the maintenance manual for correct rivet type and material. The type of rivet head to select for a particular repair job can be determined by referring to the



**Figure 4-76.** *Rivet formed head dimensions.*



Report                                    ke        Reply



N8411S

**jack202020**
I'm New Here

**jack202020 said:**

RV-10 Empennage for sale.

Tailcone mostly complete. Horizontal and Vertical Stabilizers complete. All Van's recommended LCP parts are in hand. No parts replaced. 183 hours, all steps logged.

Stopped with LCP and Vans Bankruptcy. Ended up buying into a Cherokee Six during that time. Asking $7000 OBO. Warsaw Indiana.

I also have tools (DDRT2, manual squeezer, dies, rivet gun, tungsten bucking bar), and am willing to sell with the tail, not separate, for an additional price.

Home    Forum    1



Support the definitive community for RV builders and enthusiasts — upgrade your account today!

View upgrades

You get a badge showing your support and some tiers unlock additional features, ad-free viewing, and access to an exclusive forum.

Home 〉 Forums 〉 Main 〉 **Classifieds** 〉

# RV-12iS Wing, Empennage, and Fastener kits for sale

👤 JP4 · 🕐 Nov 20, 2024

   

| Jump to new | Watch |

Nov 20, 2024 ⚲ #1

**J**

**JP4**
Member

Patron

I bought a flying airplane, so I'm looking to sell these RV-12iS kits.

Wing kit with dual landing lights, no LCP, not started.

Empennage kit, barely started, has some LCP, but all required parts replaced.

Full fastener kit.

Kits are inventoried and still crated. $8,995 local pickup or I can assist in delivery within a few hours of Hood River, OR. Vans current pricing before crating $20,525



Support the definitive community for RV builders and enthusiasts — upgrade your account today!

View upgrades

You get a badge showing your support and some tiers unlock additional features, ad-free viewing, and access to an exclusive forum.

Home › Forums › Main › **Classifieds** ›

---

# 2024 RV8 For Sale, Un painted 80 Hrs TT. $195,000

👤 YellaDawg · 🕐 Nov 28, 2024

   

| Jump to new | Watch |
|---|---|

Nov 28, 2024                                                                  #1

QuickBuild with all Showplanes' Mods: Fastback, Tip Over Canopy, extended cowl. Pre LCP and Primer Wash issues.

-Lycoming IO390 EXP 119 215HP

-Dual PMags

-Vetterman exhaust

-13 row oil cooler with Showplanes mount

-Hartzell aerobatic aluminum 74" Constant Speed prop

**YellaDawg**
Well Known
Member

Sponsor

Home    Forum    1



Support the definitive community for RV builders and enthusiasts — upgrade your account today!

View upgrades

You get a badge showing your support and some tiers unlock additional features, ad-free viewing, and access to an exclusive forum.

Home ⟩ Forums ⟩ Main ⟩ **Classifieds** ⟩

# RV-14A Empennage and Wing - price reduced

👤 ericp · 🕐 Nov 9, 2024

   

Watch

Nov 9, 2024                                                                #1

**E**

**ericp**
I'm New Here

Patron

Completed RV14A Empennage and not yet started wing kit for sale in San Ramon, CA. Empennage has no known LCPs and wing has replacement components from Vans. Price reduced to $12K OBO for both.

Attachments

Home    Forum    1



Support the definitive community for RV builders and enthusiasts — upgrade your account today!

[ View upgrades ]

You get a badge showing your support and some tiers unlock additional features, ad-free viewing, and access to an exclusive forum.

Home  >  Forums  >  Main  >  **Classifieds**  >

# RV7 Kits 4 Sale

👤 FreedomRV8 · 🕐 Nov 5, 2024

   

[ Watch ]

Nov 5, 2024                                                                    #1

**F**

**FreedomRV8**
I'm New Here

[ Patron ]

Empennage and Wing Kits for sale $15,500. NO laser cut parts. Opened only to inventory. Pick up or will deliver up to 300 miles In original crates. Located Central Arkansas. Jerry Landis. Landis Aviation, LLC Searcy AR. Telephone 501-231-0858 * 501-593-0263

Report                                                    [ Like ]   [ Reply ]



Support the definitive community for RV builders and enthusiasts — upgrade your account today!

View upgrades

You get a badge showing your support and some tiers unlock additional features, ad-free viewing, and access to an exclusive forum.

Home > Forums > Main > **Classifieds**

# RV-9 partial kit for sale - no laser cut parts

&#x1F464; kjsifer · &#x1F552; Dec 3, 2024

   

Jump to new | Watch

Dec 3, 2024                                                    #1

**K**

**kjsifer**
I'm New Here

Patron

Cleaning out the hangar. I have too many airplanes and projects. I have decided it may be years before I get to this so decided to go ahead and sell it. This is a partial kit. No laser cut parts! Includes wings partially done and empennage kit, already done. Fuel tanks already done. Includes build manuals and a bunch of extras for building. Asking $15k or best offer. Looks at Van's website. This would cost you almost 30k if you buy from Van's right now!! I'm

Outlook

EG

Q Search

### Folders

| | |
|---|---|
| 📥 Inbox | 1574 |
| 📧 Junk Email | 4 |
| 📝 Drafts | 2 |
| ▷ Sent Items | |
| 🗑 Deleted Items | 216 |
| 🗄 Archive | |
| 📒 Notes | |
| 📁 CAP | |
| 📁 Conversation History | |

### Groups

New group

#### Home   View   Help

✉ New mail ⌄   🗑 Delete ⌄   🗄 Archive   🧹 Sweep   📨 Move to ⌄   ⓘ Report ⌄   ←

✕  ‹  ›

## Van's Aircraft Invitation to Revised Order Portal

V   V:   ↩  ↩  ↪  🗑  👤  🔲  ⋯

To: You                         Mon 12/18/2023 10:03 PM

### Invitation to the Van's Aircraft Order Portal

**VAN'S AIRCRAFT**
TOTAL PERFORMANCE

Dear  EDGARDO GOMEZ,

On December 4, 2023, Van's Aircraft filed for protection under Chapter 11 of the federal bankruptcy code, a key step in the reorganization of the company. This action allows Van's to remain open, while making important changes to ensure our future stability and success.

At the time of filing for Chapter 11 protection, Van's had hundreds of kit orders which had not yet been delivered. These orders contain terms, conditions, and pricing that Van's cannot perform, and these orders must be modified or cancelled. You have received this notice because you have at least one order and deposit → PAID in FULL with us for the purchase of a kit.

Please use the link below to create you account and access a website, which will display information about

Outlook                    🔍 Search                                          EG

☰  **Home**    View    Help

✉ New mail ⌄    🗑 Delete ⌄    ▭ Archive    🧹 Sweep    🗐 Move to ⌄    ⓘ Report ⌄    ←  ⌄

⌄ **Folders**                                    ✕  ‹  ›

📥 Inbox                    1574

✉ Junk Email                  4          **RV-8 FIN KIT 83962**

📝 Drafts                      2
                                        JD    Jₐ ↩  ⤺  ⤻  🗑  👤  🔳  ⋯
▷ Sent Items
                                              To: You              Thu 8/24/2023 6:25 PM
🗑 Deleted Items            216
                                        Hello Hugo,
▭ Archive
                                        I've reached out to our crating
▱ Notes                                 department regarding your Finish Kit. I
                                        can confirm we do have your Finish Kit in
▭ CAP                                   the warehouse and we're currently
                                        waiting on cowlings from our vendors for
▭ Conversation History                  RV-8's at the moment.

                                        Our fiberglass vendor recently
⌄ **Groups**                            experienced a warehouse fire which
                                        affected their production schedules. We
    New group                           are expecting a few batches to arrive in
                                        the coming weeks and will reach out
                                        once your kit is ready to ship.

                                        Feel free to reach out to me if you have
                                        any questions.

                                        All the best,

                    JACOB DANIELS
                                        Kit Sales, Van's Ai
**VAN'S AIRCRAFT**                      jake@vansaircraft
TOTAL PERFORMANCE                       --
                                        (503) 678-6545 op
                                        www.vansaircraft.(
                                        14401 Keil Road N
                                        Aurora, Oregon 97
                                        f 📷 ▶ 🐦 in

This email message is for the sole use of the intended
recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or



Edgardo Gomez
Serial #· 83962

This order is under review by our team                                              ×

# Request Replacement Laser Cut Parts

Please select a kit below to review the list of laser-cut parts that may have been included in each of your kit(s). You will be able to specify the replacement parts you wish to receive and select a quantity for each part, up to the number that are shipped with that kit.

**Van's has placed priority on the manufacturing of parts classified as "Replacement Recommended."** These parts will be provided free of charge.

Production of "Acceptable for Use" parts is lower priority relative to those recommended for replacement. As such, they may or may not be available to ship at the same time as the higher-priority parts. "Acceptable for Use" parts are functionally equivalent to CNC punched parts and meet the required specifications for use in the aircraft. The purchase price for these parts equals the current price less a 25% discount, which has already been applied in the prices shown.

Please make your selections and save your requested list of replacement parts. When the parts are in stock, we will reach out to you to confirm your order. Please note that fulfilling replacement parts orders for all customers will take some time. Your patience throughout this process is greatly appreciated.

## Select a Kit to Review

| | Kit | Parts | Order ID | Status |
|---|---|---|---|---|
| ◉ | RV-8/8A WING KIT-1 | 12 | | Pending |
| ○ | RV-8 FUSELAGE KIT-1 | 0 | | Pending |

You are editing your order for  RV-8/8A WING KIT-1
Choose another kit

## Do you want to order replacement parts for this kit?

determine parts applicability before requesting replacement components. Some of these notations indicate that Van's Aircraft's Engineering team will be developing an alternative part replacement (additional part(s) that can be added instead of part removal/disassembly). These engineering solutions are currently being developed. Delivery timeframes for these solutions will depend on the complexity of the part(s). We will communicate with applicable customers when options become available.

## Parts

INBD WING RIB
SKU: W-710-L
Price: $0.00

Quantity: [ 0 ] *max: 1*

ADD

FLAP BRACE
SKU: W-721-R
Price: $0.00

Quantity: [ 0 ] *max: 1*

ADD

INBD WING RIB
SKU: W-710-R
Price: $0.00

Quantity: [ 0 ] *max: 1*

ADD

FLAP BRACE
SKU: W-721-L
Price: $0.00

Quantity: [ 0 ] *max: 1*

ADD

## Select Parts - Acceptable for Use

than any edge. This is true of both punched and laser-cut parts, resulting in an assembly that has the same susceptibility to fatigue.

**Q: Alternate solutions have been proposed in place of part replacement, when will those be available and what locations? In what order are they being completed?**

Alternate solutions are being developed for difficult-to-replace components, and are prioritized by the largest number of kits affected. This has focused our initial effort on the RV-10 and RV-14.

Wings, ailerons, and flaps will require the replacement of Red-labelled/classified components, no alternative solutions will be developed. Service information will be released that provides instructions for replacement and the initial timeline for replacement. This documentation is not required to replace these components, builders can proceed with replacement at their discretion.

There is no alternative being developed for Yellow-labelled components that support boarding step loads, these are the parts located in the baggage area on numerous aircraft. Builders should continue to inspect these areas over time.

All alternative solutions are developed to:

- Reduce stresses
- Reduce rivet loads
- Provide redundant load paths

These will increase the fatigue life of the components to be as good or better than the punched equivalent.

Alternate Solutions:



14401 Keil Road NE, Aurora, Oregon, USA 97002
PHONE 503-678-6545 • FAX 503-678-6560
www.vansaircraft.com • info@vansaircraft.com

# SERVICE LETTER 00091 - REV 1

| | |
|---|---|
| **Date Released:** | November 11th, 2023 (REV 1) |
| **Date Effective:** | November 9th, 2023 |
| **Subject:** | Laser Cut Parts and Certification of Aircraft |
| **Affected Models:** | All RV models with installed laser cut parts classified as "replacement recommended" See VAD-10041 Laser Cut Parts List |
| **Required Action:** | Inspection of parts labelled "replacement recommended" until further update |
| **Time of Compliance:** | See the Synopsis section below |
| **Supersedes Notice:** | None |

**Labor Required / SLSA Warranty Allowance:**  None at this time

| | |
|---|---|
| **Level of Certification:** | SLSA: LSA Repairman Maintenance or A&P ELSA: Owner (certification not required) *Check the rules of the local controlling authority/agency and the operating limitations for your aircraft.* |

## Synopsis:

The FAA issued an email notification to its inspectors related to certification of RV aircraft containing laser cut parts in "critical structures." These parts are classified as "replacement recommended" in the Laser Cut Parts List (VAD-10041) as published by Van's Aircraft. Laser cut parts were produced for Van's Aircraft by an outside supplier from January 2022 to June 2023. All testing to date has shown that there is no immediate airworthiness concern for aircraft with laser cut parts. In addition, there is no immediate need to replace laser cut parts that are already installed in an aircraft prior to inspection for certification. Van's Aircraft has conducted an analysis of the airworthiness and service life of these parts. A summary of this investigation, "Laser-Cut Parts Engineering Evaluation," is available on the Van's Aircraft website.

Van's Aircraft is in the process of planning its parts replacement program and will release further information regarding the method and time of compliance for inspection, repair or replacement of laser cut parts.

Aircraft with "replacement recommended" laser cut parts may continue to be certified and operated.

14401 Keil Road NE, Aurora, Oregon, USA 97002
PHONE 503-678-6545 • FAX 503-678-6560
www.vansaircraft.com • info@vansaircraft.com

# Laser-Cut Parts Engineering Evaluation

September 24, 2023

## Introduction

Following reports from the field of irregular holes and cracked dimples in laser-cut sheet metal parts, an investigation was conducted to review the prevalence of these defects and the effect they have on the structure of aircraft parts and assemblies. The service-life of laser-cut structures has been evaluated through conservative analysis, computer simulations and mechanical testing of representative structural joints, sub-assembly details, and full assemblies. Based on the results of analysis and testing, Van's Aircraft has classified each part that was manufactured via the laser-cutting process into two categories: Parts that are Recommended for Replacement and parts that are Acceptable for Use. These classifications have been made out of an abundance of caution, and all parts classified as Acceptable for Use are functionally equivalent to punched parts.

From January 2022 through June 2023, Van's had certain parts manufactured using a laser-cutting process. These parts make up a portion of the internal structure, made of .040" aluminum or thinner, primarily: ribs, frames, and bulkheads. Note that skins, wing spars, and wing spar doublers were never produced using laser cutting. Rather, those parts were, and are, produced using the CNC punching or CNC machining processes that Van's has employed for many years.

## Stress and Fatigue Life

The primary concern related to irregular holes and/or cracked dimples is what effect these have → *SUCH AS RIVET* on the service life of a part through metal fatigue. *DRILL OUT TO REPLACE A PART*

Fatigue is a phenomenon that affects all aluminum structures, regardless of stress level. Any amount of load applied to aluminum a sufficient number of times will eventually result in a fatigue crack. Fatigue life is finite, and a small portion of that part's life is used during every loading cycle, and is directly related to the magnitude of the stress developed. In any particular part the non-uniform application of load, the detailed design characteristics, and the nature of how that load is reacted will result in dramatically varied stresses. The point of highest stress will be the location where the fatigue life will be exhausted first, resulting in a fatigue crack.

In round numbers, a given reduction in stress increases the service life of a part exponentially; to the power of four. For example, for each 50% reduction in stress, the predicted service life of a part increases 16 times. The graph below illustrates this concept.





- Dimpled holes
- Machine-countersunk holes
- Non-dimpled holes
- Nested dimpled/countersunk holes
- Double-shear joints
- Non-reversing loads
- Reversing loads
- Combined shear and tension loads

Test samples were designed to highlight the worst-case fatigue properties for the laser-cut holes. Each sample contained multiple fasteners, and the failure of any hole would conclude the test. For example, a double-shear rivet test sample contains 8 rivets and is simultaneously testing 16 laser-cut holes. This conservatively establishes a sample life that is based on the worst of the group.

This partner company also provided detailed assessment of the metallurgy surrounding the laser-cut edges of dimpled and un-dimpled fastener holes.

**Airframe Service Life Analysis**
While analyzing the service life of an aircraft, criticality of the structure, stress levels, and the expected loading cycles were determined.

Structural assemblies were analyzed and classified as Primary Structure and Secondary Structure based on their application, relationship to flight loads, and criticality to the safe operation of the aircraft. Primary Structure is essential in maintaining the overall structural integrity of the airplane.

To identify high-stress locations and highly-loaded fastener holes, Van's Aircraft performed traditional mathematical analysis and computer simulations using Finite Element Analysis (FEA). This was done at the major assembly scale and refined to the smallest details. When analyzing stress levels, features such as relief notches between formed rib flanges typically exhibited the highest levels of stress, much greater than stresses observed at the fastener holes. Of note, fleet history has not indicated fatigue cracking occurs at these locations.

Many parts serve their function at stresses and loads far below that which would make them susceptible to fatigue damage. These are cases where the parts do not directly resist major portions of flight or ground loads and are often functioning to stabilize Primary Structure (typically the skins and spars of the airframe). This stabilizing structure is used to maintain shape and prevent buckling of another part, which increases that primary component's ability to resist compression or shear loads. At the mild stresses developed in these stabilizing parts, the laser-cut components are functionally equivalent to punched components, both have an unreasonably remote possibility of ever developing fatigue cracking in service.

To conservatively estimate the rate at which an aircraft would use the fatigue life of its most highly loaded components, an extreme use case was selected. Well beyond what is reasonable, and far beyond any known to Van's Aircraft, this was a theoretical aircraft spending 50% of flight time in flight-school operations, and 50% of flight time performing constant aerobatic maneuvers up to the design limits of the aircraft. This loading spectrum (load intensities and load cycle rates) was developed from real-world data (a survey of multiple RV's used in aerobatic airshow routines). The resulting aircraft model assumes a reduction of fatigue life at a rate more than 25 times that of an aircraft used in flight-school conditions alone.

Using this conservative aircraft model, an assessment was then made to determine at what stress level structures became susceptible to fatigue damage using the identified loading spectrum. Each part was then classified as needing replacement or acceptable for use.

Had we used a less conservative estimate of the loading spectrum closer to real-world use, the result would have been a dramatically longer life, proportional to the realistic use of the airplane. A review of a single flight where aerobatics are performed will typically include less than 10



All customers, building or flying, should plan to replace the components marked for replacement in the laser-cut part list, or install additional parts developed by Van's as alternatives to replacement. In some instances, the Van's Engineering team will develop alternate solutions that may be installed instead of a complete part replacement. These alternate solutions will reduce workload significantly while also addressing any potential issues.

For flying aircraft, Van's Aircraft will provide further guidance including a time limit for part replacement after further testing and analysis has been conducted.

**Quickbuild Kits**
Several customers are waiting to receive quick build kits. Some of those kits are located in the Van's Aircraft warehouse and others are still in transit from our quick build assembly facilities. We intend to update these kits before shipment to the customer. This will involve replacing the parts that are recommended for replacement and/or installing alternate engineering solutions. The large number of kits to be reworked, combined with limited manpower, will result in extended lead-times. In addition, we are pursuing alternate resources to rework kits to help reduce lead times. This process will take time and we will communicate updates to quickbuild customers.

Many quick build kits require limited rework and a small number of parts that will need to be updated. If desired by the customer, to reduce lead time Van's will deliver those kits requiring limited rework to a customer along with the punched replacement parts. In instances where parts are complex to replace, the preferred solution will be to install parts developed to simplify and reduce the level of disassembly necessary.  Please review the laser-cut parts list and your kit to become familiar with how involved a repair may be.

**RV-12 Update**
Fatigue testing has shown a lifespan of RV-12 parts that is significantly beyond the expected life of an airplane. A full aircraft sub-assembly with laser-cut components was tested through an accelerated life test representative of 30,000 hours of flight training use. This test was concluded with no deformation, failure, or detectable change to the assembly.

Accelerated life testing using representative samples, of various configurations, has shown a very long service life can be expected. This testing of highly-loaded rivets demonstrates that the rivet will fatigue before the hole, regardless of whether the fastener hole was punched or laser-cut. Lightly-loaded fastener holes will fatigue before the rivet, but have a dramatically longer fatigue life that is many multiples of the life of an aircraft. For these reasons, we determined that there is more than sufficient life for RV-12 aircraft utilizing laser-cut parts.

We have evaluated and classified the laser-cut components of the RV-12, and out of an abundance of caution we recommend the replacement of the following trim system components: F-1211D, F-1287A-1, F-1287D, and HS-1220. Service information along with a life limit for these parts will be forthcoming. For now, you may continue to fly your aircraft. The Laser Cut Parts List has been updated to include these RV-12 parts.

**Summary**
To reiterate, laser-cut parts have been classified using conservative assumptions and with an abundance of caution. Once the parts that Van's has recommended for replacement are addressed, the remaining laser-cut parts are secondary structure or lower, are functionally equivalent to punched parts, and are acceptable for use.

The analysis of fatigue life in these remaining parts is based on peak stress, from test data that uses worst-case outliers and statistical offsets. The calculated expected life is much greater.

It is very unlikely a fatigue crack should ever develop. However, should that happen RV structure will allow for ample time to inspect and correct. This will not alter the useful life of the aircraft.