ORD (12/1/19) jbk

| | | |
|---|---|---|
| | **UNITED STATES BANKRUPTCY COURT**<br>**District of Oregon** | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D** |

In re )
**Van's Aircraft, Inc.** ) Case No. **23−62260−dwh11**         January 10, 2025
)
Debtor(s) ) ORDER RETURNING         Clerk, U.S. Bankruptcy Court
) DOCUMENT(S)
)                                BY **jbk** DEPUTY

**IT IS ORDERED** that:

1. The **Various Documents** submitted to the court on **1/6/25** by **Edgardo Gomez** is returned to the filer without entry on the court's docket, and will have no legal effect, for the reason(s) stated below:

   **A Settlement Conference with the mediation judge has not been set by the court yet. Please wait until you receive instructions from the court to file these documents.**

   **You may also reach out to Tonkon Torp re their proposed settlement dates.**

2. For any document listed above to have legal effect, you must refile the corrected document with any required certificate of service.

3. If the date of filing is critical and you would like the court to consider treating a document as filed on the original submission date, you must file the following within 7 days of the "Filed" date above:

   a. a written request that sets forth all grounds for treating the document as filed on the original submission date; and

   b. the refiled document with any required certificate of service.

                                                                                Clerk, U.S. Bankruptcy Court