United States Bankruptcy Court
District of Oregon

In re:                                                                              Case No. 23-62260-dwh
Van's Aircraft, Inc.                                        Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-6                                    User: Admin.                                 Page 1 of 1
Date Rcvd: Jan 10, 2025                           Form ID: ORD                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Edgardo Gomez, POB 1392, Temecula, CA 92593-1392 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2025                              Signature:         /s/Gustava Winters

Case 23-62260-dwh11    Doc 744    Filed 01/12/25

ORD (12/1/19) jbk

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

In re
**Van's Aircraft, Inc.**

Debtor(s)

Case No. **23–62260–dwh11**

ORDER RETURNING DOCUMENT(S)

January 10, 2025

Clerk, U.S. Bankruptcy Court

BY **jbk** DEPUTY

**IT IS ORDERED** that:

1. The **Various Documents** submitted to the court on **1/6/25** by **Edgardo Gomez** is returned to the filer without entry on the court's docket, and will have no legal effect, for the reason(s) stated below:

    **A Settlement Conference with the mediation judge has not been set by the court yet. Please wait until you receive instructions from the court to file these documents.**

    **You may also reach out to Tonkon Torp re their proposed settlement dates.**

2. For any document listed above to have legal effect, you must refile the corrected document with any required certificate of service.

3. If the date of filing is critical and you would like the court to consider treating a document as filed on the original submission date, you must file the following within 7 days of the "Filed" date above:

    a. a written request that sets forth all grounds for treating the document as filed on the original submission date; and

    b. the refiled document with any required certificate of service.

Clerk, U.S. Bankruptcy Court