01/14/2025                                                                                      Judge  David W Hercher

09:00 23-62260-dwh11          Van's Aircraft, Inc. - db           AVA L SCHOEN

                              Pierre Levy -cr                     Self-represented

**Matter: Objection to claim of Pierre Levy (Claim 267) Filed by Debtor Vans Aircraft, Inc. (CONWAY, TIMOTHY) Doc# 680**

Summary of Proceedings

Ms. Schoen suggested that parties confer to determine if they can agree on a stipulated scheduling order and final hearing date.

Mr. Levy agreed to confer and to a referral to Judge McKittrick for possible settlement conference. He said he is a licensed attorney.

Further hearing will be held 2/11/2025 at 9 am by telephone. Parties to dial 1-855-244-8681 and enter access code 23198501446# to join. This hearing may be canceled if a scheduling order has been entered.

Order to be prepared by:          _____  Clerk's Office          _____  Chambers          Other:

Minute Order: