# KENNETH S. EILER, P.C
*Receiver*
*Attorney at Law*
*Bankruptcy Panel Trustee*

PMB 810
515 NW Saltzman Rd.
Portland, Oregon 97229

kenneth.eiler7@gmail.com
Phone 503.292.6020
Fax 503.297.9402

January 14, 2025

HONORABLE PETER M. McKITTRICK
By ecf only

RE:     In Re:      VAN'S AIRCRAFT, INC.
        Case No.:   23-62260

Dear Judge McKittrick,

     The Trustee has conferred with debtor's counsel and they have agreed that it is not necessary for the Trustee to participate in the settlement conference scheduled for January 15th, or in any of the anticipated future settlement conferences that may be scheduled.   Thank you.

Very truly yours,

/s/ Kenneth S. Eiler

Kenneth S. Eiler

C: By ecf only