

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON**

1050 SW SIXTH AVENUE, #700
PORTLAND, OREGON 97204
(503) 326-1536

**PETER C. McKITTRICK**
BANKRUPTCY JUDGE

TOM RATTS
LAW CLERK

TONIA McCOMBS
LAW CLERK

January 14, 2025

TIMOTHY J. CONWAY
Tonkon Torp LLP
888 SW 5th Ave #1600
Portland, OR 97204

EDGARDO GOMEZ
edgo2@msn.com
P.O. BOX 1392
Temecula, CA 92593

AVA L. SCHOEN
Tonkon Torp LLP
888 SW 5th Ave #1600
Portland, OR 97204

Re: In re Van's Aircraft, Inc., 23-62260-dwh11
Settlement Conference with the Honorable Peter C. McKittrick

Dear Counsel and Parties:

At the parties' request, I have scheduled a settlement conference for 1/29/2025 at 1:00 p.m. via Zoom for Government. The link to join the Zoom conference is available on the court's website and copied here: https://www.orb.uscourts.gov/judge-mckittricks-video-hearings. Please be sure you are prepared to log in at 1:00 p.m.

Please send a brief, confidential email to peter_mckittrick@orb.uscourts.gov describing the dispute, the status of negotiations, and you or your client's thoughts on ways to consensually resolve the dispute by 6:00 p.m., on 1/24/2025. Counsel must have their client or someone with settlement authority on the Zoom call. If you have any questions, please call Tom Ratts at (503) 326-1536.

Sincerely,

PETER C. MCKITTRICK
Bankruptcy Judge

Cc: Hon. David W. Hercher