02/11/2025                                                                                                     Judge David W Hercher

09:00 23-62260-dwh11          Van's Aircraft, Inc. - db          AVA L SCHOEN

                                         Pierre Levy -cr                 Self-represented (not present)

**Matter: Objection to claim of Pierre Levy (Claim 267) Filed by Debtor Vans Aircraft, Inc. (CONWAY, TIMOTHY) Doc# 680**

Summary of Proceedings
Ms. Schoen said that parties have reached a resolution and will be documenting it shortly. This matter can come off calendar.

Order to be prepared by:          _____ Clerk's Office          _____ Chambers          Other:

Minute Order: