Timothy J. Conway, OSB No. 851752
Direct Dial: (503) 802-2027
Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
Direct Dial: (503) 802-2169
E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
Direct Dial: (503) 802-2143
Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

Van's Aircraft, Inc.,

Debtor.

Case No. 23-62260-dwh11

**STIPULATION REGARDING CLAIM NUMBER 363**

A. On December 4, 2023, Van's Aircraft, Inc. ("Van's") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

B. The deadline to file claims was February 12, 2024.

C. On February 6, 2024, Nelson S. Cardella ("Creditor") filed claim number 363 in the amount of $30,428.07 ("Claim 363").

D. On August 14, 2024, Van's filed its Claim Objection as to Claim 363 [ECF No. 255] (the "Claim Objection").

E. On August 30, 2024, Creditor filed his Response to the Claim Objection [ECF No. 327].

F. On January 15, 2025, Van's and Creditor participated in mediation with the Honorable Judge Peter C. McKittrick, which resulted in resolution of the Claim.

G. Van's and Creditor have agreed upon the proper amount and nature of the claim and hereby stipulate that Claim 363 shall be Allowed[1] as a Class 5 General Unsecured Claim in the total amount of $8,332.18.

DATED: January 30, 2025.

**IT IS SO STIPULATED:**

TONKON TORP LLP

By *[/s/ Timothy J. Conway](#)*
Timothy J. Conway, OSB No. 851752
Ava Schoen, OSB No. 044072
Attorneys for Debtor

*/s/ Nelson S. Cardella*
Nelson S. Cardella

043989\00001\17960159v1

[1] Capitalized terms not defined herein have the meaning defined in Debtor's Plan of Reorganization Pursuant to Subchapter V Under Chapter 11 (March 29, 2024).



TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440