ORD (12/1/19) jd

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

February 14, 2025

Clerk, U.S. Bankruptcy Court

BY **jd** DEPUTY

In re )
**Van's Aircraft, Inc.** ) Case No. **23−62260−dwh11**
)
Debtor(s) ) ORDER RETURNING
) DOCUMENT(S)
)

**IT IS ORDERED** that:

1. The **Answer to Interrogatories** submitted to the court on **02/13/25** by **Matthew Larson via Public Document Upload** is returned to the filer without entry on the court's docket, and will have no legal effect, for the reason(s) stated below:

   **Discovery documents must not be filed with court. (Local Bankruptcy Rule 7026−1(b))**

2. For any document listed above to have legal effect, you must refile the corrected document with any required certificate of service.

3. If the date of filing is critical and you would like the court to consider treating a document as filed on the original submission date, you must file the following within 7 days of the "Filed" date above:

   a. a written request that sets forth all grounds for treating the document as filed on the original submission date; and

   b. the refiled document with any required certificate of service.

Clerk, U.S. Bankruptcy Court