Timothy J. Conway, OSB No. 851752
　Direct Dial: (503) 802-2027
　Email:  tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
　Direct Dial:  (503) 802-2169
　E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
　Direct Dial:  (503) 802-2143
　Email:  ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main:  503.221.1440
Facsimile:  503.274.8779

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>　　　　　Debtor. | Case No. 23-62260-dwh11<br><br>**STIPULATED MOTION FOR ENTRY OF STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 572 (VAN'S AIRCRAFT, INC. EMPLOYEE STOCK OWNERSHIP PLAN)** |

　　　　Van's Aircraft, Inc. ("Van's") and the Van's Aircraft, Inc. Employee Stock Ownership Plan ("ESOP") move this Court for entry of a stipulated order extending the deadline for Van's to object to Claim No. 572 of the ESOP ("ESOP Claim") to April 30, 2025, as set forth below, and state as follows:

　　　　1.　　The Court entered its Order Confirming Debtor's Plan of Reorganization Pursuant to 11 U.S.C. § 1191(b) [ECF No. 143] on May 16, 2024 ("Plan").  The Plan became effective on June 1, 2024 ("Effective Date").

　　　　2.　　Pursuant to Article 7.1 of the Plan, unless otherwise ordered by this Court, all objections to Claims and Scheduled Amounts (other than Administrative Expense Claims) are to

Page 1 of  3 –　STIPULATED MOTION FOR ENTRY OF STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 572 (VAN'S AIRCRAFT, INC. EMPLOYEE STOCK OWNERSHIP PLAN)

**TONKON TORP LLP**
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

be filed with the Court and served upon the holder of the Claim objected to on or before 60 days after the Effective Date, which deadline is July 31, 2024 ("Claim Objection Deadline").

3. The Court entered a Stipulated Order on July 30, 2024 [ECF No. 155], granting the parties' first Stipulated Motion for Entry of Stipulated Order Extending Deadline to Object to Claim No. 572 (Van's Aircraft, Inc. Employee Stock Ownership Plan) [ECF No. 154], which extended the claim objection deadline, as it pertains to Claim No. 572, to September 30, 2024.

4. The Court entered a Stipulated Order on October 1, 2024 [ECF No. 612], granting the parties' second Stipulated Motion for Entry of Stipulated Order Extending Deadline to Object to Claim No. 572 (Van's Aircraft, Inc. Employee Stock Ownership Plan) [ECF No. 609], which extended the claim objection deadline, as it pertains to Claim No. 572, to November 30, 2024.

5. The Court entered a Stipulated Order on November 27, 2024 [ECF No. 694], granting the parties' third Stipulated Motion for Entry of Stipulated Order Extending Deadline to Object to Claim No. 572 (Van's Aircraft, Inc. Employee Stock Ownership Plan) [ECF No. 609], which extended the claim objection deadline, as it pertains to Claim No. 572, to February 28, 2025.

6. Van's and the ESOP have been working diligently to wrap up the termination process for the ESOP, including finalizing distributions. The parties expect the process is close to completion, but desire additional time to complete the process.

7. Van's certifies that, for the reasons set forth herein, the requested extension is in good faith, Van's appropriately used the prior time, and that the continuance is being requested at the earliest time practical. Van's and the ESOP have agreed to stipulate to an extension of the Claim Objection Deadline, as it pertains to the ESOP Claim, to April 30, 2025.

8. Attached hereto as **Exhibit 1** is a proposed Stipulated Order Extending Deadline to Object to Claim No. 572 (Van's Aircraft, Inc. Employee Stock Ownership Plan).

Page 2 of 3 – STIPULATED MOTION FOR ENTRY OF STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 572 (VAN'S AIRCRAFT, INC. EMPLOYEE STOCK OWNERSHIP PLAN)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

1  WHEREFORE, Van's and the ESOP pray this Court enter the Stipulated Order
2  Extending Deadline to Object to Claim No. 572 (Van's Aircraft, Inc. Employee Stock Ownership
3  Plan).
4  DATED: February 21, 2025.

TONKON TORP LLP

By /s/ Timothy J. Conway
   Timothy J. Conway, OSB No. 851752
   Michael W. Fletcher, OSB No. 010448
   Ava Schoen, OSB No. 044072
   Attorneys for Debtor

9  IT IS SO STIPULATED:

| TONKON TORP LLP | SUSSMAN SHANK LLP |
|---|---|
| By /s/ Timothy J. Conway<br>   Timothy J. Conway, OSB No. 851752<br>   Michael W. Fletcher, OSB No. 010448<br>   Ava Schoen, OSB No. 044072<br>   Attorneys for Debtor | By /s/ Christopher Coyle<br>   Christopher Coyle, OSB No. 073501<br>   Attorney for Van's Aircraft, Inc.<br>   Employee Stock Ownership Plan |

Page 3 of 3 – STIPULATED MOTION FOR ENTRY OF STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 572 (VAN'S AIRCRAFT, INC. EMPLOYEE STOCK OWNERSHIP PLAN)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

# EXHIBIT 1

**Proposed Form of Stipulated Order**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>          Debtor. | Case No. 23-62260-dwh11<br><br>**STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 572 (VAN'S AIRCRAFT, INC. EMPLOYEE STOCK OWNERSHIP PLAN)** |

      THIS MATTER having come before the Court upon the Stipulated Motion for Entry of Stipulated Order Extending Deadline to Object to Claim No. 572 (Van's Aircraft, Inc. Employee Stock Ownership Plan) [ECF No. ___] ("Motion"), and the Court having reviewed the Motion and otherwise being duly advised in the premises; NOW, THEREFORE,

      IT IS HEREBY ORDERED that the deadline for Van's Aircraft, Inc. to object to Claim No. 572 of the Van's Aircraft, Inc. Employee Stock Ownership Plan is extended to April 30, 2025.

                                                            # # #

**Page 1 of 2** –   STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 572 (VAN'S AIRCRAFT, INC. EMPLOYEE STOCK OWNERSHIP PLAN)

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By _____
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:   (503) 221-1440
    Facsimile:    (503) 274-8779
    Email:   tim.conway@tonkon.com
    Attorneys for Debtor

IT IS SO STIPULATED:

| TONKON TORP LLP | SUSSMAN SHANK LLP |
|---|---|
| By _____<br>  Timothy J. Conway, OSB No. 851752<br>  Michael W. Fletcher, OSB No. 010448<br>  Ava Schoen, OSB No. 044072<br>  Attorneys for Debtor | By _____<br>  Christopher Coyle, OSB No. 073501<br>  Attorney for Van's Aircraft, Inc.<br>  Employee Stock Ownership Plan |

**Page 2 of 2** – STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 572 (VAN'S AIRCRAFT, INC. EMPLOYEE STOCK OWNERSHIP PLAN)

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **STIPULATED MOTION FOR ENTRY OF STIPULATED ORDER EXTENDING DEADLINE TO OBJECT TO CLAIM NO. 572 (VAN'S AIRCRAFT, INC. EMPLOYEE STOCK OWNERSHIP PLAN)** was served on Debtor and the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

DATED: February 21, 2025.

TONKON TORP LLP

By */s/ Timothy J. Conway*
Timothy J. Conway, OSB No. 851752
Michael W. Fletcher, OSB No. 010448
Ava Schoen, OSB No. 044072
Attorneys for Debtor

043989\00001\18087500v1

Page 1 of 1 –    CERTIFICATE OF SERVICE