**Subject: Case 23-62260-dwh11 - Claim No. 501 (Larson) - Motion to Reschedule Hearing**

To: The Honorable Judge Hercher, United States Bankruptcy Court, District of Oregon, Portland Division

**RE: Van's Aircraft Bankruptcy, Case No. 23-62260-dwh11, Claim No. 501 (Larson) - Motion to Reschedule Hearing**

Comes now Matthew Larson, Creditor, Claim No. 501, by and through undersigned counsel, and hereby moves this Honorable Court for an order rescheduling the hearing currently set for March 18, 2025, concerning the Debtor's amended objection to Claim No. 501.

**Grounds for Motion:**

1. **Missed Deadline and Lack of Proper Notice:** to Creditors knowledge he did not receive proper notice.
2. **Unavailability:** Mr. Larson is unavailable for the scheduled hearing on March 18, 2025.
3. **Desire for Fair Adjudication:** To ensure a fair and just adjudication of Claim No. 501, it is imperative that the hearing be rescheduled to allow for proper preparation and representation.

**Proposed Rescheduling:**

Mr. Larson respectfully requests that the Court reschedule the hearing. Mr Larson works as an Airline Pilot and can not make himself available while he is flying. Mr. Larson Has availability March 20 through March 28 of 2025. Or in April on any Thursday or Friday.

**Request for Relief:**

Wherefore, premises considered, Matthew Larson respectfully requests that this Honorable Court:

- Grant this Motion to Reschedule Hearing.
- Reschedule the hearing concerning the Debtor's amended objection to Claim No. 501 to a Thursday or Friday in April 2025.
- Grant such other and further relief as the Court deems just and proper.

**Certificate of Service:**

I hereby certify that a true and correct copy of [1] this Motion to Reschedule Hearing has been served upon all parties of record via electronic mail, in compliance with the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the District of Oregon.

Matthew Larson