Timothy J. Conway, OSB No. 851752
Direct Dial: (503) 802-2027
Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
Direct Dial: (503) 802-2169
E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
Direct Dial: (503) 802-2143
Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

Van's Aircraft, Inc.,

Debtor.

Case No. 23-62260-dwh11

**DEBTOR'S WITHDRAWAL OF OBJECTION TO CLAIM NO. 484 FILED BY RYAN ROWTEN AND DOCKETED AS ECF NO. 271**

1. On February 12, 2024, Ryan Rowten ("Claimant") timely submitted Proof of Claim No. 484 (the "Claim"). On August 14, 2024, Debtor filed its objection to the Claim (the "Objection") [ECF No. 271]. On September 9, 2024, Claimant filed his response to the Objection [ECF No. 343].

2. Debtor hereby withdraws its Objection to the Claim.

3. On the date indicated below, a copy of this withdrawal was e-mailed to Claimant at ryan.rowten@gmail.com and mailed to Claimant at the following address:

Ryan Rowten
2020 Turtlecreek Rd
Edmond, OK 73013

DATED: March 5, 2025.

TONKON TORP LLP

By */s/ Timothy J. Conway*

Timothy J. Conway, OSB No. 851752
Michael W. Fletcher, OSB No. 010448
Ava Schoen, OSB No. 044072
Attorneys for Debtor

**Page 2 of 2 –** DEBTOR'S WITHDRAWAL OF OBJECTION TO CLAIM NO. 271 FILED BY RYAN ROWTEN AND DOCKETED AS ECF. NO. 271

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440