# United States Bankruptcy Court District of Oregon

**RE: In re: [Debtor's Name], Case No. 23-62260-dwh11, Claim No. 501**

**Subject: Motion to Reinstate Claim No. 501 and Response to Amended Objection**

**To the Honorable Judge David W. Hercher,  Attorney for Debtor: Tim Conway**

I am writing to address the amended objection to my Claim No. 501, filed on January 17, 2025 (Doc. 759), and to respectfully request that my claim be reinstated despite my missing the 30-day response deadline.

I sincerely apologize for my failure to respond within the prescribed timeframe. I believe this oversight occurred due to one or more of the following circumstances:

1. **Possible Mail Delivery Issues:** It is possible that the notice was misdelivered by the postal service or inadvertently discarded with advertising mail.
2. **Inadvertent Oversight:** Due to the volume of mail I receive, it is possible I overlooked the notice, especially if it was mixed with advertising or other less important documents.
3. **Lack of Proper Notice:** To my knowledge, I did not receive proper notice of the "amended objection".

I understand the importance of adhering to court deadlines and deeply regret this error. I respectfully request the court's consideration in reinstating my claim, given these extenuating circumstances.

**Regarding the debtor's objection**, which is based on my sale of the items related to my claim, I wish to clarify that this action was taken to mitigate damages, a principle supported by Oregon law under the Uniform Commercial Code (UCC).

Specifically, under Oregon Revised Statutes (ORS) Chapter 72 (UCC Article 2), a seller or buyer has a duty to mitigate damages in a breach of contract situation. By selling the items, I took reasonable steps to minimize the financial loss, which ultimately benefits both myself and the debtor's estate. Had I not sold the items, they may have depreciated further, resulting in a greater loss.

Moreover, several months prior, I furnished the debtor with comprehensive documentation detailing the sale of the property, which unequivocally demonstrates my diligent and good-faith effort to mitigate the losses stemming from the defective goods they supplied. This evidence not only substantiates my actions but also reinforces the legitimacy of my claim.

Furthermore, during a prior proceeding, Judge Hercher engaged in an extensive discussion with the debtor's attorney (Ms. Schoen), lasting nearly an hour, regarding this very sale. From my observation, Judge Hercher indicated that this sale was not problematic and that I acted within my rights to mitigate damages. For the Court's convenience, I have attached the sales receipt to this motion.

I believe my actions were consistent with sound business practices and legal principles. I acted in good faith to minimize losses and preserve value.

I am prepared to provide any additional documentation or information the court may require. I respectfully request a hearing to present my case and address the debtor's objection.

I am also aware of the court date scheduled for April 11, 2025 and will be present.

Thank you for your time and consideration.

Sincerely,

Matt Larson

5028 Zenith Ave South

Mpls, MN 55410

**<u>Certificate of Service:</u>**

I hereby certify that a true and correct copy of this Motion to Reinstate Claim and Objection to Amended Objection has been served upon all parties of record via electronic mail, in compliance with the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the District of Oregon.

Matthew Larson

## BILL OF SALE ADDENDUM

(The below underlined is additional information, not properly conveyed in the original bill of sale.)

This Bill of Sale is made on this 14th day of June 2024 between Matt Larson (Seller") and Mike Angell ("Buyer").

Seller, in exchange for consideration of 20,800 the receipt of which funds is acknowledged, herby do grant, sell, transfer and deliver to Buyer the following goods: Vans RV14 kit #140986 consisting of the empennage, Fuselage and the wings. **AND NUMEROUS AIRCRAFT TOOLS (ATTACHED PAGE TWO AND THREE), PNEUMATIC INDUSTRIAL SQUEEZER, DRDT-2, MAIN SQUEEZE MODEL 22 AND 2 WING CRADLES.**

Buyer shall have full rights and title to the goods described above.

Seller is the lawful owner of the goods and the goods are free from all encumbrances. Seller has good right to sell the goods and will warrant and defend the right against the lawful claims and demands of all persons

_M Larson_
_____
Signature of Seller - Matt Larson


_____
Signature of Buyer - Mike Angell

**LARSON RV-14QB**

*RV TOOL KIT CONSISTING OF THE FOLLOWING*

| ITEM | QTY | NOMENCLATURE | NOTES |
|---|---|---|---|
| AT01 | ✓1 | AIR TOOL OIL, 4 OZ | |
| AT02 | ✓1 | AIR HOSE SWIVEL | |
| AT04 | ✓1 | SPRING, QUICK CHANGE | |
| AT17 | ✓1 | 3X RIVET GUN WITH FLOW VALVE | |
| NPN | ✓2 | QUICK CHANGE PINS | INDUSTRIAL |
| ~~AT87~~ | ~~1~~ | ~~ORANGE AIR DRILL~~ | ~~OPTION~~   NO |
| AT22 | ✓1 | RIVET SQUEEZER WITH 3" C-YOKE, 1" BASE | INDUSTRIAL |
| AT78 | 1 | ADJUSTABLE SET HOLDER 1" BASE | INDUSTRIAL |
| BB10 | ✓1 | BUCKING BAR, TUNGSTEN 4X1X5/8 | |
| CL01 | ✓1 | CLECO PLIERS | |
| CL02 | 165 | 3/32 CLECOS, SILVER | QUICKBUILD |
| CL03 | 90 | 1/8 CLECOS, COPPER | QUICKBUILD |
| CL06 | ✓4 | 1/2" JAW CLAMP CLECO | |
| CL07 | ✓4 | 1" JAW CLAMP CLECO | |
| CS02 | ✓1 | 3/32 #40 COUNTERSINK BIT | |
| CS03 | ✓1 | 1/8 #30 or #6S COUNTERSINK BIT | |
| CS05 | ✓1 | 3/16 or #10S COUNTERSINK BIT | |
| CS06 | ✓1 | #21 or #8S COUNTERSINK BIT | |
| CS12 | ✓1 | #12 COUNTERSINK | |
| CS19 | ✓1 | #19 COUNTERSINK | |
| CS27 | ✓1 | #27 COUNTERSINK | |
| CS30-120 | ✓1 | 120 DEG #30 COUNTERSINK | |
| CS08 | ✓2 | COUNTERSINK CAGE | ADDED 1 |
| DB02/DB30 | 6 | #30 DRILL BIT | |
| DB03/DB12 | ✓1 | #12 DRILL BIT | |
| DB04/DB19 | ✓1 | #19 DRILL BIT | |
| DB05/DB40 | 8 | #40 DRILL BIT | |
| DB06/DB30-12 | ✓1 | 12" #30 DRILL BIT | |
| DB07/DB40-12 | ✓1 | 12" #40 DRILL BIT | |
| DB09/DB21 | ✓1 | #21 DRILL BIT | |
| DB10/DB27 | ✓1 | #27 DRILL BIT | |
| DB11/DB1/4 | ✓1 | 1/4" DRILL BIT | |
| DB47/DB36 | ✓1 | #36 DRILL BIT | |
| ~~RV12-11/32/DB~~ | ~~1~~ | ~~11/32 DRILL BIT~~ | NO |
| ~~RV12-5/16/DB5~~ | ~~1~~ | ~~5/16 DRILL BIT~~ | |
| ~~RV12-DB#3/DB~~ | ~~1~~ | ~~#3 DRILL BIT~~ | |
| ~~RV12-DB11~~ | ~~1~~ | ~~#11 DRILL BIT~~ | |
| ~~RV12-DB16~~ | ~~1~~ | ~~#16 DRILL BIT~~ | |
| ~~RV12-DB52~~ | ~~1~~ | ~~#52 DRILL BIT~~ | |
| RV14-#17/DB17 | ✓1 | #17 DRILL BIT | |
| RV14-#33/DB33 | ✓1 | #33 DRILL BIT | |
| RV14-#10/DB10 | ✓1 | #10 DRILL BIT | |
| RV14-17/64/DB | ✓1 | 17/64 DRILL BIT | |
| DS06 | ✓1 | DRILL STOP SET OF 4 | |
| DT01 | ✓1 | PENCIL DEBURRING TOOL | |
| DT04 | ✓1 | 3M CUT & POLISH WHEEL 6" | |
| DT08 | 1 | REDUCER BUSHING | |
| NPN | 1 | MINI WHEEL MANDREL | |

WARNING: Cancer and reproductive harm - See www.P65Warnings.ca.gov for more information.

| | | | |
|---|---|---|---|
| NPN | 2 | 1" 3M WHEEL | |
| GA01 | 1 | RIVET HEAD GAUGE, 4-PC | |
| GA02 | 1 | RIVET LENGTH GAUGE | |
| GA03 | 1 | 12" MACHINIST RULE | |
| HT08 | 3 | PARTS MARKER | |
| HT53 | 1 | PRO POP RIVET SWIVEL TOOL | |
| KT05 | 1 | OFFSET LEFT SNIPS, RED | |
| KT06 | 1 | OFFSET RIGHT SNIPS, GREEN | |
| KT07 | 1 | OFFSET STRAIGHT SNIPS, YELLOW | |
| KT09 | 1 | UNIBIT | |
| KT37 | 1 | 3/32 PIN PUNCH | |
| KT38 | 1 | 1/8 PIN PUNCH | |
| KT71 | 1 | EDGE ROLLING HAND SEAMER | |
| RS01 | 1 | AN470-3/32 RIVET SET | |
| RS02 | 1 | AN470-1/8 RIVET SET | |
| RS04 | 1 | AN470-3/16 RIVET SET | |
| RS22 | 1 | SWIVEL FLUSH POLY GUARD RIVET SET | OPTION |
| RS06 | 1 | AN470 1/8 DOUBLE OFFSET RIVET SET | |
| RS07 | 1 | BACKRIVET SET | |
| RT01 | 12 | RIVET TAPE DOTS FOR FLUSH SET | |
| SM30 | 1 | SPEED DEBURRING TOOL | |
| SM33 | 1 | COMMERCIAL DIMPLER | SHIPS SEPARATELY |
| SM39 | 1 | FLUTING PLIERS | |
| SS01 | 2 | FLUSH SET, 1/8" THICK | |
| SS02 | 1 | FLUSH SET, 1/4" THICK | |
| SS03 | 1 | FLUSH SET, 3/8" THICK | |
| SS05 | 1 | AN470-3/32 | |
| SS06 | 1 | AN470-1/8 RIVET SET | |
| SS08 | 1 | AN470-3/16 RIVET SET | |
| SS09S | 1 | 3/32 SMALL DIA DIMPLE DIE - FEMALE | |
| SS12 | 1 | AN426-3/16/#10 SCREW DIMPLE DIES | |
| SS13 | 1 | AN426 #6 SCREW DIMPLE DIES | |
| SS14 | 1 | AN426 #8 SCREW DIMPLE DIES | |
| SS20 | 1 | AN426-3/32 SPRINGBACK DIMPLE DIES | |
| SS21 | 1 | AN426-1/8 SPRINGBACK DIMPLE DIES | |
| SS15 | 1 | DIMPLE DIE ORGANIZER | |
| SS19 | 12 | WASHER, SQUEEZER SET | |
| NPN | 1 | TECHNICAL MANUAL | |

WARNING: Cancer and reproductive harm - See www.P65Warnings.ca.gov for more information.