Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Van's Aircraft, Inc.**,<br><br>Debtor. | Case No. 23-62260-dwh11<br><br>**ORDER DENYING MOTION TO COMPEL INITIAL DISCLOSURES** |

For the reasons that follow, the court–

DENIES Matthew Larson's Motion to Compel Initial Disclosures [ECF no. 790].

Mr. Larson moves to compel compliance with the initial-disclosure requirement of FRCP 26(a)(1). Rule 26(a)(1)(A)(i) requires disclosure only of information about individuals likely to have discoverable information that the disclosing party (Van's Aircraft, Inc.) "may use to support its claims or defenses[.]" Similarly, Rule 26(a)(1)(A)(ii) requires only a description by category and location of documents the party "may use to support its claims or defenses[.]"

Page 1 – ORDER DENYING MOTION TO COMPEL INITIAL etc.

Rule 26(a)(1)(A)(iii) requires disclosure only of damages claimed by the disclosing party; the damages at issue in Van's objection to Mr. Larson's claim are damages claimed by him, not by Van's.

Based on the attached copy of Van's Aircraft, Inc.'s initial disclosures, Van's made adequate initial disclosures.

Absent an appropriate discovery request by Mr. Larson to Van's (see FRCP 27–36), Van's need not provide information about individuals with information it does not intend to use, documents it does not intend to use, or other information it is not required to include in its initial disclosures.

The motion refers to informal discovery requests by Mr. Larson to Van's, but he neither restates those requests nor includes in his prayer for relief any request to compel Van's to respond to them.

###

cc: Matthew Larson