Timothy J. Conway, OSB No. 851752
 Email: tim.conway@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

   Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>   Debtor. | Case No. 23-62260-dwh11<br><br>**SUPPLEMENT TO DEBTOR'S WITHDRAWAL OF OBJECTION TO CLAIM NO. 484 FILED BY RYAN ROWTEN AND DOCKETED AS ECF NO. 271** |

Pursuant to the Court's order at ECF No. 787, Van's Aircraft, Inc. hereby states that creditor Ryan Rowten consented to *Debtor's Withdrawal of Objection to Claim No. 484 Filed by Ryan Rowten and Docketed as ECF No. 271*, filed by Van's Aircraft, Inc. at ECF No. 786.

DATED:  March 10, 2025.

TONKON TORP LLP


By /s/ Ava Schoen
   Timothy J. Conway, OSB No. 851752
   Ava Schoen, OSB No. 044072
   Attorneys for Debtor

Page 1 of  1 –    SUPPLEMENT TO DEBTOR'S WITHDRAWAL OF OBJECTION TO CLAIM NO. 484 FILED BY RYAN ROWTEN AND DOCKETED AS ECF NO. 271

| | |
|---|---|
| 1 | # CERTIFICATE OF SERVICE |
| 2 | I hereby certify that the foregoing **SUPPLEMENT TO DEBTOR'S WITHDRAWAL OF OBJECTION TO CLAIM NO. 484 FILED BY RYAN ROWTEN AND DOCKETED AS ECF NO. 271** was served on Debtor and the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below. |

In addition, the parties indicated as "Non-ECF" on the attached List of Interested Parties were served by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address, and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

DATED: March 10, 2025.

                                  TONKON TORP LLP

                                  By */s/ Ava Schoen*
                                      Timothy J. Conway, OSB No. 851752
                                      Ava Schoen, OSB No. 044072
                                      Attorneys for Debtor

043989\00001\18146687v1

**Page 1 of 1** – CERTIFICATE OF SERVICE