Timothy J. Conway, OSB No. 851752
    Direct Dial: (503) 802-2027
    Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
    Direct Dial: (503) 802-2169
    E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
    Direct Dial: (503) 802-2143
    Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>Debtor. | Case No. 23-62260-dwh11<br><br>**STIPULATION REGARDING CLAIM NUMBER 267 (PIERRE LEVY)** |

     A.    On December 4, 2023, Van's Aircraft, Inc. ("Van's") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

     B.    The deadline to file claims was February 12, 2024.

     C.    On January 25, 2024, Pierre Levy ("Creditor") filed Claim 267 in the amount of $10,000 ("Claim 267").

     D.    On November 21, 2024, Van's filed a Claim Objection as to Claim 267 [ECF No. 680] (the "Claim Objection").

     E.    On December 17, 2024, Creditor filed a Response to the Claim Objection [ECF No. 729].

F.    On January 28, 2025, Van's and Creditor participated in mediation with the Honorable Judge Peter C. McKittrick, which resulted in resolution of Claim 267.

G.    Van's and Creditor have agreed upon the proper amount and nature of Claim 267 and hereby stipulate that Claim 267 shall be Allowed[1] as a Class 5 General Unsecured Claim in the total amount of $8,550.

DATED:  March 18, 2025.

**IT IS SO STIPULATED:**

TONKON TORP LLP

By /s/ Timothy J. Conway
    Timothy J. Conway, OSB No. 851752
    Ava Schoen, OSB No. 044072
    Attorneys for Debtor


/s/ Pierre Levy
Pierre Levy

043989\00001\18055384v1

---

[1] Capitalized terms not defined herein have the meaning defined in Debtor's Plan of Reorganization Pursuant to Subchapter V Under Chapter 11 (March 29, 2024).

**Page 2 of 2** –STIPULATION REGARDING CLAIM NUMBER 267 (PIERRE LEVY)