Timothy J. Conway, OSB No. 851752
   Direct Dial: (503) 802-2027
   Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
   Direct Dial: (503) 802-2169
   E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
   Direct Dial: (503) 802-2143
   Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>          Debtor. | Case No. 23-62260-dwh11<br><br>**STIPULATION REGARDING CLAIM NUMBER 248 (EDGARDO GOMEZ)** |

      A.      On December 4, 2023, Van's Aircraft, Inc. ("Van's") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

      B.      The deadline to file claims was February 12, 2024.

      C.      On January 23, 2024, Edgardo Gomez ("Creditor") filed claim number 248 in the amount of $ 35,344.87 ("Claim 248").

      D.      On August 14, 2024, Van's filed a Claim Objection as to Claim 248 [ECF No. 243] (the "Claim Objection").

      E.      On August 26, 2024, Creditor filed a Response to the Claim Objection [ECF No. 316].

F.    On January 29, 2025, Van's and Creditor participated in mediation with the Honorable Judge Peter C. McKittrick, which resulted in resolution of Claim 248.

G.    Van's and Creditor have agreed upon the proper amount and nature of Claim 248 and hereby stipulate that Claim 248 shall be Allowed[1] as a Class 5 General Unsecured Claim in the total amount of $6,950.

DATED:  March 31, 2025.

**IT IS SO STIPULATED:**

TONKON TORP LLP

By */s/* Timothy J. Conway
   Timothy J. Conway, OSB No. 851752
   Ava Schoen, OSB No. 044072
   Attorneys for Debtor


*/s/ Edgardo Gomez*
Edgardo Gomez

043989\00001\18010736v1

---

[1] Capitalized terms not defined herein have the meaning defined in Debtor's Plan of Reorganization Pursuant to Subchapter V Under Chapter 11 (March 29, 2024).

Page 2 of 2 –STIPULATION REGARDING CLAIM NUMBER 248 (EDGARDO GOMEZ)