Christopher N. Coyle, OSB No. 073501
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
E-Mail: ccoyle@sussmanshank.com

Attorneys for Creditor

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re | ) | Case No. 23-62260-dwh11 |
|---|---|---|
| Van's Aircraft, Inc., | ) | NOTICE OF SATISFACTION OF CLAIM No. 572 (Van's Aircraft, Inc. Employee Stock Ownership Plan) |
| Debtor. | ) | |

Van's Aircraft, Inc. Employee Stock Ownership Plan (as it is known under the amended and restated Van's Aircraft, Inc. Employee Stock Ownership Plan effective January 1, 2013, as amended) ("**Creditor**") hereby gives this Notice of Satisfaction with respect to its filed claim (Claim No. 572) (the "**Claim**"). Based upon the Creditor's books and records, Debtor Van's Aircraft, Inc. has satisfied the Claim in full and, therefore, no further distributions are required on account of such Claim. Any applicable administrator of the Debtor's claim register is authorized to update the claims register with respect to the Claim.

Dated this 21st day of April, 2025.

SUSSMAN SHANK LLP

By /s/ Christopher N. Coyle
    Christopher N. Coyle, OSB No. 073501
    Attorneys for Creditor

Page 1 of 1 – NOTICE OF SATISFACTION OF CLAIM No. 572