Timothy J. Conway, OSB No. 851752
   Direct Dial: (503) 802-2027
   Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
   Direct Dial: (503) 802-2169
   E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
   Direct Dial: (503) 802-2143
   Email: ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>           Debtor. | Case No. 23-62260-dwh11<br><br>**STIPULATION REGARDING CLAIM OF ROGER BROMILEY** |

      A.      On December 4, 2023, Van's Aircraft, Inc. ("Van's") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

      B.      Mr. Roger Bromiley ("Bromiley") was listed in Debtor's schedules as a creditor.

      C.      A dispute arose with respect to the treatment of Bromiley's claim.

      D.      Debtor and Bromiley have reached a settlement agreement whereby Bromiley will have an Allowed[1] Class 5 General Unsecured Claim in the total amount of $29,668.75.

\* \* \*

\* \* \*

---

[1] Capitalized terms not defined herein have the meaning defined in Debtor's Plan of Reorganization Pursuant to Subchapter V Under Chapter 11 (March 29, 2024).

Page 1 of 2 – STIPULATION REGARDING CLAIM OF ROGER BROMILEY

DATED: June 9, 2025.

**IT IS SO STIPULATED:**

TONKON TORP LLP

By /s/ *Timothy J. Conway*
    Timothy J. Conway, OSB No. 851752
    Ava Schoen, OSB No. 044072
    Attorneys for Debtor

MURRAY HUGHMAN

By /s/ *Peter Hughman*
    Peter Hughman
    Attorney for Bromiley

043989\00001\18516816v1

Page 2 of 2 – STIPULATION REGARDING CLAIM OF ROGER BROMILEY