1 Timothy J. Conway, OSB No. 851752
    Direct Dial: (503) 802-2027
2    Email: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
3    Direct Dial: (503) 802-2169
    E-Mail: michael.fletcher@tonkon.com
4 Ava Schoen, OSB No. 044072
    Direct Dial: (503) 802-2143
5    Email: ava.schoen@tonkon.com
Tonkon Torp LLP
6 888 SW Fifth Ave., Suite 1600
Portland, OR 97204
7 Main: 503.221.1440
Facsimile: 503.274.8779
8
    Attorneys for Debtor
9

10                UNITED STATES BANKRUPTCY COURT

11                      DISTRICT OF OREGON

12 In re                                    Case No. 23-62260-dwh11

13 Van's Aircraft, Inc.,                    **DEBTOR'S MOTION FOR ENTRY OF
                                            ORDER (I) CLOSING CASE AND
14                    Debtor.               (II) TERMINATING BMC GROUP,
                                            INC. AS DEBTOR'S NOTICING AND
15 _____         CLAIMS AGENT**

16                         NOTICE OF MOTION

17       If you oppose the relief sought in this Motion, you must file a written objection with the

18 Bankruptcy Court no later than **14 days** after the filed date of this Motion.  If you do not file an

19 objection, the Court may grant the Motion without further notice or hearing.  Your objection

20 must set forth the specific grounds for objection and your relation to the case.  The objection

21 must be received by the Clerk of Court at 1050 SW 6th Ave. #700, Portland, Oregon 97204, by

22 the deadline specified above or it may not be considered.  You must also serve the objection on

23 Timothy J. Conway, Tonkon Torp LLP, 1300 SW 5th Ave., Suite 2400, Portland, OR 97201,

24 (telephone number 503-802-2027) within that same time.  If the Court sets a hearing, you will

25 receive a separate notice listing the hearing date, time, and other relevant information.

26

**Page 1 of** 4 –   DEBTOR'S MOTION FOR ENTRY OF ORDER (I) CLOSING CASE AND
            TERMINATING BMC GROUP, INC. AS DEBTOR'S NOTICING AND CLAIMS AGENT

**MOTION**

Van's Aircraft, Inc. ("Debtor") hereby moves this Court for an order closing this bankruptcy case and terminating BMC Group, Inc.

**RELEVANT FACTS**

1.      On December 4, 2023 ("Petition Date"), Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

2.      The Court entered its Order Confirming Debtor's Plan of Reorganization Pursuant to 11 U.S.C. § 1191(b) on May 16, 2024 [ECF No. 143] ("Confirmation Order" or the "Plan").

3.      The Plan has been substantially consummated.

4.      All objections to Claims have been resolved.

5.      Debtor has made all payments owing on account of Administrative Expense Claims[1] and Priority Tax Claims pursuant to the Plan.

6.      Debtor has made all payments owing on account of Allowed Class 1, Class 3, Class 4, and Class 6 Claims.

7.      Debtor has complied with all its obligations with respect to Class 7, in accordance with the Plan.

8.      Debtor has made all Class 2 monthly installment payments since entry of the Confirmation Order and continues to make such payments in accordance with Plan.

9.      On or around June 13, 2025, Debtor paid each holder of an Allowed Class 5 General Unsecured Claim its Pro Rata share of $860,000, in accordance with Section 6.5 of the Plan.  Pursuant to the Plan, Debtor will make two more pro rata payments to holders of Allowed Class 5 General Unsecured Claims as follows: (a) Debtor will pay each holder of an Allowed Class 5 General Unsecured Claim its Pro Rata share of $570,000 on or before June 15, 2026, and

---

[1]  Capitalized terms used but not defined herein have the meaning ascribed to such terms in the Confirmed Plan.

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

1   (b) Debtor will pay each holder of an Allowed Class 5 General Unsecured Claim its Pro Rata

2   share of $1,320,000 on or before June 15, 2027.

3       10.    Because the Plan has been substantially consummated; because Debtor has fully

4   satisfied its obligations with respect to Administrative Expense Claims, Priority Tax Claims, and

5   Allowed Class 1, Class 3, Class 4, Class 6, and Class 7 Claims; and because Debtor has made

6   and continues to make all payments required with respect to Class 2 and Class 5 Claims, it is

7   unduly burdensome and administratively inefficient for the case to remain open and there is no

8   benefit to keeping the case open.

9       11.    Therefore, for the reasons set forth herein, good cause exists to grant the Motion

10  and close the case.

## DEBTOR REQUESTS THE TERMINATION OF

## BMC GROUP, INC. AS NOTICING AND CLAIMS AGENT

13      12.    Debtor also moves for an order authorizing the termination of services provided

14  by BMC Group, Inc. ("BMC") as claims and noticing agent.  Pursuant to the Court's Order

15  Authorizing Debtor to Employ BMC Group, Inc. as Debtor's Noticing and Claims Agent [ECF

16  No. 36], BMC was engaged to assist Debtor and the Clerk's Office with, among other tasks, the

17  administration of notices in the case, as well as the creation and maintenance of a dedicated

18  website with easy access to pleadings and information for the benefit of all parties-in-interest.

19  As set forth above, Debtor's Plan was confirmed and all proofs of claims filed in this case that

20  needed to be administered have now been administered.  As a result, the services provided by

21  BMC as noticing and claims agent are no longer necessary in this case and Debtor can no longer

22  justify the cost of BMC's retention.  To minimize expense to the estate, Debtor seeks an order

23  (a) terminating BMC's services, (b) releasing BMC as noticing and claims agent in the case, and

24  (c) instructing BMC to facilitate the transfer of documents and records as provided in the Order.

25

26

**TONKON TORP LLP**
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

1    WHEREFORE, Debtor respectfully requests that the Court enter an Order substantially in

2   the form attached hereto as **Exhibit 1**.

3    DATED:  June 24, 2025.

4                              TONKON TORP LLP

5
                              By */s/ Timothy J. Conway*
6                                 Timothy J. Conway, OSB No. 851752
                                  Michael W. Fletcher, OSB No. 010448
7                                 Ava Schoen, OSB No. 044072
                                  Attorneys for Debtor
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Page 4 of** 4 –   DEBTOR'S MOTION FOR ENTRY OF ORDER (I) CLOSING CASE AND
                    TERMINATING BMC GROUP, INC. AS DEBTOR'S NOTICING AND CLAIMS AGENT

# EXHIBIT 1

## Proposed Form of Order

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 23-62260-dwh11 |
| Van's Aircraft, Inc., | **ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF ORDER (I) CLOSING CASE AND (II) TERMINATING BMC GROUP, INC. AS DEBTOR'S NOTICING AND CLAIMS AGENT** |
| Debtor. | |

THIS MATTER having come before the Court upon Debtor's Motion for Entry of Order (I) Closing Case, and (II) Terminating BMC Group, Inc. as Debtor's Noticing and Claims Agent ("Motion") [ECF No. _____] and the Court being duly advised in the premises and finding good cause; now, therefore;

IT IS HEREBY ORDERED that:

1.      The Motion is GRANTED.

2.      This case is closed effective the date of this Order.

3.      BMC's services as claims and noticing agent are TERMINATED effective as of the entry of this Order;

**Page 1 of 2** –    ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF ORDER (I) CLOSING CASE AND (II) TERMINATING BMC GROUP, INC. AS DEBTOR'S NOTICING AND CLAIMS AGENT

4. BMC shall prepare a final claims register in the format acceptable to the Clerk's Office and Debtor's counsel;

5. BMC shall submit a declaration or verified statement to the Clerk's Office stating that the claims register is a complete and accurate record of all claims filed in the case;

6. BMC shall box and transport all claims to the Clerk's Office, or provide record of all claims in a digital format acceptable to the Clerk's Office;

7. BMC shall facilitate the transfer of Debtor's documents and records, in digital format, including digital copies of all claims, to counsel for Debtor; and

8. The above services to be rendered by BMC shall be charged to Debtor's estate.

# # #

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By */s/ Timothy J. Conway*
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava Schoen, OSB No. 044072
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:    (503) 221-1440
    Facsimile:    (503) 274-8779
    Email:    tim.conway@tonkon.com
    Attorneys for Debtor

**Page 2 of 2** – ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF ORDER (I) CLOSING CASE AND (II) TERMINATING BMC GROUP, INC. AS DEBTOR'S NOTICING AND CLAIMS AGENT

**TONKON TORP LLP**
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

1

## CERTIFICATE OF SERVICE

2
3
4

    I hereby certify that the foregoing **DEBTOR'S MOTION FOR ENTRY OF ORDER (I) CLOSING CASE AND (II) TERMINATING BMC GROUP, INC. AS DEBTOR'S NOTICING AND CLAIMS AGENT** was served on Debtor and the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

5
6
7

    In addition, the parties indicated as "Non-ECF" on the attached List of Interested Parties were served by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address, and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

8

    DATED:  June 24, 2025.

9

    TONKON TORP LLP

10

    By /s/ Timothy J. Conway

11
        Timothy J. Conway, OSB No. 851752
        Michael W. Fletcher, OSB No. 010448
        Ava Schoen, OSB No. 044072

12
        Attorneys for Debtor

13
043989\00001\18540938v3

14

15

16

17

18

19

20

21

22

23

24

25

26

**Page 1 of 1 –**   CERTIFICATE OF SERVICE