Timothy J. Conway, OSB No. 851752
   Direct Dial: (503) 802-2027
   Email:  tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
   Direct Dial: (503) 802-2169
   E-Mail: michael.fletcher@tonkon.com
Ava Schoen, OSB No. 044072
   Direct Dial: (503) 802-2143
   Email:  ava.schoen@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main:  503.221.1440
Facsimile:  503.274.8779

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>          Debtor. | Case No. 23-62260-dwh11<br><br>**DEBTOR'S MOTION FOR ENTRY OF ORDER (I) CLOSING CASE AND (II) TERMINATING BMC GROUP, INC. AS DEBTOR'S NOTICING AND CLAIMS AGENT** |

**NOTICE OF MOTION**

If you oppose the relief sought in this Motion, you must file a written objection with the Bankruptcy Court no later than **14 days** after the filed date of this Motion.  If you do not file an objection, the Court may grant the Motion without further notice or hearing.  Your objection must set forth the specific grounds for objection and your relation to the case.  The objection must be received by the Clerk of Court at 1050 SW 6th Ave. #700, Portland, Oregon 97204, by the deadline specified above or it may not be considered.  You must also serve the objection on Timothy J. Conway, Tonkon Torp LLP, 1300 SW 5th Ave., Suite 2400, Portland, OR 97201, (telephone number 503-802-2027) within that same time.  If the Court sets a hearing, you will receive a separate notice listing the hearing date, time, and other relevant information.

**Page 1 of**  4 –   DEBTOR'S MOTION FOR ENTRY OF ORDER (I) CLOSING CASE AND
        TERMINATING BMC GROUP, INC. AS DEBTOR'S NOTICING AND CLAIMS AGENT

**Tonkon Torp LLP**
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

## MOTION

Van's Aircraft, Inc. ("Debtor") hereby moves this Court for an order closing this bankruptcy case and terminating BMC Group, Inc.

## RELEVANT FACTS

1. On December 4, 2023 ("Petition Date"), Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

2. The Court entered its Order Confirming Debtor's Plan of Reorganization Pursuant to 11 U.S.C. § 1191(b) on May 16, 2024 [ECF No. 143] ("Confirmation Order" or the "Plan").

3. The Plan has been substantially consummated.

4. All objections to Claims have been resolved.

5. Debtor has made all payments owing on account of Administrative Expense Claims[1] and Priority Tax Claims pursuant to the Plan.

6. Debtor has made all payments owing on account of Allowed Class 1, Class 3, Class 4, and Class 6 Claims.

7. Debtor has complied with all its obligations with respect to Class 7, in accordance with the Plan.

8. Debtor has made all Class 2 monthly installment payments since entry of the Confirmation Order and continues to make such payments in accordance with Plan.

9. On or around June 13, 2025, Debtor paid each holder of an Allowed Class 5 General Unsecured Claim its Pro Rata share of $860,000, in accordance with Section 6.5 of the Plan. Pursuant to the Plan, Debtor will make two more pro rata payments to holders of Allowed Class 5 General Unsecured Claims as follows: (a) Debtor will pay each holder of an Allowed Class 5 General Unsecured Claim its Pro Rata share of $570,000 on or before June 15, 2026, and

---

[1] Capitalized terms used but not defined herein have the meaning ascribed to such terms in the Confirmed Plan.

Page 2 of 4 – DEBTOR'S MOTION FOR ENTRY OF ORDER (I) CLOSING CASE AND TERMINATING BMC GROUP, INC. AS DEBTOR'S NOTICING AND CLAIMS AGENT

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

1  (b) Debtor will pay each holder of an Allowed Class 5 General Unsecured Claim its Pro Rata
2  share of $1,320,000 on or before June 15, 2027.

3      10.     Because the Plan has been substantially consummated; because Debtor has fully satisfied its obligations with respect to Administrative Expense Claims, Priority Tax Claims, and Allowed Class 1, Class 3, Class 4, Class 6, and Class 7 Claims; and because Debtor has made and continues to make all payments required with respect to Class 2 and Class 5 Claims, it is unduly burdensome and administratively inefficient for the case to remain open and there is no benefit to keeping the case open.

      11.     Therefore, for the reasons set forth herein, good cause exists to grant the Motion and close the case.

## DEBTOR REQUESTS THE TERMINATION OF
## BMC GROUP, INC. AS NOTICING AND CLAIMS AGENT

      12.     Debtor also moves for an order authorizing the termination of services provided by BMC Group, Inc. ("BMC") as claims and noticing agent.  Pursuant to the Court's Order Authorizing Debtor to Employ BMC Group, Inc. as Debtor's Noticing and Claims Agent [ECF No. 36], BMC was engaged to assist Debtor and the Clerk's Office with, among other tasks, the administration of notices in the case, as well as the creation and maintenance of a dedicated website with easy access to pleadings and information for the benefit of all parties-in-interest. As set forth above, Debtor's Plan was confirmed and all proofs of claims filed in this case that needed to be administered have now been administered.  As a result, the services provided by BMC as noticing and claims agent are no longer necessary in this case and Debtor can no longer justify the cost of BMC's retention.  To minimize expense to the estate, Debtor seeks an order (a) terminating BMC's services, (b) releasing BMC as noticing and claims agent in the case, and (c) instructing BMC to facilitate the transfer of documents and records as provided in the Order.

Page 3 of  4 –   DEBTOR'S MOTION FOR ENTRY OF ORDER (I) CLOSING CASE AND TERMINATING BMC GROUP, INC. AS DEBTOR'S NOTICING AND CLAIMS AGENT

**TONKON TORP LLP**
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

WHEREFORE, Debtor respectfully requests that the Court enter an Order substantially in the form attached hereto as **Exhibit 1**.

DATED: June 24, 2025.

TONKON TORP LLP

By */s/ Timothy J. Conway*
　　Timothy J. Conway, OSB No. 851752
　　Michael W. Fletcher, OSB No. 010448
　　Ava Schoen, OSB No. 044072
　　Attorneys for Debtor

Page 4 of 4 – DEBTOR'S MOTION FOR ENTRY OF ORDER (I) CLOSING CASE AND TERMINATING BMC GROUP, INC. AS DEBTOR'S NOTICING AND CLAIMS AGENT

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

# EXHIBIT 1

## Proposed Form of Order

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Van's Aircraft, Inc.,<br><br>        Debtor. | Case No. 23-62260-dwh11<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF ORDER (I) CLOSING CASE AND (II) TERMINATING BMC GROUP, INC. AS DEBTOR'S NOTICING AND CLAIMS AGENT** |

      THIS MATTER having come before the Court upon Debtor's Motion for Entry of Order (I) Closing Case, and (II) Terminating BMC Group, Inc. as Debtor's Noticing and Claims Agent ("Motion") [ECF No. _____] and the Court being duly advised in the premises and finding good cause; now, therefore;

      IT IS HEREBY ORDERED that:

      1.    The Motion is GRANTED.

      2.    This case is closed effective the date of this Order.

      3.    BMC's services as claims and noticing agent are TERMINATED effective as of the entry of this Order;

**Page 1 of 2** – ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF ORDER (I) CLOSING CASE AND (II) TERMINATING BMC GROUP, INC. AS DEBTOR'S NOTICING AND CLAIMS AGENT

4.      BMC shall prepare a final claims register in the format acceptable to the Clerk's Office and Debtor's counsel;

5.      BMC shall submit a declaration or verified statement to the Clerk's Office stating that the claims register is a complete and accurate record of all claims filed in the case;

6.      BMC shall box and transport all claims to the Clerk's Office, or provide record of all claims in a digital format acceptable to the Clerk's Office;

7.      BMC shall facilitate the transfer of Debtor's documents and records, in digital format, including digital copies of all claims, to counsel for Debtor; and

8.      The above services to be rendered by BMC shall be charged to Debtor's estate.

# # #

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By */s/ Timothy J. Conway*
   Timothy J. Conway, OSB No. 851752
   Michael W. Fletcher, OSB No. 010448
   Ava Schoen, OSB No. 044072
   888 SW Fifth Avenue, Suite 1600
   Portland, OR 97204-2099
   Telephone:   (503) 221-1440
   Facsimile:    (503) 274-8779
   Email:    tim.conway@tonkon.com
   Attorneys for Debtor

Page 2 of 2 –    ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF ORDER (I) CLOSING CASE AND (II) TERMINATING BMC GROUP, INC. AS DEBTOR'S NOTICING AND CLAIMS AGENT

TONKON TORP LLP
888 SW FIFTH AVE., SUITE 1600
PORTLAND, OR 97204
503.221.1440

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEBTOR'S MOTION FOR ENTRY OF ORDER (I) CLOSING CASE AND (II) TERMINATING BMC GROUP, INC. AS DEBTOR'S NOTICING AND CLAIMS AGENT** was served on Debtor and the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

In addition, the parties indicated as "Non-ECF" on the attached List of Interested Parties were served by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address, and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

DATED: June 24, 2025.

TONKON TORP LLP

By */s/ Timothy J. Conway*
Timothy J. Conway, OSB No. 851752
Michael W. Fletcher, OSB No. 010448
Ava Schoen, OSB No. 044072
Attorneys for Debtor

043989\00001\18540938v3

Page 1 of 1 –    CERTIFICATE OF SERVICE

# LIST OF INTERESTED PARTIES

*In re Van's Aircraft, Inc.*
U.S. Bankruptcy Court Case No. 23-62260-dwh11

## ECF PARTICIPANTS

- STEPHEN P ARNOT on behalf of U.S. Trustee US Trustee, Eugene, steve.arnot@usdoj.gov
- TIMOTHY J CONWAY on behalf of Debtor Van's Aircraft, Inc., tim.conway@tonkon.com, leslie.hurd@tonkon.com; spencer.fisher@tonkon.com;leslie.hurd@tonkon.com
- DAVID W CRISWELL on behalf of Creditor Avco Corporation, criswelld@lanepowell.com, docketing-PDX@Lanepowell.com;crownj@lanepowell.com
- Kenneth S Eiler, or10@ecfcbis.com
- ANDREW J GEPPERT on behalf of Creditor Avco Corporation, gepperta@lanepowell.com, pinkleyl@lanepowell.com; docketing-pdx@lanepowell.com
- GINA HANTEL on behalf of Creditor TN Dept of Revenue, gina.hantel@ag.tn.gov
- GARRETT SHEA LEDGERWOOD on behalf of Creditor Richard E. and Diane E. Van Grunsven, Garrett.Ledgerwood@MillerNash.com, mngd-2823@millernash.com
- R GIBSON MASTERS on behalf of Creditor Richard E. and Diane E. Van Grunsven, gib.masters@millernash.com, Wendy.Jackson@MillerNash.com
- AVA L SCHOEN on behalf of Debtor Van's Aircraft, Inc., ava.schoen@tonkon.com, riley.maurer@tonkon.com; spencer.fisher@tonkon.com
- LOREN S SCOTT on behalf of Creditor Earle M. Jorgensen Company, ecf@scott-law-group.com
- LOREN S SCOTT on behalf of Creditor Pacific Metal Co, ecf@scott-law-group.com
- THOMAS W STILLEY on behalf of Interested Party Rian Johnson and Richard VanGrunsven, Trustees of the Van's Aircraft, Inc. ESOP, tstilley@sussmanshank.com, jhume@sussmanshank.com, ecf.thomas.stilley@sussmanshank.com; thomas-stilley-7866@ecf.pacerpro.com
- TED A TROUTMAN on behalf of Creditor Warren Kemper, tedtroutman@gmail.com, L.Rusty.Troutman@gmail.com
- US TRUSTEE, PORTLAND    USTPRegion18.PL.ECF@usdoj.gov

## NON-ECF PARTICIPANTS

**SECURED CREDITORS**

Diane VanGrunsven
Richard VanGrunsven
9899 NW 316th Place
Hillsboro OR 97124-0000

**PROPERTY TAX ENTITIES**

Marion County Tax Office
PO Box 2511
Salem, OR 97308

**TOP 20 UNSECURED CREDITORS**

Lycoming A Textron Company
26135 Network Place
Chicago, IL 606731261

Kodiak Research Ltd
Coral Harbour Rd.
PO Box SS6758
Nassau, N.P.
BAHAMAS

Hartzell Propeller Inc.
8345 Solutions Center
Chicago, IL 606778003

Matco Mfg.
2361 S 1560 West
Woods Cross, UT 84087

Usher Precision Manufacturing
3863 24th Avenue
Forest Grove, OR 97116

Airplane Plastics
J & B Rogers
9785 Julie Court
Tipp City, OH 45371

Bandy Manufacturing LLC
3420 N San Fernando Blvd
PO Box 7716
Burbank, CA 91510

Aircraft Spruce
225 Airport Circle
Corona, CA 92880

Alpine Fastener & Hardware
2566 Business Parkway, Suite F
Minden, NV 89423

Vetterman Exhaust, Inc.
27657 West Oral Rd.
Oral, SD 57766

Hutchinson Aerospace & Industry, Inc.
4510 Vanowen St
Burbank, CA 91505

Pacific Metal Co.
10700 SW Manhasset Dr.
Tualatin, OR 97062

Grove Aircraft LGS, Inc.
1800A Joe Crosson Dr.
El Cajon, CA 92020

Langaire Aircraft Parts LLC
33094 Church Road
Warren, OR 97053

Cronin Wood Products
PO Box 2267
Lake Grove, OR 97035-0071

Designatronics/Sterling Inst.
250 Duffy Avenue
Hicksville, NY 11801

Aircraft Specialty
1288 Summit Ave, Suite 107-132
Oconomowoc, WI 53066

| | | |
|---|---|---|
| Motion & Flow (Fluid Conn)<br>8433 Solution Center<br>Chicago, IL 60677-8004 | Zepak Corp.<br>9740 SW Hilman Ct #220<br>Wilsonville, OR 97070 | MT-Propeller Entwicklung<br>c/o MT-Propeller USA, Inc.<br>1180 Airport Terminal Drive<br>DeLand, FL 32724 |

043989\00001\16935868v1